## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ABENGOA BIOENERGY US HOLDING, LLC, *et al.*, | ) | Case No. 16-41161 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

Abengoa Bioenergy US Holding, LLC ("ABUS") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized.  In no event shall the Debtors or their agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Given, among other things, the uncertainty surrounding the valuation of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, it is not an admission that such Debtor was solvent at the Petition Date (as defined herein) or at any time prior to the Petition Date.  Likewise, to the extent that a Debtor shows more liabilities than assets, it is not an admission that such Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

Sandra Porras Serrano, the chief financial officer of Abengoa Bioenergy U.S. Holding, LLC, has signed each of the Schedules and Statements. Ms. Porras Serrano is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Ms. Porras Serrano necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors.  Ms. Porras Serrano has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

1.    **Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("Claim") description, designation, or Debtor against which the Claim is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or

2

amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

2. **Description of Cases and "As Of" Information Date**. On February 24, 2016 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The asset and liability information provided herein represents the asset and liability data of the Debtors as of the Petition Date, except as otherwise noted.

   On March 4, 2016, the Bankruptcy Court entered the *Order Granting Motion For Joint Administration (Related Doc # 3)* [Docket No. 84]. On March 11, 2016 the United States Trustee for the District of Delaware filed the *Notice of Appointment of Creditors' Committee Filed by U.S. Trustee Office of US Trustee* pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 113].

3. **Net Book Value of Assets**. Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the Petition Date. The book values of certain assets may materially differ from their fair market values. Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets.

4. **Recharacterization**. Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to re-characterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

5.      **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

6.      **Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and accrued accounts payable.  The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized (but not directed) the Debtors to pay, in their discretion, certain outstanding Claims on a postpetition basis.  Prepetition liabilities which have been paid postpetition or those which the Debtors plan to pay via this authorization have been omitted from the Schedules and Statements.

7.      **Insiders**.  The listing of a party as an "insider," throughout the Schedules and Statements, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims and defenses are hereby expressly reserved.  Moreover, the Debtors do not take any position with respect to:  (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

8.      **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9.      **Executory Contracts**.  Although the Debtors made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

4

Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

10.  **Classifications**.  Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claims or contracts or to setoff of such Claims.

11.  **Claims Description**.  Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

12.  **Causes of Action**.  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

13.  **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

- Undetermined Amounts.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

- Totals. All totals that are included in the Schedules and Statements represent

totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

- **Paid Claims.** The Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various orders entered by the Bankruptcy Court.  Accordingly, certain outstanding liabilities that have been reduced by postpetition payments made on account of prepetition liabilities have been omitted from the Schedules and Statements. To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.

- **Liens.** Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14.    **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

15.    **Intercompany Payables and Receivables**.    Intercompany payables and receivables between the Debtors are set forth on Schedule E/F or Schedule A/B.77, as applicable.

Additional detail regarding the Debtors' intercompany payables and receivables can be found in the *Debtor's Motion for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System and (II) Maintain Existing Bank Accounts and Business Forms; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claim; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority* [Docket No. 14] (the "Cash Management Motion").

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

16.    **Employee Addresses**.  Employee names and addresses have been redacted from entries listed throughout the Schedules and Statements, where applicable.

17.    **Global Notes Control**.  In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedules Summary**.   Except as otherwise noted, the asset information provided herein represents the Debtors' data regarding their assets as of the Petition Date, and the liability information provided herein represents the Debtors' data regarding their liabilities as of the Petition Date.

For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates ordinarily prepare consolidated financial statements.   Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis, except where otherwise indicated.   Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.   Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.   Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

**Schedule A/B**.   The Debtors are party to a significant number of executory contracts and unexpired leases.   Therefore, in an effort to avoid duplication, the Debtors have provided a list of such executory contracts and unexpired leases on Schedule G only.

**Schedule A/B.3**.   The bank account balances listed are as of the Petition Date.

**Schedule A/B.6**.   Pursuant to the *Interim Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service and (IV) Scheduling Final Hearing* [Docket No. 91], the Debtors are authorized to provide adequate assurance of payment for future utility services.   Such deposits are not listed on Schedule A/B.6, which was prepared as of the Petition Date.

**Schedule A/B.74**.   In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter claims, cross-claims, setoffs, refunds, or potential warranty claims against its suppliers.   Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B.74.

**Schedule A/B.77**.   The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the

Debtors regarding the allowance, classification, characterization, validity, priority of, or the nature of any transaction reflected in such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

**Schedule D**. The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

**Schedule E/F**. The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Although there are multiple parties that hold a portion of the debt included in the Debtors' Capital Structure[2], only the administrative agents have been listed for purposes of the Schedules. The amounts outstanding under the Debtors' Capital Structure reflect approximate amounts as of the Petition Date.

**Schedule G**. Although the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts and reasonable commercial efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable commercial efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or

---

[2]    *See Declaration of Sandra Porras Serrano, Chief Financial Officer, in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 12].

enforceable.  The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability, or characterization of any contract, agreement, or lease set forth on Schedule G and to amend or supplement Schedule G as necessary.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including but not limited to purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtor expressly reserves its rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or, multiple, severable, or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed therein shall be deemed to include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed therein.  In some cases, the same supplier or provider appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtors and such counterparty.

The Debtor reserves all of its rights, claims, and Causes of Action with respect to the contracts and leases on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements.  Such documents may not be set forth on Schedule G.  The Debtors reserve all of their rights with respect to such agreements.  Further, the Debtor reserves all of their rights to alter or amend the Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available.  Certain of the executory agreements may not have been memorialized and could be subject to dispute, including the defense of the statute of frauds.  Executory agreements that are oral in nature have not been included on Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contract or agreement is not impaired by the omission.

**Schedule H**.  Although there are multiple lenders under the Debtors' Capital Structure, only the administrative agents have been listed on Schedule H.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**.  In Statement 3, disbursements made on account of multiple invoices may be reflected as a single payment.  All disbursements listed in Statement 3 are made through the Debtors' cash management system as described more fully in the Cash Management Motion.

Payments related to prepetition obligations that were issued in the prepetition period, but not honored (pursuant to Court order as described in the Cash Management Motion) until the postpetition period are not included in the response to Statement 3.  These payments are *de minimis* in amount and detail relating to these payments can be made available, as appropriate, upon request.

**Statement 4/30**.  Due to the complex corporate structure and distributed nature of operations of the Debtors and their non-debtor affiliates, the Debtors' accounting systems contain numerous intercompany transactions, some of which may be categorized as transfers, payments, distributions, or withdrawals credited to or made for the benefit of the insiders of the Debtors, while others are simply cost-accounting allocation entries.  The Debtors are in the process of reviewing and itemizing intercompany transactions.  However, due the volume and complexity of that task, it could not have been completed in time for filing these Statements.  The Debtors continue to work diligently on identifying transfers, payments, distributions, or withdrawals responsive to these Statements 4 and 30, and will provide the results as soon as they become available.

**Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, may not have records of all such losses to the extent such losses do not have a material impact on the Debtors' business or are not reported for insurance purposes.  Therefore, some losses may have been excluded.

**Statements 22/23/24**.  The Debtors have made commercially reasonable efforts to identify all applicable environmental information as required by Statements 22/23/24, with a focus on providing information from recent years and that are still active.   These efforts included reviewing the Debtors' environmental records and incorporating the historical knowledge of the Debtors' employees into the Schedules and Statements to the extent applicable and practicable.

Due to data limitations and the latent nature of potential environmental liabilities, the Debtors acknowledge the possibility that potential environmental liabilities may be discovered subsequent to the filing of the Schedules and Statements. The Debtors reserve all rights to correct, amend, or supplement the Schedules and Statements as necessary or appropriate.

**Statement 26d**.  During the preceding two years, Abengoa, S.A., the indirect parent company of the Debtor, filed quarterly and annual reports with the Securities and Exchange Commission ("SEC")  foreign private issuer pursuant to Rule 13a-16 or 15d-16 under the Securities Exchange Act of 1934.  These financial statements are publicly available and may have been used by

banks, customers, governmental authorities, suppliers, rating agencies and others.  In addition, the Debtor may have provided certain parties, such as banks, auditors, vendors and financial advisors financial statements that may not be part of a public filing.  The Debtor does not maintain complete lists to track such disclosures.  As such, the Debtor has not provided lists of these parties in response to Statement 26d.

**Statement 27**.  Debtors' employees routinely perform daily, month-end and year-end inventories at the various locations.  Debtors' response to Statement 27 includes inventories performed as of the Petition Date, year-end 2015 and year-end 2014.  Details regarding additional inventories performed can be made available, as appropriate, upon request.

*[Remainder of page intentionally left blank]*

**Fill in this information to identify the case:**

Debtor name  Abengoa Bioenergy US Holding, LLC

United States Bankruptcy Court for the: Eastern                    District of Missouri
                                                                          (State)

Case number (If known):  16-41161 (KAS)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

---

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................................................  $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ..........................................................................................  $ _____ 647,714,206.91
   + undetermined amounts

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................................................................  $ _____ 647,714,206.91
   + undetermined amounts

---

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ............  $ _____ 0.00
   + undetermined amounts

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ....................................................  $ _____ 0.00
   + undetermined amounts

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...........................  + $ _____ 838,652,493.28
   + undetermined amounts

4. **Total liabilities** ............................................................................................................................  $ _____ 838,652,493.28
   Lines 2 + 3a + 3b                                                                                                                                + undetermined amounts

---

**Fill in this information to identify the case:**

Debtor name   Abengoa Bioenergy US Holding, LLC

United States Bankruptcy Court for the: Eastern _____ District of Missouri _____
(State)

Case number (If known):   16-41161 (KAS) _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|

2. **Cash on hand**                                                                                    $_____0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. See attached rider | | | $_____1,828.07 |
   | 3.2. | | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   | 4.1. None | $_____0.00 |
   |---|---|
   | 4.2. | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $_____1,828.07

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1. | $_____ |
   |---|---|
   | 7.2. | $_____ |

Debtor ___Abengoa Bioenergy US Holding, LLC___                    Case number *(if known)*__16-41161 (KAS)__
       Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____  $_____

   8.2._____  $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.          $_____0.00

---

| **Part 3:** | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☒ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

                                                            **Current value of debtor's interest**

11. **Accounts receivable**

   11a. 90 days old or less: _____ – _____ = ....➔  $_____
                            face amount        doubtful or uncollectible accounts

   11b. Over 90 days old: _____ – _____ = ....➔  $_____
                            face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____0.00

---

| **Part 4:** | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.

   ☒ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1. None _____  _____  $_____0.00

   14.2. _____  _____  $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                    % of ownership:

   15.1. See attached rider _____ _____%  _____  $_____Undetermined

   15.2. _____ _____%  _____  $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1. None _____  _____  $_____0.00

   16.2. _____  _____  $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.         $_____0.00
                                                         + undetermined amounts

---

Debtor   __Abengoa Bioenergy US Holding, LLC_____   Case number (*if known*)__16-41161 (KAS)_____
          Name

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

[X] No. Go to Part 6.

[ ] Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00

**24. Is any of the property listed in Part 5 perishable?**

[ ] No

[ ] Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

[ ] No

[ ] Yes. Book value _____   Valuation method_____   Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

[ ] No

[ ] Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

[X] No. Go to Part 7.

[ ] Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor ___Abengoa Bioenergy US Holding, LLC_____  Case number *(if known)*__16-41161 (KAS)_____
      Name

---

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ \hspace{3cm} 0.00 $

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ \hspace{3cm} 0.00 $

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____Abengoa Bioenergy US Holding, LLC_____    Case number *(if known)*_____16-41161 (KAS)_____
     Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☒ No. Go to Part 9.

  ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

  Add lines 47 through 50. Copy the total to line 87.

          $_____0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

  ☐ No

  ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

Debtor _____Abengoa Bioenergy US Holding, LLC_____     Case number _(if known)_ __16-41161 (KAS)_____
　　　　　　　Name

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**
   ☒ No. Go to Part 10.
   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $_____0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>None | $_____ | _____ | $_____0.00 |
| 61. **Internet domain names and websites**<br>See attached rider | $_____ | _____ | $_____Undetermined |
| 62. **Licenses, franchises, and royalties**<br>None | $_____ | _____ | $_____0.00 |
| 63. **Customer lists, mailing lists, or other compilations**<br>None | $_____ | _____ | $_____0.00 |
| 64. **Other intangibles, or intellectual property**<br>None | $_____ | _____ | $_____0.00 |
| 65. **Goodwill**<br>None | $_____ | _____ | $_____0.00 |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $_____0.00
   + undetermined amounts

| Debtor | Abengoa Bioenergy US Holding, LLC | Case number (if known) | 16-41161 (KAS) |
|---|---|---|---|
| | Name | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

None _____ Total face amount — doubtful or uncollectible amount = ➔ $ _____ 0.00

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Unused NOL's at 12/31/2015

| | | |
|---|---|---|
| | Tax year 2008 - 2015 | $ Undetermined |
| | Tax year _____ | $ _____ |
| | Tax year _____ | $ _____ |

73. **Interests in insurance policies or annuities**

See attached rider _____  $ Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

None _____  $ 0.00

**Nature of claim** _____

**Amount requested** $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None _____  $ 0.00

**Nature of claim** _____

**Amount requested** $ _____

76. **Trusts, equitable or future interests in property**

None _____  $ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See attached rider _____  $ 647,712,378.84

_____  $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ 647,712,378.84
+ undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor    Abengoa Bioenergy US Holding, LLC                                   Case number (if known)    16-41161 (KAS)
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 1,828.07 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 <br> + undetermined amounts | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0.00 | |
| 88. **Real property.** Copy line 56, Part 9. ................................ ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00 <br> + undetermined amounts | |
| 90. **All other assets.** Copy line 78, Part 11. | **+** $ 647,712,378.84 <br> + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ..................91a. | $ 647,714,206.91 <br> + undetermined amounts | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................    $ 647,714,206.91
   + undetermined amounts

Debtor Name: Abengoa Bioenergy US Holding, LLC                                                    Case Number: 16-41161 (KAS)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| HSBC | Cash Reserves | 8631 | $0.00 |
| WELLS FARGO BANK, NA | Operating | 3231 | $1,828.07 |
| | | **TOTAL** | **$1,828.07** |

Debtor Name: Abengoa Bioenergy US Holding, LLC                                    Case Number: 16-41161 (KAS)

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Abengoa Bioenergy Operations, LLC | 100 | | Undetermined |
| Abengoa Bioenergy Technology Holding, LLC | 100 | | Undetermined |
| Abengoa Bioenergy Investments, LLC | 100 | | Undetermined |
| Abengoa Bioenergy Developments, LLC | 100 | | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: Abengoa Bioenergy US Holding, LLC                                              Case Number: 16-41161 (KAS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General Description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| www.abengoa.com | | | Undetermined |
| www.abengoabioenergy.com | | | Undetermined |
| | | **TOTAL** | **$0.00** **+ undetermined amounts** |

Debtor Name: Abengoa Bioenergy US Holding, LLC                    Case Number: 16-41161 (KAS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | Commercial | QT-660-4862N27A-TIL-15 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY | Foreign Liability/International Casualty | D38281215 003 | Undetermined |
| FACTORY MUTUAL INSURANCE COMPANY | Property | 1001449 | Undetermined |
| NEW HAMPSHIRE INSURANCE COMPANY | Workers' Compensation | WC 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 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Commercial Umbrella | BE 24238263 | Undetermined |
| ILLINOIS NATIONAL INSURANCE CO. | General Liability | GL - 190-33-41 | Undetermined |
| ESSEX INSURANCE COMPANY | Rail | RRP1514-3 | Undetermined |
| LIBERTY INSURANCE UNDERWRITERS INC. | Excess Liability Policy Declaration | 10000035915-04 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Auto | CA - 363-2415 | Undetermined |
| IRONSHORE SPECIALTY INSURANCE COMPANY | Environmental Excess | 2308100 | Undetermined |
| | | **TOTAL** | **$0.00** **+ undetermined amounts** |

Page 1 of 1

Debtor Name:        Abengoa Bioenergy US Holding, LLC                    Case Number:        16-41161 (KAS)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| Intercompany Receivable - Non-Debtor - Abengoa Bioenergy Holdco, Inc. | $1,000.00 |
| Intercompany Receivable - Debtor - Abengoa Bioenergy of Nebraska, LLC | $1,161,672.38 |
| Intercompany Receivable - Non-Debtor - Abengoa, SA | $646,549,706.46 |
| TOTAL | **$647,712,378.84** |

**Fill in this information to identify the case:**

Debtor name _Abengoa Bioenergy US Holding, LLC_

United States Bankruptcy Court for the: _Eastern_ District of _Missouri_
(State)

Case number (If known): _16-41161 (KAS)_

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Creditor's name**
CREDIT SUISSE, CAYMAN ISLANDS BRANCH, AS COLLATERAL AGENT FOR THE BENEFIT

**Describe debtor's property that is subject to a lien**

$ _____ Undetermined      $ _____ Undetermined

**Creditor's mailing address**
11 MADISON AVE
NEW YORK, NY 10010-3643

**Describe the lien**
Missouri UCC Financing Statement Number 20070005140M
dated 01/10/2007.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**2.2** **Creditor's name**
CREDIT SUISSE, CAYMAN ISLANDS BRANCH, AS COLLATERAL AGENT FOR THE BENEFIT

**Describe debtor's property that is subject to a lien**

$ _____ Undetermined      $ _____ Undetermined

**Creditor's mailing address**
11 MADISON AVE
NEW YORK, NY 10010-3643

**Describe the lien**
Missouri UCC Financing Statement Number 2008004059E
dated 04/10/2008.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

☐ Yes. The relative priority of creditors is specified on lines

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$_____0.00
+ undetermined amounts

**Fill in this information to identify the case:**

Debtor    Abengoa Bioenergy US Holding, LLC

United States Bankruptcy Court for the: Eastern     District of Missouri
                                  (State)

Case number   16-41161 (KAS)
(if known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>ARIZONA DEPARTMENT OF REVENUE<br>1600 W MONROE ST<br>PHOENIX, AZ 85007 | **As of the petition filing date, the claim is:** $\quad$ *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ _____ Undetermined | $ _____ Undetermined |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Tax Claim | | |
| **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | | |
| **2.2** **Priority creditor's name and mailing address**<br>CALIFORNIA FRANCHISE TAX BOARD<br>3321 POWER INN RD #250<br>SACRAMENTO, CA 95826 | **As of the petition filing date, the claim is:** $\quad$ *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ _____ Undetermined | $ _____ Undetermined |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Tax Claim | | |
| **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | | |
| **2.3** **Priority creditor's name and mailing address**<br>COLORADO DEPARTMENT OF LABOR & EMPLOYMENT<br>633 17TH ST.<br>DENVER, CO 80202-3660 | **As of the petition filing date, the claim is:** $\quad$ *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ _____ Undetermined | $ _____ Undetermined |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Tax Claim | | |
| **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | | |

| Debtor | Abengoa Bioenergy US Holding, LLC | Case number (if known) | 16-41161 (KAS) |
|---|---|---|---|
| | Name | | |

---

| **Part 1.** | **Additional Page** | | |
|---|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.4 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |
|---|---|---|---|---|

COLORADO DEPARTMENT OF REVENUE
ATTN: EXECUTIVE DIRECTOR
1375 SHERMAN ST.
DENVER, CO 80261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.5 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |
|---|---|---|---|---|

DISTRICT OF COLUMBIA - OFFICE OF TAX AND REVENUE
1101 4TH STREET, SW
SUITE 270 WEST
WASHINGTON, DC 20024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.6 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |
|---|---|---|---|---|

DISTRICT OF COLUMBIA DEPARTMENT OF LABOR
200 CONSTITUTION AVE. NW
WASHINGTON, DC 20210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.7 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |
|---|---|---|---|---|

FLORIDA DEPARTMENT OF REVENUE
ATTN: MARIA JOHNSON, PROGRAM DIRECTOR
5050 W TENNESSEE ST.
TALLAHASSEE, FL 32399-0100

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor _____Abengoa Bioenergy US Holding, LLC_____     Case number (if known) __16-41161 (KAS)__
       Name

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.8** | **Priority creditor's name and mailing address** | $Undetermined | $Undetermined

ILLINOIS DEPARTMENT OF REVENUE
45 EISENHOWER DR STE 220
PARAMUS, NJ 07652

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.9** | **Priority creditor's name and mailing address** | $Undetermined | $Undetermined

ILLINOIS DIRECTOR OF EMPLOYMENT
SECURITY
ATTN: JEFF MAYS
33 S STATE ST., 9TH FLOOR
CHICAGO, IL 60603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.10** | **Priority creditor's name and mailing address** | $Undetermined | $Undetermined

INDIANA DEPARTMENT OF REVENUE
100 N SENATE AVE RM N248
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.11** | **Priority creditor's name and mailing address** | $Undetermined | $Undetermined

INDIANA DEPT. OF WORKFORCE
DEVELOPMENT
INDIANA GOVERNMENT CENTER SOUTH
10 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor    Abengoa Bioenergy US Holding, LLC

Name

Case number (if known)    16-41161 (KAS)

---

**Part 1.** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.12** | **Priority creditor's name and mailing address** | $Undetermined | $Undetermined

INTERNAL REVENUE SERVICE
1222 SPRUCE STREET
ST LOUIS, MO 63103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.13** | **Priority creditor's name and mailing address** | $Undetermined | $Undetermined

KANSAS DEPARTMENT OF LABOR
1309 SW TOPEKA BLVD
TOPEKA, KS 66612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.14** | **Priority creditor's name and mailing address** | $Undetermined | $Undetermined

KANSAS DEPARTMENT OF REVENUE
915 SW HARRISON STREET
TOPEKA, KS 66625-8000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.15** | **Priority creditor's name and mailing address** | $Undetermined | $Undetermined

MARYLAND COMPTROLLER
8181 PROFESSIONAL PL # 101
LANDOVER, MD 20785

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Abengoa Bioenergy US Holding, LLC | Case number (if known) | 16-41161 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

### 2.16  Priority creditor's name and mailing address — $Underdetermined — $Underdetermined

MARYLAND UNEMPLOYMENT INSURANCE FUND
LEGAL SERVICES SECTION
ATTN: MARK SORRENTINO
1100 N EUTAW ST, ROOM 401
BALTIMORE, MD 21201

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

### 2.17  Priority creditor's name and mailing address — $Underdetermined — $Underdetermined

MASSACHUSETTS DEPARTMENT OF REVENUE
100 CAMBRIDGE ST STE 500
BOSTON, MA 02114

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

### 2.18  Priority creditor's name and mailing address — $Underdetermined — $Underdetermined

MISSOURI DEPARTMENT OF REVENUE
301 WEST HIGH STREET
JEFFERSON CITY, MO 65105

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

### 2.19  Priority creditor's name and mailing address — $Underdetermined — $Underdetermined

MISSOURI DIVISION OF EMPLOYMENT
SECURITY
P.O. BOX 59
JEFFERSON CITY, MO 65104-0059

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Debtor    Abengoa Bioenergy US Holding, LLC                  Case number *(if known)* _16-41161 (KAS)_

       Name

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.20**   **Priority creditor's name and mailing address**      $Undetermined      $Undetermined

NEBRASKA DEPARTMENT OF LABOR
550 S 16TH ST.
LINCOLN, NE 68508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.21**   **Priority creditor's name and mailing address**      $Undetermined      $Undetermined

NEBRASKA DEPARTMENT OF REVENUE
PO BOX 98912
LINCOLN, NE 68509-8912

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.22**   **Priority creditor's name and mailing address**      $Undetermined      $Undetermined

NEW JERSEY DIVISION OF TAXATION
BANKRUPTCY SECTION
P.O. BOX 245
TRENTON, NJ 08695-0245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.23**   **Priority creditor's name and mailing address**      $Undetermined      $Undetermined

NEW MEXICO DEPARTMENT OF WORKFORCE
SOLUTIONS
401 BROADWAY BLVD NE
ALBUQUERQUE, NM 87102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor  Abengoa Bioenergy US Holding, LLC
_____
Name

Case number (if known)  16-41161 (KAS)
_____

| Part 1. | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.24**  Priority creditor's name and mailing address                                          $Undetermined    $Undetermined

NEW MEXICO TAXATION & REVENUE
DEPARTMENT
1100 SOUTH ST. FRANCIS DRIVE
SANTA FE, NM 87504

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Tax Claim

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.25**  Priority creditor's name and mailing address                                          $Undetermined    $Undetermined

NEW YORK STATE DEPARTMENT OF TAXATION
ATTN: OFFICE OF COUNSEL
BUILDING 9
W A HARRIMAN CAMPUS
ALBANY, NY 12227

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Tax Claim

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.26**  Priority creditor's name and mailing address                                          $Undetermined    $Undetermined

OREGON DEPARTMENT OF REVENUE
955 CENTER ST NE
SALEM, OR 97301

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Tax Claim

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.27**  Priority creditor's name and mailing address                                          $Undetermined    $Undetermined

ST. LOUIS CITY (CITY TAX)
1200 MARKET ST
#410
ST. LOUIS, MO 63103

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Tax Claim

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor   Abengoa Bioenergy US Holding, LLC
_____
Name

Case number *(if known)*  16-41161 (KAS)

| Part 1. | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.28**

**Priority creditor's name and mailing address**
$Undetermined   $Undetermined

STATE OF ILLINOIS DEPARTMENT OF
EMPLOYMENT SECURITY
2444 W LAWRENCE AVE
CHICAGO, IL 60625

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.29**

**Priority creditor's name and mailing address**
$Undetermined   $Undetermined

UTAH STATE TAX COMMISSION
210 N 1950 W
SALT LAKE CITY, UT 84134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.30**

**Priority creditor's name and mailing address**
$Undetermined   $Undetermined

VIRGINIA DEPARTMENT OF REVENUE
1957 WESTMORELAND ST
RICHMOND, VA 23230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.31**

**Priority creditor's name and mailing address**
$Undetermined   $Undetermined

VIRGINIA EMPLOYMENT COMMISSION
703 E MAIN ST
RICHMOND, VA 23219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor    Abengoa Bioenergy US Holding, LLC
_____
Name

Case number *(if known)*  16-41161 (KAS)

---

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

| 2.32 | **Priority creditor's name and mailing address** | $Undetermined | $Undetermined |
| --- | --- | --- | --- |

WASHINGTON EMPLOYMENT SECURITY DEPARTMENT
212 MAPLE PARK AVE SE
OLYMPIA, WA 98501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor  Abengoa Bioenergy US Holding, LLC
_____
Name

Case number *(if known)* 16-41161 (KAS)
_____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** | Nonpriority creditor's name and mailing address
ABENGOA BIOENERGIA SA
C/ ENERGÍA SOLAR Nº1, PALMAS ALTAS. 41014 SEVILLA
SPAIN

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

$ 779,383,162.76

Date or dates debt was incurred     Undetermined

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.2** | Nonpriority creditor's name and mailing address
ABENGOA BIOENERGY COMPANY, LLC (ANTIGUA ABENGOA
BIOENERGY CORPORATION, INC.)
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

$ 57,420,619.36

Date or dates debt was incurred     Undetermined

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.3** | Nonpriority creditor's name and mailing address
ABENGOA BIOENERGY OF ILLINOIS, LLC
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

$ 928,139.16

Date or dates debt was incurred     Undetermined

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.4** | Nonpriority creditor's name and mailing address
ABENGOA BIOENERGY OF INDIANA, LLC
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

$ 920,572.00

Date or dates debt was incurred     Undetermined

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.5** | Nonpriority creditor's name and mailing address
GREATAMERICA FINANCIAL SERVICES CORPORATION
C/O NYEMASTER GOODE, P.C.
700 WALNUT
SUITE 1600
DES MOINES, IA 50309

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim, Case No. Case No. 06571 LACV084667

$ Undetermined

Date or dates debt was incurred     Undetermined

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.6** | Nonpriority creditor's name and mailing address
SILICON VALLEY BANK
C/O LATHROP & GAGE LLP
7701 FORSYTH BLVD.
SUITE 500
CLAYTON, MO 63105

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim, Case No. 16SL-CC00464

$ Undetermined

Date or dates debt was incurred     Undetermined

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor _____Abengoa Bioenergy US Holding, LLC_____    Case number (if known)__16-41161 (KAS)_____
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ _____0.00 <br> + undetermined amounts |
| 5b. **Total claims from Part 2** | 5b. **+** | $ _____838,652,493.28 <br> + undetermined amounts |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ _____838,652,493.28 <br> + undetermined amounts |

**Fill in this information to identify the case:**

Debtor name   Abengoa Bioenergy US Holding, LLC

United States Bankruptcy Court for the: Eastern _____  District of   Missouri
(State)

Case number (If known):   16-41161 (KAS) _____  Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Guaranty - York NXT, as Amended From Time to Time | NXT CAPITAL, LLC<br>191 N WACKER DR, SUITE 1200<br>CHICAGO, IL 60606 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  Abengoa Bioenergy US Holding, LLC

United States Bankruptcy Court for the: Eastern _____ District of Missouri
                                                                                            (State)

Case number (If known):   16-41161 (KAS)

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors                                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name   Abengoa Bioenergy US Holding, LLC

United States Bankruptcy Court for the: Eastern                              District of: Missouri
                                                                                          (State)

Case number (*If known*):16-41161 (KAS)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☒ *Schedule H: Codebtors* (Official Form 206H)

- ☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

- ☐ Amended *Schedule:* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:          4/8/2016                          ✗   /s/ Sandra Porras Serrano
                      MM /DD/ YYYY                          Signature of individual signing on behalf of debtor
                                                           Sandra Porras Serrano
                                                           Printed name
                                                           Director And Chief Financial Officer
                                                           Position or relationship to debtor