**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ABENGOA BIOENERGY US HOLDING, LLC, *et al.*, | ) Case No. 16-41161 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC**
**DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

### Introduction

Abengoa Bioenergy US Holding, LLC ("ABUS") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized.  In no event shall the Debtors or their agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Given, among other things, the uncertainty surrounding the valuation of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, it is not an admission that such Debtor was solvent at the Petition Date (as defined herein) or at any time prior to the Petition Date.  Likewise, to the extent that a Debtor shows more liabilities than assets, it is not an admission that such Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

Sandra Porras Serrano, the chief financial officer of Abengoa Bioenergy U.S. Holding, LLC, has signed each of the Schedules and Statements. Ms. Porras Serrano is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Ms. Porras Serrano necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors.  Ms. Porras Serrano has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

<u>**Global Notes and Overview of Methodology**</u>

1.    <u>**Reservation of Rights**</u>.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("<u>Claim</u>") description, designation, or Debtor against which the Claim is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or

amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

2.  **Description of Cases and "As Of" Information Date**. On February 24, 2016 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The asset and liability information provided herein represents the asset and liability data of the Debtors as of the Petition Date, except as otherwise noted.

    On March 4, 2016, the Bankruptcy Court entered the *Order Granting Motion For Joint Administration (Related Doc # 3)* [Docket No. 84]. On March 11, 2016 the United States Trustee for the District of Delaware filed the *Notice of Appointment of Creditors' Committee Filed by U.S. Trustee Office of US Trustee* pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 113].

3.  **Net Book Value of Assets**. Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the Petition Date. The book values of certain assets may materially differ from their fair market values. Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets.

4.  **Recharacterization**. Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to re-characterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

3

5.    **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

6.    **Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and accrued accounts payable.  The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized (but not directed) the Debtors to pay, in their discretion, certain outstanding Claims on a postpetition basis.  Prepetition liabilities which have been paid postpetition or those which the Debtors plan to pay via this authorization have been omitted from the Schedules and Statements.

7.    **Insiders**.  The listing of a party as an "insider," throughout the Schedules and Statements, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims and defenses are hereby expressly reserved.  Moreover, the Debtors do not take any position with respect to:  (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

8.    **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9.    **Executory Contracts**.  Although the Debtors made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

10. **Classifications**. Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claims or contracts or to setoff of such Claims.

11. **Claims Description**. Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

12. **Causes of Action**. Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

13. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

- Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

- Totals. All totals that are included in the Schedules and Statements represent

5

totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

- Paid Claims. The Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various orders entered by the Bankruptcy Court.  Accordingly, certain outstanding liabilities that have been reduced by postpetition payments made on account of prepetition liabilities have been omitted from the Schedules and Statements. To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.

- Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14.   **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

15.   **Intercompany Payables and Receivables**.   Intercompany payables and receivables between the Debtors are set forth on Schedule E/F or Schedule A/B.77, as applicable.

Additional detail regarding the Debtors' intercompany payables and receivables can be found in the *Debtor's Motion for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System and (II) Maintain Existing Bank Accounts and Business Forms; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claim; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority* [Docket No. 14] (the "Cash Management Motion").

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

16.   **Employee Addresses**.  Employee names and addresses have been redacted from entries listed throughout the Schedules and Statements, where applicable.

17.   **Global Notes Control**.  In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedules Summary**.    Except as otherwise noted, the asset information provided herein represents the Debtors' data regarding their assets as of the Petition Date, and the liability information provided herein represents the Debtors' data regarding their liabilities as of the Petition Date.

For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates ordinarily prepare consolidated financial statements.  Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis, except where otherwise indicated.  Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

**Schedule A/B**.    The Debtors are party to a significant number of executory contracts and unexpired leases.  Therefore, in an effort to avoid duplication, the Debtors have provided a list of such executory contracts and unexpired leases on Schedule G only.

**Schedule A/B.3**.  The bank account balances listed are as of the Petition Date.

**Schedule A/B.6**.  Pursuant to the *Interim Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service and (IV) Scheduling Final Hearing* [Docket No. 91], the Debtors are authorized to provide adequate assurance of payment for future utility services.  Such deposits are not listed on Schedule A/B.6, which was prepared as of the Petition Date.

**Schedule A/B.74**.  In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter claims, cross-claims, setoffs, refunds, or potential warranty claims against its suppliers.  Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B.74.

**Schedule A/B.77**.  The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the

Debtors regarding the allowance, classification, characterization, validity, priority of, or the nature of any transaction reflected in such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

**Schedule D**. The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

**Schedule E/F**. The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Although there are multiple parties that hold a portion of the debt included in the Debtors' Capital Structure[2], only the administrative agents have been listed for purposes of the Schedules. The amounts outstanding under the Debtors' Capital Structure reflect approximate amounts as of the Petition Date.

**Schedule G**. Although the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts and reasonable commercial efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable commercial efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or

---

[2]   *See Declaration of Sandra Porras Serrano, Chief Financial Officer, in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 12].

8

enforceable.  The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability, or characterization of any contract, agreement, or lease set forth on Schedule G and to amend or supplement Schedule G as necessary.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including but not limited to purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtor expressly reserves its rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or, multiple, severable, or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed therein shall be deemed to include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed therein.  In some cases, the same supplier or provider appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtors and such counterparty.

The Debtor reserves all of its rights, claims, and Causes of Action with respect to the contracts and leases on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements.  Such documents may not be set forth on Schedule G.  The Debtors reserve all of their rights with respect to such agreements.  Further, the Debtor reserves all of their rights to alter or amend the Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available.  Certain of the executory agreements may not have been memorialized and could be subject to dispute, including the defense of the statute of frauds.  Executory agreements that are oral in nature have not been included on Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contract or agreement is not impaired by the omission.

**Schedule H**.  Although there are multiple lenders under the Debtors' Capital Structure, only the administrative agents have been listed on Schedule H.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**.  In Statement 3, disbursements made on account of multiple invoices may be reflected as a single payment.  All disbursements listed in Statement 3 are made through the Debtors' cash management system as described more fully in the Cash Management Motion.

Payments related to prepetition obligations that were issued in the prepetition period, but not honored (pursuant to Court order as described in the Cash Management Motion) until the postpetition period are not included in the response to Statement 3.  These payments are *de minimis* in amount and detail relating to these payments can be made available, as appropriate, upon request.

**Statement 4/30**.  Due to the complex corporate structure and distributed nature of operations of the Debtors and their non-debtor affiliates, the Debtors' accounting systems contain numerous intercompany transactions, some of which may be categorized as transfers, payments, distributions, or withdrawals credited to or made for the benefit of the insiders of the Debtors, while others are simply cost-accounting allocation entries.  The Debtors are in the process of reviewing and itemizing intercompany transactions.  However, due the volume and complexity of that task, it could not have been completed in time for filing these Statements.  The Debtors continue to work diligently on identifying transfers, payments, distributions, or withdrawals responsive to these Statements 4 and 30, and will provide the results as soon as they become available.

**Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, may not have records of all such losses to the extent such losses do not have a material impact on the Debtors' business or are not reported for insurance purposes.  Therefore, some losses may have been excluded.

**Statements 22/23/24**.  The Debtors have made commercially reasonable efforts to identify all applicable environmental information as required by Statements 22/23/24, with a focus on providing information from recent years and that are still active.   These efforts included reviewing the Debtors' environmental records and incorporating the historical knowledge of the Debtors' employees into the Schedules and Statements to the extent applicable and practicable.

Due to data limitations and the latent nature of potential environmental liabilities, the Debtors acknowledge the possibility that potential environmental liabilities may be discovered subsequent to the filing of the Schedules and Statements. The Debtors reserve all rights to correct, amend, or supplement the Schedules and Statements as necessary or appropriate.

**Statement 26d**.  During the preceding two years, Abengoa, S.A., the indirect parent company of the Debtor, filed quarterly and annual reports with the Securities and Exchange Commission ("SEC")  foreign private issuer pursuant to Rule 13a-16 or 15d-16 under the Securities Exchange Act of 1934.  These financial statements are publicly available and may have been used by

10

banks, customers, governmental authorities, suppliers, rating agencies and others.  In addition, the Debtor may have provided certain parties, such as banks, auditors, vendors and financial advisors financial statements that may not be part of a public filing.  The Debtor does not maintain complete lists to track such disclosures.  As such, the Debtor has not provided lists of these parties in response to Statement 26d.

**Statement 27**.  Debtors' employees routinely perform daily, month-end and year-end inventories at the various locations.  Debtors' response to Statement 27 includes inventories performed as of the Petition Date, year-end 2015 and year-end 2014.  Details regarding additional inventories performed can be made available, as appropriate, upon request.

*[Remainder of page intentionally left blank]*

11

**Fill in this information to identify the case:**

Debtor name  Abengoa Bioenergy Company, LLC

United States Bankruptcy Court for the: Eastern _____ District of Missouri
                                                              (State)

Case number (If known): 16-41165 (KAS)

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---------|-------------------|

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* ........................................................................................

$    9,104,863.48

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* ....................................................................................

$    396,142,297.92
+ undetermined amounts

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* ......................................................................................

$    405,247,161.40
+ undetermined amounts

---

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ..............

$    0.00
+ undetermined amounts

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F* ..........................................

$    0.00
+ undetermined amounts

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .................

+ $    6,222,427,134.63
+ undetermined amounts

4. **Total liabilities** ...............................................................................................................................
   Lines 2 + 3a + 3b

$    6,222,427,134.63
+ undetermined amounts

---

**Fill in this information to identify the case:**

Debtor name  Abengoa Bioenergy Company, LLC

United States Bankruptcy Court for the: Eastern _____ District of Missouri
(State)

Case number (If known):   16-41165 (KAS)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $_____0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See attached rider | | | $_____75,711.29 |
| 3.2. | | | $_____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. None | | $_____0.00 |
|---|---|---|
| 4.2. | | $_____ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____75,711.29

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. See attached rider | $_____21,055.00 |
|---|---|
| 7.2. | $_____ |

Debtor ___Abengoa Bioenergy Company, LLC_____     Case number (if known) __16-41165 (KAS)_____
Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _See attached rider_____    $_____13,615.03

8.2. _____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    | $_____34,670.03 |

---

| **Part 3:** | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |

11. **Accounts receivable**

| 11a. 90 days old or less: | 204,071.75 | – | | = .......➔ | $ | 204,071.75 |
| | face amount | | doubtful or uncollectible accounts | | | |
| 11b. Over 90 days old: | 253,565.17 | – | 22,569.59 | = .......➔ | $ | 230,995.58 |
| | face amount | | doubtful or uncollectible accounts | | | |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $_____435,067.33 |

---

| **Part 4:** | **Investments** |

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. _____    _____%    _____    $_____

15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    | $_____0.00 |

---

Debtor      Abengoa Bioenergy Company, LLC                          Case number (if known)  16-41165 (KAS)
            Name

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| See attached rider | MM / DD / YYYY | $ 2,747,972.83 | | $ 2,747,972.83 |
| **20. Work in progress** | | | | |
| Work in Process | 2/24/2016 MM / DD / YYYY | $ 57,993.48 | Book Value | $ 57,993.48 |
| **21. Finished goods, including goods held for resale** | | | | |
| Finished Products | 2/24/2016 MM / DD / YYYY | $ 57,481.65 | Book Value | $ 57,481.65 |
| **22. Other inventory or supplies** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    $ 2,863,447.96

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes. Book value    Undetermined    Valuation method    Current value    Undetermined

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| | $ | | $ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

Debtor    Abengoa Bioenergy Company, LLC
          _____
          Name

Case number (if known)  16-41165 (KAS)
_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____    Valuation method _____    Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| None | $ _____ | _____ | $ _____ 0.00 |
| 40. **Office fixtures** | | | |
| None | $ _____ | _____ | $ _____ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See attached rider | $ 2,756,668.50 | _____ | $ 2,756,668.50 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ _____ | _____ | $ _____ 0.00 |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____ 2,756,668.50

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor      Abengoa Bioenergy Company, LLC _____      Case number *(if known)*____16-41165 (KAS)_____
                Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See attached rider | $        447,482.90 | | $        447,482.90 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $        0.00 |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ | | $        0.00 |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| See attached rider | $    53,650,110.16 | | $    53,650,110.16 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$        54,097,593.06

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor _____Abengoa Bioenergy Company, LLC_____    Case number (if known)___16-41165 (KAS)_____
        Name

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 See attached rider | | $ | | $        9,104,863.48 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$        9,104,863.48

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>None | $ | | $        0.00 |
| **61. Internet domain names and websites**<br>See attached rider | $ | | $        Undetermined |
| **62. Licenses, franchises, and royalties**<br>None | $ | | $        0.00 |
| **63. Customer lists, mailing lists, or other compilations**<br>None | $ | | $        0.00 |
| **64. Other intangibles, or intellectual property**<br>None | $ | | $        0.00 |
| **65. Goodwill**<br>None | $ | | $        0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$        0.00
+ undetermined amounts

Debtor    Abengoa Bioenergy Company, LLC    Case number *(if known)*    16-41165 (KAS)
　　　　　Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

| None | Total face amount — doubtful or uncollectible amount = ➔ | $ 0.00 |
|---|---|---|

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| None | Tax year _____ | $ 0.00 |
|---|---|---|
|  | Tax year _____ | $ _____ |
|  | Tax year _____ | $ _____ |

73. **Interests in insurance policies or annuities**

| See attached rider | $ Undetermined |
|---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| None | $ 0.00 |
|---|---|

Nature of claim _____

Amount requested    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| None | $ 0.00 |
|---|---|

Nature of claim _____

Amount requested    $ _____

76. **Trusts, equitable or future interests in property**

| None | $ 0.00 |
|---|---|

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| See attached rider | $ 335,879,139.75 |
|---|---|
|  | $ _____ |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | $ 335,879,139.75 |
|---|---|
| | + undetermined amounts |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    Abengoa Bioenergy Company, LLC        Case number (if known)    16-41165 (KAS)
Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 75,711.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 34,670.03 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 435,067.33 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 2,863,447.96 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 2,756,668.50 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 54,097,593.06 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................ ➔ | | $ 9,104,863.48 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 <br> + undetermined amounts | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 335,879,139.75 <br> + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 396,142,297.92 <br> + undetermined amounts | **+** 91b. $ 9,104,863.48 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................... | | $ 405,247,161.40 <br> + undetermined amounts |

Debtor Name: Abengoa Bioenergy Company, LLC                                     Case Number: 16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| BANCO DE BRASIL | Cash Reserves | 0118 | $0.00 |
| BANCO POPULAR | Cash Reserves | 0892 | $0.00 |
| BANCO SANTANDER | Cash Reserves | 1228 | $0.00 |
| BANCO SANTANDER | Cash Reserves | 1210 | $0.00 |
| BANCO SANTANDER SPAIN | Cash Reserves | 0278 | $6,117.70 |
| BANKIA | Cash Reserves | 1772 | $27,317.67 |
| CALIFORNIA BANK & TRUST | Cash Reserves | 6115 | $443.74 |
| CITIBANK, NA | Cash Reserves | 1808 | $0.00 |
| CORNERSTONE BANK | Petty Cash | 1403 | $243.49 |
| EMPRISE BANK | Petty Cash | 8095 | $599.51 |
| HSBC | Cash Reserves | 9656 | $5.32 |
| LA CAIXA | Cash Reserves | 3633 | $0.00 |
| RBS | Cash Reserves | 2701 | $0.00 |
| WELLS FARGO BANK, NA | Operating | 3199 | $6,831.64 |
| WELLS FARGO BANK, NA | Check clearing | 3207 | $34,152.22 |
| | | **TOTAL** | **$75,711.29** |

Debtor Name: Abengoa Bioenergy Company, LLC                              Case Number:  16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Security Deposit | SACHS PROPERTIES INC. | $21,055.00 |
| | **TOTAL** | **$21,055.00** |

Debtor Name: Abengoa Bioenergy Company, LLC                                        Case Number:   16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Prepaid Insurance | AON RISK SERVICES CENTRAL | $6,681.62 |
| Prepaid Insurance | VARIOUS BENEFIT INSURANCES | $6,933.41 |
| | **TOTAL** | **$13,615.03** |

Debtor Name:        Abengoa Bioenergy Company, LLC                                Case Number:          16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 5, Question 19:** Raw materials

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Raw Material Inventory | 2/24/2016 | $514,928.07 | Book Value | $514,928.07 |
| Spare Parts Inventory | 2/24/2016 | $2,233,044.76 | Book Value | $2,233,044.76 |
| | | | TOTAL | **$2,747,972.83** |

| Debtor Name: | Abengoa Bioenergy Company, LLC | | | Case Number: | 16-41165 (KAS) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| IT Equipment - Abengoa Intranet Software 2009 - Colwich | $25,001.10 | $-25,001.10 | $0.00 | Book Value | $0.00 |
| IT Equipment - Network Infrastructure Upgrade - Colwich | $43,070.72 | $-43,070.72 | $0.00 | Book Value | $0.00 |
| IT Equipment - ABC-Colwich Inventory Module - 2009 | $45,557.38 | $-45,557.38 | $0.00 | Book Value | $0.00 |
| IT Equipment - Abengoa Intranet Software 2009 - Portales | $25,001.10 | $-25,001.10 | $0.00 | Book Value | $0.00 |
| IT Equipment - ABC-Portales Inventory Module - 2009 | $45,557.38 | $-45,557.38 | $0.00 | Book Value | $0.00 |
| IT Equipment - Phone System Upgrade | $56,931.82 | $-55,735.41 | $1,196.41 | Book Value | $1,196.41 |
| IT Equipment - SAP Hardware - Colwich | $4,574.75 | $-4,574.75 | $0.00 | Book Value | $0.00 |
| IT Equipment - SAP Hardware - Portales | $4,574.75 | $-4,574.75 | $0.00 | Book Value | $0.00 |
| IT Equipment - SAP Hardware - York | $9,149.49 | $-9,149.49 | $0.00 | Book Value | $0.00 |
| IT Equipment - Colwich CompuWeigh System | $361,563.90 | $-102,443.11 | $259,120.79 | Book Value | $259,120.79 |
| IT Equipment - Portales CompuWeigh System | $513,402.28 | $-145,364.20 | $368,038.08 | Book Value | $368,038.08 |
| IT Equipment - York CompuWeigh System | $638,516.35 | $-180,912.98 | $457,603.37 | Book Value | $457,603.37 |
| IT Equipment - 2012 SAP Hardware | $8,962.27 | $-8,962.27 | $0.00 | Book Value | $0.00 |
| IT Equipment - York - 2013 ToIP Phone System | $36,383.83 | $-27,233.23 | $9,150.60 | Book Value | $9,150.60 |
| Software - SAP Software - Colwich | $702,099.59 | $-339,348.14 | $362,751.45 | Book Value | $362,751.45 |
| Software - SAP Software - Portales | $717,581.05 | $-346,830.84 | $370,750.21 | Book Value | $370,750.21 |
| Software - SAP Software - York | $1,352,681.59 | $-696,211.30 | $656,470.29 | Book Value | $656,470.29 |
| Software - York DCS Upgrade | $19,808.00 | $-19,808.00 | $0.00 | Book Value | $0.00 |
| Software - 2012 SAP Software | $299,596.23 | $-93,958.99 | $205,637.24 | Book Value | $205,637.24 |
| Software - York - 2014 IT Projects | $66,171.85 | $-15,440.10 | $50,731.75 | Book Value | $50,731.75 |
| Software - Colwich - 2015 Telephone Programming | $16,601.79 | $-1,383.48 | $15,218.31 | Book Value | $15,218.31 |
| | | | | TOTAL | $2,756,668.50 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 47:** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Vehicles        - York 2012 Cat 938H Wheel Loader | $242,385.05 | $-147,162.37 | $95,222.68 | Book Value | $95,222.68 |
| Vehicles        - York - JCB 427 HT Wheel Loader w bucket | $215,176.79 | $-38,136.61 | $177,040.18 | Book Value | $177,040.18 |
| Vehicles        - York - 2014 Chevy CK1500 Pickup | $42,994.83 | $-10,698.72 | $32,296.11 | Book Value | $32,296.11 |
| Vehicles        - Colwich - 2014 Caterpillar 924K Loader | $160,074.80 | $-17,150.87 | $142,923.93 | Book Value | $142,923.93 |
| | | | | TOTAL | $447,482.90 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Equipment            -  POWER BROOM | $741.29 | $-741.29 | $0.00 | Book Value | $0.00 |
| Equipment          - SELF DUMP HOPPER | $766.74 | $-766.74 | $0.00 | Book Value | $0.00 |
| Equipment            - Sartorius Moisture Balance weighing equipment | $2,059.03 | $-2,059.03 | $0.00 | Book Value | $0.00 |
| Equipment            - Compressor | $3,662.00 | $-3,662.00 | $0.00 | Book Value | $0.00 |
| Equipment            - FORKLIFT | $9,742.80 | $-9,742.80 | $0.00 | Book Value | $0.00 |
| Equipment          - Case 1170 tractor | $12,350.00 | $-12,350.00 | $0.00 | Book Value | $0.00 |
| Equipment          - Skid loader | $19,178.50 | $-19,178.50 | $0.00 | Book Value | $0.00 |
| Equipment            - Metrohhm-Peak Ion Chromatography System | $28,534.00 | $-28,534.00 | $0.00 | Book Value | $0.00 |
| Equipment            - 928GZ Wheel Loader | $48,186.85 | $-48,186.85 | $0.00 | Book Value | $0.00 |
| Equipment          - Volvo L20B Front Wheel Loader | $50,857.68 | $-41,170.49 | $9,687.19 | Book Value | $9,687.19 |
| Equipment          - 2 Toyota Forklifts | $61,027.00 | $-61,027.00 | $0.00 | Book Value | $0.00 |
| Equipment            - Agilent & Antek Lab Equipment - 2009 | $99,306.99 | $-99,306.99 | $0.00 | Book Value | $0.00 |
| Equipment          - Grain Analyzer and Test | $193,846.17 | $-193,846.17 | $0.00 | Book Value | $0.00 |
| Equipment          - Trane Cen-Tra-Vac Chiller CVHF1280 | $999,698.00 | $-449,864.10 | $549,833.90 | Book Value | $549,833.90 |
| Equipment            - Bucket for Loader | $8,369.79 | $-8,369.79 | $0.00 | Book Value | $0.00 |
| Equipment            - Metrohhm-Peak Ion Chromatography System | $28,534.00 | $-28,534.00 | $0.00 | Book Value | $0.00 |
| Equipment            - CL0027 - Antek 9000VS Sulfer Analyzer | $33,360.00 | $-33,360.00 | $0.00 | Book Value | $0.00 |
| Equipment          - Grain Analyzer and Test | $181,024.16 | $-181,024.16 | $0.00 | Book Value | $0.00 |
| Equipment          - Trane Centrifugal Chiller | $2,771,017.00 | $-1,212,319.94 | $1,558,697.06 | Book Value | $1,558,697.06 |
| Equipment            - Computer Monitor | $666.96 | $-666.96 | $0.00 | Book Value | $0.00 |
| Equipment          - PH DIGGER/AUGER | $791.70 | $-791.70 | $0.00 | Book Value | $0.00 |

Debtor Name:    Abengoa Bioenergy Company, LLC    Case Number:    16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Equipment - Artic Cat 300 4x4 | $980.00 | $-980.00 | $0.00 | Book Value | $0.00 |
| Equipment - DR890 Colorimeter | $1,361.00 | $-1,361.00 | $0.00 | Book Value | $0.00 |
| Equipment - Phone/voice mail overhaul | $1,400.00 | $-1,400.00 | $0.00 | Book Value | $0.00 |
| Equipment - RADIOS | $1,529.85 | $-1,529.85 | $0.00 | Book Value | $0.00 |
| Equipment - COMPUTER UPGRADES | $1,690.50 | $-1,690.50 | $0.00 | Book Value | $0.00 |
| Equipment - MILLER WELDER | $1,718.98 | $-1,718.98 | $0.00 | Book Value | $0.00 |
| Equipment - WESTFIELD AUGER | $2,016.00 | $-2,016.00 | $0.00 | Book Value | $0.00 |
| Equipment - Scalehouse Printer | $2,344.00 | $-2,344.00 | $0.00 | Book Value | $0.00 |
| Equipment - RADIOS | $2,605.66 | $-2,605.66 | $0.00 | Book Value | $0.00 |
| Equipment - Golf Cart | $2,730.00 | $-2,730.00 | $0.00 | Book Value | $0.00 |
| Equipment - AGGATOR REBUILD | $6,187.30 | $-6,187.30 | $0.00 | Book Value | $0.00 |
| Equipment - Mita Copier | $6,585.00 | $-6,585.00 | $0.00 | Book Value | $0.00 |
| Equipment - MILLER WELDER | $7,554.35 | $-7,554.35 | $0.00 | Book Value | $0.00 |
| Equipment - YB03-701 Plant Beautification - Mower | $10,650.00 | $-10,650.00 | $0.00 | Book Value | $0.00 |
| Equipment - Overhaul Front-End Loader | $13,079.37 | $-13,079.37 | $0.00 | Book Value | $0.00 |
| Equipment - Genie Forklift | $19,909.93 | $-19,909.93 | $0.00 | Book Value | $0.00 |
| Equipment - 94 CHEVY SILVERADO | $21,588.00 | $-21,588.00 | $0.00 | Book Value | $0.00 |
| Equipment - Gehl Forklift | $23,171.00 | $-23,171.00 | $0.00 | Book Value | $0.00 |
| Equipment - GENIE FORKLIFT | $28,463.98 | $-28,463.98 | $0.00 | Book Value | $0.00 |
| Equipment - Metrohhm-Peak Ion Chromatography System | $28,534.00 | $-24,016.12 | $4,517.88 | Book Value | $4,517.88 |
| Equipment - Trackmobile upgrade | $31,809.19 | $-31,809.19 | $0.00 | Book Value | $0.00 |
| Equipment - 2007 Chevy K1500 Crew Cab 4X4 Truck | $34,649.81 | $-34,649.81 | $0.00 | Book Value | $0.00 |

Debtor Name:   Abengoa Bioenergy Company, LLC                                    Case Number:      16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Equipment - BAL OF GEHL FORKLIFT | $38,245.65 | $-38,245.65 | $0.00 | Book Value | $0.00 |
| Equipment - Perten DA 7200 Ethanol Analyzer | $48,537.50 | $-48,537.50 | $0.00 | Book Value | $0.00 |
| Equipment - YN07-701 #13 MCI Auto Kicker & NIR | $152,517.49 | $-152,517.49 | $0.00 | Book Value | $0.00 |
| Equipment - Grain Analyzer and Test | $312,994.77 | $-312,994.77 | $0.00 | Book Value | $0.00 |
| Equipment - Trane Cen-Tra-Vac Chiller CVHF1280 + PM greement | $721,874.00 | $-327,851.11 | $394,022.89 | Book Value | $394,022.89 |
| Equipment - Colwich 444TP TEFC 3 Phase Motor | $29,675.10 | $-18,370.30 | $11,304.80 | Book Value | $11,304.80 |
| Equipment - Colwich 1250 HP MVR Motor | $22,397.51 | $-13,865.10 | $8,532.41 | Book Value | $8,532.41 |
| Equipment - York Air Compressor Upgrade 2011 | $60,743.76 | $-37,603.28 | $23,140.48 | Book Value | $23,140.48 |
| Equipment - York - 2012 Radio Project | $24,050.00 | $-24,050.00 | $0.00 | Book Value | $0.00 |
| Equipment - York X401 & 205 Exchanger Plates 2012 | $22,329.64 | $-22,329.64 | $0.00 | Book Value | $0.00 |
| Equipment - York NOX Analyyzer | $5,683.87 | $-5,683.87 | $0.00 | Book Value | $0.00 |
| Equipment - York - 2013 Lab Titrator | $8,260.82 | $-4,818.80 | $3,442.02 | Book Value | $3,442.02 |
| Equipment - Colwich - 2014 Lab Equipment | $19,382.08 | $-3,230.35 | $16,151.73 | Book Value | $16,151.73 |
| Plant Process/Component - REBUILD MOTOR - CENTRIFUGE | $3,538.80 | $-3,538.80 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - REBUILD FEED PORTS - CENTRIFUGE | $1,032.82 | $-1,032.82 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Centrifuge | $296,815.89 | $-145,907.95 | $150,907.94 | Book Value | $150,907.94 |
| Plant Process/Component - MCC pond equip | $292.25 | $-258.13 | $34.12 | Book Value | $34.12 |
| Plant Process/Component - Dust Collection | $315.00 | $-315.00 | $0.00 | Book Value | $0.00 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Network server & software | $344.62 | $-344.62 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - INSTALL DENATURNT SHUTOFF VALVE | $624.92 | $-624.92 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CW01-806 Ammonia Tank Installation | $724.00 | $-412.80 | $311.20 | Book Value | $311.20 |
| Plant Process/Component - CT03-502EthanolStrgTankMonitor | $840.00 | $-399.00 | $441.00 | Book Value | $441.00 |
| Plant Process/Component - CHEM FEED PUMP - ACID | $1,077.28 | $-1,077.28 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - INSTALL CHEM FEED PUMP | $1,077.58 | $-1,077.58 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Boiler upgrade on valves | $1,102.44 | $-1,102.44 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CK04-650 Evaporation Evaluation Repair | $1,139.92 | $-898.52 | $241.40 | Book Value | $241.40 |
| Plant Process/Component - REBUILD BLOWER - GRAIN HANDLING | $1,156.90 | $-1,156.90 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - INSTALL PUMP 50 HP P505 | $1,218.10 | $-1,218.10 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - INSTALL LOCKABLE VALVES | $1,256.06 | $-1,256.06 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Steamtrap | $1,261.00 | $-1,261.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CK04-401 Evaporator | $1,273.20 | $-1,208.86 | $64.34 | Book Value | $64.34 |
| Plant Process/Component - WILDEN M2 PUMP - ACID | $1,334.69 | $-1,334.69 | $0.00 | Book Value | $0.00 |

Debtor Name:      Abengoa Bioenergy Company, LLC                                      Case Number:      16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - 50 HP MOTOR | $1,450.00 | $-1,450.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - FIRE SYSTEM REWORK | $1,923.76 | $-969.71 | $954.05 | Book Value | $954.05 |
| Plant Process/Component - SHELVING | $2,435.00 | $-2,435.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - REBUILD PUMP - POND #2 | $2,549.68 | $-2,549.68 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - REBUILD DENATURANT METER | $2,751.74 | $-2,751.74 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - INSTALL GAS REGULATOR - BOILER | $2,762.16 | $-2,762.16 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - REBUILD RECIRC PUMP | $2,848.40 | $-2,848.40 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - REBUILD PUMP-MISC FIRE QT | $3,018.15 | $-3,018.15 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - REBUILD GEAR BOX COOK SECTION | $3,248.52 | $-3,248.52 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - WASTE TREATMENT | $3,299.00 | $-1,649.60 | $1,649.40 | Book Value | $1,649.40 |
| Plant Process/Component - PUMP-DISTILLATION | $3,350.00 | $-3,350.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Emission Controls | $3,472.16 | $-3,472.16 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - REFURBISH GRINDER BIN | $3,654.76 | $-3,654.76 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - GEAR BOX - COOLING TOWER | $3,762.39 | $-1,935.95 | $1,826.44 | Book Value | $1,826.44 |
| Plant Process/Component - Pre YE 95 - Distillation 3 yr | $3,900.77 | $-3,900.77 | $0.00 | Book Value | $0.00 |

Debtor Name:      Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Cyclone & baghouse - ductwork | $4,555.39 | $-2,923.11 | $1,632.28 | Book Value | $1,632.28 |
| Plant Process/Component - Replace RR Ties/Track | $4,780.30 | $-4,780.30 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Upgrade hydro heater | $4,830.86 | $-4,830.86 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Lightning Arrestors & Grounding Rods | $5,316.79 | $-5,316.79 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Sulfuric Tankcoating | $5,546.41 | $-5,546.41 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CL10-703 Fermentation Flush Automation & Insulatio | $5,663.94 | $-4,637.95 | $1,025.99 | Book Value | $1,025.99 |
| Plant Process/Component - Computer terminal | $5,684.53 | $-5,684.53 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Cooling Tower Retrofit | $5,787.20 | $-2,556.02 | $3,231.18 | Book Value | $3,231.18 |
| Plant Process/Component - Maintenance Shop Road Installation | $6,083.75 | $-6,083.75 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CK01-612TransmitCalandra&Finis | $6,746.08 | $-3,204.35 | $3,541.73 | Book Value | $3,541.73 |
| Plant Process/Component - MOTOR FOR BOILER | $7,220.83 | $-7,220.83 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - SIEVE UPGRADE | $7,277.66 | $-3,760.08 | $3,517.58 | Book Value | $3,517.58 |
| Plant Process/Component - Rebuild pond dikes | $7,373.09 | $-3,256.48 | $4,116.61 | Book Value | $4,116.61 |
| Plant Process/Component - Truck Scale Rebuild | $7,762.94 | $-3,396.22 | $4,366.72 | Book Value | $4,366.72 |
| Plant Process/Component - COOLING PUMPS | $7,800.00 | $-7,800.00 | $0.00 | Book Value | $0.00 |

Debtor Name:        Abengoa Bioenergy Company, LLC                          Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Pre YE 95 - Boiler 8 yr | $7,801.54 | $-7,801.54 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Surveillance System | $7,858.20 | $-7,858.20 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - INSTALL MAGNETEK DRIVE | $8,697.68 | $-8,697.68 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CI04-705 Flow Meter Addition to Rectifier Column | $8,883.93 | $-8,883.93 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CU04-611PondAerators&Motors Rep | $9,028.24 | $-5,717.86 | $3,310.38 | Book Value | $3,310.38 |
| Plant Process/Component - REBUILD TRUCK SCALES | $9,116.17 | $-4,880.85 | $4,235.32 | Book Value | $4,235.32 |
| Plant Process/Component - Lab Equipment | $9,235.73 | $-9,235.73 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - GRAIN HANDLING CONCR PAD | $9,241.52 | $-4,774.83 | $4,466.69 | Book Value | $4,466.69 |
| Plant Process/Component - Process computer terminal | $9,327.77 | $-9,327.77 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Culvert - East Entrance | $9,436.42 | $-8,807.32 | $629.10 | Book Value | $629.10 |
| Plant Process/Component - NORTH ABSORBER | $9,442.56 | $-9,442.56 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Addt'l costs Co2 Distillation Modification 12/99 | $10,000.00 | $-7,416.66 | $2,583.34 | Book Value | $2,583.34 |
| Plant Process/Component - Replace Rectifier Condense | $10,129.04 | $-10,129.04 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CK04-607 MVR Shroud | $10,582.50 | $-5,026.73 | $5,555.77 | Book Value | $5,555.77 |

Debtor Name:      Abengoa Bioenergy Company, LLC                          Case Number:      16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Replace HPM Vacuum Pump | $10,636.21 | $-10,636.21 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - New sacc tank | $10,972.78 | $-9,692.64 | $1,280.14 | Book Value | $1,280.14 |
| Plant Process/Component - SCROLL HEAT EXCH (FERM) | $10,982.72 | $-10,982.72 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Cooling Tower Rebuild | $11,000.00 | $-4,766.66 | $6,233.34 | Book Value | $6,233.34 |
| Plant Process/Component - Heat exchangers | $11,193.19 | $-10,447.00 | $746.19 | Book Value | $746.19 |
| Plant Process/Component - REPL ELEC LINE-FIRE SUPPR | $11,472.15 | $-5,975.00 | $5,497.15 | Book Value | $5,497.15 |
| Plant Process/Component - SC3 Vac Stainless | $11,578.37 | $-11,578.37 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - REPLACE AC DRIVES | $11,690.00 | $-11,690.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Lift Station | $11,830.27 | $-11,830.27 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CF02-614ReplaceTeeCoolTowerHed | $11,940.00 | $-5,671.50 | $6,268.50 | Book Value | $6,268.50 |
| Plant Process/Component - CS02-613 Centrifuge Rebuild #3 | $12,276.81 | $-5,831.48 | $6,445.33 | Book Value | $6,445.33 |
| Plant Process/Component - INSTALL NEW FIELD CONTROL UNIT | $13,040.00 | $-13,040.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CL03-504Fermenter CO2 Modifica | $13,120.00 | $-6,232.00 | $6,888.00 | Book Value | $6,888.00 |
| Plant Process/Component - Expansion-grain receiver | $13,411.86 | $-4,079.48 | $9,332.38 | Book Value | $9,332.38 |
| Plant Process/Component - CM04-610 Repair DieselFirePump | $13,816.00 | $-13,117.77 | $698.23 | Book Value | $698.23 |

Debtor Name:    Abengoa Bioenergy Company, LLC                    Case Number:    16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - WDG Conveyor Chain | $13,953.40 | $-13,953.40 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CK03-706 Replacement & Spare In-Line Evap Preheate | $14,829.85 | $-12,462.11 | $2,367.74 | Book Value | $2,367.74 |
| Plant Process/Component - BARBARIAN LIFT PUMP | $14,873.01 | $-14,873.01 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CR02-803 Truck Loading Area Concrete Work | $14,920.51 | $-11,395.26 | $3,525.25 | Book Value | $3,525.25 |
| Plant Process/Component - Addt'l parking spaces | $14,953.90 | $-12,399.37 | $2,554.53 | Book Value | $2,554.53 |
| Plant Process/Component - Pre YE 95 - Boiler 3 yr | $15,603.07 | $-15,603.07 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Pre YE 95 - Grain Handling 8 yr | $15,603.07 | $-15,603.07 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CU03-401 Vent Installation in Centrifuges | $15,634.43 | $-7,556.68 | $8,077.75 | Book Value | $8,077.75 |
| Plant Process/Component - CU03-401 CIP Piping Network Repair | $15,634.43 | $-15,634.43 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CW01-806 Chemical Security Initiative | $16,835.44 | $-9,820.65 | $7,014.79 | Book Value | $7,014.79 |
| Plant Process/Component - Preliquifaction Pump | $16,846.59 | $-16,846.59 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Grain handling equipment | $16,847.75 | $-15,935.21 | $912.54 | Book Value | $912.54 |
| Plant Process/Component - Replace north bin trough | $17,007.83 | $-15,519.61 | $1,488.22 | Book Value | $1,488.22 |
| Plant Process/Component - Urea Storage | $17,659.48 | $-17,659.48 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CU03-401 Plates for Mash Cooler 315 | $17,719.02 | $-8,564.21 | $9,154.81 | Book Value | $9,154.81 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Pre YE 95 - Cook Section 3 yr | $19,503.84 | $-19,503.84 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - MCC Pond Equipment | $19,760.25 | $-17,125.51 | $2,634.74 | Book Value | $2,634.74 |
| Plant Process/Component - Micromotion sensors | $20,454.00 | $-20,454.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CL10-703 Fermentation Flush Automation | $20,636.15 | $-18,056.68 | $2,579.47 | Book Value | $2,579.47 |
| Plant Process/Component - Control Signal | $21,238.62 | $-21,238.62 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Hammermill Upgrade | $21,733.83 | $-21,733.83 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Grain Auger & Pit | $21,812.11 | $-21,812.11 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Heat Exchanger - Cook | $21,933.54 | $-21,933.54 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Fermenter Sprayballs | $23,074.51 | $-23,074.51 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Rebuild Dikes Ponds | $24,174.48 | $-10,576.30 | $13,598.18 | Book Value | $13,598.18 |
| Plant Process/Component - Installation of Wet Feed Project | $24,620.66 | $-10,156.07 | $14,464.59 | Book Value | $14,464.59 |
| Plant Process/Component - Underground Storage Tanks | $25,331.00 | $-22,059.08 | $3,271.92 | Book Value | $3,271.92 |
| Plant Process/Component - CK04-507 1st EffectEvapRepairs | $28,776.00 | $-18,224.80 | $10,551.20 | Book Value | $10,551.20 |
| Plant Process/Component - CB03-702 Main MCC Pressurization | $29,687.60 | $-29,687.60 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Pre YE 95 - Maintenance 20 yr | $30,258.17 | $-30,258.17 | $0.00 | Book Value | $0.00 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - CN11-609GrainRecvScrewConveyor | $31,620.00 | $-15,019.50 | $16,600.50 | Book Value | $16,600.50 |
| Plant Process/Component - CR02-803 Truck Loading Area Concrete Work | $34,080.04 | $-25,560.00 | $8,520.04 | Book Value | $8,520.04 |
| Plant Process/Component - Molecular Sieve Instrumentation | $34,164.40 | $-34,164.40 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - 15 HP Aerator pond #2 | $34,806.65 | $-34,806.65 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Clarifier | $36,038.40 | $-36,038.40 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - North grain bin discharge | $36,840.37 | $-32,542.27 | $4,298.10 | Book Value | $4,298.10 |
| Plant Process/Component - Pond Dike Rebuild | $38,018.74 | $-38,018.74 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CK03-706 Replacement & Spare In-Line Evap Preheate | $38,472.25 | $-21,159.76 | $17,312.49 | Book Value | $17,312.49 |
| Plant Process/Component - CE09-710 Enzyme Automation System | $38,720.65 | $-38,720.65 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CK01-401 Electrical Parts | $41,937.30 | $-39,817.89 | $2,119.41 | Book Value | $2,119.41 |
| Plant Process/Component - Distillation Modification - Co2 | $42,658.55 | $-34,482.36 | $8,176.19 | Book Value | $8,176.19 |
| Plant Process/Component - Blowdown Water Bypass | $43,099.57 | $-43,099.57 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Fire Protection System | $43,166.23 | $-17,986.00 | $25,180.23 | Book Value | $25,180.23 |
| Plant Process/Component - INSTALL BAG FILTER | $43,203.57 | $-28,802.40 | $14,401.17 | Book Value | $14,401.17 |
| Plant Process/Component - CT06-503 Denat TankContainment | $46,077.00 | $-21,886.58 | $24,190.42 | Book Value | $24,190.42 |

Debtor Name:        Abengoa Bioenergy Company, LLC                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - CU02-401 Clarifier Line | $47,053.19 | $-44,675.24 | $2,377.95 | Book Value | $2,377.95 |
| Plant Process/Component - Replace A/C and Heat | $48,199.60 | $-20,786.08 | $27,413.52 | Book Value | $27,413.52 |
| Plant Process/Component - Cooling Tower Pumps Upgrades | $51,026.64 | $-29,340.29 | $21,686.35 | Book Value | $21,686.35 |
| Plant Process/Component - Sieve Beads - left sieve | $54,435.87 | $-54,435.87 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Centrifuge Deck | $55,002.16 | $-22,230.00 | $32,772.16 | Book Value | $32,772.16 |
| Plant Process/Component - Pre YE 95 - Maintenance 8 yr | $57,925.56 | $-57,925.56 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Cooling Tower | $58,008.09 | $-16,798.15 | $41,209.94 | Book Value | $41,209.94 |
| Plant Process/Component - Pre YE 95 - Cook Section 8 yr | $58,511.52 | $-58,511.52 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Air Compressor (Ingersol Rand Nirvana) | $59,641.00 | $-35,287.59 | $24,353.41 | Book Value | $24,353.41 |
| Plant Process/Component - CI10-711 Permanent automated CIP/Flush system to r | $61,901.68 | $-47,457.96 | $14,443.72 | Book Value | $14,443.72 |
| Plant Process/Component - Plant Entrance Road Upgrade | $64,217.50 | $-64,217.50 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Cooling Tower Repairs | $65,120.36 | $-40,700.25 | $24,420.11 | Book Value | $24,420.11 |
| Plant Process/Component - CW03-801 Thin Stillage Tank Insulation | $65,169.90 | $-26,067.99 | $39,101.91 | Book Value | $39,101.91 |
| Plant Process/Component - CW03-505Pers Protectn Insulatn | $66,752.00 | $-63,378.52 | $3,373.48 | Book Value | $3,373.48 |
| Plant Process/Component - CW04-709 Storm Water Diversion Plan | $68,301.40 | $-19,162.31 | $49,139.09 | Book Value | $49,139.09 |

Debtor Name:          Abengoa Bioenergy Company, LLC                                        Case Number:          16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Pre YE 95 - Distillation 8 yr | $70,213.82 | $-70,213.82 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - #4 Electrcal Transformer | $72,180.00 | $-42,706.50 | $29,473.50 | Book Value | $29,473.50 |
| Plant Process/Component - Pre YE 95 - Cook Section 10 yr | $74,114.60 | $-74,114.60 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Pre YE 95 - Fermenters 8 yr | $78,015.36 | $-78,015.36 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Rectifier Reboiler | $78,248.80 | $-78,248.80 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Fermentation Modifications - Co2 | $81,725.60 | $-65,380.48 | $16,345.12 | Book Value | $16,345.12 |
| Plant Process/Component - Anhydrous Ammonia Storage Tank | $85,200.00 | $-50,410.00 | $34,790.00 | Book Value | $34,790.00 |
| Plant Process/Component - CN06-808 Truck Scale Replacement | $85,698.95 | $-57,846.83 | $27,852.12 | Book Value | $27,852.12 |
| Plant Process/Component - CW01-806 Ammonia Tank Installation | $89,153.77 | $-52,132.31 | $37,021.46 | Book Value | $37,021.46 |
| Plant Process/Component - Pre YE 95 - Evaporators 8 yr | $97,519.20 | $-97,519.20 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Scrubber Project | $101,209.22 | $-42,604.26 | $58,604.96 | Book Value | $58,604.96 |
| Plant Process/Component - Heat Tracing & Plant Pipes Insulation | $103,811.13 | $-66,348.87 | $37,462.26 | Book Value | $37,462.26 |
| Plant Process/Component - Mash Coolers in Cook | $106,803.16 | $-89,447.67 | $17,355.49 | Book Value | $17,355.49 |
| Plant Process/Component - Pre YE 95 - Cooling Tower 10 yr | $109,221.49 | $-109,221.49 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Pre YE 95 - Boiler 10 yr | $109,221.50 | $-109,221.50 | $0.00 | Book Value | $0.00 |

Debtor Name:    Abengoa Bioenergy Company, LLC    Case Number:    16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Pre YE 95 - Distillation 20 yr | $117,023.03 | $-117,023.03 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CU03-401 Degasser Trays | $118,252.10 | $-42,866.42 | $75,385.68 | Book Value | $75,385.68 |
| Plant Process/Component - Pre YE 95 - Fire Pumping 30 yr | $127,756.72 | $-92,268.80 | $35,487.92 | Book Value | $35,487.92 |
| Plant Process/Component - WDG production and handling equipment upgrades | $129,741.51 | $-129,741.51 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Pre YE 95 - Evaporators 10 yr | $136,526.87 | $-136,526.87 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CI01-602 Binary Condenser | $139,830.25 | $-66,419.34 | $73,410.91 | Book Value | $73,410.91 |
| Plant Process/Component - Turnaround | $142,413.86 | $-142,413.86 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CK04-603 Evap Electric Replace | $148,804.02 | $-70,681.90 | $78,122.12 | Book Value | $78,122.12 |
| Plant Process/Component - CW02-701 Transformer #3 Replacement | $153,694.11 | $-42,692.84 | $111,001.27 | Book Value | $111,001.27 |
| Plant Process/Component - CD05-606ChillerElect&PipeTiein | $159,040.59 | $-151,003.06 | $8,037.53 | Book Value | $8,037.53 |
| Plant Process/Component - 8,500 gal Sulfuric & 7,000 gal Caustic Tanks | $170,814.29 | $-170,814.29 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - DCS Upgrade CS1000 | $172,121.50 | $-172,121.50 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CW02-805 Electrical Substations 2 & 4 Replacement | $194,276.38 | $-72,853.65 | $121,422.73 | Book Value | $121,422.73 |
| Plant Process/Component - CE11-708 Prop Cooler Upgrade | $207,577.60 | $-114,167.71 | $93,409.89 | Book Value | $93,409.89 |

| Debtor Name: | Abengoa Bioenergy Company, LLC | | Case Number: | 16-41165 (KAS) |

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Vapor Recovery Flare | $208,538.74 | $-208,538.74 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Hammermill upgrade | $253,390.13 | $-253,390.13 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CG01-601DCS ConversionToCS3000 | $253,753.56 | $-120,532.96 | $133,220.60 | Book Value | $133,220.60 |
| Plant Process/Component - Water Chiller | $256,843.38 | $-204,404.53 | $52,438.85 | Book Value | $52,438.85 |
| Plant Process/Component - Expansion Grain Receiving | $265,253.03 | $-165,783.12 | $99,469.91 | Book Value | $99,469.91 |
| Plant Process/Component - CI04-705 Rectifier Tray Replacement | $266,479.29 | $-55,516.50 | $210,962.79 | Book Value | $210,962.79 |
| Plant Process/Component - CF01-604New Cooling Tower Cell | $276,606.43 | $-131,388.04 | $145,218.39 | Book Value | $145,218.39 |
| Plant Process/Component - Cooling Tower | $280,268.69 | $-175,167.87 | $105,100.82 | Book Value | $105,100.82 |
| Plant Process/Component - Expansion - Distillation | $300,233.19 | $-187,645.75 | $112,587.44 | Book Value | $112,587.44 |
| Plant Process/Component - CT02-616 E-85 System | $303,687.94 | $-132,863.49 | $170,824.45 | Book Value | $170,824.45 |
| Plant Process/Component - CW04-804 Storm Water Diversion to the East | $306,637.18 | $-214,646.04 | $91,991.14 | Book Value | $91,991.14 |
| Plant Process/Component - Pre YE 95 - Grain Handling 10 yr | $331,565.25 | $-331,565.25 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Pre YE 95 - Fermenters 10 yr | $331,565.96 | $-331,565.96 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Pre YE 95 - Maintenance 10 yr | $332,710.36 | $-332,710.36 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CK04-650 Evaporation Evaluation Repair | $339,330.95 | $-291,259.11 | $48,071.84 | Book Value | $48,071.84 |

Debtor Name:        Abengoa Bioenergy Company, LLC                        Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - CC02-605 RebuildExistingBoiler | $345,654.65 | $-164,185.94 | $181,468.71 | Book Value | $181,468.71 |
| Plant Process/Component - Pre YE 95 - Boiler 20 yr | $351,069.09 | $-351,069.09 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Pre YE 95 - Evaporators 20 yr | $351,069.10 | $-351,069.10 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Wet Feed Revamp | $365,088.31 | $-240,349.86 | $124,738.45 | Book Value | $124,738.45 |
| Plant Process/Component - Pre YE 95 - Cooling Tower 30 yr | $366,672.17 | $-264,818.88 | $101,853.29 | Book Value | $101,853.29 |
| Plant Process/Component - Pre YE 95 - Distillation 10 yr | $374,473.70 | $-374,473.70 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Pre YE 95 - Boiler 30 yr | $413,481.38 | $-298,625.39 | $114,855.99 | Book Value | $114,855.99 |
| Plant Process/Component - Evaporator | $428,844.71 | $-428,844.71 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CS02-637 & CS02-704 Centrifuge Rotating Assembly R | $459,577.58 | $-94,787.88 | $364,789.70 | Book Value | $364,789.70 |
| Plant Process/Component - Expansion Electrical Infra | $480,221.70 | $-298,137.70 | $182,084.00 | Book Value | $182,084.00 |
| Plant Process/Component - CT05-508 + CT05-615 WDGS Storage Projects | $495,721.47 | $-206,550.58 | $289,170.89 | Book Value | $289,170.89 |
| Plant Process/Component - Pre YE 95 - Cook Section 30 yr | $499,298.27 | $-360,604.35 | $138,693.92 | Book Value | $138,693.92 |
| Plant Process/Component - CW04-651 Road Repair Project | $508,608.92 | $-440,794.39 | $67,814.53 | Book Value | $67,814.53 |
| Plant Process/Component - CL03501 Process Vent Scrubber | $529,187.32 | $-251,364.01 | $277,823.31 | Book Value | $277,823.31 |
| Plant Process/Component - Expansion Cook & Fermentation | $536,542.63 | $-153,138.25 | $383,404.38 | Book Value | $383,404.38 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                   Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Pre YE 95 - Grain Handling 30 yr | $684,800.84 | $-494,578.38 | $190,222.46 | Book Value | $190,222.46 |
| Plant Process/Component - Centrifuge for 2003 Expansion Project | $684,882.39 | $-425,197.82 | $259,684.57 | Book Value | $259,684.57 |
| Plant Process/Component - CL05-501 Fermenter Cooling | $766,052.57 | $-363,874.98 | $402,177.59 | Book Value | $402,177.59 |
| Plant Process/Component - Colwich Waste Water Project | $895,396.53 | $-391,736.01 | $503,660.52 | Book Value | $503,660.52 |
| Plant Process/Component - CC02-605 New Boiler Burner Installation | $1,085,533.83 | $-407,075.18 | $678,458.65 | Book Value | $678,458.65 |
| Plant Process/Component - Ronning Dryer / Cooler | $1,314,720.24 | $-1,314,720.24 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Pre YE 95 - Evaporators 30 yr | $1,993,292.32 | $-1,439,600.07 | $553,692.25 | Book Value | $553,692.25 |
| Plant Process/Component - Pre YE 95 - Fermenters 30 yr | $2,184,429.93 | $-1,577,643.81 | $606,786.12 | Book Value | $606,786.12 |
| Plant Process/Component - Plant Revamp & Process Upgrades | $2,298,822.25 | $-1,619,529.91 | $679,292.34 | Book Value | $679,292.34 |
| Plant Process/Component - Pre YE 95 - Dryers 10 yr, 6 mo | $3,643,107.54 | $-3,643,107.54 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Expansion cook & fermentation | $3,990,104.28 | $-1,662,543.50 | $2,327,560.78 | Book Value | $2,327,560.78 |
| Plant Process/Component - Pre YE 95 - Distillation 30 yr | $4,372,760.66 | $-3,198,634.52 | $1,174,126.14 | Book Value | $1,174,126.14 |
| Plant Process/Component - Enzyme tanks-4 | $1,181.53 | $-1,181.53 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - PK04-601 MVR Level Switches | $1,280.84 | $-1,216.07 | $64.77 | Book Value | $64.77 |
| Plant Process/Component - Water softner no | $1,686.13 | $-1,553.68 | $132.45 | Book Value | $132.45 |

Debtor Name:       Abengoa Bioenergy Company, LLC                                        Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - DDG leg | $1,686.13 | $-1,553.68 | $132.45 | Book Value | $132.45 |
| Plant Process/Component - Grain cleaning equip | $1,686.13 | $-1,553.68 | $132.45 | Book Value | $132.45 |
| Plant Process/Component - Run 4 inch drain line from centrifuge to insi | $2,403.50 | $-2,341.20 | $62.30 | Book Value | $62.30 |
| Plant Process/Component - Grain day bin | $2,529.19 | $-1,165.23 | $1,363.96 | Book Value | $1,363.96 |
| Plant Process/Component - MAND 302437 500 gallon Air Receiver | $2,535.51 | $-2,469.78 | $65.73 | Book Value | $65.73 |
| Plant Process/Component - Air quality for loadout | $2,850.74 | $-2,280.65 | $570.09 | Book Value | $570.09 |
| Plant Process/Component - Boiler DA tank | $4,215.34 | $-2,589.36 | $1,625.98 | Book Value | $1,625.98 |
| Plant Process/Component - Mixers | $4,215.34 | $-3,884.12 | $331.22 | Book Value | $331.22 |
| Plant Process/Component - DDG handling equip | $4,215.34 | $-4,215.34 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Fire water tank | $4,215.34 | $-3,884.12 | $331.22 | Book Value | $331.22 |
| Plant Process/Component - Truck alcohol loadout | $4,215.34 | $-1,941.97 | $2,273.37 | Book Value | $2,273.37 |
| Plant Process/Component - DCS programming and I/O cards Molecular Sieve | $4,300.00 | $-4,300.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - DCS programming and I/O cards Molecular Sieve | $4,300.00 | $-4,300.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - PW03-401DCS Requirements Testi | $4,750.62 | $-4,750.62 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - WDG System | $5,000.00 | $-5,000.00 | $0.00 | Book Value | $0.00 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - PI05-610 Splash Pot Internals | $5,599.81 | $-5,316.80 | $283.01 | Book Value | $283.01 |
| Plant Process/Component - PW03-609 Parking Lot Concrete Work | $5,616.00 | $-2,550.60 | $3,065.40 | Book Value | $3,065.40 |
| Plant Process/Component - PK08-601 MVR level switches | $6,153.00 | $-5,842.04 | $310.96 | Book Value | $310.96 |
| Plant Process/Component - Shaft and Chain Assembly for Whole Grain Conv | $6,449.58 | $-6,449.58 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Flanges and couplings for new Goulds pump | $6,561.00 | $-6,561.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Cooling Towers-motors | $6,944.47 | $-4,571.73 | $2,372.74 | Book Value | $2,372.74 |
| Plant Process/Component - Distillation Expansion | $7,914.12 | $-3,974.00 | $3,940.12 | Book Value | $3,940.12 |
| Plant Process/Component - Pipe, Fittings, Misc Material used during shu | $8,193.75 | $-8,193.75 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Steam piping | $8,430.66 | $-7,768.09 | $662.57 | Book Value | $662.57 |
| Plant Process/Component - Yeast propagation system | $8,430.66 | $-3,884.12 | $4,546.54 | Book Value | $4,546.54 |
| Plant Process/Component - Shift tanks-T114A-B | $8,430.66 | $-7,768.09 | $662.57 | Book Value | $662.57 |
| Plant Process/Component - Evap condesate tank | $8,430.66 | $-3,884.12 | $4,546.54 | Book Value | $4,546.54 |
| Plant Process/Component - Grain bin #1 south | $8,430.66 | $-3,884.12 | $4,546.54 | Book Value | $4,546.54 |
| Plant Process/Component - Grain bin #2 north | $8,430.66 | $-3,884.12 | $4,546.54 | Book Value | $4,546.54 |
| Plant Process/Component - Replace Co 2 fan and piping | $8,458.42 | $-6,978.17 | $1,480.25 | Book Value | $1,480.25 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Motor circuit protector | $8,511.30 | $-4,728.50 | $3,782.80 | Book Value | $3,782.80 |
| Plant Process/Component - Rebuild Main Compressor/Air Dryer | $8,650.75 | $-7,318.77 | $1,331.98 | Book Value | $1,331.98 |
| Plant Process/Component - Compensating Taxes Pd - PY assets | $9,452.56 | $-9,452.56 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Air Quality Evaluation | $9,515.71 | $-9,515.71 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - PE09-601 Flash Transfer Pump | $10,636.50 | $-9,750.13 | $886.37 | Book Value | $886.37 |
| Plant Process/Component - Repair and Replacement of Concrete in Cook Ar | $10,706.50 | $-3,340.44 | $7,366.06 | Book Value | $7,366.06 |
| Plant Process/Component - Baghouse on Hammermill | $10,926.14 | $-7,102.03 | $3,824.11 | Book Value | $3,824.11 |
| Plant Process/Component - Grain handling equip | $10,968.50 | $-10,079.44 | $889.06 | Book Value | $889.06 |
| Plant Process/Component - PT03-801 Emergency Storage Tank Repair | $11,573.81 | $-9,477.35 | $2,096.46 | Book Value | $2,096.46 |
| Plant Process/Component - PW02-601 Boiler MCC Enclosure | $11,624.79 | $-5,521.78 | $6,103.01 | Book Value | $6,103.01 |
| Plant Process/Component - Frame new motor | $11,900.45 | $-5,460.20 | $6,440.25 | Book Value | $6,440.25 |
| Plant Process/Component - PL04-657 Motors Replaced on Ferm Pumps | $12,076.71 | $-10,667.75 | $1,408.96 | Book Value | $1,408.96 |
| Plant Process/Component - Electrical Heat Trace on Water System | $12,453.00 | $-12,453.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - BC 10316 50HP 460V 3PH Siemens 65A VFD Motor | $12,687.51 | $-12,687.51 | $0.00 | Book Value | $0.00 |

Debtor Name:    Abengoa Bioenergy Company, LLC    Case Number:    16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - DCS programming and I/O cards Molecular Sieve | $12,900.00 | $-12,900.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - PL07-401 Propagator Shaft & BI | $12,989.43 | $-12,989.43 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - PP01-604 Security Fence inside the new wareho | $13,107.44 | $-2,976.51 | $10,130.93 | Book Value | $10,130.93 |
| Plant Process/Component - 150HP Quincy Air Compressor | $13,824.80 | $-13,824.80 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Diesel Engine Repair | $14,322.85 | $-14,322.85 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Steam pressure valves | $14,776.29 | $-14,776.29 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - 2 Large Ceiling Fans - Maint/Warehouse Area | $15,317.00 | $-15,317.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Repair B101 Boiler | $16,033.59 | $-16,033.59 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Valves & inlets | $16,861.32 | $-16,861.32 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Vent lines & other pipe | $16,861.32 | $-10,357.42 | $6,503.90 | Book Value | $6,503.90 |
| Plant Process/Component - Separator | $16,861.32 | $-7,768.09 | $9,093.23 | Book Value | $9,093.23 |
| Plant Process/Component - Evap level & other gauges | $16,861.32 | $-16,861.32 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Plant truck scale | $16,861.32 | $-7,768.09 | $9,093.23 | Book Value | $9,093.23 |
| Plant Process/Component - Grain Vacum | $17,800.00 | $-11,199.16 | $6,600.84 | Book Value | $6,600.84 |
| Plant Process/Component - PW03-645 Overhaul Lighting Gear Box | $20,468.77 | $-17,398.48 | $3,070.29 | Book Value | $3,070.29 |

Debtor Name:        Abengoa Bioenergy Company, LLC                          Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - PE08-301 Mixer shaft & blades | $21,187.15 | $-20,116.45 | $1,070.70 | Book Value | $1,070.70 |
| Plant Process/Component - 2 flow density transmitters and 2 S.S. sensor | $23,237.48 | $-23,237.48 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Trench Drains | $23,609.97 | $-20,002.92 | $3,607.05 | Book Value | $3,607.05 |
| Plant Process/Component - PW03-653 Shafts, Gear & Pinion Kits - Lightin | $23,824.21 | $-21,838.85 | $1,985.36 | Book Value | $1,985.36 |
| Plant Process/Component - PU03-701 Waste Water Solids Removal | $24,139.00 | $-19,451.13 | $4,687.87 | Book Value | $4,687.87 |
| Plant Process/Component - Regen Steam Injector | $24,365.56 | $-24,365.56 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Surge & other tanks | $25,292.00 | $-23,304.36 | $1,987.64 | Book Value | $1,987.64 |
| Plant Process/Component - PC12-634 Valve Upgrade | $25,796.00 | $-25,796.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - PK04-639 Heat Exchanger C-106 | $26,198.50 | $-23,142.01 | $3,056.49 | Book Value | $3,056.49 |
| Plant Process/Component - Grain spouts-MH103 | $26,604.90 | $-23,944.41 | $2,660.49 | Book Value | $2,660.49 |
| Plant Process/Component - PW03-606 Monitoring Wells | $27,422.96 | $-26,037.11 | $1,385.85 | Book Value | $1,385.85 |
| Plant Process/Component - PW07-601 Installation of Ventilation Ducting | $29,792.00 | $-13,406.40 | $16,385.60 | Book Value | $16,385.60 |
| Plant Process/Component - PD05-601 RentalChiller Install | $32,424.00 | $-15,401.40 | $17,022.60 | Book Value | $17,022.60 |
| Plant Process/Component - PK05-633 Goulds 3175L Pump | $32,590.28 | $-32,590.28 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Re-Pipe Scrubber | $33,600.00 | $-32,729.13 | $870.87 | Book Value | $870.87 |

Debtor Name:        Abengoa Bioenergy Company, LLC                          Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Augers-Wet cake | $33,722.66 | $-33,722.66 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Fermenter coolers | $33,722.66 | $-31,072.43 | $2,650.23 | Book Value | $2,650.23 |
| Plant Process/Component - PU03-601 Environmental Remediation | $34,210.85 | $-30,504.71 | $3,706.14 | Book Value | $3,706.14 |
| Plant Process/Component - Model K513AS Hydro-Heater 4" Inlet/Outlet Opt | $35,323.99 | $-34,408.45 | $915.54 | Book Value | $915.54 |
| Plant Process/Component - PU03-610 PH Waste Water Control System | $36,449.50 | $-32,500.80 | $3,948.70 | Book Value | $3,948.70 |
| Plant Process/Component - Baghouse on hammermill | $39,115.00 | $-39,115.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Finishers-E1602 | $42,153.32 | $-19,420.26 | $22,733.06 | Book Value | $22,733.06 |
| Plant Process/Component - Control valves | $42,153.32 | $-42,153.32 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - 2 - 451VX0805 SS XL vacuum pump | $43,422.83 | $-42,297.34 | $1,125.49 | Book Value | $1,125.49 |
| Plant Process/Component - Runoff compliance | $47,006.61 | $-41,522.46 | $5,484.15 | Book Value | $5,484.15 |
| Plant Process/Component - PL03-701 CO2 Scrubber Problems | $47,238.10 | $-40,546.03 | $6,692.07 | Book Value | $6,692.07 |
| Plant Process/Component - Yeast Tank-T1402, T1403 | $47,312.29 | $-47,312.29 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - PE12-601 Process Water Cooler | $49,508.84 | $-22,278.96 | $27,229.88 | Book Value | $27,229.88 |
| Plant Process/Component - PI09-610 RedundDistillFeedPump | $52,406.66 | $-49,758.19 | $2,648.47 | Book Value | $2,648.47 |
| Plant Process/Component - PB03-301 Security | $57,897.16 | $-57,897.16 | $0.00 | Book Value | $0.00 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Frame new motor | $59,580.19 | $-36,713.39 | $22,866.80 | Book Value | $22,866.80 |
| Plant Process/Component - Trench Drains | $59,898.13 | $-37,935.52 | $21,962.61 | Book Value | $21,962.61 |
| Plant Process/Component - Upgrade cooling tower suction line | $62,959.97 | $-29,553.64 | $33,406.33 | Book Value | $33,406.33 |
| Plant Process/Component - Various pumps | $63,229.98 | $-58,260.95 | $4,969.03 | Book Value | $4,969.03 |
| Plant Process/Component - Upgrade cooling tower suction line | $63,500.00 | $-18,761.34 | $44,738.66 | Book Value | $44,738.66 |
| Plant Process/Component - PW03-404 Plant Roads Expansion | $71,384.19 | $-33,907.50 | $37,476.69 | Book Value | $37,476.69 |
| Plant Process/Component - Cooling Tower Repairs | $78,169.87 | $-78,169.87 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - PI06-302 Fermentation Expansio | $86,075.34 | $-81,725.26 | $4,350.08 | Book Value | $4,350.08 |
| Plant Process/Component - PW04-302 Road Improvements | $89,900.23 | $-85,356.85 | $4,543.38 | Book Value | $4,543.38 |
| Plant Process/Component - Pipe, Fittings, Misc Material used during shu | $92,974.22 | $-42,904.55 | $50,069.67 | Book Value | $50,069.67 |
| Plant Process/Component - Calandria-E1601 | $100,707.75 | $-46,191.34 | $54,516.41 | Book Value | $54,516.41 |
| Plant Process/Component - Pumps | $101,167.97 | $-93,217.49 | $7,950.48 | Book Value | $7,950.48 |
| Plant Process/Component - PI13-610 Chiller Tie In II | $105,000.00 | $-36,804.14 | $68,195.86 | Book Value | $68,195.86 |
| Plant Process/Component - PK03-611 New Evaporation System Upgrades | $116,342.56 | $-25,934.66 | $90,407.90 | Book Value | $90,407.90 |
| Plant Process/Component - PI13-610 Chiller Tie In | $117,203.70 | $-55,671.80 | $61,531.90 | Book Value | $61,531.90 |

Debtor Name:        Abengoa Bioenergy Company, LLC                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - PW03-605 Capping of Old Pond | $121,608.55 | $-57,764.08 | $63,844.47 | Book Value | $63,844.47 |
| Plant Process/Component - PI08-610/PI08-607/PI08-656 Molecular Sieve Re | $124,423.75 | $-124,423.75 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Distillation pipe | $126,459.97 | $-58,260.95 | $68,199.02 | Book Value | $68,199.02 |
| Plant Process/Component - Repair of C106 MVR Compressor | $136,723.26 | $-136,723.26 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - PW01-801 Tank & Pipe Insulation | $144,733.34 | $-144,733.34 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - PN11-401 Wet Feed Expansion | $146,725.13 | $-146,725.13 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Cooling tower repairs | $150,796.52 | $-133,203.58 | $17,592.94 | Book Value | $17,592.94 |
| Plant Process/Component - PH02-301 Spare Parts | $158,594.36 | $-150,579.41 | $8,014.95 | Book Value | $8,014.95 |
| Plant Process/Component - PH05-301 Wet Feed Retaining St | $188,652.26 | $-179,118.26 | $9,534.00 | Book Value | $9,534.00 |
| Plant Process/Component - Installation of New 200 condenser and new sie | $190,983.08 | $-59,586.74 | $131,396.34 | Book Value | $131,396.34 |
| Plant Process/Component - PW04-701 Environmental Concrete with Undergro | $195,784.96 | $-85,655.93 | $110,129.03 | Book Value | $110,129.03 |
| Plant Process/Component - PE11-601 Yeast Propagation System Automation | $208,356.23 | $-154,530.85 | $53,825.38 | Book Value | $53,825.38 |
| Plant Process/Component - PI01-601 Tank and Piping Insulation | $209,116.73 | $-209,116.73 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Molecular sieve-V112A-D | $210,766.61 | $-97,101.62 | $113,664.99 | Book Value | $113,664.99 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Railspur | $222,671.82 | $-114,119.30 | $108,552.52 | Book Value | $108,552.52 |
| Plant Process/Component - PW04-504 RoadImprovemnts-South | $231,368.58 | $-219,675.78 | $11,692.80 | Book Value | $11,692.80 |
| Plant Process/Component - Stormwater Retention | $251,146.38 | $-128,712.53 | $122,433.85 | Book Value | $122,433.85 |
| Plant Process/Component - PT03-801 Emergency Storage Tank Repair | $275,377.58 | $-218,007.27 | $57,370.31 | Book Value | $57,370.31 |
| Plant Process/Component - PU03-701 Waste Water Solids Removal | $292,708.79 | $-243,924.00 | $48,784.79 | Book Value | $48,784.79 |
| Plant Process/Component - 2 Cooling Towers | $301,642.56 | $-190,657.98 | $110,984.58 | Book Value | $110,984.58 |
| Plant Process/Component - PI02-602 New Beer/Stillage/Mash Exchangers - | $316,618.06 | $-71,712.62 | $244,905.44 | Book Value | $244,905.44 |
| Plant Process/Component - Tank Farm | $339,059.02 | $-173,767.74 | $165,291.28 | Book Value | $165,291.28 |
| Plant Process/Component - PK04-701 Emergency MVR Repair | $340,484.73 | $-340,484.73 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Centrifuges-F102, F1701 | $379,108.39 | $-174,665.30 | $204,443.09 | Book Value | $204,443.09 |
| Plant Process/Component - Controls & Automation | $394,898.38 | $-202,385.43 | $192,512.95 | Book Value | $192,512.95 |
| Plant Process/Component - BC 10313 50HP 460V 3PH Siemens 65A VFD Motor | $656,109.74 | $-656,109.74 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Fermenter tanks-A thru J | $674,453.14 | $-304,893.64 | $369,559.50 | Book Value | $369,559.50 |
| Plant Process/Component - PT03-603 Syrup Storage/Loadout Tanks and Pad | $685,653.18 | $-311,400.83 | $374,252.35 | Book Value | $374,252.35 |

Debtor Name:    Abengoa Bioenergy Company, LLC    Case Number:    16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Shaft and Chain Assembly for Whole Grain Conv | $695,185.67 | $-356,282.62 | $338,903.05 | Book Value | $338,903.05 |
| Plant Process/Component - Upgraded York High Grade Distillation Unit Tr | $704,334.41 | $-434,339.58 | $269,994.83 | Book Value | $269,994.83 |
| Plant Process/Component - PL05-601 Fermenter Cooling Capacity Upgrade | $762,403.72 | $-571,802.78 | $190,600.94 | Book Value | $190,600.94 |
| Plant Process/Component - PK02-701 New Evaporator Condenser | $804,888.62 | $-607,161.09 | $197,727.53 | Book Value | $197,727.53 |
| Plant Process/Component - Portales Railspur | $991,378.29 | $-410,320.43 | $581,057.86 | Book Value | $581,057.86 |
| Plant Process/Component - New wet feed storage & loadout area including | $1,245,916.11 | $-1,041,433.87 | $204,482.24 | Book Value | $204,482.24 |
| Plant Process/Component - Civil | $1,654,047.52 | $-847,699.39 | $806,348.13 | Book Value | $806,348.13 |
| Plant Process/Component - Evaporation | $1,705,376.68 | $-874,005.51 | $831,371.17 | Book Value | $831,371.17 |
| Plant Process/Component - New Cooling Tower | $2,275,901.31 | $-1,166,399.46 | $1,109,501.85 | Book Value | $1,109,501.85 |
| Plant Process/Component - Hydroheater | $2,530,641.72 | $-1,296,953.92 | $1,233,687.80 | Book Value | $1,233,687.80 |
| Plant Process/Component - Fermentation | $3,829,257.99 | $-1,962,494.72 | $1,866,763.27 | Book Value | $1,866,763.27 |
| Plant Process/Component - Distillation Expansion | $4,513,754.29 | $-2,313,299.03 | $2,200,455.26 | Book Value | $2,200,455.26 |
| Plant Process/Component - Install New Hydroheater | $310.15 | $-270.12 | $40.03 | Book Value | $40.03 |
| Plant Process/Component - YR01-401 Load Out Arm project | $380.17 | $-360.98 | $19.19 | Book Value | $19.19 |
| Plant Process/Component - Corn Oil Separation | $504.10 | $-144.04 | $360.06 | Book Value | $360.06 |

Debtor Name:      Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Limit switches | $511.92 | $-511.92 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Modify Rectifier Trays addition | $1,265.83 | $-517.87 | $747.96 | Book Value | $747.96 |
| Plant Process/Component - Scale house - closed circuit TV | $1,314.40 | $-632.57 | $681.83 | Book Value | $681.83 |
| Plant Process/Component - By Pass Loop to Ferms | $1,360.11 | $-569.51 | $790.60 | Book Value | $790.60 |
| Plant Process/Component - Optical Flat Discs | $1,367.96 | $-1,367.96 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Clarifier Pipe Repair | $1,468.76 | $-954.72 | $514.04 | Book Value | $514.04 |
| Plant Process/Component - roads | $1,555.48 | $-790.66 | $764.82 | Book Value | $764.82 |
| Plant Process/Component - I/G Alcohol Loadout | $1,572.26 | $-717.40 | $854.86 | Book Value | $854.86 |
| Plant Process/Component - Heating for Chiller Bldg | $1,741.50 | $-1,741.50 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Clarifier Tank | $1,824.42 | $-1,824.42 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Boiler Feed Booster | $1,832.51 | $-1,832.51 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - New Valves for RC | $2,062.00 | $-2,062.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - SURGE & OTHER TANKS | $2,133.08 | $-2,133.08 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - New CIP tank piping | $2,139.74 | $-2,139.74 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Cooling tower improvements | $2,242.16 | $-1,835.90 | $406.26 | Book Value | $406.26 |
| Plant Process/Component - Alpha tank mixer | $2,336.21 | $-2,336.21 | $0.00 | Book Value | $0.00 |

Debtor Name:        Abengoa Bioenergy Company, LLC                        Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Valves & inlets | $2,409.64 | $-2,409.64 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Air Compressor Close Loop | $2,434.58 | $-2,434.58 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Cook - Inspect/Access Platforms | $2,711.93 | $-2,711.93 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Acid Metering Pumps | $2,889.19 | $-2,889.19 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - 5' thermowells - fermenter temp control | $3,006.11 | $-3,006.11 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YT03-601 VaporRecoveryTankFarm | $3,190.00 | $-3,190.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Elec. distr. station, switch gear | $3,247.71 | $-2,111.05 | $1,136.66 | Book Value | $1,136.66 |
| Plant Process/Component - RO screen | $3,350.00 | $-3,350.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Addt'l distillation draw ports | $3,355.84 | $-1,405.31 | $1,950.53 | Book Value | $1,950.53 |
| Plant Process/Component - railroad | $3,359.00 | $-1,194.79 | $2,164.21 | Book Value | $2,164.21 |
| Plant Process/Component - FERMENTER SPRAYBALLS | $3,362.05 | $-3,362.05 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Expansion painting | $3,391.06 | $-3,391.06 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - BOILER DA TANK | $3,430.00 | $-2,276.93 | $1,153.07 | Book Value | $1,153.07 |
| Plant Process/Component - PUMP ALARMS | $3,461.70 | $-3,461.70 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CIP & OTHER VALVES | $3,473.91 | $-3,473.91 | $0.00 | Book Value | $0.00 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Turbidity Meter | $3,652.50 | $-3,652.50 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - flow meter to city | $3,681.57 | $-2,495.31 | $1,186.26 | Book Value | $1,186.26 |
| Plant Process/Component - DEGASSER | $3,779.01 | $-1,873.85 | $1,905.16 | Book Value | $1,905.16 |
| Plant Process/Component - Wastewater Trmt Drawings | $3,844.51 | $-1,937.96 | $1,906.55 | Book Value | $1,906.55 |
| Plant Process/Component - Spiral heat exch-addn to 65110018 | $3,886.56 | $-3,546.53 | $340.03 | Book Value | $340.03 |
| Plant Process/Component - Fermenter Enzyme Line | $3,931.68 | $-3,374.62 | $557.06 | Book Value | $557.06 |
| Plant Process/Component - Sieve Valve Positioners | $4,037.31 | $-4,037.31 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Cooling tower improvements | $4,615.00 | $-3,778.75 | $836.25 | Book Value | $836.25 |
| Plant Process/Component - Concrete Repairs | $4,638.00 | $-1,571.77 | $3,066.23 | Book Value | $3,066.23 |
| Plant Process/Component - Submerged loadout | $4,679.60 | $-3,100.24 | $1,579.36 | Book Value | $1,579.36 |
| Plant Process/Component - flow meter to cooling tower | $4,877.88 | $-3,993.97 | $883.91 | Book Value | $883.91 |
| Plant Process/Component - Trmt water ponds-add to #65170009 | $4,928.67 | $-2,289.84 | $2,638.83 | Book Value | $2,638.83 |
| Plant Process/Component - GRAIN BIN #1 SOUTH | $5,301.75 | $-5,301.75 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Waste Treatment Erosion Work | $5,318.03 | $-5,318.03 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - PUMPS | $5,515.07 | $-5,515.07 | $0.00 | Book Value | $0.00 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Various pumps | $5,780.77 | $-5,106.38 | $674.39 | Book Value | $674.39 |
| Plant Process/Component - Syrup density gauge | $5,855.97 | $-5,855.97 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Modify Rectifier Trays | $5,882.29 | $-2,475.51 | $3,406.78 | Book Value | $3,406.78 |
| Plant Process/Component - Pumps & other | $6,004.90 | $-6,004.90 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - DDG RAILCAR LOADOUT | $6,296.53 | $-6,296.53 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Modify Grain Handling MCC | $6,335.06 | $-6,335.06 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Mechanical Compressor - spare pum | $6,744.13 | $-6,378.88 | $365.25 | Book Value | $365.25 |
| Plant Process/Component - New Tires for Gehl | $6,829.00 | $-6,829.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Manhole 9 | $6,975.00 | $-6,975.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Kicker Grain Grading | $7,103.26 | $-7,103.26 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Hydroheater | $7,625.30 | $-7,625.30 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YG01-601DCS ConversionToCS3000 | $7,654.52 | $-7,012.51 | $642.01 | Book Value | $642.01 |
| Plant Process/Component - R O TANK LEVEL | $8,057.96 | $-8,057.96 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - AIR TANK | $8,057.96 | $-4,264.04 | $3,793.92 | Book Value | $3,793.92 |
| Plant Process/Component - ABSORBER CONDES MOVER | $8,057.96 | $-8,057.96 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - VALVES | $8,057.96 | $-8,057.96 | $0.00 | Book Value | $0.00 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - WELL WATER ALARMS | $8,057.96 | $-8,057.96 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Boot Pit repairs | $8,070.00 | $-6,563.60 | $1,506.40 | Book Value | $1,506.40 |
| Plant Process/Component - Reverse Osmosis System | $8,694.46 | $-3,369.07 | $5,325.39 | Book Value | $5,325.39 |
| Plant Process/Component - VENT LINES & OTHER PIPES | $8,815.41 | $-6,219.82 | $2,595.59 | Book Value | $2,595.59 |
| Plant Process/Component - Ammonia piping modifications | $9,097.85 | $-6,595.92 | $2,501.93 | Book Value | $2,501.93 |
| Plant Process/Component - MISC EQUIPMENT | $9,216.70 | $-9,216.70 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - FERMENTER PUMPS | $9,406.74 | $-9,335.86 | $70.88 | Book Value | $70.88 |
| Plant Process/Component - COOLING TOWER | $9,416.59 | $-9,416.59 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Gateway Computer Server | $9,680.00 | $-9,680.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - HQ Steam Flow | $9,864.66 | $-9,864.66 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Vapor Recovery | $10,276.35 | $-10,276.35 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Adj for Baan | $10,305.74 | $-9,164.27 | $1,141.47 | Book Value | $1,141.47 |
| Plant Process/Component - Wet Conveyor Installation | $10,368.31 | $-4,320.16 | $6,048.15 | Book Value | $6,048.15 |
| Plant Process/Component - P-1502 Pumps | $10,435.50 | $-10,435.50 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CO2 System | $10,765.20 | $-10,047.51 | $717.69 | Book Value | $717.69 |
| Plant Process/Component - TOWER FANS | $11,121.79 | $-11,121.79 | $0.00 | Book Value | $0.00 |

Debtor Name:      Abengoa Bioenergy Company, LLC                              Case Number:      16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Grind Density Gauge | $11,276.28 | $-11,276.28 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Misc. equipment - HQ Water Blending | $11,791.63 | $-11,791.63 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - FLARE UNIT FOR MEHTANATOR | $12,108.53 | $-12,108.53 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - New syrup tank piping | $12,131.34 | $-12,131.34 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - DDG handling e/q-addn to 65070007 | $12,506.54 | $-12,506.54 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - AMMONIA TANK & PIPE | $12,887.91 | $-6,819.90 | $6,068.01 | Book Value | $6,068.01 |
| Plant Process/Component - PUMPS & OTHER | $13,157.27 | $-13,157.27 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Fencing - I/G Area | $13,370.65 | $-13,370.65 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - MISC VESSELS | $13,624.40 | $-13,624.40 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - COMPRESSOR REBUILD | $13,911.99 | $-13,911.99 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YC11-601 Boiler Feed Water Pump | $13,956.00 | $-12,793.00 | $1,163.00 | Book Value | $1,163.00 |
| Plant Process/Component - Grain handling equipment | $14,391.99 | $-12,712.94 | $1,679.05 | Book Value | $1,679.05 |
| Plant Process/Component - Cooling Tower Platform | $14,586.03 | $-11,364.93 | $3,221.10 | Book Value | $3,221.10 |
| Plant Process/Component - Software Upgrades | $14,842.13 | $-14,842.13 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Submerged Loading | $15,550.22 | $-15,550.22 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - SIDE STRIPPER | $15,720.05 | $-8,088.71 | $7,631.34 | Book Value | $7,631.34 |

| Debtor Name: | Abengoa Bioenergy Company, LLC | Case Number: | 16-41165 (KAS) |

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Sugar / Alco Analyzers | $15,781.40 | $-15,781.40 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YJ10-301 Economizer Removal & Re-installation | $15,900.36 | $-6,231.00 | $9,669.36 | Book Value | $9,669.36 |
| Plant Process/Component - YCM807 Rebuild Cooling Tower Pump | $15,957.20 | $-15,957.20 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - COOK TUBE | $16,082.08 | $-16,082.08 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - PROP MIXERS | $16,115.93 | $-16,115.93 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - TEMP GAUGES | $16,115.93 | $-16,115.93 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - STEAM FLOW | $16,115.93 | $-16,115.93 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Pumps & tanks | $16,188.45 | $-16,188.45 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YI10-701 Acidity Reduction | $16,470.16 | $-8,541.25 | $7,928.91 | Book Value | $7,928.91 |
| Plant Process/Component - Boiler Feed Booster | $16,648.30 | $-16,648.30 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - WATER SOFTNR NO | $16,920.34 | $-16,843.09 | $77.25 | Book Value | $77.25 |
| Plant Process/Component - Hydroheater | $17,100.75 | $-17,100.75 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CENTRIFUGES | $17,374.45 | $-8,656.35 | $8,718.10 | Book Value | $8,718.10 |
| Plant Process/Component - EVAP CONDESATE TANK | $17,843.79 | $-8,847.45 | $8,996.34 | Book Value | $8,996.34 |
| Plant Process/Component - Degasser Modifications | $17,923.08 | $-7,505.34 | $10,417.74 | Book Value | $10,417.74 |
| Plant Process/Component - Vac Pump - B/UP distillation | $18,086.78 | $-18,086.78 | $0.00 | Book Value | $0.00 |

Debtor Name:         Abengoa Bioenergy Company, LLC                                    Case Number:         16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Grain Handling augers | $18,661.98 | $-15,178.43 | $3,483.55 | Book Value | $3,483.55 |
| Plant Process/Component - AIR DRYER | $18,682.15 | $-18,467.88 | $214.27 | Book Value | $214.27 |
| Plant Process/Component - Spec Denatured Alcohol Blend | $19,094.85 | $-19,094.85 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - VARIOUS PUMPS | $19,166.37 | $-19,166.37 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YL14-701 CO2 Flowmeters Installation + YL14-702 CO | $19,389.95 | $-16,158.34 | $3,231.61 | Book Value | $3,231.61 |
| Plant Process/Component - Hyroheater replacement parts | $19,455.00 | $-19,455.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Misc. equipment (unlocated diff) | $20,170.02 | $-5,614.40 | $14,555.62 | Book Value | $14,555.62 |
| Plant Process/Component - AUGER REBUILD | $21,048.52 | $-21,048.52 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Co2 Project | $21,281.49 | $-18,443.89 | $2,837.60 | Book Value | $2,837.60 |
| Plant Process/Component - York B01501 Concrete Floor & Pad for Sulfuric Acid | $21,523.65 | $-4,932.49 | $16,591.16 | Book Value | $16,591.16 |
| Plant Process/Component - York - CO2 BLOWER | $21,838.88 | $-21,838.88 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Boiler DA Tank-add'n to 65-02-002 | $22,041.93 | $-13,408.83 | $8,633.10 | Book Value | $8,633.10 |
| Plant Process/Component - AEREATORS | $22,416.01 | $-22,416.01 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YC11-602 Boiler Feed Water Piping | $22,915.00 | $-12,857.89 | $10,057.11 | Book Value | $10,057.11 |
| Plant Process/Component - Road Repairs | $23,158.21 | $-11,772.09 | $11,386.12 | Book Value | $11,386.12 |

Debtor Name:       Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Treatment water ponds | $23,186.07 | $-10,240.49 | $12,945.58 | Book Value | $12,945.58 |
| Plant Process/Component - COOLING TOWER | $23,235.76 | $-11,663.85 | $11,571.91 | Book Value | $11,571.91 |
| Plant Process/Component - TRUCK ALCOHOL LOADOUT | $23,690.41 | $-12,536.16 | $11,154.25 | Book Value | $11,154.25 |
| Plant Process/Component - STEAM PIPING | $23,830.62 | $-23,830.62 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - RAILCAR ALCOHOL LOADOUT | $23,999.84 | $-12,699.99 | $11,299.85 | Book Value | $11,299.85 |
| Plant Process/Component - HYDROHEATER | $24,189.01 | $-24,189.01 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Misc. Equipment - air compressor | $24,363.51 | $-24,363.51 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Upgrade Rectifier Pump | $24,408.54 | $-24,408.54 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Addtl Process Wells | $24,486.20 | $-10,559.76 | $13,926.44 | Book Value | $13,926.44 |
| Plant Process/Component - Sacc tank by-pass | $24,572.05 | $-24,572.05 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Beer Well Transfer Pump | $25,083.48 | $-25,083.48 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Upgrade Dryer Controls | $25,200.00 | $-25,200.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Grain Probe | $25,335.26 | $-25,335.26 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Corn syrup feedstock handling | $25,634.94 | $-25,634.94 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Hammermill motor upgrade | $25,639.46 | $-25,639.46 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - C700 Repairs | $25,935.91 | $-25,935.91 | $0.00 | Book Value | $0.00 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - STORAGE TANKS | $27,384.29 | $-27,098.09 | $286.20 | Book Value | $286.20 |
| Plant Process/Component - AUGERS | $27,446.42 | $-27,446.42 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YCM810 Major Repairs for Dryers (New Trunions) | $27,749.93 | $-20,812.43 | $6,937.50 | Book Value | $6,937.50 |
| Plant Process/Component - SACCHRIFICATION SYSTEMS | $28,334.89 | $-28,334.89 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Industrial alcohol loadout | $28,621.61 | $-11,806.42 | $16,815.19 | Book Value | $16,815.19 |
| Plant Process/Component - High Loader Buckets | $28,690.50 | $-28,690.50 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Boiler contoller upgrade | $29,190.63 | $-29,190.63 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - S. Cooling Tower Repairs | $29,338.00 | $-11,857.44 | $17,480.56 | Book Value | $17,480.56 |
| Plant Process/Component - Air quality for expansion | $29,531.00 | $-29,531.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Air blower (670 CFM) - yeast tank | $29,548.71 | $-29,548.71 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Fermenter Tanks | $29,600.00 | $-14,491.67 | $15,108.33 | Book Value | $15,108.33 |
| Plant Process/Component - CENTRIFUGE PUMPS, ETC | $29,613.01 | $-29,613.01 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Cooling Tower Improvements | $29,739.14 | $-26,031.12 | $3,708.02 | Book Value | $3,708.02 |
| Plant Process/Component - Foam Building - insulate pipe | $29,753.50 | $-29,753.50 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YCM804 Track Repairs | $29,999.86 | $-29,999.86 | $0.00 | Book Value | $0.00 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Digital Truck Scales | $30,000.00 | $-23,250.00 | $6,750.00 | Book Value | $6,750.00 |
| Plant Process/Component - Centrifuges & centrifuge rebuilds | $30,145.35 | $-30,145.35 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Motors - Dryer reconditioning | $30,160.50 | $-30,160.50 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YC01-701 RO Membranes Replacement | $30,940.98 | $-30,940.98 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Wastewater Trmt Sludge Meter/Pipe | $31,579.35 | $-31,579.35 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Cooling Tower Pump | $31,742.00 | $-31,742.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - BOILER COND TANK | $31,787.05 | $-31,787.05 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Nuclear Density Device | $32,994.06 | $-32,994.06 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - SS pond aerators-add to 65-17-001 | $32,998.08 | $-30,523.15 | $2,474.93 | Book Value | $2,474.93 |
| Plant Process/Component - Pumps & Other | $33,020.34 | $-33,020.34 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - BOILER STEAM/GAS FLOW | $33,220.01 | $-33,220.01 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YJ12-701 Dryer 1 Repairs | $34,503.00 | $-27,196.92 | $7,306.08 | Book Value | $7,306.08 |
| Plant Process/Component - South process well rework | $34,680.23 | $-34,680.23 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Treatment water ponds | $34,746.00 | $-15,418.56 | $19,327.44 | Book Value | $19,327.44 |
| Plant Process/Component - Syrup Tank - KS Feeds | $35,200.00 | $-35,200.00 | $0.00 | Book Value | $0.00 |

Debtor Name:      Abengoa Bioenergy Company, LLC      Case Number:      16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - YR01-506 Pipe, Vales & Equip | $35,213.27 | $-16,726.27 | $18,487.00 | Book Value | $18,487.00 |
| Plant Process/Component - BEER & SYRUP TANKS | $35,811.20 | $-18,950.09 | $16,861.11 | Book Value | $16,861.11 |
| Plant Process/Component - Grain Handling augurs | $35,828.25 | $-29,140.31 | $6,687.94 | Book Value | $6,687.94 |
| Plant Process/Component - EVAP CONDESATE TANK | $35,886.94 | $-18,990.12 | $16,896.82 | Book Value | $16,896.82 |
| Plant Process/Component - Pumps/tanks-add'n to #65-04-0016 | $36,275.64 | $-36,275.64 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Railcar alcohol loadout - spur,et | $36,643.68 | $-17,139.43 | $19,504.25 | Book Value | $19,504.25 |
| Plant Process/Component - MISC EQUIPMENT | $36,811.07 | $-24,399.99 | $12,411.08 | Book Value | $12,411.08 |
| Plant Process/Component - Upgrade Process/Slurry Pumps | $37,056.87 | $-37,056.87 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - MISCELLANEOUS | $37,120.21 | $-18,526.02 | $18,594.19 | Book Value | $18,594.19 |
| Plant Process/Component - BOILER DA TANK | $37,241.11 | $-37,241.11 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - AIR DRYER | $37,675.80 | $-37,675.80 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YB03-701 Plant Beautification - Admin Bldg Remodel | $38,709.34 | $-16,128.87 | $22,580.47 | Book Value | $22,580.47 |
| Plant Process/Component - TOWER FANS | $39,239.06 | $-39,239.06 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - DDG Handling Equipment | $39,691.71 | $-39,691.71 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - SYRUP TO DRYER | $40,289.81 | $-40,289.81 | $0.00 | Book Value | $0.00 |

Debtor Name:          Abengoa Bioenergy Company, LLC                                    Case Number:          16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Methanation System | $41,383.33 | $-35,003.45 | $6,379.88 | Book Value | $6,379.88 |
| Plant Process/Component - Bubble Cap Slurry #1 | $41,406.05 | $-41,406.05 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YT03-701 Installation of Mass Flow Meters | $41,443.03 | $-16,922.56 | $24,520.47 | Book Value | $24,520.47 |
| Plant Process/Component - Centrifuge Gear Box | $41,594.74 | $-41,594.74 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CO2 SCRUBBER | $42,313.47 | $-42,297.95 | $15.52 | Book Value | $15.52 |
| Plant Process/Component - Security Project | $42,508.08 | $-42,508.08 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YE01-509 Double Wall Polly Acid Tank & Concrete Pa | $42,902.50 | $-38,969.77 | $3,932.73 | Book Value | $3,932.73 |
| Plant Process/Component - PUMPS | $42,938.90 | $-42,938.90 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - C-815 & C-816 DDG Cross Conveyors - Material Handl | $43,035.00 | $-17,789.94 | $25,245.06 | Book Value | $25,245.06 |
| Plant Process/Component - Centrifuge pumps, etc. | $43,058.49 | $-43,058.49 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Evaporation modifications | $43,231.37 | $-19,093.91 | $24,137.46 | Book Value | $24,137.46 |
| Plant Process/Component - Fermenter Relief Valve | $43,312.27 | $-12,993.72 | $30,318.55 | Book Value | $30,318.55 |
| Plant Process/Component - DIESEL FIRE PUMP | $43,619.36 | $-23,081.84 | $20,537.52 | Book Value | $20,537.52 |
| Plant Process/Component - HQ Distillation Modification | $43,631.90 | $-43,631.90 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YC02-701 Boiler Repairs #1 & #2 | $43,633.45 | $-24,968.06 | $18,665.39 | Book Value | $18,665.39 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Enzyme Pump Upgrade | $43,828.42 | $-43,828.42 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Replace dryer drive chains | $45,150.77 | $-45,150.77 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Boiler Emmission Monitor | $46,450.56 | $-46,450.56 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YCM808 Major Repairs for 3 Dryers | $47,500.00 | $-47,500.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - BOOST PUMPS | $47,735.37 | $-47,735.37 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - MIXER | $48,347.78 | $-48,347.78 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YN11-601 Grain Handling DCS & Electrical Upgrade | $51,213.69 | $-46,092.33 | $5,121.36 | Book Value | $5,121.36 |
| Plant Process/Component - CENTRATE TANK | $51,693.44 | $-51,693.44 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YE02-801 Chemical Security Initiative | $51,822.03 | $-51,822.03 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - DDG HANDLING EQUIPMENT | $53,248.63 | $-53,248.63 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Special dent alcohol blender | $53,465.72 | $-53,465.72 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Degasser | $55,104.41 | $-50,741.96 | $4,362.45 | Book Value | $4,362.45 |
| Plant Process/Component - South Cooling Tower Fill Replacement | $55,160.00 | $-32,416.15 | $22,743.85 | Book Value | $22,743.85 |
| Plant Process/Component - GRAIN HANDLING EQUIPMENT | $55,368.07 | $-54,790.45 | $577.62 | Book Value | $577.62 |
| Plant Process/Component - CENTRIFUGE PUMPS, ETC. | $55,455.61 | $-55,455.61 | $0.00 | Book Value | $0.00 |

Debtor Name:     Abengoa Bioenergy Company, LLC                                        Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Waste water modifications | $55,803.55 | $-55,803.55 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - VALVES & INLETS | $56,405.74 | $-56,405.74 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - FERMENTER COOLERS | $56,405.74 | $-56,405.74 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - TEMP & OTHER GAUGES | $56,405.74 | $-56,405.74 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - FERMENTER & OTHER VALVES | $56,405.74 | $-56,405.74 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Cook Mezzanine | $58,265.26 | $-23,913.00 | $34,352.26 | Book Value | $34,352.26 |
| Plant Process/Component - SURGE & OTHER TANKS | $58,491.14 | $-58,491.14 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YEAST PROPAGATION SYSTEM | $59,239.45 | $-29,988.02 | $29,251.43 | Book Value | $29,251.43 |
| Plant Process/Component - Corrosion Prevention | $59,615.33 | $-59,615.33 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - 2 Hammermill motors - expansion | $59,871.83 | $-59,871.83 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - HEAT EXCHANGERS | $60,860.18 | $-32,205.08 | $28,655.10 | Book Value | $28,655.10 |
| Plant Process/Component - Boiler-add'ns to #65-02-0019 | $61,118.75 | $-28,089.57 | $33,029.18 | Book Value | $33,029.18 |
| Plant Process/Component - Cyclonaire | $61,196.60 | $-61,196.60 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YT03-802 Tank 1502 | $61,764.98 | $-42,728.41 | $19,036.57 | Book Value | $19,036.57 |
| Plant Process/Component - SEPARATOR | $62,570.08 | $-33,109.97 | $29,460.11 | Book Value | $29,460.11 |

Debtor Name:    Abengoa Bioenergy Company, LLC                           Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - AUGERS | $63,369.43 | $-63,369.43 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Heat exchangers | $63,523.13 | $-28,188.42 | $35,334.71 | Book Value | $35,334.71 |
| Plant Process/Component - Pumps | $64,447.27 | $-58,702.37 | $5,744.90 | Book Value | $5,744.90 |
| Plant Process/Component - PUMPS | $65,762.65 | $-65,762.65 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Spiral Heat Exchanger | $66,035.36 | $-62,458.48 | $3,576.88 | Book Value | $3,576.88 |
| Plant Process/Component - DDG LEG | $67,763.16 | $-67,763.16 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - DDG HANDLING EQUIPMENT | $68,000.68 | $-68,000.68 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Grain handling equip. | $68,614.35 | $-65,280.61 | $3,333.74 | Book Value | $3,333.74 |
| Plant Process/Component - DENATRUANT PUMP | $69,029.34 | $-69,029.34 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Treatment water ponds | $69,903.00 | $-69,903.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Heat Exchangers | $70,205.17 | $-34,487.94 | $35,717.23 | Book Value | $35,717.23 |
| Plant Process/Component - YG01-607 Thermal Oxidizer | $70,698.26 | $-42,418.97 | $28,279.29 | Book Value | $28,279.29 |
| Plant Process/Component - Misc. - Air Dryer & Winterization Heat Treatment | $71,139.82 | $-71,139.82 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Degasser - handrails | $71,701.80 | $-34,058.46 | $37,643.34 | Book Value | $37,643.34 |
| Plant Process/Component - TEMP & OTHER GAUGES | $72,521.66 | $-72,521.66 | $0.00 | Book Value | $0.00 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Preheaters - Sieve Condenser | $72,925.10 | $-71,694.13 | $1,230.97 | Book Value | $1,230.97 |
| Plant Process/Component - DDGS dryer combustion improvements | $73,040.82 | $-40,578.16 | $32,462.66 | Book Value | $32,462.66 |
| Plant Process/Component - 190 PROOF TANKS | $74,420.12 | $-39,380.58 | $35,039.54 | Book Value | $35,039.54 |
| Plant Process/Component - DDG handling equipment | $74,535.31 | $-74,535.31 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YR01-801 East Loadout Meter | $76,408.31 | $-55,460.85 | $20,947.46 | Book Value | $20,947.46 |
| Plant Process/Component - C-122 Flour Conveyor - Grain Milling 100 Area | $76,415.00 | $-29,863.97 | $46,551.03 | Book Value | $46,551.03 |
| Plant Process/Component - Syrup Pumps | $77,014.23 | $-77,014.23 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - AEREATORS | $77,038.96 | $-77,038.96 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - South Cooling Tower Structure Replacement | $78,033.66 | $-18,261.81 | $59,771.85 | Book Value | $59,771.85 |
| Plant Process/Component - VAC PUMPS | $79,567.55 | $-79,567.55 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - DISTILLATION PIPE | $79,580.90 | $-78,930.35 | $650.55 | Book Value | $650.55 |
| Plant Process/Component - YI02-603 Sieve Vaporizer | $81,917.26 | $-77,777.40 | $4,139.86 | Book Value | $4,139.86 |
| Plant Process/Component - New Well Project | $82,715.72 | $-82,715.72 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Security Fencing | $83,068.53 | $-83,068.53 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Pumps & Tanks | $84,638.73 | $-84,638.73 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Mixers | $84,807.82 | $-84,807.82 | $0.00 | Book Value | $0.00 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Various Pumps | $86,693.15 | $-83,331.93 | $3,361.22 | Book Value | $3,361.22 |
| Plant Process/Component - CO2 Relief Valves | $87,392.65 | $-87,392.65 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - BOILER STEAM/GAS FLOS | $87,580.38 | $-87,580.38 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Boiler Duct Modification | $89,444.06 | $-89,444.06 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - MIXERS | $90,927.66 | $-90,927.66 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - COMPRESSORS | $91,975.20 | $-91,975.20 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - RAILCAR ALCOHOL LOADOUT | $93,137.61 | $-46,510.25 | $46,627.36 | Book Value | $46,627.36 |
| Plant Process/Component - DEGASSER | $95,707.65 | $-50,645.27 | $45,062.38 | Book Value | $45,062.38 |
| Plant Process/Component - YCM803 Refractory for T/O Project | $95,748.96 | $-95,748.96 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Fermenter coolers | $96,336.55 | $-85,097.32 | $11,239.23 | Book Value | $11,239.23 |
| Plant Process/Component - WATER SOFTNR NO | $96,339.39 | $-96,339.39 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - LEVEL INDICATORS | $96,695.55 | $-96,695.55 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Loss on sale of Engineering Section - 20 yr life | $97,679.03 | $-81,399.17 | $16,279.86 | Book Value | $16,279.86 |
| Plant Process/Component - YJ12-701 Dryer Duct & Insulation (TO Building) | $98,975.17 | $-74,661.11 | $24,314.06 | Book Value | $24,314.06 |
| Plant Process/Component - Steam Piping | $99,912.74 | $-99,912.74 | $0.00 | Book Value | $0.00 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - CO2 SCRUBBER | $99,915.51 | $-99,915.51 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - PUMPS & TANKS | $101,492.05 | $-101,492.05 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YJ12-001 TO Refractory Upgrade | $102,804.69 | $-102,804.69 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Centrifuge Soft Starts | $104,132.50 | $-104,132.50 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - FERMENTER PUMPS | $104,558.51 | $-104,558.51 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - EVAP LEVEL & OTHER GAUGES | $104,753.51 | $-104,753.51 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - FERMENTER SPRAYBALLS | $104,753.51 | $-104,753.51 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - FERMENTER MIXERS | $104,753.51 | $-104,753.51 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Sacc Heat Exchanger | $108,518.65 | $-108,518.65 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - GRAIN CLEANING EQUIP | $108,632.62 | $-108,632.62 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YCM801 2008 Grain Handling Project | $110,586.98 | $-66,352.20 | $44,234.78 | Book Value | $44,234.78 |
| Plant Process/Component - YE12-681 Whole Stillage Addition | $110,934.48 | $-45,298.21 | $65,636.27 | Book Value | $65,636.27 |
| Plant Process/Component - PLANT TRUCK SCALE | $111,725.26 | $-59,121.25 | $52,604.01 | Book Value | $52,604.01 |
| Plant Process/Component - CIP & OTHER VALVES | $116,050.78 | $-116,050.78 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Boiler Steam / Gas Flow | $121,693.22 | $-114,530.16 | $7,163.06 | Book Value | $7,163.06 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - CEMS - Continuous Emissions Monitoring System | $123,790.08 | $-123,790.08 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Flash 1 Vacuum Jet | $124,584.06 | $-124,584.06 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - AUGERS | $129,188.48 | $-129,188.48 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - ELECTRICAL DISTRIBUTION STATIONS | $130,547.45 | $-85,787.07 | $44,760.38 | Book Value | $44,760.38 |
| Plant Process/Component - CAUSTIC & OTHER TANKS | $135,472.08 | $-71,687.27 | $63,784.81 | Book Value | $63,784.81 |
| Plant Process/Component - Pre Liq Addition | $135,732.59 | $-135,732.59 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CONTROL VALVES | $136,985.37 | $-136,985.37 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Install Distillation Vent Scrubber | $137,251.49 | $-114,376.16 | $22,875.33 | Book Value | $22,875.33 |
| Plant Process/Component - Engineering | $138,889.61 | $-138,889.61 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Water softnr no | $138,893.74 | $-138,893.74 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - ALCOHOL LOADOUT PUMP | $140,395.50 | $-140,395.50 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Grain Handling Equip | $144,089.64 | $-129,908.55 | $14,181.09 | Book Value | $14,181.09 |
| Plant Process/Component - STEAM PRESSURE VALVES | $145,043.33 | $-145,043.33 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YT02-601 E-85 System | $147,375.96 | $-106,438.19 | $40,937.77 | Book Value | $40,937.77 |
| Plant Process/Component - Engineering Labor on Capital Projects | $149,498.42 | $-91,567.77 | $57,930.65 | Book Value | $57,930.65 |

Debtor Name:      Abengoa Bioenergy Company, LLC                    Case Number:      16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - DRYER 3 | $152,220.41 | $-101,507.93 | $50,712.48 | Book Value | $50,712.48 |
| Plant Process/Component - Insulation - expansion | $159,294.02 | $-159,294.02 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CLARIFIER TANK | $159,608.60 | $-107,277.99 | $52,330.61 | Book Value | $52,330.61 |
| Plant Process/Component - DISTILLATION PIPE | $161,159.25 | $-161,159.25 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - PUMPS | $161,159.25 | $-161,159.25 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CLARIFIER TANK | $164,772.44 | $-116,256.02 | $48,516.42 | Book Value | $48,516.42 |
| Plant Process/Component - YI02-701 200 Proof Condensing | $165,588.70 | $-122,461.72 | $43,126.98 | Book Value | $43,126.98 |
| Plant Process/Component - Pumps - sludge storage pond | $167,725.16 | $-167,725.16 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Storage tanks | $170,246.70 | $-160,336.28 | $9,910.42 | Book Value | $9,910.42 |
| Plant Process/Component - Slurry modifications | $171,041.68 | $-171,041.68 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YN06-701 New Truck Scales | $171,423.22 | $-84,759.22 | $86,664.00 | Book Value | $86,664.00 |
| Plant Process/Component - SHIFT TANKS | $171,997.21 | $-171,997.21 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Project and field coordination | $172,432.42 | $-172,432.42 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - TRUCK DUMP | $173,342.89 | $-173,342.89 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Replace X0403, RC OH condenser | $176,888.48 | $-176,888.48 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - SIDE STRIPPER | $178,182.51 | $-94,288.20 | $83,894.31 | Book Value | $83,894.31 |

Debtor Name:        Abengoa Bioenergy Company, LLC                          Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - YI08-801 Sieve Vaporizer & Superheater Replacement | $178,981.12 | $-132,744.32 | $46,236.80 | Book Value | $46,236.80 |
| Plant Process/Component - YJ10-301 Service Provider | $183,120.79 | $-86,982.38 | $96,138.41 | Book Value | $96,138.41 |
| Plant Process/Component - Yeast prop heat exchangers | $189,079.55 | $-189,079.55 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Primary rectifier modifications | $189,477.17 | $-189,477.17 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - SS Pond Aerators | $191,783.82 | $-181,395.52 | $10,388.30 | Book Value | $10,388.30 |
| Plant Process/Component - YB03-701 Plant Beautification - Concrete Improveme | $196,678.88 | $-81,949.56 | $114,729.32 | Book Value | $114,729.32 |
| Plant Process/Component - Ethanol Distillation Equipment | $200,000.00 | $-131,666.67 | $68,333.33 | Book Value | $68,333.33 |
| Plant Process/Component - YR01-802 Rail Car Spill Containment | $204,567.08 | $-121,035.53 | $83,531.55 | Book Value | $83,531.55 |
| Plant Process/Component - RO System | $206,982.13 | $-101,766.16 | $105,215.97 | Book Value | $105,215.97 |
| Plant Process/Component - YI08-602 Sieve Beads | $210,478.63 | $-177,152.83 | $33,325.80 | Book Value | $33,325.80 |
| Plant Process/Component - Sacc tank conversion | $212,827.66 | $-212,827.66 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YI08-601SieveVap/SprheaterRepl | $215,084.78 | $-204,214.92 | $10,869.86 | Book Value | $10,869.86 |
| Plant Process/Component - RO | $215,548.89 | $-114,061.24 | $101,487.65 | Book Value | $101,487.65 |
| Plant Process/Component - Boiler DA Tank | $215,874.44 | $-140,318.29 | $75,556.15 | Book Value | $75,556.15 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Fermenter Cooling | $215,938.01 | $-179,948.32 | $35,989.69 | Book Value | $35,989.69 |
| Plant Process/Component - PUMPS | $219,801.88 | $-219,801.88 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - DAY BINS | $224,462.61 | $-118,778.22 | $105,684.39 | Book Value | $105,684.39 |
| Plant Process/Component - Welding machines - equipment rental | $225,998.26 | $-225,998.26 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YJ13-902 Thermal Oxidizer Ductwork Repairs | $228,734.92 | $-142,959.31 | $85,775.61 | Book Value | $85,775.61 |
| Plant Process/Component - PUMPS & OTHER | $232,066.10 | $-232,066.10 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Fermenter building expansion | $232,202.87 | $-84,173.51 | $148,029.36 | Book Value | $148,029.36 |
| Plant Process/Component - Cook tube | $235,507.39 | $-235,507.39 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Reverse Osmosis System | $241,927.41 | $-99,795.12 | $142,132.29 | Book Value | $142,132.29 |
| Plant Process/Component - YT03-506 VaporRecoveryTankFarm | $242,835.38 | $-230,563.07 | $12,272.31 | Book Value | $12,272.31 |
| Plant Process/Component - DDG RAILCAR LOADOUT | $248,254.55 | $-248,254.55 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - SE GRAIN BIN | $251,471.29 | $-133,070.19 | $118,401.10 | Book Value | $118,401.10 |
| Plant Process/Component - NE GRAIN BIN | $251,471.29 | $-133,070.19 | $118,401.10 | Book Value | $118,401.10 |
| Plant Process/Component - NW GRAIN BIN | $251,471.29 | $-133,070.19 | $118,401.10 | Book Value | $118,401.10 |
| Plant Process/Component - S/W GRAIN BIN | $251,471.29 | $-133,070.19 | $118,401.10 | Book Value | $118,401.10 |

Debtor Name:      Abengoa Bioenergy Company, LLC                          Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - SPIRAL HEAT EXCHANGERS | $266,399.47 | $-266,399.47 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Blower-from tank form to flare system skid | $270,134.47 | $-270,134.47 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - WELL WATER TANK | $271,773.42 | $-143,813.52 | $127,959.90 | Book Value | $127,959.90 |
| Plant Process/Component - VARIOUS PUMPS & TANKS | $271,845.04 | $-271,845.04 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CO2 project | $272,178.77 | $-240,424.62 | $31,754.15 | Book Value | $31,754.15 |
| Plant Process/Component - YW99-801 Safety Improvements | $276,507.32 | $-276,507.32 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Dryer modifications | $285,932.94 | $-276,332.84 | $9,600.10 | Book Value | $9,600.10 |
| Plant Process/Component - Air compressor | $287,044.97 | $-287,044.97 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Labor on Capital Projects | $300,000.00 | $-191,250.00 | $108,750.00 | Book Value | $108,750.00 |
| Plant Process/Component - PUMPS & TANKS | $301,367.80 | $-301,367.80 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Beerwell excavate and tank | $301,749.40 | $-218,768.32 | $82,981.08 | Book Value | $82,981.08 |
| Plant Process/Component - Evaporator modifications | $315,863.57 | $-279,012.81 | $36,850.76 | Book Value | $36,850.76 |
| Plant Process/Component - Caustic Cleaning System - Tank | $318,710.83 | $-231,065.32 | $87,645.51 | Book Value | $87,645.51 |
| Plant Process/Component - MECHANICAL CHILLER | $320,735.90 | $-320,735.90 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Evaporator CIP System | $324,361.20 | $-324,361.20 | $0.00 | Book Value | $0.00 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - YJ13-901 Major Repairs to Thermal Oxidizer | $324,720.80 | $-210,113.43 | $114,607.37 | Book Value | $114,607.37 |
| Plant Process/Component - YCM802 Conveyor Project | $330,843.79 | $-330,843.79 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - DCS system | $337,667.30 | $-337,667.30 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Boiler | $338,247.07 | $-160,025.08 | $178,221.99 | Book Value | $178,221.99 |
| Plant Process/Component - Grain handling equipment | $371,548.21 | $-371,548.21 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CO2 & Vent Scrubber | $389,489.92 | $-389,489.92 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Trane Chiller | $394,462.17 | $-394,462.17 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Treatment water ponds | $406,922.24 | $-195,600.86 | $211,321.38 | Book Value | $211,321.38 |
| Plant Process/Component - YI01-701 Rectifier Trays | $417,938.94 | $-86,199.88 | $331,739.06 | Book Value | $331,739.06 |
| Plant Process/Component - YC12-701 Replace Mash Cooler Scrolls | $426,858.43 | $-244,257.89 | $182,600.54 | Book Value | $182,600.54 |
| Plant Process/Component - YG02-601 DCS ConversionEngring | $454,244.08 | $-431,287.68 | $22,956.40 | Book Value | $22,956.40 |
| Plant Process/Component - GRAIN HANDLING EQUIP | $460,923.52 | $-460,923.52 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - I/G Project - 10 year assets | $461,566.58 | $-461,566.58 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Sieves condenser modifications | $467,719.86 | $-467,719.86 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Process Water Wells | $473,059.31 | $-165,570.72 | $307,488.59 | Book Value | $307,488.59 |

Debtor Name:          Abengoa Bioenergy Company, LLC                        Case Number:          16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - COOLING MODULE ASSEMBLY | $480,954.01 | $-480,954.01 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - COMPUTER & SOFTWARE | $502,189.96 | $-502,189.96 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - I/G Project - 5 year assets | $514,803.17 | $-514,803.17 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - ELECTRICAL SUBSTATIONS | $531,825.54 | $-531,825.54 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - High voltage electrical switch | $535,236.08 | $-517,265.66 | $17,970.42 | Book Value | $17,970.42 |
| Plant Process/Component - MECHANL CHILLER & ABSORBER | $564,057.39 | $-564,057.39 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - COOLING TOWER | $577,870.35 | $-577,870.35 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Dryer Cyclones | $578,076.32 | $-578,076.32 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - DRYER 1 | $598,736.06 | $-402,429.45 | $196,306.61 | Book Value | $196,306.61 |
| Plant Process/Component - Beerwell process  PVF and controls | $666,928.94 | $-483,523.52 | $183,405.42 | Book Value | $183,405.42 |
| Plant Process/Component - Methanation system | $674,232.04 | $-601,190.20 | $73,041.84 | Book Value | $73,041.84 |
| Plant Process/Component - Beer feed heat exchanger | $702,272.70 | $-509,147.78 | $193,124.92 | Book Value | $193,124.92 |
| Plant Process/Component - Liquefaction tank | $728,844.33 | $-528,412.18 | $200,432.15 | Book Value | $200,432.15 |
| Plant Process/Component - MOTOR CONTROL & ELEC. EQUIPMENT | $810,666.50 | $-428,977.66 | $381,688.84 | Book Value | $381,688.84 |
| Plant Process/Component - Railroad | $835,713.43 | $-440,491.02 | $395,222.41 | Book Value | $395,222.41 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - COOK SYSTEM | $927,216.87 | $-927,216.87 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Sieve Modifications | $951,398.49 | $-332,989.44 | $618,409.05 | Book Value | $618,409.05 |
| Plant Process/Component - MOLECULAR SIEVE | $958,101.43 | $-506,995.42 | $451,106.01 | Book Value | $451,106.01 |
| Plant Process/Component - Beer column reboilers / modification | $973,783.23 | $-973,783.23 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Evaporator, de-couple and add finisher | $1,035,295.77 | $-750,589.44 | $284,706.33 | Book Value | $284,706.33 |
| Plant Process/Component - CENTRIFUGES | $1,067,014.13 | $-563,451.16 | $503,562.97 | Book Value | $503,562.97 |
| Plant Process/Component - Centrifuges | $1,228,713.80 | $-602,728.53 | $625,985.27 | Book Value | $625,985.27 |
| Plant Process/Component - Fermenter heat exchangers | $1,325,766.48 | $-1,325,766.48 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CALANDRIA | $1,346,740.20 | $-712,650.03 | $634,090.17 | Book Value | $634,090.17 |
| Plant Process/Component - YI13-301 VOC Dryer Stack | $1,375,530.49 | $-653,376.94 | $722,153.55 | Book Value | $722,153.55 |
| Plant Process/Component - BOILER (2) | $1,869,830.29 | $-989,451.92 | $880,378.37 | Book Value | $880,378.37 |
| Plant Process/Component - STORAGE TANKS | $1,892,857.34 | $-1,892,857.34 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - MAIN DRYERS | $2,300,654.71 | $-1,623,239.73 | $677,414.98 | Book Value | $677,414.98 |
| Plant Process/Component - Corn Oil Separation | $2,311,201.15 | $-722,250.37 | $1,588,950.78 | Book Value | $1,588,950.78 |
| Plant Process/Component - YJ13-301 VOC Capex | $2,926,157.44 | $-1,255,809.22 | $1,670,348.22 | Book Value | $1,670,348.22 |
| Plant Process/Component - DISTILLATION BINARY | $3,857,793.15 | $-2,041,415.58 | $1,816,377.57 | Book Value | $1,816,377.57 |

Debtor Name:        Abengoa Bioenergy Company, LLC                          Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - FERMENTER TANKS | $3,934,986.82 | $-2,082,263.86 | $1,852,722.96 | Book Value | $1,852,722.96 |
| Plant Process/Component - CI08-003 Molecular Sieve Beads Replacement | $167,656.82 | $-119,754.86 | $47,901.96 | Book Value | $47,901.96 |
| Plant Process/Component - PF01-101 Cooling Water Booster Pump | $6,438.99 | $-3,219.50 | $3,219.49 | Book Value | $3,219.49 |
| Plant Process/Component - Molecular Sieves New Distillation - Butterfly | $9,985.00 | $-9,775.17 | $209.83 | Book Value | $209.83 |
| Plant Process/Component - Regen Old Distillation - Nash XL 80/5 Vacuum | $13,295.00 | $-13,015.61 | $279.39 | Book Value | $279.39 |
| Plant Process/Component - A, B, C, D, E & F Fermenter Pump Upgrades | $17,109.74 | $-16,750.19 | $359.55 | Book Value | $359.55 |
| Plant Process/Component - PW07-101 New Air Dryer & Compressed Air Repip | $24,506.56 | $-12,253.29 | $12,253.27 | Book Value | $12,253.27 |
| Plant Process/Component - PC07-101 York DA Tank Transportation & Instal | $30,933.01 | $-7,733.26 | $23,199.75 | Book Value | $23,199.75 |
| Plant Process/Component - PR02-701 E-85 Truck and Rail Loadout Project | $193,809.29 | $-48,452.31 | $145,356.98 | Book Value | $145,356.98 |
| Plant Process/Component - PK04-801 MVR Soft Starts and Controls | $487,306.32 | $-121,826.60 | $365,479.72 | Book Value | $365,479.72 |
| Plant Process/Component - YCM101 Netzch Pump | $11,241.19 | $-11,187.67 | $53.52 | Book Value | $53.52 |
| Plant Process/Component - YCM105 Stellited Combining Tube & Steam Nozzl | $14,813.66 | $-14,813.66 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - YCM104 Sodium Bisulfite Bulk Storage Tank | $15,468.26 | $-5,156.10 | $10,312.16 | Book Value | $10,312.16 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - YCM102 Boiler Feed Pump | $19,485.86 | $-19,393.06 | $92.80 | Book Value | $92.80 |
| Plant Process/Component - YCM103 New Plates for Heat Exchangers | $38,250.00 | $-38,067.86 | $182.14 | Book Value | $182.14 |
| Plant Process/Component - WATER WELLS | $56,121.20 | $-56,121.20 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - LAND | $122,596.79 | $0.00 | $122,596.79 | Book Value | $122,596.79 |
| Plant Process/Component - YI08-701 Sieve Bottle Rebuilds | $183,252.98 | $-88,572.29 | $94,680.69 | Book Value | $94,680.69 |
| Plant Process/Component - NE Cap X Sales Tax Refund | $-36,645.17 | $36,645.17 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - York - Sieve Regen Condenser | $91,460.99 | $-20,197.63 | $71,263.36 | Book Value | $71,263.36 |
| Plant Process/Component - Colwich Boiler Rebuild 2011 | $472,862.51 | $-137,059.21 | $335,803.30 | Book Value | $335,803.30 |
| Plant Process/Component - Colwich 200 Proof Product Surge Tank | $30,105.00 | $-8,697.00 | $21,408.00 | Book Value | $21,408.00 |
| Plant Process/Component - Portales Grain Bin Upgrade 2011 | $47,971.90 | $-13,858.56 | $34,113.34 | Book Value | $34,113.34 |
| Plant Process/Component - Portales Piping Insulation | $66,992.76 | $-19,353.44 | $47,639.32 | Book Value | $47,639.32 |
| Plant Process/Component - Portales Safety Projects 2011 | $52,807.57 | $-15,255.50 | $37,552.07 | Book Value | $37,552.07 |
| Plant Process/Component - York Bin Sweeps | $243,543.99 | $-70,357.16 | $173,186.83 | Book Value | $173,186.83 |
| Plant Process/Component - Portales - Beer Degasser | $210,361.39 | $-85,897.57 | $124,463.82 | Book Value | $124,463.82 |
| Plant Process/Component - York - Thermal Oxidizer Project 2011 | $355,846.36 | $-145,303.94 | $210,542.42 | Book Value | $210,542.42 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Portales - CO2 Blower - Roots 208E Rotary Pump | $43,450.00 | $-25,345.82 | $18,104.18 | Book Value | $18,104.18 |
| Plant Process/Component - Colwich - Alcohol Storage Tank #3 & #4 | $14,496.74 | $-11,839.01 | $2,657.73 | Book Value | $2,657.73 |
| Plant Process/Component - Colwich  Trane Chiller Condenser 2011 Project | $94,870.30 | $-25,825.81 | $69,044.49 | Book Value | $69,044.49 |
| Plant Process/Component - York - 2012 Cooling Tower Fill System | $79,000.00 | $-45,142.84 | $33,857.16 | Book Value | $33,857.16 |
| Plant Process/Component - York - Syrup Tank Project 2012 | $586,902.03 | $-94,556.43 | $492,345.60 | Book Value | $492,345.60 |
| Plant Process/Component - Colwich Fermentor 9 Improvement - Phase 1 | $57,785.05 | $-13,627.08 | $44,157.97 | Book Value | $44,157.97 |
| Plant Process/Component - Colwich Novozymes Project 2012 | $26,387.05 | $-20,669.86 | $5,717.19 | Book Value | $5,717.19 |
| Plant Process/Component - York Centrifuge Decking and Clarifer Doors | $5,334.20 | $-3,645.04 | $1,689.16 | Book Value | $1,689.16 |
| Plant Process/Component - York - TO Refractory Project | $353,978.06 | $-274,281.25 | $79,696.81 | Book Value | $79,696.81 |
| Plant Process/Component - York - Yeast Hydration System | $30,982.65 | $-12,393.07 | $18,589.58 | Book Value | $18,589.58 |
| Plant Process/Component - York - 2014 Sieve Beads Upgrade | $169,597.50 | $-62,185.75 | $107,411.75 | Book Value | $107,411.75 |
| Plant Process/Component - York - 2014 South Cooling Tower Blade Replacements | $44,296.00 | $-5,167.87 | $39,128.13 | Book Value | $39,128.13 |
| Plant Process/Component - York - 2014 South Cooling Tower Pump Replacements | $50,982.67 | $-8,921.97 | $42,060.70 | Book Value | $42,060.70 |

Debtor Name:        Abengoa Bioenergy Company, LLC                              Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - York- Gluco Automation System | $21,905.16 | $-7,301.72 | $14,603.44 | Book Value | $14,603.44 |
| Plant Process/Component - York - 2013 TO/Dryer Ductwork | $136,601.14 | $-40,980.34 | $95,620.80 | Book Value | $95,620.80 |
| Plant Process/Component - York - 2014 North Cooling Tower Pumps | $146,470.36 | $-43,941.11 | $102,529.25 | Book Value | $102,529.25 |
| Plant Process/Component - York - 2014 North Cooling Tower Deck | $54,419.57 | $-16,325.87 | $38,093.70 | Book Value | $38,093.70 |
| Plant Process/Component - York - 2014 TO HRSG Economizer | $68,686.00 | $-20,605.80 | $48,080.20 | Book Value | $48,080.20 |
| Plant Process/Component - Colwich - 2014 Hyrdo-heater Piping | $10,935.00 | $-1,640.25 | $9,294.75 | Book Value | $9,294.75 |
| Plant Process/Component - York - 2014 Air Compressor System | $135,000.00 | $-38,250.00 | $96,750.00 | Book Value | $96,750.00 |
| Plant Process/Component - York - 2014 Alcohol Bag Filter Housing | $10,294.89 | $-2,916.88 | $7,378.01 | Book Value | $7,378.01 |
| Plant Process/Component - Colwich - 2014 Bag House | $60,379.08 | $-16,101.10 | $44,277.98 | Book Value | $44,277.98 |
| Plant Process/Component - York - 2015 Syrup Lines to Dryers | $25,398.61 | $-5,926.34 | $19,472.27 | Book Value | $19,472.27 |
| Plant Process/Component - Colwich - 2015 Fermenter | $225,551.10 | $-13,157.15 | $212,393.95 | Book Value | $212,393.95 |
| Plant Process/Component - York - 2015 VFD Motor on TO Combustion Fan | $25,982.09 | $-5,629.45 | $20,352.64 | Book Value | $20,352.64 |
| Plant Process/Component - York - 2015 Fire System Upgrade | $636,319.49 | $-68,934.61 | $567,384.88 | Book Value | $567,384.88 |

Debtor Name:        Abengoa Bioenergy Company, LLC                              Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Colwich - Vapor Separator | $361,350.80 | $-24,090.05 | $337,260.75 | Book Value | $337,260.75 |
| Plant Process/Component - York - HVAC on MCC 8 Building | $15,940.58 | $-3,188.11 | $12,752.47 | Book Value | $12,752.47 |
| Plant Process/Component - WWTP Sludge to WDGS System | $146,063.69 | $-26,778.34 | $119,285.35 | Book Value | $119,285.35 |
| Plant Process/Component - York North Cooling Tower - North Pump | $58,905.00 | $-4,908.75 | $53,996.25 | Book Value | $53,996.25 |
| Plant Process/Component - York North Cooling Tower - South Pump | $58,905.00 | $-4,908.75 | $53,996.25 | Book Value | $53,996.25 |
| Plant Process/Component - York - 2015 EPCO & Evap Seal Flush Energy System | $80,230.77 | $-4,011.54 | $76,219.23 | Book Value | $76,219.23 |
| Plant Process/Component - York - 2015 BFW Waste Heat Recovery System | $208,442.02 | $-10,422.10 | $198,019.92 | Book Value | $198,019.92 |
| Plant Process/Component - York - 2015 Hydro Heater | $73,584.94 | $-3,679.25 | $69,905.69 | Book Value | $69,905.69 |
| Plant Process/Component - York - 2015 Grain Conveyor | $37,811.22 | $-945.28 | $36,865.94 | Book Value | $36,865.94 |
| Plant Process/Component - Colwich - 2015 Environmental Compliance System | $803,386.35 | $-8,926.52 | $794,459.83 | Book Value | $794,459.83 |
| Plant Process/Component - Office Chair | $211.79 | $-211.79 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Carpet for Conference Room | $354.71 | $-354.71 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Desk | $359.00 | $-359.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Carpet for Office Area | $591.64 | $-591.64 | $0.00 | Book Value | $0.00 |

Debtor Name:        Abengoa Bioenergy Company, LLC                                    Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - Desk | $673.52 | $-673.52 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Remodel Office Area | $752.93 | $-752.93 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - MP2 Upgrade | $1,043.76 | $-1,043.76 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - MP2 SOFTWARE UPGRADE | $1,635.00 | $-1,635.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Laptop Computer | $2,237.17 | $-2,237.17 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Agris software / scale equipment | $2,500.00 | $-2,500.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Aurora Fire Pump | $38,988.71 | $-38,988.71 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Computers | $1,973.21 | $-1,973.21 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Computers | $1,992.06 | $-1,992.06 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Dell Computer | $2,133.60 | $-2,133.60 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Copier | $3,257.84 | $-3,257.84 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Computers | $3,294.97 | $-3,294.97 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Computers | $3,711.15 | $-3,711.15 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Phone System | $6,094.48 | $-6,094.48 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - Agris one-weigh station | $12,036.20 | $-12,036.20 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - 2 CHAIRS | $119.98 | $-119.98 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - FILE CABINET 8 DR | $541.53 | $-541.53 | $0.00 | Book Value | $0.00 |

Debtor Name:        Abengoa Bioenergy Company, LLC                        Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Plant Process/Component - VERTICAL FILE 5 DR | $572.25 | $-572.25 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - File Cabinet | $590.00 | $-590.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - DESK & CHAIR | $753.90 | $-753.90 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - CHAIRS | $753.90 | $-753.90 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - 8 Chairs | $981.00 | $-981.00 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - FIREPROOF 4DR FILE | $1,149.75 | $-1,149.75 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - DESK/HUTCH/CHAIR/FILE | $1,997.10 | $-1,997.10 | $0.00 | Book Value | $0.00 |
| Plant Process/Component - PHONE SYSTEM-SCALE HOUSE | $1,623.83 | $-1,623.83 | $0.00 | Book Value | $0.00 |
| | | | | TOTAL | $53,650,110.16 |

Debtor Name:        Abengoa Bioenergy Company, LLC                           Case Number:        16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---:|---|---:|
| Buildings - 1414 Road O, York, NE  68467 | Buildings | $1,895,412.20 | Book Value | $1,895,412.20 |
| Buildings - 1827 S. Industrial Dr., Portales NM 88130 | Buildings | $1,219,040.78 | Book Value | $1,219,040.78 |
| Buildings - 523 East Union Ave., Colwich, KS  67030 | Buildings | $1,853,731.97 | Book Value | $1,853,731.97 |
| Industrial Buildings - 1414 Road O, York, NE  68467 | Industrial Buildings | $2,212,038.38 | Book Value | $2,212,038.38 |
| Industrial Buildings - 1827 S. Industrial Dr., Portales NM 88130 | Industrial Buildings | $27,733.01 | Book Value | $27,733.01 |
| Industrial Buildings - 523 East Union Ave., Colwich, KS  67030 | Industrial Buildings | $528,536.55 | Book Value | $528,536.55 |
| Land - 1414 Road O, York, NE 68467 | Land | $1,205,105.12 | Book Value | $1,205,105.12 |
| Land - 1827 S. Industrial Dr., Portales NM 88130 | Land | $110,000.00 | Book Value | $110,000.00 |
| Land - 523 East Union Ave., Colwich, KS  67030 | Land | $53,265.47 | Book Value | $53,265.47 |
|  |  |  | **TOTAL** | **$9,104,863.48** |

Debtor Name: Abengoa Bioenergy Company, LLC                                        Case Number: 16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General Description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| www.abengoa.com | | | Undetermined |
| www.abengoabioenergy.com | | | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: Abengoa Bioenergy Company, LLC                    Case Number: 16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| FACTORY MUTUAL INSURANCE COMPANY | Property | 1001449 | Undetermined |
| NEW HAMPSHIRE INSURANCE COMPANY | Workers' Compensation | WC 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 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Commercial Umbrella | BE 24238263 | Undetermined |
| ILLINOIS NATIONAL INSURANCE CO. | General Liability | GL - 190-33-41 | Undetermined |
| ESSEX INSURANCE COMPANY | Rail | RRP1514-3 | Undetermined |
| LIBERTY INSURANCE UNDERWRITERS INC. | Excess Liability Policy Declaration | 10000035915-04 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Auto | CA - 363-2415 | Undetermined |
| IRONSHORE SPECIALTY INSURANCE COMPANY | Environmental Excess | 2308100 | Undetermined |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | Commercial | QT-660-4862N27A-TIL-15 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY | Foreign Liability/International Casualty | D38281215 003 | Undetermined |
|  |  | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name:          Abengoa Bioenergy Company, LLC                    Case Number:          16-41165 (KAS)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| Intercompany Receivable - Non-Debtor - Abengoa Bioenergy Biomass of Kansas LLC | $55,044,643.41 |
| Intercompany Receivable - Non-Debtor - Abengoa Bioenergy Hybrid of Kansas, LLC | $37,130,739.64 |
| Intercompany Receivable - Non-Debtor - Abengoa Bioenergy Technology Holding, LLC | $797,605.00 |
| Intercompany Receivable - Non-Debtor - Abengoa Bioenergía Inversiones, SA | $60,183.93 |
| Intercompany Receivable - Debtor - Abengoa Bioenergy Engineering & Construction, LLC | $17,757,241.66 |
| Intercompany Receivable - Non-Debtor - Abengoa Bioenergy Holdco, Inc. | $296,188.48 |
| Intercompany Receivable - Non-Debtor - Abengoa Bioenergy New Technologies, LLC | $124,788,680.60 |
| Intercompany Receivable - Non-Debtor - Abengoa Bioenergy of Illinois, LLC | $1,564,473.27 |
| Intercompany Receivable - Non-Debtor - Abengoa Bioenergy of Indiana, LLC | $1,642,575.65 |
| Intercompany Receivable - Debtor - Abengoa Bioenergy Outsourcing, LLC | $36,826,066.17 |
| Intercompany Receivable - Debtor - Abengoa Bioenergy US Holding, LLC | $57,420,619.36 |
| Intercompany Receivable - Non-Debtor - Abengoa, SA | $145,166.53 |
| Intercompany Receivable - Non-Debtor - Financiera Soteland, SA | $2,404,956.05 |
| **TOTAL** | **$335,879,139.75** |

**Fill in this information to identify the case:**

Debtor name  Abengoa Bioenergy Company, LLC

United States Bankruptcy Court for the:  Eastern    District of  Missouri
                                                              (State)

Case number (If known):  16-41165 (KAS)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| ARIZONA BANK AND TRUST | | $_____ Undetermined    $_____ Undetermined |

**Creditor's mailing address**
2036 E. CAMELBACK ROAD
PHOENIX, AZ 85016

**Describe the lien**
Kansas UCC Financing Statement Number 7133002 dated 01/14/2015.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| AXIS CAPITAL, INC. | | $_____ Undetermined    $_____ Undetermined |

**Creditor's mailing address**
308 N. LOCUST STREET, SUITE 100
GRAND ISLAND, NE 68801

**Describe the lien**
Missouri UCC Financing Statement Number dated 10/28/2009 (Including subsequent filing 20090105217J).

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$_____0.00
+ undetermined amounts

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column B **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**

**Creditor's name**
CALIFORNIA BANK AND TRUST

**Creditor's mailing address**
550 S. HOPE STREET, SUITE 300
LOS ANGELES, CA 90071

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Kansas UCC Financing Statement Number 71964378 dated 06/01/2015.

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Officiial Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

$Undetermined   $Undetermined

---

**2.4**

**Creditor's name**
CATERPILLAR FINANCIAL SERVICES CORPORATION

**Creditor's mailing address**
2120 WEST END AVENUE
NASHVILLE, TN 37203

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Kansas UCC Financing Statement Number 71907310 dated 03/19/2015.

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Officiial Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

$Undetermined   $Undetermined

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

| | | | Column B **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Part 1:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5**

**Creditor's name**
CORPORATION SERVICE COMPANY, AS REPRESENTATIVE

**Creditor's mailing address**
PO BOX 2309
SPRINGFIELD, IL 62703

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No
[ ] Yes. Have you already specified the relative priority?

   [ ] No. Specify each creditor, including this creditor, and its relative priority.

   [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Kansas UCC Financing Statement Number 71791854 dated 10/03/2014 (Including Subsequent filings 7134588 and 7142755).

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Officiial Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

$Undetermined     $Undetermined

---

**2.6**

**Creditor's name**
DEUTSCHE BANK AG NEW YORK BRANCH

**Creditor's mailing address**
60 WALL STREET, 26TH FLOOR
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No
[ ] Yes. Have you already specified the relative priority?

   [ ] No. Specify each creditor, including this creditor, and its relative priority.

   [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Kansas UCC Financing Statement Number 6879407 dated 02/16/2012 (Including subsequent filing 6992820).

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Officiial Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

$Undetermined     $Undetermined

---

Debtor  Abengoa Bioenergy Company, LLC
        Name

Case number (if known)  16-41165 (KAS)

| Part 1: | Additional Page | Column B Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7**

**Creditor's name**
MAZUMA CAPITAL CORP. (LATER ASSIGNED TO NXT)

**Creditor's mailing address**
13997 S. MINUTEMAN DR.
SUITE 200
DRAPER, UT 84020

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

   [ ] No. Specify each creditor, including this creditor, and its relative priority.

   [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Kansas UCC Financing Statement Number 71749282 dated 08/05/2014 (Including Subsequent filings 7123748 and 7127863).

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Officiial Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

$Undetermined    $Undetermined

---

**2.8**

**Creditor's name**
NXT CAPITAL, LLC

**Creditor's mailing address**
1277 TREAT BLVD., SUITE 950
WALNUT CREEK, CA 94597

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

   [ ] No. Specify each creditor, including this creditor, and its relative priority.

   [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Kansas UCC Financing Statement Number 7154412 dated 05/01/2015.

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Officiial Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

$Undetermined    $Undetermined

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | **Column B**<br>Amount of claim<br>Do not deduct the<br>value of collateral | **Column B**<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9**

**Creditor's name**
THE RECEIVABLES EXCHANGE, LLC ("TRE")
AS COLLATERAL AGENT FOR ITSELF AND ALL
BUYERS OF SELLER'S TRADED RECEIVABLES

**Creditor's mailing address**
935 GRAVIER STREET
12TH FLOOR
NEW ORLEANS, LA 70112

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

　[ ] No. Specify each creditor, including this creditor, and its relative priority.

　[ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Kansas UCC Financing Statement Number 7026875 dated 09/12/2013 (Including subsequent filing 7078801).

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Officiial Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

$Undetermined | $Undetermined

---

**2.10**

**Creditor's name**
VFS US LLC

**Creditor's mailing address**
PO BOX 26131
GREENSBORO, NC 27402

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

　[ ] No. Specify each creditor, including this creditor, and its relative priority.

　[ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Kansas UCC Financing Statement Number 71825223 dated 11/21/2014.

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Officiial Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

$Undetermined | $Undetermined

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column B **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11**

**Creditor's name**
WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, AS TRUSTEE OF ABENGOA BIOENERGY CORPORATION PORTALES TRUST NO. 2006-A

**Creditor's mailing address**
260 N. CHARLES LINDBERGH DRIVE
SALT LAKE CITY, UT 84116

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of  creditors is specified on lines

Describe debtor's property that is subject to a lien — $Undetermined — $Undetermined

**Describe the lien**
Kansas UCC Financing Statement Number 7008196 dated 07/01/2013.

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Officiial Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

| Fill in this information to identify the case: |
|---|

Debtor    Abengoa Bioenergy Company, LLC

United States Bankruptcy Court for the: Eastern      District of Missouri
                                                 (State)

Case number   16-41165 (KAS)
(if known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
ARIZONA DEPARTMENT OF REVENUE
1600 W MONROE ST
PHOENIX, AZ 85007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$_____ Undetermined    $_____ Undetermined

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Tax Claim
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
COLORADO DEPARTMENT OF LABOR & EMPLOYMENT
633 17TH ST.
DENVER, CO 80202-3660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

$_____ Undetermined    $_____ Undetermined

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Tax Claim
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
COLORADO DEPARTMENT OF REVENUE
ATTN: EXECUTIVE DIRECTOR
1375 SHERMAN ST.
DENVER, CO 80261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$_____ Undetermined    $_____ Undetermined

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Tax Claim
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor    Abengoa Bioenergy Company, LLC
_____
Name

Case number *(if known)*  16-41165 (KAS)

| Part 1. | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.4** | **Priority creditor's name and mailing address** | | $Underdetermined | $Underdetermined

DISTRICT OF COLUMBIA - OFFICE OF TAX AND REVENUE
1101 4TH STREET, SW
SUITE 270 WEST
WASHINGTON, DC 20024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.5** | **Priority creditor's name and mailing address** | | $Underdetermined | $Underdetermined

DISTRICT OF COLUMBIA DEPARTMENT OF LABOR
200 CONSTITUTION AVE. NW
WASHINGTON, DC 20210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.6** | **Priority creditor's name and mailing address** | | $Underdetermined | $Underdetermined

GALENA PARK INDEPENDENT SCHOOL DISTRICT TAX OFFICE
14705 WOODFOREST BLVD
HOUSTON, TX 77015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.7** | **Priority creditor's name and mailing address** | | $Underdetermined | $Underdetermined

HARRIS COUNTY TREASURER
ATTN: ORLANDO SANCHEZ
1001 PRESTON, SUITE 652
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor    Abengoa Bioenergy Company, LLC
_____
Name

Case number *(if known)*  16-41165 (KAS)

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.8 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |
|---|---|---|---|

ILLINOIS DEPARTMENT OF REVENUE
45 EISENHOWER DR STE 220
PARAMUS, NJ 07652

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.9 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |
|---|---|---|---|

ILLINOIS DIRECTOR OF EMPLOYMENT
SECURITY
ATTN: JEFF MAYS
33 S STATE ST., 9TH FLOOR
CHICAGO, IL 60603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.10 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |
|---|---|---|---|

INDIANA DEPARTMENT OF REVENUE
100 N SENATE AVE RM N248
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.11 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |
|---|---|---|---|

INDIANA DEPT. OF WORKFORCE
DEVELOPMENT
INDIANA GOVERNMENT CENTER SOUTH
10 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Debtor   Abengoa Bioenergy Company, LLC
_____
Name

Case number *(if known)* 16-41165 (KAS)

| Part 1. | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.12** Priority creditor's name and mailing address — $Undetermined — $Undetermined

INTERNAL REVENUE SERVICE
1222 SPRUCE STREET
ST LOUIS, MO 63103

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Tax Claim

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()

**2.13** Priority creditor's name and mailing address — $Undetermined — $Undetermined

KANSAS DEPARTMENT OF LABOR
1309 SW TOPEKA BLVD
TOPEKA, KS 66612

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Tax Claim

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()

**2.14** Priority creditor's name and mailing address — $Undetermined — $Undetermined

KANSAS DEPARTMENT OF REVENUE
915 SW HARRISON STREET
TOPEKA, KS 66625-8000

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Tax Claim

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()

**2.15** Priority creditor's name and mailing address — $Undetermined — $Undetermined

MARYLAND COMPTROLLER
8181 PROFESSIONAL PL # 101
LANDOVER, MD 20785

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Tax Claim

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()

Debtor      Abengoa Bioenergy Company, LLC

Name

Case number *(if known)*   16-41165 (KAS)

| Part 1. | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.16**  **Priority creditor's name and mailing address**   $Undetermined   $Undetermined

MARYLAND UNEMPLOYMENT INSURANCE FUND
LEGAL SERVICES SECTION
ATTN: MARK SORRENTINO
1100 N EUTAW ST, ROOM 401
BALTIMORE, MD 21201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.17**  **Priority creditor's name and mailing address**   $Undetermined   $Undetermined

MASSACHUSETTS DEPARTMENT OF REVENUE
100 CAMBRIDGE ST STE 500
BOSTON, MA 02114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.18**  **Priority creditor's name and mailing address**   $Undetermined   $Undetermined

MISSOURI DEPARTMENT OF REVENUE
301 WEST HIGH STREET
JEFFERSON CITY, MO 65105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.19**  **Priority creditor's name and mailing address**   $Undetermined   $Undetermined

MISSOURI DIVISION OF EMPLOYMENT
SECURITY
P.O. BOX 59
JEFFERSON CITY, MO 65104-0059

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Abengoa Bioenergy Company, LLC
          _____
          Name

Case number *(if known)*  16-41165 (KAS)

---

**Part 1.** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.20** | Priority creditor's name and mailing address | | $Undetermined | $Undetermined

NEBRASKA DEPARTMENT OF LABOR
550 S 16TH ST.
LINCOLN, NE 68508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.21** | Priority creditor's name and mailing address | | $Undetermined | $Undetermined

NEBRASKA DEPARTMENT OF REVENUE
PO BOX 98912
LINCOLN, NE 68509-8912

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.22** | Priority creditor's name and mailing address | | $Undetermined | $Undetermined

NEW JERSEY DIVISION OF TAXATION
BANKRUPTCY SECTION
P.O. BOX 245
TRENTON, NJ 08695-0245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.23** | Priority creditor's name and mailing address | | $Undetermined | $Undetermined

NEW MEXICO DEPARTMENT OF WORKFORCE SOLUTIONS
401 BROADWAY BLVD NE
ALBUQUERQUE, NM 87102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 1.     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.24 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |
|---|---|---|---|

NEW MEXICO TAXATION & REVENUE DEPARTMENT
1100 SOUTH ST. FRANCIS DRIVE
SANTA FE, NM 87504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.25 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |
|---|---|---|---|

OREGON DEPARTMENT OF REVENUE
955 CENTER ST NE
SALEM, OR 97301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.26 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |
|---|---|---|---|

ROOSEVELT COUNTY TREASURER
109 W. 1ST STREET, SUITE 101A
PORTALES, NM 88130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.27 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |
|---|---|---|---|

SEDGWICK COUNTY TREASURER
315 CEDAR ST STE 210
JULESBURG, CO 80737

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.28 | **Priority creditor's name and mailing address** | $Undetermined | $Undetermined |
|---|---|---|---|

ST. LOUIS CITY (CITY TAX)
1200 MARKET ST
#410
ST. LOUIS, MO 63103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.29 | **Priority creditor's name and mailing address** | $Undetermined | $Undetermined |
|---|---|---|---|

STATE OF ILLINOIS DEPARTMENT OF
EMPLOYMENT SECURITY
2444 W LAWRENCE AVE
CHICAGO, IL 60625

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.30 | **Priority creditor's name and mailing address** | $Undetermined | $Undetermined |
|---|---|---|---|

UTAH STATE TAX COMMISSION
210 N 1950 W
SALT LAKE CITY, UT 84134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.31 | **Priority creditor's name and mailing address** | $Undetermined | $Undetermined |
|---|---|---|---|

VIRGINIA DEPARTMENT OF REVENUE
1957 WESTMORELAND ST
RICHMOND, VA 23230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Debtor      Abengoa Bioenergy Company, LLC
_____
            Name

Case number *(if known)* 16-41165 (KAS)

| **Part 1.** | **Additional Page** |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

| 2.32 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |
|---|---|---|---|

VIRGINIA EMPLOYMENT COMMISSION
703 E MAIN ST
RICHMOND, VA 23219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.33 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |
|---|---|---|---|

WASHINGTON EMPLOYMENT SECURITY DEPARTMENT
212 MAPLE PARK AVE SE
OLYMPIA, WA 98501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.34 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |
|---|---|---|---|

YORK COUNTY TREASURER
120 ALEXANDER HAMILTON BLVD.
YORKTOWN, VA 23690

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Debtor    Abengoa Bioenergy Company, LLC
_____
Name

Case number (if known)  16-41165 (KAS)

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address
21ST CENTURY CLEANING SERVICE
5904 ROCKWOOD
WICHITA, KS 67208-4323

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred    Undetermined

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,458.00

**3.2**  Nonpriority creditor's name and mailing address
ABENGOA BIOENERGIA SA
C/ ENERGÍA SOLAR Nº1, PALMAS ALTAS. 41014 SEVILLA
SPAIN

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

Date or dates debt was incurred    Undetermined

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 62,275,112.08

**3.3**  Nonpriority creditor's name and mailing address
ABENGOA BIOENERGY OF NEBRASKA, LLC (ABNE) (ANTIGUA NORDIC BIOFUELS OF RAVENNA)
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

Date or dates debt was incurred    Undetermined

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 58,143,015.46

**3.4**  Nonpriority creditor's name and mailing address
ABENGOA BIOENERGY OPERATIONS , LLC
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

Date or dates debt was incurred    Undetermined

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,605,000.00

**3.5**  Nonpriority creditor's name and mailing address
ABENGOA BIOENERGY TRADING US, LLC
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

Date or dates debt was incurred    Undetermined

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 61,340,638.32

**3.6**  Nonpriority creditor's name and mailing address
AFC DOCTORS EXPRESS
1616 N GENTRY ST.
WICHITA, KS 67208

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred    Undetermined

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,505.00

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 10 of 57

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** | **Nonpriority creditor's name and mailing address** | $116,695,400.00

AGENSYND, S.L.
ATTN: GENERAL COUNSEL
VELAZQUEZ 78
4 DERECHA
MADRID, 28001 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - Emergency credit facility dated December 24, 2015 in the principal amount of €106 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.8** | **Nonpriority creditor's name and mailing address** | $7,319.30

AGRI PRODUCTS
P. O. BOX 542
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.9** | **Nonpriority creditor's name and mailing address** | $1,850.65

AIR RESOURCE SPECIALISTS, INC.
1901 SHARP POINT DR. SUITE E
FORT COLLINS, CO 80525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.10** | **Nonpriority creditor's name and mailing address** | $447.20

ALKOTA OF KANSAS LLC
401 N WEST STREET
WICHITA, KS 67203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.11** | **Nonpriority creditor's name and mailing address** | $13,434.58

ANTHEM BLUE CROSS BLUE SHIELD
1351 WILLIAM HOWARD TAFT RD
CINCINNATI, OH 45206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Abengoa Bioenergy Company, LLC
_____
Name

Case number *(if known)* 16-41165 (KAS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.12 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

ARGO SURETY
225 W. WASTHINGTON STREET
24TH FLOOR
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond Number SUR0032294 in the Amount of
$1,200,000.00 for the Benefit of U.S. Department of Treasury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.13 | **Nonpriority creditor's name and mailing address** | | $4,402.23 |
|---|---|---|---|

ASSURANT
811 MAIN ST., 7TH FLOOR
KANSAS CITY, MO 64105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.14 | **Nonpriority creditor's name and mailing address** | | $392.58 |
|---|---|---|---|

ASSURANT
811 MAIN ST., 7TH FLOOR
KANSAS CITY, MO 64105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.15 | **Nonpriority creditor's name and mailing address** | | $189.46 |
|---|---|---|---|

ASSURANT
811 MAIN ST., 7TH FLOOR
KANSAS CITY, MO 64105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.16 | **Nonpriority creditor's name and mailing address** | | $191.65 |
|---|---|---|---|

ASSURANT
811 MAIN ST., 7TH FLOOR
KANSAS CITY, MO 64105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** | **Nonpriority creditor's name and mailing address** | $376.03

ASSURANT
811 MAIN ST., 7TH FLOOR
KANSAS CITY, MO 64105

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.18** | **Nonpriority creditor's name and mailing address** | $6,153.94

ASSURANT
811 MAIN ST., 7TH FLOOR
KANSAS CITY, MO 64105

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.19** | **Nonpriority creditor's name and mailing address** | $3,249.20

ATRADIUS COLLECTIONS
1200 ARLINGTON HEIGHTS RD, SUITE 41
ITASCA, IL 60143

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.20** | **Nonpriority creditor's name and mailing address** | $128,385.37

ATRADIUS TRADE CREDIT INSURANCE INC
13432 COLLECTION CENTER DR.
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.21** | **Nonpriority creditor's name and mailing address** | $8,421.37

AURORA COOP ELEVATOR CO.
P.O. BOX 209
AURORA, NE 68818

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Abengoa Bioenergy Company, LLC
Name

Case number (if known)    16-41165 (KAS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.22 | **Nonpriority creditor's name and mailing address** | | $972.93 |

AURORA COOP ELEVATOR CO.
P.O. BOX 209
AURORA, NE 68818

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

AURORA COOPERATIVE ELEVATOR COMPANY
C/O CROSBY GUENZEL, LLP
134 S. 13TH STREET,
SUITE 400
LINCOLN, NE 68508

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. D09CI160000014

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | | $4,073.00 |

AUTOMATION SERVICES
13871 PARKS STEED DR.
EARTH CITY, MO 63045

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | | $22,078.53 |

AYARS & AYARS, INCORPORATED
2436 N. 48TH ST.
LINCOLN, NE 68504

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | | $3,176.50 |

B&C ELECTRICAL SERVICES, LLC
3639 HWY 39
GENOA, NE 68640

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Abengoa Bioenergy Company, LLC

Name

Case number *(if known)* 16-41165 (KAS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27**    **Nonpriority creditor's name and mailing address**        $Undetermined

BAKERCORP
C/O FREDMAN & FREDMAN P.C.
212 NORTH KINGSHIGHWAY
SUITE 1021
ST. LOUIS, MO 63108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. 4:16-cv-00136-CDP

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.28**    **Nonpriority creditor's name and mailing address**        $12,358,291.66

BANCO DE BRASIL SA, NEW YORK BRANCH
550 5TH AVENUE 7TH FLOOR
NEW YORK, NY 10036-5001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.29**    **Nonpriority creditor's name and mailing address**        $30,889,107.14

BANCO POPULAR
209 MUÑOZ RIVERA AVENUE PO BOX 362708
SAN JUAN, PR 00936-2708

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.30**    **Nonpriority creditor's name and mailing address**        $137,612,500.00

BANCO POPULAR ESPANOL., S.A.
ATTN: GENERAL COUNSEL
C/ VELAZQUEZ, 34
MADRID, 28001 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - Revolving credit agreement dated September 23, 2015 in the principal drawn amount of €125 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.31**    **Nonpriority creditor's name and mailing address**        $287,909.58

BANCO SANTANDER
EDIFICIO PEDREÑA – PLANTA S1
AV. GRAN VÍA DE HORTALEZA 3
MANUEL FERNÁNDEZ GARCÍA
GLOBAL TRANSACTION BANKING - BANCA MAYORISTA ESPAÑA
MADRID, 28033 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** PPB Bank Fees

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* 16-41165 (KAS) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32**

**Nonpriority creditor's name and mailing address**                                        $313,878.64

BANCO SANTANDER
EDIFICIO PEDREÑA - PLANTA S1
AV. GRAN VÍA DE HORTALEZA 3
MANUEL FERNÁNDEZ GARCÍA
GLOBAL TRANSACTION BANKING - BANCA MAYORISTA ESPAÑA
MADRID, 28033 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** PPB Bank Fees

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.33**

**Nonpriority creditor's name and mailing address**                                        $144,492.50

BASF ENZYMES LLC
3550 JOHN HOPKINS COURT
SAN DIEGO, CA 92121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.34**

**Nonpriority creditor's name and mailing address**                                        $91,357.52

BEARING HEADQUARTERS CO.
PO BOX 6267
BROADVIEW, IL 60155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.35**

**Nonpriority creditor's name and mailing address**                                        $Undetermined

BEARING HEADQUARTERS COMPANY
C/O YOXALL, ANTRIM, FOREMAN & FRYMIRE, LLP
101 WEST 4TH STREET
0
LIBERAL, KS 67901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. 2016-SL-000188-ML

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.36**

**Nonpriority creditor's name and mailing address**                                        $49,345.71

BIOCARBURANTES DE CASTILLA Y LEÓN, SA
CTRA ENCINAS A CANTALAPIEDRA, K4.900, BABILAFUENTE.
SALAMANCA
 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.37 | **Nonpriority creditor's name and mailing address** | | $555.97 |
|---|---|---|---|

BION ANALYTICAL STANDARDS, LLC
PO BOX 85252
SIOUX FALLS, SD 57118

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.38 | **Nonpriority creditor's name and mailing address** | | $338.86 |
|---|---|---|---|

BLACK HILLS UTILITY HOLDINGS, INC
625 NINTH ST
RAPID CITY, SD 57701

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.39 | **Nonpriority creditor's name and mailing address** | | $13,730.76 |
|---|---|---|---|

BLISS INDUSTRIES LLC
P.O. BOX 910
PONCA CITY, OK 74602

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.40 | **Nonpriority creditor's name and mailing address** | | $953,924.21 |
|---|---|---|---|

BNSF RAILWAY COMPANY
PO BOX 847574
DALLAS, TX 75284-7574

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.41 | **Nonpriority creditor's name and mailing address** | | $4,363.60 |
|---|---|---|---|

BRENNTAG GREAT LAKES, LLC
5220 EAGLE WAY
CHICAGO, IL 60678-1522

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.42 | **Nonpriority creditor's name and mailing address** | | $4,952.32 |
|---|---|---|---|

CALIFORNIA FIRST NATIONAL BANK
18201 VON KARMAN AVENUE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.43 | **Nonpriority creditor's name and mailing address** | | $6,432.56 |
|---|---|---|---|

CAPITAL MACHINERY SYSTEMS INC
PO BOX 330
PENDLETON, IN 46064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.44 | **Nonpriority creditor's name and mailing address** | | $451,261.63 |
|---|---|---|---|

CARGILL TRADE AND STRUCTURED FINANC
9350 EXCELSIOR BLVD
HOPKINS, MN 55343

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.45 | **Nonpriority creditor's name and mailing address** | | $3,004.43 |
|---|---|---|---|

CATERPILLAR FINANCIAL SERVICES CORP
PO BOX 100647
PASADENA, CA 91189-0647

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.46 | **Nonpriority creditor's name and mailing address** | | $11,115.00 |
|---|---|---|---|

CB&I ENVIRONMENT & INFRASTRUCTURE,
4171 ESSEN LANE
BATON ROUGE, LA 70809

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Abengoa Bioenergy Company, LLC
_____
Name

Case number (if known) __16-41165 (KAS)__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.47 | **Nonpriority creditor's name and mailing address** | | $5,575.41 |
|---|---|---|---|

CENTRAL NEBRASKA REFRIGERATION
1511 LINCOLN AVE
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | | $98,368.65 |
|---|---|---|---|

CENTRAL STATES GROUP
P.O. BOX 30047
OMAHA, NE 68103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

CENTRAL STATES INDUSTRIAL SUPPLY, INC.
C/O GUINAN AND SCOTT
920 SOUTH 107TH AVENUE
SUITE 205
OMAHA, NE 68114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. CI 16 687

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

CENTRAL VALLEY AG COOPERATIVE
C/O CROSBY GUENZEL, LLP
134 S. 13TH STREET,
SUITE 400
LINCOLN, NE 68508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. D17CI150000228

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | | $1,434,874.39 |
|---|---|---|---|

CENTRAL VALLEY AG COOPERATIVE
PO BOX 429
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52**  **Nonpriority creditor's name and mailing address**  $19,000.00

CENTRITECH, INC
535 GOODSON LOOP
PINEHURST, TX 77362

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.53**  **Nonpriority creditor's name and mailing address**  $664.10

CENTURY LINK
P.O. BOX 29040
PHOENIX, AZ 85038-9040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.54**  **Nonpriority creditor's name and mailing address**  $124,389.93

CHEMTREAT INC
4461 COX ROAD
GLEN ALLEN, VA 23060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.55**  **Nonpriority creditor's name and mailing address**  $1,923,298.15

CHS
P.O. BOX 82289
LINCOLN, NE 68501-2289

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.56**  **Nonpriority creditor's name and mailing address**  $Undetermined

CHS, INC.
C/O HOUGHTON VANDENACK WILLIAM WHITTED WEAVER
PARSONAGE LLC
6457 FRANCES STREET
SUITE 100
OMAHA, NE 68106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Civil Action No. 8:15-cv-00429

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57**  **Nonpriority creditor's name and mailing address**                                   $1,882.88

CINTAS CORPORATION
9333 EAST 35TH STREET
WICHITA, KS 67226

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.58**  **Nonpriority creditor's name and mailing address**                                   $7,868.64

CINTAS, FIRST AID & SAFETY
PO BOX 631025
CINCINNATI, OH 45263-1025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.59**  **Nonpriority creditor's name and mailing address**                                   $1,937.00

CIRUS WATER
4430 W 29TH CIRCLE S
WICHITA, KS 67215

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.60**  **Nonpriority creditor's name and mailing address**                                   $4,007,037.02

CITIBANK N.A.
399 PARK AVE
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.61**  **Nonpriority creditor's name and mailing address**                                   $138.95

CITY OF COLWICH
P.O. BOX 158
COLWICH, KS 67030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|--------|-------------------------------|------------------------|----------------|
|        | Name                          |                        |                |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.62 | **Nonpriority creditor's name and mailing address** | | $148.39 |
|------|-----|-----|-----|

CITY OF PORTALES
100 W FIRST
PORTALES, NM 88130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.63 | **Nonpriority creditor's name and mailing address** | | $16,019.15 |
|------|-----|-----|-----|

CITY OF YORK
100 E. 4TH STREET
YORK, NE 68467-0507

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.64 | **Nonpriority creditor's name and mailing address** | | $5,298.07 |
|------|-----|-----|-----|

CLOVIS EQUIPMENT & SUPPLY
821 EAST 2ND PO BOX 946
CLOVIS, NM 88101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.65 | **Nonpriority creditor's name and mailing address** | | $50.00 |
|------|-----|-----|-----|

COLORADO DEPARTMENT OF AGRICULTURE
2331 WEST 31ST AVE.
DENVER, CO 80211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.66 | **Nonpriority creditor's name and mailing address** | | $1,609.50 |
|------|-----|-----|-----|

COMPLIANCE TESTING AND TECHNOLOGY,
W67 N250 EVERGREEN BLVD, STE 100
CEDARBURG, WI 53012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | $16,528.68 |

CONNEY SAFETY PRODUCTS, LLC.
PO BOX 44575
MADISON, WI 53744-4575

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** | $1,400.00 |

CONSOLIDATED WATER SOLUTIONS INC
10100 J STREET
OMAHA, NE 68127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** | $44,544.68 |

CONTROL-TECH,INC
8938 N PRAIRIE POINTE
PEORIA, IL 61615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address** | $267.95 |

CORNERSTONE BANK
PO BOX 69
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** | $2,750.00 |

COUNTRYSIDE LAWN & TREE CARE INC
1630 E 37TH ST. N
WICHITA, KS 67219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.72 | **Nonpriority creditor's name and mailing address** | | $126,666.92 |
|---|---|---|---|

COUNTY OF SEDGWICK DBA SEDGWICK
PO BOX 2961
WICHITA, KS 67201-2961

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.73 | **Nonpriority creditor's name and mailing address** | | $400.00 |
|---|---|---|---|

CULLUM & BROWN OF WICHITA, INC
3717 NORTH RIDGEWOOD STREET
WICHITA, KS 67220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.74 | **Nonpriority creditor's name and mailing address** | | $155.00 |
|---|---|---|---|

CWC OF YORK, INC DBA
207 EAST 4TH STREET
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.75 | **Nonpriority creditor's name and mailing address** | | $10,875.00 |
|---|---|---|---|

DATATRONICS, INC.
2624 EAST BROADWAY
ALTON, IL 62002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.76 | **Nonpriority creditor's name and mailing address** | | $823.28 |
|---|---|---|---|

DE LAGE LANDEN FINANCIAL SERVICES I
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor_____Abengoa Bioenergy Company, LLC_____   Case number (if known)__16-41165 (KAS)__
            Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

---

**3.77** | **Nonpriority creditor's name and mailing address** | | $178,015,530.00

DEUTSCHE BANK AG, LONDON BRANCH, AS FISCAL AGENT
ATTN: GENERAL COUNSEL
WINCHESTER HOUSE
1 GREAT WINCHESTER STREET
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 6.25% Senior Unsecured Convertible Notes due 2019 issued under and indenture dated as of January 17, 2013 in the original principal amou

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | | $450,000,000.00

DEUTSCHE BANK TRUST COMPANY AMERICAS
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 7.75% Senior Notes due 2020 issued under an indenture dated as of December 13, 2013 in the principal amount of $450 million plus a

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | | $412,837,500.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 7.0% Senior Notes due 2020 issued under an indenture dated as of April 21, 2015 in the principal amount of €375 million plus accrue

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | | $550,450,000.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 6.0% Senior Notes due 2021 issued under an indenture dated as of March 27, 2014 in the principal amount of €500 million plus accru

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | | $550,450,000.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 8.5% Senior Unsecured Notes due 2016 under a fiscal agency agreement dated as of March 31, 2010 in the principal amount of €500 mi

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor      Abengoa Bioenergy Company, LLC

Name

Case number (if known) __16-41165 (KAS)__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.82**  **Nonpriority creditor's name and mailing address**                                     $650,000,000.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 8.875% Senior Notes due 2017 under an indenture
dated as of October 28, 2010 in the principal amount of $650 million plus accrued inter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.83**  **Nonpriority creditor's name and mailing address**                                     $605,495,000.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 8.875% Senior Notes due 2018 under an indenture
dated as of February 5, 2013 in the principal amount of €550 million plus accrued intere

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.84**  **Nonpriority creditor's name and mailing address**                                     $291,738,500.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 5.5% Senior Notes due 2019 issued under an
indenture dated as of September 30, 2014 in the principal amount of €265 million plus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.85**  **Nonpriority creditor's name and mailing address**                                     $300,000,000.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 6.5% Senior Notes due 2019 issued under an
indenture dated as of September 30, 2014 in the principal amount of $300 million plus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.86**  **Nonpriority creditor's name and mailing address**                                     $Undetermined

DEWINE MECHANICAL, INC.
C/O SHERWOOD, HARPER, DAKAN, UNRUH & PRATT, LC
P.O. BOX 830
0
WICHITA, KS 67201-0830

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. 2015-SL-000780-ML

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Abengoa Bioenergy Company, LLC
　　　　　Name

Case number *(if known)* 16-41165 (KAS)

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.87 | **Nonpriority creditor's name and mailing address** | | $237,200.57 |
|---|---|---|---|

DEWINE MECHANICAL, INC.
1267 EAST 32ND AVE
COLUMBUS, NE 68601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | | $498.49 |
|---|---|---|---|

DOCUMENT & NETWORK TECHNOLOGIES
2275 CASSENS COURT, SUITE 112
FENTON, MO 63026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | | $2,760.49 |
|---|---|---|---|

DOWCO VALVE COMPANY
700 SPIRAL BLVD
HASTINGS, MN 55033

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | | $30,646.00 |
|---|---|---|---|

DRACOOL- USA
30 EAGLE COURT
CARLISLE, OH 45005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | | $103,632.50 |
|---|---|---|---|

DXP ENTERPRISES, INC DBA PRECISION
P.O. BOX 201791
DALLAS, TX 75320-1791

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Abengoa Bioenergy Company, LLC
_____
          Name

Case number *(if known)* __16-41165 (KAS)__

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.92 | **Nonpriority creditor's name and mailing address** | | $32,870,672.00 |
|---|---|---|---|

EL INSTITUTO CREDITO OFFICIAL
ATTN: JAIME CERVERA/CONCHI BERROCAL
DEPARTMENT OF OPERATIONS PASEO DEL PRADO, 4
MADRID, 28014 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Guarantor - ICO credit agreement dated July 30, 2015 in the principal amount of €30 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | | $916.18 |
|---|---|---|---|

EMPLOYEE_00108
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | | $159.09 |
|---|---|---|---|

EMPLOYEE_00124
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | | $100.00 |
|---|---|---|---|

EMPLOYEE_00286
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | | $142.01 |
|---|---|---|---|

EMPLOYEE_00396
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

Debtor    Abengoa Bioenergy Company, LLC
Name

Case number (if known)  16-41165 (KAS)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.97** | **Nonpriority creditor's name and mailing address** | $313.67

ENCORE ENERGY SERV, INC/XCEL ENERGY
11807 Q STREET SUITE 1
OMAHA, NE 68137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.98** | **Nonpriority creditor's name and mailing address** | $1,371,238.92

ENCORE ENERGY SERVICES, INC.
11807 Q STREET SUITE 1
OMAHA, NE 68137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.99** | **Nonpriority creditor's name and mailing address** | $82,745,846.00

EUROPEAN INVESTMENT BANK
ATTN: GENERAL COUNSEL
98-100 BLVD. KONRAD ADENAUER
LUXEMBOURG, L-2950 LUXEMBOURG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - Finance contract dated July 6, 2015 in the principal amount of €125 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.100** | **Nonpriority creditor's name and mailing address** | $Undetermined

FARMERS COOPERATIVE
C/O CROSBY GUENZEL, LLP
134 S. 13TH STREET,
SUITE 400
LINCOLN, NE 68508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. D17CI150000229

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.101** | **Nonpriority creditor's name and mailing address** | $1,015,229.69

FARMERS COOPERATIVE - DORCHESTER
208 WEST DEPOT
DORCHESTER, NE 68343-0263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | | Case number *(if known)* 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.102 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

FARMERS COOPERATIVE ASSOCIATION OF RAVENNA
C/O CROSBY GUENZEL, LLP
134 S. 13TH STREET,
SUITE 400
LINCOLN, NE 68508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. D09CI150000682

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.103 | **Nonpriority creditor's name and mailing address** | | $14.57 |
|---|---|---|---|

FASTENAL COMPANY
921 N. GRANT AVE.
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.104 | **Nonpriority creditor's name and mailing address** | | $110,715.60 |
|---|---|---|---|

FOLEY EQUIPMENT COMPANY
1550 S WEST STREET
WICHITA, KS 67213

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.105 | **Nonpriority creditor's name and mailing address** | | $268.31 |
|---|---|---|---|

FOSS NORTH AMERICA, INC
8091 WALLACE ROAD
EDEN PRAIRIE, MN 55344

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.106 | **Nonpriority creditor's name and mailing address** | | $25,227.46 |
|---|---|---|---|

FREMONT INDUSTRIES, INC
4400 VALLEY INDUSTRIAL BLVD N
SHAKOPEE, MN 55379

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* 16-41165 (KAS) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.107 | **Nonpriority creditor's name and mailing address** | | $167,243.97 |
|---|---|---|---|

GALENA PARK I.S.D. TAX COLLECTOR
PO BOX 113
GALENA PARK, TX 77547

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.108 | **Nonpriority creditor's name and mailing address** | | $414,191.48 |
|---|---|---|---|

GATX CORPORATION
222 WEST ADAMS STREET
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.109 | **Nonpriority creditor's name and mailing address** | | $735,057.61 |
|---|---|---|---|

GATX RAIL- LOCOMOTIVE RENTAL
222 WEST ADAMS STREET
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.110 | **Nonpriority creditor's name and mailing address** | | $771,817.83 |
|---|---|---|---|

GAVILON GR
1331 CAPITOL AVE
OMAHA, NE 68102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.111 | **Nonpriority creditor's name and mailing address** | | $7,903.96 |
|---|---|---|---|

GENERAL FIRE & SAFETY EQUIP.
2431 FAIRFIELD SUITE A
LINCOLN, NE 68521

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Abengoa Bioenergy Company, LLC    Case number *(if known)* 16-41165 (KAS)
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.112 | **Nonpriority creditor's name and mailing address** | | $5,484.09 |

GESTIÓN INTEGRAL DE RECURSOS HUMANOS, SA
RONDA TAMARGUILLO Nº 29 SEVILLA
 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.113 | **Nonpriority creditor's name and mailing address** | | $3,537.61 |

HAMPEL OIL DISTRIBUTORS, INC.
PO BOX 875477
KANSAS CITY, MO 64187-5477

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.114 | **Nonpriority creditor's name and mailing address** | | $56,955.10 |

HARTLAND RENEWABLE FUELS, A
4245 S 143RD STREET, SUITE 1
OMAHA, NE 68137

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.115 | **Nonpriority creditor's name and mailing address** | | $1,677.33 |

HERITAGE-CRYSTAL CLEAN, LLC
13621 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0136

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.116 | **Nonpriority creditor's name and mailing address** | | $25,384,365.05 |

HSBC BANK USA, NA
1800 TYSONS BOULEVARD SUITE 50
MCLEAN, VA 22101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.117 | **Nonpriority creditor's name and mailing address** | | $6,179.84 |
|---|---|---|---|

HUTCHESON ENGINEERING PRODUCTS, INC
6405 JOHN J PERSHING DRIVE
OMAHA, NE 68112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.118 | **Nonpriority creditor's name and mailing address** | | $7,476.59 |
|---|---|---|---|

IBT INC.
PO BOX 873065
KANSAS CITY, MO 64187-3065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.119 | **Nonpriority creditor's name and mailing address** | | $23,798.40 |
|---|---|---|---|

ICM, INC.
310 N. FIRST
COLWICH, KS 67030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.120 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

ICM, INC.
C/O FLEESON, GOOING, COULSON & KITCH, LLC
1900 EPIC CENTER, 301 NORTH MAIN
PO BOX 997
WICHITA, KS 67201-0997

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. 15SL0738

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.121 | **Nonpriority creditor's name and mailing address** | | $50.00 |
|---|---|---|---|

INDIANA STATE CHEMIST
175 SOUTH UNIVERSITY ST
WEST LAFAYETTE, IN 47907-2063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor **Abengoa Bioenergy Company, LLC**
Name

Case number *(if known)* **16-41165 (KAS)**

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.122** | **Nonpriority creditor's name and mailing address** | | $2,609.02

INDUSTRIAL PIPE & SUPPLY COMPANY
13406 INDUSTRIAL ROAD
OMAHA, NE 68137

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.123** | **Nonpriority creditor's name and mailing address** | | $14,247.07

INTERSTATE CHEMICAL COMPANY INC
P. O. BOX 295
BROOKFIELD, OH 44403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.124** | **Nonpriority creditor's name and mailing address** | | $Undetermined

INTERSTATE COMMODITIES, INC.
C/O EVANS AND DIXON, LLC
211 NORTH BROADWAY
SUITE 2500
ST. LOUIS, MO 63102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. 16SL-CC00129

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.125** | **Nonpriority creditor's name and mailing address** | | $12,905.00

INTERSTATE INDUSTRIAL VAC SERVICES,
5444 N. 103RD STREET
OMAHA, NE 68134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.126** | **Nonpriority creditor's name and mailing address** | | $1,736.60

JACKSON SERVICES, INC.
981 33RD AVENUE PO BOX 706
COLUMBUS, NE 68602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number _(if known)_ 16-41165 (KAS) |
|--------|--------|--------|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.127 | **Nonpriority creditor's name and mailing address** | $6,722.19 |
|---|---|---|

JACOBS CORPORATION
PO BOX 727
HARLAN, IA 51537-0727

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.128 | **Nonpriority creditor's name and mailing address** | $6,970.84 |
|---|---|---|

JCI INDUSTRIES, INC.
PO BOX 411114
KANSAS CITY, MO 64141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.129 | **Nonpriority creditor's name and mailing address** | $1,075.35 |
|---|---|---|

JJJ & GIB DBA HARTLAND CLEANING SER
5100 N 57TH STREET
LINCOLN, NE 68501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.130 | **Nonpriority creditor's name and mailing address** | $32,887.95 |
|---|---|---|

JOSE RUIZ GRANADOS
PLAZA DE LA MAGDALENA, 9 PL. 2
SEVILLA, 41001 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.131 | **Nonpriority creditor's name and mailing address** | $88.50 |
|---|---|---|

KAN-SEAL DBA MENARD, INC
1905 HIGHWAY 75
BURLINGTON, KS 66839

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Abengoa Bioenergy Company, LLC
_____
Name

Case number (if known)  16-41165 (KAS)
_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.132 | Nonpriority creditor's name and mailing address | | $7,920.00 |
|---|---|---|---|

KANSAS & OKLAHOMA RAILROAD
PO BOX 790343
ST. LOUIS, MO 63179-0343

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.133 | Nonpriority creditor's name and mailing address | | $2,290.36 |
|---|---|---|---|

KANSAS DEPARTMENT OF AGRICULTURE
1320 RESEARCH PARK DRIVE
MANHATTAN, KS 66502

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.134 | Nonpriority creditor's name and mailing address | | $Undetermined |
|---|---|---|---|

KANSAS DEPARTMENT OF HEALTH & ENVIRONMENT
130 SOUTH MARKET
SUITE 6050
BUREAU OF ENVIRONMENTAL FIELD SERVICES
SOUTH CENTRAL DISTRICT OFFICE
WICHITA, KS 67202

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Environmental Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.135 | Nonpriority creditor's name and mailing address | | $Undetermined |
|---|---|---|---|

KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT
OFFICE OF LEGAL SERVICES, CURTIS STATE OFFICE BUILDING
1000 SW JACKSON
TOPEKA, KS 66612

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Environmental Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.136 | Nonpriority creditor's name and mailing address | | $1,817.09 |
|---|---|---|---|

KANSAS GRAIN COMMODITIES
1320 RESEARCH PARK DRIVE
MANHATTAN, KS 66502

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Abengoa Bioenergy Company, LLC
Name

Case number (if known) 16-41165 (KAS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.137 | **Nonpriority creditor's name and mailing address** | | $14,327.90 |
|---|---|---|---|

KNIPP EQUIPMENT, INC DBA KANSAS
PO BOX 595
WICHITA, KS 67201-0595

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.138 | **Nonpriority creditor's name and mailing address** | | $6,656.14 |
|---|---|---|---|

KOLEY JESSEN P.C.
ONE PACIFIC PLACE SUITE 800 1125 SO
OMAHA, NE 68124-1079

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.139 | **Nonpriority creditor's name and mailing address** | | $733.00 |
|---|---|---|---|

KOPCHOS SANITATION
905 W 8TH
YORK, NE 68467

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.140 | **Nonpriority creditor's name and mailing address** | | $10,032,830.20 |
|---|---|---|---|

LA CAIXA
28660 BOADILLA DEL MONTE, MADRID
 SPAIN

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.141 | **Nonpriority creditor's name and mailing address** | | $925.98 |
|---|---|---|---|

LARUE DISTRIBUTING, INC
PO BOX 45119
OMAHA, NE 68145-6119

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Abengoa Bioenergy Company, LLC
              Name

Case number (if known)   16-41165 (KAS)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.142 | **Nonpriority creditor's name and mailing address** | $81,997.86 |
|---|---|---|

LLL TRANSPORT INC
216 1/2 N MAIN STREET
BROOKFIELD, MO 64628

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.143 | **Nonpriority creditor's name and mailing address** | $4,298.92 |
|---|---|---|

M J MURPHY OIL CO, INC.
498 KS. HWY 99
MOLINE, KS 67353

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.144 | **Nonpriority creditor's name and mailing address** | $29,180.95 |
|---|---|---|

MATHESON TRI GAS, INC DBA LINWELD
PO BOX 845502
DALLAS, TX 75284-5502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.145 | **Nonpriority creditor's name and mailing address** | $9,607.85 |
|---|---|---|

MEDICAL ENTERPRISES INC
10404 ESSEX COURT SUITE 200
OMAHA, NE 68114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.146 | **Nonpriority creditor's name and mailing address** | $6,065.62 |
|---|---|---|

MH LOGISTICS CORP DBA MH
PO BOX 50
MOSSVILLE, IL 61552

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147**   **Nonpriority creditor's name and mailing address**   $1,032.00

MICRO MOTION, INC.
PO BOX 70707
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.148**   **Nonpriority creditor's name and mailing address**   $7,941.77

MID-STATES SUPPLY COMPANY, INC.
P. O. BOX 804482
KANSAS CITY, MO 64108-4482

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.149**   **Nonpriority creditor's name and mailing address**   $81,170.58

MIDLAND SCIENTIFIC, INC.
1202 SOUTH 11TH STREET
OMAHA, NE 68108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.150**   **Nonpriority creditor's name and mailing address**   $21,458.00

MIDSTATES BLOWER, INC.
5117 BRIGHTON AVE
KANSAS CITY, MO 64130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.151**   **Nonpriority creditor's name and mailing address**   $42,856.76

MIDWEST COOLING TOWERS, INC
1156 HWY 19 EAST
CHICKASHA, OK 73018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor　Abengoa Bioenergy Company, LLC
　　　　Name

Case number (if known)　16-41165 (KAS)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.152**　**Nonpriority creditor's name and mailing address**　$424.28

MIDWEST ELECTRIC & MACHINE
2939 W PAWNEE
WICHITA, KS 67213

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.153**　**Nonpriority creditor's name and mailing address**　$15,044.20

MILLER & WILLEFORD CONTRACTING, INC
2247 SEWELL STREET
LINCOLN, NE 68502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.154**　**Nonpriority creditor's name and mailing address**　$3.80

MORRIS, LOWRY
2329 CHADSWORTH CT
WICHITA, KS 67205

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.155**　**Nonpriority creditor's name and mailing address**　$6,865.01

MRL CRANE SERVICE
4331 JUERGEN RD
GRAND ISLAND, NE 68801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.156**　**Nonpriority creditor's name and mailing address**　$1,400.00

MSDSONLINE, INC.
27185 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Abengoa Bioenergy Company, LLC
_____
Name

Case number *(if known)* 16-41165 (KAS)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
| --- | --- |

| 3.157 | **Nonpriority creditor's name and mailing address** | $1,689.59 |

MURDOCK ELECTRIC & SUPPLY CO.
PO BOX 2775
WICHITA, KS 67201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | $78,187,559.43 |

MUREX LLC
5057 KELLER SPRINGS RD, #150
ADISSON, TX 75001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | $117,548.64 |

NALCO COMPANY
P.O. BOX 70716
CHICAGO, IL 60673-0716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | $Undetermined |

NEBRASKA DEPARTMENT OF ENVIRONMENTAL QUALITY
SUITE 400, THE ATRIUM
1200 'N' STREET
P.O. BOX 98922
LINCOLN, NE 68509-8922

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Environmental Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | $3,779.31 |

NEBRASKA SAFETY COUNCIL
3243 CORNHUSKER HIGHWAY SUITE A10
LINCOLN, NE 68504-1592

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor     Abengoa Bioenergy Company, LLC
           _____
           Name

Case number (if known) __16-41165 (KAS)__

---

**Part 2:    Additional Page**

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.162 | **Nonpriority creditor's name and mailing address** | | $1,158.93 |
|---|---|---|---|

NISSAN MOTOR ACCEPTANCE CORPORATION
PO BOX 78133
PHOENIX, AZ 85062-8133

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.163 | **Nonpriority creditor's name and mailing address** | | $6,008.48 |
|---|---|---|---|

NORTHWEST ELECTRIC, LLC
1414 EAST 23RD STREET
COLUMBUS, NE 68601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.164 | **Nonpriority creditor's name and mailing address** | | $30.00 |
|---|---|---|---|

OFFICE OF THE STATE FIRE MARSHAL
800 S.W. JACKSON, SUITE 104
TOPEKA, KS 66612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.165 | **Nonpriority creditor's name and mailing address** | | $2,213.79 |
|---|---|---|---|

OKLAHOMA DEPARTMENT OF AGRICULTURE
2800 NORTH LINCOLN BOULEVARD
OKLAHOMA CITY, OK 73105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.166 | **Nonpriority creditor's name and mailing address** | | $15,834.75 |
|---|---|---|---|

OLSSON ASSOCIATES, INC.
PO BOX 84608
LINCOLN, NE 68501-4608

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.167** | **Nonpriority creditor's name and mailing address** | | $7,138.00

OVERHEAD DOOR COMPANY-WICHITA KS
PO BOX 305
WICHITA, KS 67201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.168** | **Nonpriority creditor's name and mailing address** | | $8,336.18

P.J. COBERT ASSOCIATES, INC.
P.O. BOX 460046
ST. LOUIS, MO 63146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.169** | **Nonpriority creditor's name and mailing address** | | $2,805.00

PACE ANALYTICAL SERVICES INC
9608 LOIRET BLVD
LENEXA, KS 66219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.170** | **Nonpriority creditor's name and mailing address** | | $218,876.60

PERENNIAL PUBLIC POWER DISTRICT
PO BOX 219 2122 SOUTH LINCOLN AVE
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.171** | **Nonpriority creditor's name and mailing address** | | $801.65

PERKINELMER LAS, INC
710 BRIDGEPORT AVENUE
SHELTON, CT 06484

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Abengoa Bioenergy Company, LLC
            _____
            Name

Case number (if known)  16-41165 (KAS)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.172 | **Nonpriority creditor's name and mailing address** | | $17,630.00 |
|-------|-----|-----|-----|

PHIBROCHEM, INC
GLENPOINTE CENTER EAST, 3RD FL.
TEANECK, NJ 07666-6712

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.173 | **Nonpriority creditor's name and mailing address** | | $141,600.17 |
|-------|-----|-----|-----|

PINNACLE ENGINEERING INC.
P. O. BOX 1691
MINNEAPOLIS, MN 55480-1691

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.174 | **Nonpriority creditor's name and mailing address** | | $433.30 |
|-------|-----|-----|-----|

PIPING RESOURCES, INC.
4502 F STREET
OMAHA, NE 68117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.175 | **Nonpriority creditor's name and mailing address** | | $9,904.00 |
|-------|-----|-----|-----|

PLANT MAINTENANCE SERVICES,
532 INDUSTRIAL ROAD
GODDARD, KS 67052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.176 | **Nonpriority creditor's name and mailing address** | | $305.30 |
|-------|-----|-----|-----|

PLATTE VALLEY COMMUNICATIONS
PO BOX 5556 3820 WEST ARCH AVENUE
GRAND ISLAND, NE 68802-5556

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Abengoa Bioenergy Company, LLC

Name

Case number *(if known)*   16-41165 (KAS)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177**   **Nonpriority creditor's name and mailing address**     $16,007.01

PLIBRICO COMPANY LLC DBA
2815 N 11TH STREET
OMAHA, NE 68110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.178**   **Nonpriority creditor's name and mailing address**     $684.08

PRECISION FITTING AND GAUGE COMPANY
1214 S JOPLIN AVE
TULSA, OK 74112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.179**   **Nonpriority creditor's name and mailing address**     $12,620.65

PREMIUM PLANT SERVICES
1336 E. 31ST STREET
HIBBING, MN 55746

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.180**   **Nonpriority creditor's name and mailing address**     $102,958.40

PUMPING SOLUTIONS, INC
2850 WEST 139TH STREET
BLUE ISLAND, IL 60406

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.181**   **Nonpriority creditor's name and mailing address**     $48,204.18

QUALITY LIQUID FEEDS, INC
3586 STATE ROAD 23 NORTH
DODGEVILLE, WI 53533

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor **Abengoa Bioenergy Company, LLC**
Name

Case number *(if known)* **16-41165 (KAS)**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.182 | **Nonpriority creditor's name and mailing address** | $475.00 |

R&S TRACK MAINTENANCE INC
31 CLEAR LAKE
COLUMBUS, NE 68601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.183 | **Nonpriority creditor's name and mailing address** | $1,109.93 |

RAM PRODUCTS
PO BOX 821159
FT.WORTH, TX 76182-1159

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.184 | **Nonpriority creditor's name and mailing address** | $120,121.64 |

RED BRICK ELECTRIC, INC.
2280 S STATE RD 14
KINGMAN, KS 67068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address** | $Undetermined |

RED BRICK ELECTRIC, LLC
2280 S STATE RD 14
KINGMAN, KS 67068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address** | $906.00 |

ROEMER MACHINE & WELDING
PO BOX 2509
DAVENPORT, IA 52809-2509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Abengoa Bioenergy Company, LLC
Name

Case number *(if known)* 16-41165 (KAS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.187 | **Nonpriority creditor's name and mailing address** | | $146,561.08 |
|---|---|---|---|

ROOSEVELT COUNTY TREASURER
109 W. 1ST STREET, SUITE 101A
PORTALES, NM 88130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.188 | **Nonpriority creditor's name and mailing address** | | $11,390.65 |
|---|---|---|---|

SAI-GLOBAL, INC.
SUITE 425 2 SUMMIT PARK DRIVE
INDEPENDENCE, OH 44131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.189 | **Nonpriority creditor's name and mailing address** | | $24,296,720.43 |
|---|---|---|---|

SANTANDER SPAIN
EDIFICIO PEDREÑA – PLANTA S1
AV. GRAN VÍA DE HORTALEZA 3
MANUEL FERNÁNDEZ GARCÍA
GLOBAL TRANSACTION BANKING - BANCA MAYORISTA ESPAÑA
MADRID, 28033 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.190 | **Nonpriority creditor's name and mailing address** | | $11,628.58 |
|---|---|---|---|

SAPP BROTHERS
PO BOX 249
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.191 | **Nonpriority creditor's name and mailing address** | | $675.00 |
|---|---|---|---|

SARGENT DRILLING ( BROKEN BOW, NE)
P.O. BOX 627 HC 7
BROKEN BOW, NE 68822

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Abengoa Bioenergy Company, LLC

_____
Name

Case number (if known)   16-41165 (KAS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.192** Nonpriority creditor's name and mailing address                                      $563.75

SCALES SALES AND SERVICE INC
P.O. BOX 641400
OMAHA, NE 68164

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.193** Nonpriority creditor's name and mailing address                                      $2,497.72

SCHENDEL PEST SERVICES, THE
1035 SE QUINCY ST.
TOPEKA, KS 66612

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.194** Nonpriority creditor's name and mailing address                                      $10,673.80

SDK LABORATORIES
1000 COREY ROAD PO BOX 886
HUTCHINSON, KS 67501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.195** Nonpriority creditor's name and mailing address                                      $252,175.48

SENECA WASTE SOLUTION LLC
4140 E 14TH ST P O BOX 3360
DES MOINES, IA 50313

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.196** Nonpriority creditor's name and mailing address                                      $Undetermined

SENECA WASTE SOLUTIONS, INC.
C/O MOREFIELD SPEICHER BACHMAN, LC
11814 W. 135TH ST.
0
OVERLAND PARK, KS 66221

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim, Case No. 16SL-CC00711

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

Debtor      Abengoa Bioenergy Company, LLC
_____
            Name

Case number (if known) ___16-41165 (KAS)___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.197 | **Nonpriority creditor's name and mailing address** | | $17,153.15 |
|---|---|---|---|

SERVI-TECH LABORATORIES
PO BOX, 1397
DODGE CITY, KS 67801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.198 | **Nonpriority creditor's name and mailing address** | | $13,104.00 |
|---|---|---|---|

SGS NORTH AMERICA INC.
900 GEORGIA AVE., SUITE 1000
DEER PARK, TX 77536

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.199 | **Nonpriority creditor's name and mailing address** | | $3,480.00 |
|---|---|---|---|

SIGG TOOL & FABRICATION
27132 W 61ST STREET NORTH
ANDALE, KS 67001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.200 | **Nonpriority creditor's name and mailing address** | | $229,255.50 |
|---|---|---|---|

SIMOSA IT SA
C/ ENERGÍA SOLAR Nº1, PALMAS ALTAS. 41014 SEVILLA
 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.201 | **Nonpriority creditor's name and mailing address** | | $65,668.94 |
|---|---|---|---|

SIMOSA IT US, LLC
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) 16-41165 (KAS) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.202** | **Nonpriority creditor's name and mailing address** | $1,454,267,983.00

SOCIÉTÉ GÉNÉRALE, SUCURSAL EN ESPAÑA, AS AGENT
ATTN: GENERAL COUNSEL
TORRE PICASSO
PLAZA DE PABLO RUIZ PICASSO, 1
MADRID, 28020 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - Syndicated credit facility dated September 30, 2014 in the principal amount of €1,321.0 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.203** | **Nonpriority creditor's name and mailing address** | $1,100,900.00

SPANISH COMISARIO, BONDHOLDERS SL
ATTN: GENERAL COUNSEL
AV. FRANCIA 17, A, 1
VALENCIA, 46023 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - $279 million 5.125% Exchangeable Notes due 2017 in the principal outstanding amount of €1 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.204** | **Nonpriority creditor's name and mailing address** | $2,659.33

STAPLES ADVANTAGE
PO BOX 83689
CHICAGO, IL 60696-3689

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.205** | **Nonpriority creditor's name and mailing address** | $190.56

SUNFLOWER SERVICE CENTER LLC
102 RANCH LAND DR.
INMAN, KS 67546

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.206** | **Nonpriority creditor's name and mailing address** | $641,914.35

THE ANDERSONS INC - RAIL
NW 6172, PO BOX 1450
MINNEAPOLIS, MN 55485-6172

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.207 | **Nonpriority creditor's name and mailing address** | | $3,131.28 |
|---|---|---|---|

THE CIT GROUP/EQUIPMENT
CHURCH STREET STATION
NEW YORK, NY 10261-4339

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.208 | **Nonpriority creditor's name and mailing address** | | $602.72 |
|---|---|---|---|

THE PRINT SOURCE, INC.
P. O. BOX 12748
WICHITA, KS 67277-2748

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.209 | **Nonpriority creditor's name and mailing address** | | $22,074,592.87 |
|---|---|---|---|

THE ROYAL BANK OF SCOTLAND PLC
101 PARK AVENUE
NEW YORK, NY 10178

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.210 | **Nonpriority creditor's name and mailing address** | | $58.00 |
|---|---|---|---|

THOMAS SCIENTIFIC INC.
1654 HIGH HILL ROAD
SWEDESBORO, NJ 08085

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.211 | **Nonpriority creditor's name and mailing address** | | $298.00 |
|---|---|---|---|

THOMSON REUTERS- WEST
620 OPPERMAN DRIVE
EAGAN, MN 55123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 51 of 57 |
|---|---|---|

Debtor   Abengoa Bioenergy Company, LLC
_____
Name

Case number *(if known)* _16-41165 (KAS)_

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.212** | **Nonpriority creditor's name and mailing address** | $670.00

TLS CONSTRUCTION, LLC
1403 RD P
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.213** | **Nonpriority creditor's name and mailing address** | $3,021.00

TOMES INDUSTRIES
P.O. BOX 278
UTICA, NE 68456

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.214** | **Nonpriority creditor's name and mailing address** | $32,422.30

TRANE COMMERCIAL SYSTEMS
3600 PAMMEL CREEK ROAD
LA CROSSE, WI 54601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.215** | **Nonpriority creditor's name and mailing address** | $4,802.00

TRIHYDRO CORPORATION
1252 COMMERCE DRIVE
LARAMIE, WY 82070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.216** | **Nonpriority creditor's name and mailing address** | $8,595.44

TYSON FRESH MEATS
PO BOX 32350
AMARILLO, TX 79120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor       Abengoa Bioenergy Company, LLC
             _____
             Name

Case number (if known) _16-41165 (KAS)_

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.217 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

U.S. ENVIRONMENTAL PROTECTION AGENCY
901 N. 5TH ST.
KANSAS CITY, KS 66101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Environmental Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | | $21,314.07 |
|---|---|---|---|

UNION PACIFIC RAILROAD
8130 S CENTRAL EXPY
DALLAS, TX 75284-3465

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | | $1,533.22 |
|---|---|---|---|

UNITED HEALTHCARE INSURANCE COMPANY
22561 NETWORK PLACE
CHICAGO, IL 60673-1225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | | $882.82 |
|---|---|---|---|

UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132-0577

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | | $3,515.90 |
|---|---|---|---|

UNITED RENTALS
E FIRESTONE BLVD.
DOWNEY, CA 90241-5508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.222 | Nonpriority creditor's name and mailing address | | $85.00 |
|---|---|---|---|

UNITED STATES TREASURY
10067 BELLEFONTAINE ROAD
ST. LOUIS, MO 63137

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | | $95,211.73 |
|---|---|---|---|

UNIVAR USA INC
17425 NE UNION HILL RD
REDMOND, WA 98052

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | | $2,209.15 |
|---|---|---|---|

UNIVERSAL LUBRICANTS
2824 N OHIO
WICHITA, KS 67201

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | | $7,825.00 |
|---|---|---|---|

UTTER PRECISION, INC.
PO BOX 337 201 SECOND ST
UTICA, NE 68456

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | | $774.71 |
|---|---|---|---|

VWR INTERNATIONAL INC
1310 GOSHEN PARKWAY
WEST CHESTER, PA 19380

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Abengoa Bioenergy Company, LLC      Case number *(if known)* 16-41165 (KAS)
Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.227 | **Nonpriority creditor's name and mailing address** | | $3,731.95 |
|---|---|---|---|

WASTE CONNECTIONS OF KANSAS, INC
2745 N. OHIO
WICHITA, KS 67219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.228 | **Nonpriority creditor's name and mailing address** | | $606,331.73 |
|---|---|---|---|

WELLS FARGO BANK N.A
300 TRI-STATE INTERNATIONAL SUITE 4
LINCOLNSHIRE, IL 60069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.229 | **Nonpriority creditor's name and mailing address** | | $218,621.94 |
|---|---|---|---|

WESTAR ENERGY
PO BOX 758500
TOPEKA, KS 66675-8500

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.230 | **Nonpriority creditor's name and mailing address** | | $19,271.69 |
|---|---|---|---|

WESTCO INTERNATIONAL INC.
WESTCO INTERNATIONAL 3012 E. 23RD S
COLUMBUS, NE 68601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.231 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

WESTCO INTERNATIONAL, INC.
C/O BALLEW COVALT HAZEN, PC LLO
1045 LINCOLN MALL, SUITE 200
P.O. BOX 81229
LINCOLN, NE 68501-1229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. C02CI150015225

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Abengoa Bioenergy Company, LLC

Name

Case number (if known)   16-41165 (KAS)

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232**   **Nonpriority creditor's name and mailing address**      $1,473.92

WINDSTREAM COMMUNICATIONS
PO BOX 9001908
LOUISVILLE, KY 40290-1908

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.233**   **Nonpriority creditor's name and mailing address**      $2,908.91

WINDSTREAM COMMUNICATIONS
PO BOX 580451
CHARLOTTE, NC 28258-0451

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.234**   **Nonpriority creditor's name and mailing address**      $50,311.91

YOKOGAWA CORP OF AMERICA
2 DART ROAD
NEWMAN, GA 30265

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.235**   **Nonpriority creditor's name and mailing address**      $270,447.50

YORK COUNTY TREASURER
510 SOUTH LINCOLN AVENUE
YORK, NE 68467

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.236**   **Nonpriority creditor's name and mailing address**      $1,236.13

YORK PRINTING CO & COPY CENTER
228 E. 5TH STREET
YORK, NE 68467

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  Abengoa Bioenergy Company, LLC
        _____
        Name

Case number *(if known)* 16-41165 (KAS)
_____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____ 0.00 <br> + undetermined amounts |
| 5b. **Total claims from Part 2** | 5b. **+** | $_____ 6,222,427,134.63 <br> + undetermined amounts |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $_____ 6,222,427,134.63 <br> + undetermined amounts |

**Fill in this information to identify the case:**

Debtor name  Abengoa Bioenergy Company, LLC

United States Bankruptcy Court for the: Eastern                    District of  Missouri
                                                                              (State)

Case number (If known):     16-41165 (KAS)                    Chapter  _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Omnibus Amendment and Closing Agreement - Porales GATX, as Further Amended From Time to Time | ABENGOA BIOENERGIA, S.A. ATTN: MIGUEL ANGEL JIMENEZ-VELASCO MAZARIO CAMPUS PALMAS ALTAS CALLEE ENERGIA SOLAR, N?1 SEVILLA, 41014 SPAIN |
| | State the term remaining | 3.2 years | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Master Payment Term Agreement, Including All Amendments, Supplements and Schedules | ABENGOA BIOENERGY OF ILLINOIS, LLC 16150 MAIN CIRCLE DRIVE CHESTERFIELD, MO 63017-4689 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Master Payment Term Agreement, Including All Amendments, Supplements and Schedules | ABENGOA BIOENERGY OF INDIANA, LLC 16150 MAIN CIRCLE DRIVE CHESTERFIELD, MO 63017-4689 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | 2015 - 2020 Management Consulting Agreement | ABENGOA BIOENERGY US HOLDINGS, LLC ATTN: EXECUTIVE VICE PRESIDENT 16150 MAIN CIRCLE DRIVE, SUITE 300 CHESTERFIELD, MO 63017 |
| | State the term remaining | 4.7 years | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Global Paying Services Agreement, as Further Amended From Time to Time | ABENGOA S.A. ATTN: SALVADOR MARTOS BARRIONUEVO 16150 MAIN CIRCLE DRIVE CHESTERFIELD, MO 63017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Abengoa Bioenergy Company, LLC          Case number *(if known)*  16-41165 (KAS)
          Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Confirmed Payments to Suppliers | ABENGOA, S.A. ATTN: MANUEL CARMONA SEGURA CAMPUS PALMAS ALTAS CALLEE ENERGIA SOLAR, N?1 SEVILLA, 41014 SPAIN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Omnibus Amendment and Closing Agreement - Porales GATX, as Further Amended From Time to Time | ABENGOA, S.A. ATTN: MIGUEL ANGEL JIMENEZ-VELASCO MAZARIO CAMPUS PALMAS ALTAS CALLEE ENERGIA SOLAR, N?1 SEVILLA, 41014 SPAIN |
| | State the term remaining | 3.2 years | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Rail Car Service Contract, Including All Amendments, Supplements and Schedules | ADLER FUNDING LLC C/O GATX CORPORATION 222 WEST ADAMS ST, 8TH FLOOR CHICAGO, IL 60606 |
| | State the term remaining | Evergreen | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Account Control and Security Agreement Joinder | ARIZONA BANK AND TRUST ATTN: ABRAN C. VILLEGAS 2036 E. CAMELBACK RD PHOENIX, AZ 85016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Omnibus Amendment and Closing Agreement - Porales GATX, as Further Amended From Time to Time | ASA BIOENERGY HOLDING, AG ATTN: MIGUEL ANGEL JIMENEZ-VELASCO MAZARIO CAMPUS PALMAS ALTAS CALLEE ENERGIA SOLAR, N?1 SEVILLA, 41014 SPAIN |
| | State the term remaining | 3.2 years | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Confirmed Payments to Suppliers | BANCO DO BRASIL, NEW YORK BRAND ATTN: IZABELLA FACONI 8325 S PARK CIRCLE, SUTIE 140 ORLANDO, FL 32819 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Payment Agreement | BANCO ESPANOL DE CREDITO, S.A. (BANESTO) GRAN VIA DE HORTALEZA, 3 MADRID, 28033 SPAIN |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |

Debtor    <u>Abengoa Bioenergy Company, LLC</u>
     Name

Case number *(if known)* <u>16-41165 (KAS)</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | Confirmation Agreement | BANCO POPULAR<br>CALLE DE VELAZQUEZ, 34<br>MADRID, 28001 SPAIN |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | Delivery Service Agency Agreement | BANCO SANTANDER PUERTO RICO<br>AVE. PONCE DE LEÓN 207<br>HATO REY, PR 00917 |
| | State the term remaining | Evergreen | |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | Confirming Agreement | BANCO SANTANDER PUERTO RICO<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 |
| | State the term remaining | Evergreen | |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | Car Lease-2014 Infiniti QX40 | BOMMARITO INFINITI<br>15700 MANCHESTER RD.<br>ELLISVILLE, MO 63011 |
| | State the term remaining | 1.7 years | |
| | List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | Car Lease-2014 Infiniti QX50 | BOMMARITO INFINITI<br>15700 MANCHESTER RD.<br>ELLISVILLE, MO 63011 |
| | State the term remaining | 1.4 years | |
| | List the contract number of any government contract | | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | Confirmation Agreement | CAJA DE AHORROS DE VALENCIA, CASTELLON Y ALICATE, BANCAJA<br>CALLE PINTOR SOROLLA, 8<br>VALENCIA, 46002 SPAIN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | First Amended and Restated Paying Services Agreement, as Further Amended From Time to Time | CALIFORNIA BANK AND TRUST<br>ATTN: LINDA SHUM<br>550 S. HOPE STREET, #300<br>LOS ANGELES, CA 90071 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      Abengoa Bioenergy Company, LLC                                    Case number *(if known)*   16-41165 (KAS)
                  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | First Amended and Restated Paying Services Agreement, as Further Amended From Time to Time | CALIFORNIA BANK AND TRUST<br>ATTN: HENRY CHUN<br>550 S. HOPE STREET, #300<br>LOS ANGELES, CA 90071 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease-York Case Loader and 2015 Chevy Pickup | CALIFORNIA FIRST NATIONAL BANK<br>28 EXECUTIVE PARK<br>IRVINE, CA 92612 |
| | State the term remaining | 3.5 years | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Master Payment Term Agreement, Including All Amendments, Supplements and Schedules | CARGILL, INCORPORATED<br>100 GRAIN ST.<br>ALBANY, NY 12202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | CHEM TREAT, INC.<br>5640 COX ROAD<br>GLEN ALLEN, VA 23060 |
| | State the term remaining | 2.3 years | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Deed of Trust, Assignment of Leases and Rents, Security Agreement and Financing Statement - Portales GATX | CHICAGO TITLE INSURANCE COMPANY - TRUSTEE<br>ATTN: LEGAL DEPARTMENT<br>8750 NORTH CENTRAL EXPRESSWAY, SUITE 950<br>DALLAS, TX 75231 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Subordination of Ground Lease Agreement - Portales GATX | CHICAGO TITLE INSURANCE COMPANY - TRUSTEE<br>ATTN: LEGAL DEPARTMENT<br>8750 NORTH CENTRAL EXPRESSWAY, SUITE 950<br>DALLAS, TX 75231 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Subordination of Ground Sublease Agreement - Portales GATX | CHICAGO TITLE INSURANCE COMPANY - TRUSTEE<br>ATTN: LEGAL DEPARTMENT<br>8750 NORTH CENTRAL EXPRESSWAY, SUITE 950<br>DALLAS, TX 75231 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Abengoa Bioenergy Company, LLC
          Name

Case number (if known)  16-41165 (KAS)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Specialty Apparel Rental Service Agreement | CINTAS CORPORATION<br>9333 EAST 35TH STREET<br>WICHITA, KS 67226 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | First Amended and Restated Account Control and Security Agreement, as Further Amended From Time to Time | CITIBANK, N.A.<br>ATTN: MATTHEW FROHLING<br>388 GREENWHICH STREET<br>NEW YORK, NY 10013 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Global Paying Services Agreement, as Further Amended From Time to Time | CITIBANK, N.A.<br>ATTN: MATTHEW FROHLING<br>388 GREENWHICH STREET<br>NEW YORK, NY 10013 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Citibank Electronic Accounts Agreement | CITIBANK, N.A.<br>ATTN: VICKY ANDERSON<br>701 EAST 60TH STREET NORTH<br>SIOUX FALLS, SD 57117 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Pledge, Assignment and Control Agreement | CITIBANK, N.A.<br>ATTN: DAVID SKIRZENSKI/NA CSF PRODUCT HEAD<br>388 GREENWHICH STREET<br>NEW YORK, NY 10013 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Payment Agreement | DEUTSCHE BANK<br>RONDA GENERAL MITRE, 72-74<br>BARCELONA, 08017 SPAIN |
|  | State the term remaining | Auto Renewal | |
|  | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Copier Lease, Including All Amendments, Supplements and Schedules | DNT LEASING<br>2275 CASSENS CT., SUITE 112<br>FENTON, MO 63026 |
|  | State the term remaining | 2.7 years | |
|  | List the contract number of any government contract | | |

Debtor   Abengoa Bioenergy Company, LLC
         Name

Case number (if known)   16-41165 (KAS)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Deed of Trust, Security Agreement, Assignment of Leases and Rents, Financing Statement and Fixture Filing - York NXT | FIRST AMERICAN TITLE INSURANCE COMPANY, TRUSTEE 13924 GOLD CIRCLE OMAHA, NE 68144 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Deed of Trust, Security Agreement, Assignment of Leases and Rents, Financing Statement and Fixture Filing - York NXT | FIRST AMERICAN TITLE INSURANCE COMPANY, TRUSTEE 13924 GOLD CIRCLE OMAHA, NE 68144 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - Colwich Caterpillar 924K Loader, Including All Amendments, Supplements and Schedules | FOLEY EQUIPMENT COMPANY 1550 SOUTH WEST STREET WITCHITA, KS 67213-1668 |
| | State the term remaining | 3.9 years | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Omnibus Amendment and Closing Agreement - Porales GATX, as Further Amended From Time to Time | GATX CORPORATION ATTN: CONTRACTS ADMINISTRATION 580 CALIFORNIA ST, SUITE 1100 SAN FRANCISO, CA 94104 |
| | State the term remaining | 3.2 years | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Car Service Contract, Including All Amendments, Supplements and Schedules | GENERAL AMERICAN TRANSPORTATION CORPORATION - GATX ATTN: CONTRACT ADMINISTRATOR 120 S. RIVERSIDE PLAZA CHICAGO, IL 60606 |
| | State the term remaining | Evergreen | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement | GRIEND, DAVID J. VANDER C/O ICM, INC. ATTN: GENERAL COUNSEL 310 NORTH FIRST ST. COLWICH, KS 67030 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement | GRIEND, DAVID J. VANDER AS TRUSTEE OF THE DAVE VANDER GRIEND REVOCABLE TRUST C/O ICM, INC. ATTN: GENERAL COUNSEL 310 NORTH FIRST ST. COLWICH, KS 67030 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Abengoa Bioenergy Company, LLC          Case number *(if known)*   16-41165 (KAS)
          Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Car Lease-2012 Honda | HONDA OF FRONTENAC<br>855 S LINDBERGH BLVD.<br>ST. LOUIS, MO 63131 |
| | State the term remaining | 1.5 years | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Reverse Factoring Agreement, Including All Amendments, Supplements and Schedules | HSBC BANK USA, N.A.<br>COMMERCIAL SERVCIES<br>452 FIFTH AVENUE<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement | ICM, INC.<br>ATTN: GENERAL COUNSEL<br>310 NORTH FIRST ST.<br>COLWICH, KS 67030 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Car Lease-2014 Land Rover | JAGUAR ST. LOUIS, LAND ROVER ST. LOUIS<br>11654 OLIVE BLVD.<br>CREVE COEUR, MO 63141 |
| | State the term remaining | 1.3 years | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Environmental Indemnity Agreement - Colwich NXT | MAZUMA CAPITAL CORP<br>13997 S. MINUTEMAN DR., SUITE 200<br>DRAPER, UT 84020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Mortgage - Colwich NXT | MAZUMA CAPITAL CORP<br>13997 S. MINUTEMAN DR., SUITE 200<br>DRAPER, UT 84020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | Sale Lease Back Agreements-Colwich NXT | MAZUMA CAPITAL CORP<br>13997 S. MINUTEMAN DR., SUITE 200<br>DRAPER, UT 84020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Abengoa Bioenergy Company, LLC
          Name

Case number (if known)  16-41165 (KAS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Sale Lease Back Agreements-Master Lease Agreement No. MCC1253 - Colwich NXT | MAZUMA CAPITAL CORP 13997 S. MINUTEMAN DR., SUITE 200 DRAPER, UT 84020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | ISDA Novation Agreement, Including All Amendments, Supplements and Schedules | MORGAN STANLEY CAPITAL GROUP INC. ATTN: COMMODITIES 2000 WESTCHESTER AVE. PURCHASE, NY 10577-2530 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Environmental Indemnity Agreement | NXT CAPITAL, LLC ATTN: CREDIT MANAGER 1277 TREAT BOULEVARD, SUITE 950 WALNUT CREEK, CA 94597 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Office Space Lease | SACHS PROPERTIES, INC. 400 CHESTERFIELD CENTER, SUITE 600 CHESTERFIELD, MO 63017 |
| | State the term remaining | 2.2 years | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Confirmation Agreement | SANTANDER FACTORING Y CONFIRMING, S.A., E.F.C. AVENIDA CANTABRIA, S/N EDIFICIO PINAR 1E BOADILLA DEL MONTE MADRID, 28660 SPAIN |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Car Lease-2014 Toyota Sienna Wagon | SEEGER TOYOTA 12833 OLIVE ST. RD. CREVE COEUR, MO 63141 |
| | State the term remaining | 1.7 years | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Car Lease-2015 Toyota Sienna Lease | SEEGER TOYOTA 12833 OLIVE ST. RD. CREVE COEUR, MO 63141 |
| | State the term remaining | 1.8 years | |
| | List the contract number of any government contract | | |

Debtor    Abengoa Bioenergy Company, LLC
　　　　　Name

Case number (if known)  16-41165 (KAS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Car Lease-2104 Toyota Rav 4 | SEEGER TOYOTA<br>12833 OLIVE ST. RD.<br>CREVE COEUR, MO 63141 |
| | State the term remaining | 1.2 years | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | SIMOSA IT, S.A.<br>C/ ENERGÍA SOLAR Nº1, PALMAS ALTAS. 41014 SEVILLA<br> SPAIN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Car Lease-2014 Jeep Grand Cherokee | SOUTHTOWN DODGE INC. D/B/A SOUTH COUNTY DODGE CHRYSLER JEEP<br>7127 S LINDBERGH BLVD.<br>ST. LOUIS, MO 63125 |
| | State the term remaining | 2 months | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Uncommitted Facility Agreement as Amended From Time to Time | TEYMA USA INC.<br>ATTN: GENERAL COUNSEL<br>3030 N. CENTRAL AVE., SUITE 1207<br>PHOENIX, AZ 85012 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Uncommitted Facility, as Further Amended From Time to Time | TEYMA USA INC.<br>ATTN: GENERAL COUNSEL<br>3030 N. CENTRAL AVE., SUITE 1207<br>PHOENIX, AZ 85012 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Rail Cars Full Service Lease Agreement, Including All Amendments, Supplements and Schedules | THE ANDERSONS, INC.<br>480 WEST DUSSEL DRIVE<br>MAUMEE, OH 43537 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Uncommitted Facility Agreement as Amended From Time to Time | THE ROYAL BANK OF SCOTLAND PLC<br>600 WASHINGTON BLVD.<br>STAMFORD, CT 6901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Abengoa Bioenergy Company, LLC    Case number (if known)  16-41165 (KAS)
_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Uncommitted Facility, as Further Amended From Time to Time | THE ROYAL BANK OF SCOTLAND PLC<br>600 WASHINGTON BLVD.<br>STAMFORD, CT 6901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Car Lease-Volvo | VOLVO FINANCIAL SERVICES<br>7025 ALBERT PICK ROAD, SUITE105<br>GREENSBORO, NC 27402-6131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Land Maintenance Agreement | WEBER, DON<br>14722 W 29TH ST NORTH<br>WITCHITA, KS 67223 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Omnibus Amendment and Closing Agreement - Porales GATX, as Further Amended From Time to Time | WELLS FARGO BANK NORTWEST, NATIONAL ASSOCIATION<br>ATTN: CORPORATE TRUST SERVICES<br>260 NORTH CHARLES LINDBERGH DRIVE<br>SALT LAKE CITY, UT 84116 |
| | State the term remaining | 3.2 years | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Deed of Trust, Assignment of Leases and Rents, Security Agreement and Financing Statement - Portales GATX | WELLS FARGO BANK NORTWEST, NATIONAL ASSOCIATION - BENEFICIARY<br>260 NORTH CHARLES LINDBERGH DR<br>SALT LAKE CITY, UT 84116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Subordination of Ground Lease Agreement - Portales GATX | WELLS FARGO BANK NORTWEST, NATIONAL ASSOCIATION - BENEFICIARY<br>260 NORTH CHARLES LINDBERGH DR<br>SALT LAKE CITY, UT 84116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Subordination of Ground Sublease Agreement - Portales GATX | WELLS FARGO BANK NORTWEST, NATIONAL ASSOCIATION - BENEFICIARY<br>260 NORTH CHARLES LINDBERGH DR<br>SALT LAKE CITY, UT 84116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      <u>Abengoa Bioenergy Company, LLC</u>
            Name

Case number *(if known)*  <u>16-41165 (KAS)</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Lease Agreement - Portales GATX, as Further Amended From Time to Time | WELLS FARGO BANK NORTWEST, NATIONAL ASSOCIATION - OWNER TRUSTEE<br>ATTN: CORPORATE TRUST SERVICES<br>299 SOUTH MAIN STREET, 12TH FLOOR<br>SALT LAKE CITY, UT 84111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Car Lease-2014 Nissan Montoya Pathfinder | WEST COUNTY NISSAN<br>14747 MANCHESTER RD<br>BALLWIN, MO 63011 |
| | State the term remaining | 1.2 years | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Car Lease-2014 Nissan Murano | WEST COUNTY NISSAN<br>14747 MANCHESTER RD<br>BALLWIN, MO 63011 |
| | State the term remaining | 1.3 years | |
| | List the contract number of any government contract | | |

---

**Fill in this information to identify the case:**

Debtor name  Abengoa Bioenergy Company, LLC

United States Bankruptcy Court for the: Eastern _____ District of Missouri
(State)

Case number (If known):  16-41165 (KAS)

---

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Does the debtor have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Abengoa Bioenergy Engineering & Construction, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | BANCO POPULAR | ☐ D ☐ E/F ☒ G |
| 2.2 Abengoa Bioenergy Engineering & Construction, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | CITIBANK, N.A. | ☐ D ☐ E/F ☒ G |
| 2.3 Abengoa Bioenergy Engineering & Construction, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | DEUTSCHE BANK | ☐ D ☐ E/F ☒ G |
| 2.4 Abengoa Bioenergy of Nebraska, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | AGENSYND, S.L. | ☐ D ☒ E/F ☐ G |
| 2.5 Abengoa Bioenergy of Nebraska, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | BANCO POPULAR | ☐ D ☐ E/F ☒ G |
| 2.6 Abengoa Bioenergy of Nebraska, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | BANCO POPULAR ESPANOL., S.A. | ☐ D ☒ E/F ☐ G |

| Debtor | Abengoa Bioenergy Company, LLC | | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|---|
| | *Name* | | | |

<table>
<tr><td colspan="2">■</td><td colspan="4"><b>Additional Page if Debtor Has More Codebtors</b></td></tr>
<tr><td colspan="6"><b>Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.</b></td></tr>
</table>

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Abengoa Bioenergy of Nebraska, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | CITIBANK, N.A. | ☐ D ☐ E/F ☒ G |
| 2.8 | Abengoa Bioenergy of Nebraska, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | DEUTSCHE BANK | ☐ D ☐ E/F ☒ G |
| 2.9 | Abengoa Bioenergy of Nebraska, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | DEUTSCHE BANK AG, LONDON BRANCH, AS FISCAL AGENT | ☐ D ☒ E/F ☐ G |
| 2.10 | Abengoa Bioenergy of Nebraska, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | DEUTSCHE BANK TRUST COMPANY AMERICAS | ☐ D ☒ E/F ☐ G |
| 2.11 | Abengoa Bioenergy of Nebraska, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE | ☐ D ☒ E/F ☐ G |
| 2.12 | Abengoa Bioenergy of Nebraska, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | EL INSTITUTO CREDITO OFFICIAL | ☐ D ☒ E/F ☐ G |
| 2.13 | Abengoa Bioenergy of Nebraska, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | EUROPEAN INVESTMENT BANK | ☐ D ☒ E/F ☐ G |
| 2.14 | Abengoa Bioenergy of Nebraska, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | SOCIÉTÉ GÉNÉRALE, SUCURSAL EN ESPAÑA, AS AGENT | ☐ D ☒ E/F ☐ G |
| 2.15 | Abengoa Bioenergy of Nebraska, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | SPANISH COMISARIO, BONDHOLDERS SL | ☐ D ☒ E/F ☐ G |
| 2.16 | Abengoa Bioenergy Outsourcing, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | BANCO POPULAR | ☐ D ☐ E/F ☒ G |
| 2.17 | Abengoa Bioenergy Outsourcing, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | CITIBANK, N.A. | ☐ D ☐ E/F ☒ G |

Debtor    Abengoa Bioenergy Company, LLC
Name

Case number *(if known)*    16-41165 (KAS)

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.18 | Abengoa Bioenergy Outsourcing, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | DEUTSCHE BANK | ☐ D<br>☐ E/F<br>☒ G |
| 2.19 | Abengoa Bioenergy Trading US, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | BANCO POPULAR | ☐ D<br>☐ E/F<br>☒ G |
| 2.20 | Abengoa Bioenergy Trading US, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | CITIBANK, N.A. | ☐ D<br>☐ E/F<br>☒ G |

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name   Abengoa Bioenergy Company, LLC

United States Bankruptcy Court for the: Eastern           District of: Missouri
                                                                  (State)

Case number (*If known*): 16-41165 (KAS)

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒  *Schedule H: Codebtors* (Official Form 206H)

☒  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

☐  Amended *Schedule:* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:        4/8/2016              ✗   /s/ Sandra Porras Serrano
               MM /DD/ YYYY                    Signature of individual signing on behalf of debtor
                                               Sandra Porras Serrano
                                               Printed name
                                               Director And Chief Financial Officer
                                               Position or relationship to debtor