**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **ABENGOA BIOENERGY US HOLDING, LLC, *et al.*,** | **Case No. 16-41161-659** |
| Debtors. | **(Joint Administration)** |

**AFFIDAVIT OF SERVICE**

I, Kadeem Champagnie, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned Chapter 11 cases.

On April 12, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Final Order Authorizing the Debtors to Pay Certain Pre-Petition Taxes and Related Obligations [Docket No. 232]

- Final Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service [Docket No. 233]

- Final Order (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay all Insurance Obligations Arising Thereunder, and (B) Renew, Revise, Extend Supplement, Change or Enter into New Insurance Policies, and (II) Granting Certain Related Relief [Docket No. 234]

- Final Order Authorizing Debtors to Pay Prepetition Wages, Compensation, and Employee Benefits [Docket No. 235]

- Amended Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System and (II) Maintaining Existing Bank Accounts and Business Forms; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority [Docket No. 236]

- Final Order Authorizing and Approving the Retention and Employment of Armstrong Teasdale LLP as Bankruptcy and Restructuring Co-Counsel to the Debtors [Docket No. 237]

- Final Order Authorizing Retention and Employment of DLA Piper LLP (US) as Attorneys for the Debtors and Debtors in Possession [Docket No. 238]

- Order Authorizing the Employment of Certain Ordinary Course Professionals [Docket No. 240]

- Order Denying as Moot Debtors' Motion for Entry of an Order Setting and Expedited Hearing on Debtors' Motion for an Order Authorizing the Employment of Certain Ordinary Course Professionals [Docket No. 241]

- Order Denying as Moot Debtors' Motion for Entry of an Order Setting an Expedited Hearing on Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (B) Designate William H. Runge III as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to the Petition Date and (II) Granting Related Relief [Docket No. 242]

On April 12, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Bank Service List attached hereto as **Exhibit B**:

- Final Order Authorizing the Debtors to Pay Certain Pre-Petition Taxes and Related Obligations [Docket No. 232]

- Final Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service [Docket No. 233]

- Final Order (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay all Insurance Obligations Arising Thereunder, and (B) Renew, Revise, Extend Supplement, Change or Enter into New Insurance Policies, and (II) Granting Certain Related Relief [Docket No. 234]

- Final Order Authorizing Debtors to Pay Prepetition Wages, Compensation, and Employee Benefits [Docket No. 235]

*[Remainder of Page Intentionally Left Blank]*

- Amended Order (A) Authorizing the Debtors to (I) Continue Using their Existing Cash Management System and (II) Maintaining Existing Bank Accounts and Business Forms; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority [Docket No. 236]

On April 12, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Insurance Service List attached hereto as **Exhibit C**:

- Final Order (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay all Insurance Obligations Arising Thereunder, and (B) Renew, Revise, Extend Supplement, Change or Enter into New Insurance Policies, and (II) Granting Certain Related Relief [Docket No. 234]

On April 12, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Taxing Authorities Service List attached hereto as **Exhibit D**:

- Final Order Authorizing the Debtors to Pay Certain Pre-Petition Taxes and Related Obligations [Docket No. 232]

On April 12, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Utility Service List attached hereto as **Exhibit E**:

- Final Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service [Docket No. 233]

On April 12, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the OCP Service List attached hereto as **Exhibit F**:

- Order Authorizing the Employment of Certain Ordinary Course Professionals [Docket No. 240]

*[Remainder of Page Intentionally Left Blank]*

3

Dated: April 13, 2016

Kadeem Champagnie

State of New York
County of New York


Subscribed and sworn to (or affirmed) before me on April 13, 2016, by Kadeem Champagnie, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

**PAUL PULLO**
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 _18_

4

SRF 7543

**<u>Exhibit A</u>**

Exhibit A

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | 1000-1100 Wilson Owner, LLC | Attn: General Counsel<br>1100 Wilson Blvd.<br>Arlington VA 22209 | | First Class Mail |
| President of 1000-1100 Wilson Owner, LLC, Top 50 Creditor | 1000-1100 Wilson Owner, LLC | Timonthy Helmig, President & COO<br>Monday Properties<br>1000 Wilson Blvd., Ste. 700<br>Arlington VA 22209 | | First Class Mail |
| Top 50 Creditor | Agensynd, SL | Attn: General Counsel<br>Velazquez 78<br>4 Derecha<br>Madrid 28001 Spain | | First Class Mail |
| Top 50 Creditor | Aurora Coop Elevator Co. | Attn: Robert Brown CFO<br>2225 Q Street<br>PO Box 209<br>Aurora NE 68818 | auroracoop@auroracoop.com<br>rbrown@auroracoop.com | Email |
| Counsel for Deutsche Trustee Company Limited, as Trustee, Top 50 Creditor | Baker & McKenzie, LLP | Attn: General Counsel<br>100 New Bridge Street<br>London EC4V 6JA United Kingdom | | First Class Mail |
| Top 50 Creditor | BakerCorp | Attn: General Counsel<br>605 Industrial Ave.<br>Borger TX 79007 | | First Class Mail |
| Unsecured Creditor Committee Member | BakerCorp | c/o Kristi Ashman<br>3020 Old Ranch Parkway, Suite 220<br>Seal Beach CA 90740 | | First Class Mail |
| Danisco US, Inc., Interested Party | Ballard Spahr LLP | Attn: Tobey M. Daluz, Esq., Leslie C. Heilman, Esq.<br>919 N. Market St<br>11th Fl.<br>Wilmington DE 19801 | daluzt@ballardspahr.com<br>heilmanl@ballardspahr.com | Email |
| Top 50 Creditor | Banco de Brasil | Attn: Jose M. Yepez, Structured Finance & Syndications<br>Banco de Brasil, New York Branch<br>8325 S. Park Circle, Suite 140<br>Orlando FL 32819 | jmyepez@bb.com.br | Email |
| Top 50 Creditor | Banco Popular | Attn: Elena Garcia Fraile<br>Fernandez y Gonzalez 4<br>Sevilla 41001 Spain | elengarcia@bancopopular.es | Email |
| Top 50 Creditor | Banco Popular Espanol, SA | Attn: General Counsel<br>C/ Velazquez, 34<br>Madrid 28001 Spain | | First Class Mail |
| Top 50 Creditor | Banco Santander | Attn: Manuel Jose Fernandez Garcia<br>PO Box 362589<br>San Juan PR 00936-2589 | manjfernandez@gruposantander.com | Email |
| Top 50 Creditor | Bankia - ABC Line | Attn: Teresa Leon<br>C/ Gabriel García Marquez 1<br>Las Rozas 28232 Spain | amaliablanco@bankia.com<br>bankiacomunicacion@bankia.com | Email |
| Contact for Bearing Headquarters Co., Top 50 Creditor | Bearing Headquarters Co. | Attn: Jan Wilburn<br>3689 E. Broadway<br>Alton IL 62002 | | First Class Mail |
| Top 50 Creditor | Bearing Headquarters Co. | Attn: Richard Harting, President and CEO<br>PO Box 6267<br>Broadview IL 60155 | rharting@headco.com | Email |

EXHIBIT A

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | BNSF Railway Company | Attn: Keeley Bliss<br>Manager Ethanol Facility Planning<br>PO Box 847574<br>Dallas TX 75284-7574 | suzanne.wellen@bnsf.com | Email |
| Counsel for The Kimberley Fund, LP and Sandton Capital Partners, LP | Bryan Cave, LLP | Attn: Laura Uberti Hughes, Esq.<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis MO 63102-2750 | laura.hughes@bryancave.com | Email |
| Top 50 Creditor | Buffalo County Treasurer | Attn: General Counsel<br>PO Box 1270<br>Kearney NE 68848-1270 | treasurer@buffalocounty.ne.gov | Email |
| Office of the Buffalo County Treasurer, Top 50 Creditor | Buffalo County Treasurer's Office | Attn: County Treasurer<br>1512 Central Avenue<br>Kearney NE 68848-1270 | | First Class Mail |
| Unsecured Creditor Committee Member | Cargill | c/o Jeff Thompson<br>9350 Excelsior Blvd., MS142B<br>Hopkins MN 55345 | | First Class Mail |
| Top 50 Creditor | Cargill Americas, Inc. | Attn: David Robertson<br>2525 Ponce de Leon Blvd.<br>Coral Gables FL 33134 | David_Robertson@cargill.com | Email |
| Top 50 Creditor | Cargill Trade and Structured Finance | Attn: David Robertson<br>9350 Excelsior Blvd.<br>MS 142<br>Hopkins MN 55343 | David_Robertson@cargill.com | Email |
| Senior Vice President of Grain for Central Valley Ag Cooperative, Top 50 Creditor | Central Valley Ag Cooperative | Attn: Allan Zumpfe, SVP<br>2803 N. Nebraksa Ave.<br>York NE 68467 | | First Class Mail |
| Top 50 Creditor | Central Valley Ag Cooperative | Attn: General Counsel<br>2803 N. Nebraska Ave.<br>PO Box 429<br>York NE 68848 | info@cvacoop.com | Email |
| Counsel for GATX, Top 50 Creditor | Chapman and Culter, LLP | Attn: Stephen R. Tetro, II<br>111 West Monroe Street<br>Chicago IL 60603 | stetro@chapman.com | Email |
| Counsel for Silicon Valley Bank | Choate, Hall & Stewart, LLP | Attn: Kevin J. Simard<br>Two International Place<br>Boston MA 02110 | ksimard@choate.com | Email |
| Counsel for CHS, Top 50 Creditor, Unsecured Creditor Committee Member | CHS | Attn: Eric T. Larson, Mark Jundt<br>Senior Legal Counsel<br>5500 Centex Drive, MS 625<br>Inver Grove Heights MN 55077 | eric.larson@chsinc.com | Email |
| Top 50 Creditor | CHS | Attn: General Counsel<br>PO Box 82289<br>Lincoln NE 68501-2289 | | First Class Mail |
| Top 50 Creditor | Citibank | Attn: General Counsel<br>2800 Post Oak Blvd. Suite 400<br>Houston TX 77056 | | First Class Mail |
| Treasury & Trade Solutions for Citibank, Top 50 Creditor | Citibank - Treasury & Trade Solutions | Attn: Enrico Silva<br>388 Greenwich St., 10th Floor<br>New York NY 10013 | | First Class Mail |
| Top 50 Creditor | Comerica Bank | Attn: Ernest Zarb<br>39200 Six Mile Road<br>Livonia MI 48152 | emzarb@comerica.com | Email |

Exhibit A

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Adams Grain Co., Creditor | Croker, Huck, Kasher, DeWitt, Anderson & Gonderinger, LLC | Attn: David J. Skalka, Esq., Richard A. DeWitt, Esq.<br>2120 South 72nd Street, Suite 1200<br>Omaha NE 68124 | dskalka@crokerlaw.com<br>rdewitt@crokerlaw.com | Email |
| Top 50 Creditor | Danisco US, Inc. | Attn: Amber Trumbull, Corporate Counsel<br>E. I. du Pont de Nemours and Company<br>PO Box 7247-8528<br>Philadelphia PA 19170-8528 | amber.trumbull@dupont.com | Email |
| Counsel for Encore Energy Services, Inc. | Desai Eggmann Mason, LLC | Attn: Robert E. Eggmann, Esq., Thomas H. Riske, Esq.<br>7733 Forsyth Boulevard, Suite 800<br>St. Louis MO 63105 | reggmann@demlawllc.com | Email |
| Top 50 Creditor | Deutsche Bank AG, London Branch, as Fiscal Agent | Attn: General Counsel<br>Winchester House<br>1 Great Winchester Street<br>London EC2N 2DB United Kingdom | | First Class Mail |
| Top 50 Creditor | Deutsche Bank Trust Company Americas | Attn: General Counsel<br>60 Wall Street<br>MSNYC 60-2710<br>New York NY 10005 | | First Class Mail |
| Top 50 Creditor, Unsecured Creditor Committee Member | Deutsche Trustee Company Limited, as Agent | c/o Ranjit Mather and Leigh Cobb<br>Winchester House<br>1 Great Winchester Street<br>London EC2N 2DB United Kingdom | | First Class Mail |
| Top 50 Creditor, Unsecured Creditor Committee Member | Deutsche Trustee Company Limited, as Trustee | c/o Ranjit Mather and Leigh Cobb<br>Winchester House<br>1 Great Winchester Street<br>London EC2N 2DB United Kingdom | | First Class Mail |
| Top 50 Creditor | El Instituto Credito Official | Attn: Jaime Cervera/Conchi Berrocal<br>Department of Operations Paseo del Prado, 4<br>Madrid 28014 Spain | | First Class Mail |
| Top 50 Creditor | Encore Energy Services, Inc. | Attn: General Counsel<br>12120 Port Grace Blvd., Suite 200<br>La Vista NE 68128 | Bret.Feller@encorenergy.com | Email |
| Top 50 Creditor, Unsecured Creditor Committee Member | European Investment Bank | Attn: General Counsel<br>98-100 Blvd. Konrad Adenauer<br>Luxembourg L-2950 Luxembourg | | First Class Mail |
| Counsel for Interstate Commodities, Inc., Top 50 Creditor | Evans and Dixon, LLC | Attn: Wally Pankowski<br>211 North Broadway, Suite 2500<br>St. Louis MO 63102 | wpankowski@evans-dixon.com | Email |
| Top 50 Creditor | Farmers Coop Assoc of Ravenna, NE | Attn: Pamela M. Treffer, CEO<br>35885 Ravenna Road<br>Ravenna NE 68869 | | First Class Mail |
| Top 50 Creditor | Farmers Cooperative - Dorchester | Attn: Dale Hayek<br>208 West Depot<br>Dorchester NE 68343-0263 | | First Class Mail |
| Top 50 Creditor | GATX Rail- Locomotive Rental | Attn: Brian L. Glassberg, Esq., Peter J. Falconer, Esq.<br>Associate Counsel<br>222 West Adams Street<br>Chicago IL 60606 | contactgatx@gatx.com<br>brian.glassberg@gatx.com<br>peter.falconer@gatx.com | Email |
| Top 50 Creditor | GAVILON GR | Attn: William M. Vernon<br>1331 Capitol Ave.<br>Omaha NE 68102 | | First Class Mail |

In re Abengoa Bioenergy US Holding, LLC, et al.
Case No. 16-41161-659

Page 3 of 7

Exhibit A

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel of Record for Euler Hermes North America Insurance Company | Halpern Batali Benzema, LLP | Attn: Alan D. Halpern, Esq., Neal W. Cohen, Esq.<br>40 Wall Street, 37th Floor<br>New York NY 10005 | AHalperin@halperinlaw.net<br>Ncohen@halperinlaw.net | Email |
| Counsel for Adams Grain Company | Hammond and Shinners, PC | Attn: Janine M. Martin<br>7730 Carondelet<br>Suite 200<br>St. Louis MO 63105 | jmartin@hammondshinners.com | Email |
| Counsel for Farmers Cooperative - Dorchester; The Andersons, Inc.; Central Valley AG Cooperative; and Gavilon Grain LLC | Hepler Broom, LLC | Attn: Steven M. Wallace<br>130 North Main Street<br>Edwardsville IL 62025 | steven.wallace@heplerbroom.com | Email |
| Counsel to the Petitioning Creditor Central Valley Ag Cooperative, and Farmers Cooperative - Dorchester | Hinkle Law Firm, LLC | Attn: Edward J. Nazar<br>301 North Main, Suite 2000<br>Wichita KS 67202-4820 | ebn1@hinklaw.com<br>enazar@hinklaw.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Hogan Lovells, LLP | Attn: Christopher R. Donoho, III, Ronald J. Silverman<br>M. Shane Johnson, Raphaella S. Ricciardi<br>875 Third Avenue<br>New York NY 10022 | chris.donoho@hoganlovells.com<br>ronald.silverman@hoganlovells.com<br>shane.johnson@hoganlovells.com<br>raphaella.ricciardi@hoganlovells.com | Email |
| First NBC Bank, Interested Party | Holland & Knight LLP | Attention: James H. Rollins<br>1180 West Peachtree Street<br>Suite 1800, Regions Bank Building<br>Atlanta GA 30309-3400 | jim.rollins@hklaw.com | Email |
| Top 50 Creditor | HSBC | Attn: General Counsel<br>PO Box 9<br>Buffalo NY 14240 | hbus.executive.office@us.hsbc.com | Email |
| Counsel to Yadkin Bank | Husch Blackwell, LLP | Attn: Christopher J. Redmond<br>4801 Main Street<br>Suite 1000<br>Kansas City MO 64112-2551 | | First Class Mail |
| Counsel to Yadkin Bank | Husch Blackwell, LLP | Attn: Gary L. Vincent<br>190 Carondelet Plaza<br>Suite 600<br>St. Louis MI 63105 | gary.vincent@huschblackwell.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Top 50 Creditor | Interstate Commodities, Inc. | Attn: General Counsel<br>7 Madison Street<br>Troy NY 12180 | | First Class Mail |
| Counsel to Varilease Finance, Inc. and VFI KR SPE I, LLC | Jaffe, Raitt, Heuer & Weiss, P.C. | Attn: Jay L. Welford, Esq.<br>27777 Franklin Rd.<br>Ste. 2500<br>Southfield MI 48034 | jwelford@jaffelaw.com | Email |
| Counsel to Varilease Finance, Inc. and VFI KR SPE I, LLC | Jenkins & Kling, P.C. | Attn: Peter D. Kerth, Nancy S. Martin<br>150 N. Meramec Ave.<br>Ste. 400<br>St. Louis MO 63105 | pkerth@jenkinskling.com<br>nmartin@jenkinskling.com | Email |
| Counsel for BakerCorp, Top 50 Creditor | Katen Muchin Rosenman, LLP | Attn: Tom Kiehnhoff<br>1301 McKinney Street<br>Suite 3000<br>Houston TX 77010-3033 | tom.kiehnhoff@kattenlaw.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for NXT Capital, LLC, Creditor | Kutak Ruck, LLP | Attn: Jay N. Selanders & Michael E. Brown<br>Two Pershing Square<br>2300 Main Street, Suite 800<br>Kansas City MO 64108 | jay.selanders@kutakrock.com<br>mike.brown@kutakrock.com | Email |
| Top 50 Creditor | La Caixa | Attn: Carlos Gonzalez Serrano<br>Avda. de la Palmera-Edificio La Caixa, S/N<br>Sevilla 41013 Spain | carlos.gonzalez.s@caixabank.com | Email |
| Counsel for Silicon Valley Bank, Top 50 Creditor | Lathrop & Gage, LLP | Attn: Michael A. Cither, Esq., Wendi Alder-Pressman, Esq.<br>Pierre Laclede Center<br>7701 Forsyth Blvd., Suite 500<br>Clayton MO 63105 | wpressman@lathropgage.com | Email |
| Counsel for Tallgrass Interstate Gas Transmission, LLC | Lewis Rice, LLC | Attn: Larry E. Parres<br>600 Washington Ave.<br>Suite 2500<br>St. Louis MO 63101 | lparres@lewisrice.com | Email |
| Counsel for Harris County, Taxing Authority | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>Attorney in charge for Taxing Authorities<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| Counsel for the Proposed Post-Petition DIP Lender | Lowenstein Sandler, LLP | Attn: Sharon L. Levine, Esq., Richard Bernstein, Esq.<br>1251 Avenue of the Americas<br>17th Floor<br>New York NY 10020 | slevine@lowenstein.com<br>rbernstein@lowenstein.com<br>bbazian@lowenstein.com | Email |
| Counsel for The Kimberley Fund, LP and Sandton Capital Partners, LP | Lowenstein Sandler, LLP | Attn: Sharon L. Levine, Esq., Richard Bernstein, Esq., Barry Z. Bazian, Esq.<br>65 Livingston Avenue<br>Roseland NJ 07068 | slevine@lowenstein.com<br>rbernstein@lowenstein.com<br>bbazian@lowenstein.com | Email |
| Counsel to the Petitioning Creditors, Farmers Cooperative Association, The Andersons, Inc., Gavilon Grain, LLC & Central Valley Ag Cooperative. | McGrath, North, Mullin & Kratz, PC LLO | Attn: Robert Diederich, James Niemeier & James G. Powers<br>3700 First National Tower<br>1601 Dodge Street<br>Omaha NE 68102-1637 | rdiederich@mcgrathnorth.com<br>jniemeier@mnmk.com<br>jpowers@mcgrathnorth.com | Email |
| Counsel for Seneca Waste Solutions, Inc. | Morefield Speicher Bachman, LC | Attn: Andrew L. Speicher<br>11814 W. 135th St.<br>Overland Park KS 66221 | a.speicher@msblawkc.com | Email |
| Counsel for Yadkin Bank, Creditor | Morris, Laing, Evans, Brock & Kennedy, Chartered | Attn: William B. Sorensen, Jr.<br>300 N. Mead, Suite 200<br>Wichita KS 67202-3084 | | First Class Mail |
| Top 50 Creditor | Nalco Company | Attn: Phillip Eastin, Business Development Manager, Erich Hohl, District Manager<br>PO Box 70716<br>Chicago IL 60673-0716 | peastin@nalco.com<br>ehohl@nalco.com | Email |
| Top 50 Creditor | Novozymes North America, Inc. | Attn: Jeff Faller, Business Operations Director - Biofuels<br>77 Perry Chapel Church Road<br>PO Box 576<br>Franklinton NC 27525 | chsh@novozymes.com | Email |
| United States Trustee Eastern District of Missouri | Office of the United States Trustee | Attn: Leonora S. Long & Paul A. Randolph<br>111 S. 10th St.<br>Ste. 6353<br>St. Louis MO 63102 | leonora.long@usdoj.gov | Email |
| Counsel for Galena Park Independent School District | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Owen M. Sonik<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | houbank@pbfcm.com | Email |

Exhibit A

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for HSBC, Top 50 Creditor | Robert Rosenberg, Senior Vice President | Associate General Counsel<br>452 Fifth Ave, Tower 7<br>New York NY 10018 | | First Class Mail |
| Top 50 Creditor | Royal Bank of Scotland | Attn: William Egler<br>101 Park Avenue<br>New York NY 10178 | william.egler@pillsburylaw.com | Email |
| Top 50 Creditor | Santander Spain | Attn: Manuel Jose Fernandez Garcia<br>Edif. Pedreña – Planta S1<br>Av. Gran Vía de Hortaleza 3<br>Madrid 28033 Spain | manjfernandez@gruposantander.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn:  Christopher Cox<br>Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Chicago Office | Attn:  David A. Glockner, Bankruptcy Dept.<br>175 W. Jackson Boulevard<br>Suite 900<br>Chicago IL 60604 | chicago@sec.gov<br>secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn:  Andrew S. Calamari, Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey Street, Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | Email |
| Top 50 Creditor | Silicon Valley Bank | Attn: General Counsel<br>380 Interlocken Crescent<br>Ste. 600<br>Broomfield CO 80021 | clientservice@svb.com | Email |
| Unsecured Creditor Committee Member | Société Générale as Agent to the 2014 €1.4 Billion Syndicated Loan | c/o Sue Waterhouse<br>245 Park Avenue<br>New York NY 10167 | | First Class Mail |
| Top 50 Creditor | Société Générale, Sucursal en España, as Agent | Attn: General Counsel<br>Torre Picasso<br>Plaza de Pablo Ruíz Picasso, 1<br>Madrid 28020 Spain | | First Class Mail |
| Top 50 Creditor | Spanish Comisario Bondholders SL | Attn: General Counsel<br>Av. Francia 17, A, 1<br>Valencia 46023 Spain | comisario@bondholders.com | Email |
| Counsel for Deutsche Trustee Company Limited and Deutsche Bank AG | Spencer Fane LLP | Attn: Eric C. Peterson<br>1 North Brentwood Blvd.<br>Suite 1000<br>St. Louis MO 63105 | epeterson@spencerfane.com | Email |
| Counsel for Deutsche Trustee Company Limited and Deutsche Bank AG | Spencer Fane LLP | Attn: Lisa A. Epps<br>1000 Walnut Street<br>Suite 1400<br>Kansas City MO 64106-2140 | lepps@spencerfane.com | Email |
| Tallgrass Energy, Interested Party | Tallgrass Energy | Attn: Mustafa P. Ostrander<br>370 Van Gordon Street<br>Lakewood CO 80228 | Mustafa.ostrander@tallgrassenergylp.com | Email |
| Top 50 Creditor | The Andersons, Inc. | Attn: General Counsel<br>303 W. 19th St.<br>Kearney NE 68848 | emailthepresident@andersonsinc.com | Email |
| Senior Vice President for The Andersons, Inc., Top 50 Creditor | The Andersons, Inc. | Attn: Naran Burchinow, SVP<br>480 Dussell Drive<br>Maumee OH 43537 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | The Andersons, Inc. - Rail | Attn: Matt Keck, Senior Sales Representative<br>NW 6172<br>PO Box 1450<br>Minneapolis MN 55485-6172 | rasesh_shah@andersonsinc.com<br>john_kraus@andersonsinc.com | Email |
| Top 50 Creditor | The Receivables Exchange | Attn: Mark N. Perrin, Corporate Counsel<br>100 Park Avenue<br>30th Floor<br>New York NY 10017 | mperrin@receivablexchange.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Thompson Coburn LLP | Mark V. Bossi, David A. Warfield<br>One US Bank Plaza<br>St. Louis MO 63101 | mbossi@thompsoncoburn.com<br>dwarfield@thompsoncoburn.com | Email |
| Top 50 Creditor | Trinity Industries Leasing Company | Attn: James P. Sobie<br>VP, Sales<br>2525 Stemmons Freeway<br>Dallas TX 75207 | customer.service@trin.net<br>Trinity.LogisticsGroup@trin.net<br>jim.sobie@trin.net | Email |
| Counsel for the United States | U.S. Department of Justice | Attn: Benjamin Mizer, Deborah R. Gilg, Ruth A. Harvey, Danielle A. Pham, Margaret M. Newell<br>Civil Division, Commercial Litigation Branch<br>PO Box 875, Ben Franklin Station<br>Washington DC 20044-0875 | danielle.pham@usdoj.gov | Email |
| United States Attorney's Office for the Eastern District of Missouri | United States Attorney's Office for the Eastern District of Missouri | Attn: Richard Callahan, US Attorney<br>Thomas Eagleton U.S. Courthouse<br>111 S. 10th St, 20th Floor<br>St. Louis MO 63102 | | First Class Mail |
| United States Department of Labor | United States Department of Labor | Attn: Thomas E. Perez, Secretary of Labor<br>200 Constitution Avenue, NW<br>Washington DC 20210 | webmaster@dol.gov | Email |
| Unsecured Creditor Committee Member | Yadkin Bank | c/o Terry Earley<br>3600 Glenwood Avenue<br>Raleigh NC 27612 | | First Class Mail |
| Top 50 Creditor | York County Treasurer | York County Treasurer's Office<br>510 N. Lincoln Avenue<br>York NE 68467 | treasurer@yorkcountyne.com | Email |

**<u>Exhibit B</u>**

Exhibit D

Bank Service List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|------|-------------|-----------|-----------|------|-------|-------------|---------|
| BANCO DO BRASIL | Attn: President or General Counsel | St. Sbs - Quadra 01 - Bloco C | | Brasilia, DF | | 70073-901 | Brazil |
| BANCO SANTANDER SPAIN | Attn: President or General Counsel | PO BOX 362589 | | SAN JUAN | PR | 00936-2589 | |
| BANKIA | c/o GABRIEL GARCÍA MARQUEZ | | | LAS ROZAS | | 28232 | Spain |
| CALIFORNIA BANK & TRUST | Attn: President or General Counsel | 11622 El Camino Real | Sutie 200 | San Deigo | CA | 92130 | |
| CORNERSTONE BANK | Attn: President or General Counsel | PO BOX 69 | | YORK | NE | 68467 | |
| EMPRISE BANK | Attn: President or General Counsel | PO BOX 2970 | | WICHITA | KS | 67201 | |
| HSBC | Attn: President or General Counsel | 8 Canada Square | Greater London | | | E14 5HQ | London |
| LA CAIXA | Attn: President or General Counsel | Av. Diagonal | 621-629 | Barcelona | Catalunia | 8028 | Spain |
| RBS | Attn: President or General Counsel | 101 PARK AVENUE | | NEW YORK | NY | 10178 | |
| SILICON VALLEY BANK | Attn: President or General Counsel | 3003 Tasman Drive | | Santa Clara | CA | 95054 | |
| TOWN & COUNTRY BANK | Attn: President or General Counsel | PO BOX 40 423 GRAND | | RAVENNA | NE | 68869 | |
| WELLS FARGO BANK, NA | Attn: President or General Counsel | 300 TRI-STATE INTERNATIONAL SUITE 4 | | LINCOLNSHIRE | IL | 60069 | |

**<u>Exhibit C</u>**

Exhibit C

Insurance Service List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Ace American Insurance Company | Attn General Counsel | 510 Walnut Street | PO BOX 1000 | Philadelphia | PA | 19106 |
| ESSEX INSURANCE COMPANY | Attn: President or General Counsel | 4521 Highwoods Pkwy | | Glen Allen | VA | 23060 |
| FACTORY MUTUAL INSURANCE COMPANY | Attn: President or General Counsel | 270 Central Avenue | PO Box 7500 | Johnston | RI | 02919 |
| ILLINOIS NATIONAL INSURANCE CO. | Attn: President or General Counsel | 300 South Riverside Plaza | Suite 2100 | Chicago | IL | 60606-6613 |
| IRONSHORE SPECIALTY INSURANCE COMPANY | Attn: President or General Counsel | One State Street Plaza | 7th Floor | New York | NY | 10004 |
| LIBERTY INSURANCE UNDERWRITERS INC. | Attn: President or General Counsel | 55 Water Street | 18th Floor | New York | NY | 10041-0034 |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Attn: President or General Counsel | 175 Water Street | 18th Floor | New York | NY | 10038 |
| NEW HAMPSHIRE INSURANCE COMPANY | Attn: President or General Counsel | 70 Pine Street | | New York | NY | 10270-0002 |
| TRAVELERS PROPERTY CASUALTY COMPANY | Attn: President or General Counsel | One Tower Square | | Hartford | CT | 06183 |

**<u>Exhibit D</u>**

Exhibit 6

Taxing Authorities Service List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| ARIZONA DEPARTMENT OF REVENUE | Attn: President or General Counsel | 1600 W Monroe St | | Phoenix | AZ | 85007 |
| DISTRICT OF COLUMBIA DEPARTMENT OF LABOR | Attn: President or General Counsel | 200 Constitution Ave. NW | | Washington | DC | 20210 |
| GALENA PARK INDEPENDENT SCHOOL DISTRICT TAX OFFICE | Attn: President or General Counsel | 14705 Woodforest Blvd | | Houston | TX | 77015 |
| HARRIS COUNTY TREASURER | Attn: Orlando Sanchez | | | Houston | TX | 77002 |
| ILLINOIS DEPARTMENT OF REVENUE | Attn: President or General Counsel | 45 Eisenhower Dr Ste 220 | | Paramus | NJ | 07652 |
| INDIANA DEPARTMENT OF REVENUE | Attn: President or General Counsel | 100 N Senate Ave Rm N248 | | Indianapolis | IN | 46204 |
| INDIANA DEPT. OF WORKFORCE DEVELOPMENT | Attn: President or General Counsel | Indiana Government Center South | | Indianapolis | IN | 46204 |
| KANSAS DEPARTMENT OF LABOR | Attn: President or General Counsel | 1309 SW Topeka Blvd | | Topeka | KS | 66612 |
| MASSACHUSETTS DEPARTMENT OF REVENUE | Attn: President or General Counsel | 100 Cambridge St Ste 500 | | Boston | MA | 02114 |
| MISSOURI DIVION OF EMPLOYMENT SECURITY | Attn: President or General Counsel | P.O. Box 59 | | Jefferson City | MO | 65104-0059 |
| NEBRASKA DEPARTMENT OF LABOR | Attn: President or General Counsel | 550 S 16th St. | | Lincoln | NE | 68508 |
| NEBRASKA DEPARTMENT OF REVENUE | Attn: President or General Counsel | PO BOX 98912 | | Lincoln | NE | 68509-8912 |
| NEVADA TAXATION DEPARTMENT | Attn: President or General Counsel | 1550 College Pkwy Ste 115 | | Carson City | NV | 89706 |
| NEW JERSEY DIVISION OF TAXATION | Attn: President or General Counsel | Bankruptcy Section | P.O. Box 245 | Trenton | NJ | 08695-0245 |
| NEW MEXICO TAXATION & REVENUE DEPARTMENT | Attn: President or General Counsel | 1100 South St. Francis Drive | | Santa Fe | NM | 87504 |
| OREGON DEPARTMENT OF REVENUE | Attn: President or General Counsel | 955 Center St NE | | Salem | OR | 97301 |
| POSEY COUNTY TREASURER'S OFFICE | Attn: Justin W. White | 126 East Third Street, Room 211 | | Mt. Vernon | IN | 47620 |
| SEDGWICK COUNTY TREASURER | Attn: President or General Counsel | 315 Cedar St Ste 210 | | Julesburg | CO | 80737 |
| ST. LOUIS CITY (CITY TAX) | Attn: President or General Counsel | 1200 Market St | #410 | St. Louis | MO | 63103 |
| ST. LOUIS COUNTY DEPARTMENT OF REVENUE | Attn: Gregory F.X. Daly | City Hall | | St. Louis | MO | 63103 |
| STATE OF COLORADO DEPT. OF REVENUE | Attn: President or General Counsel | 1375 Sherman St. | | Denver | CO | 80261 |
| STATE OF ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | Attn: President or General Counsel | 2444 W Lawrence Ave | | Chicago | IL | 60625 |
| STEVENS COUNTY TREASURER | Attn: President or General Counsel | 215 South Oak Street, Room # 103 | | Colville | WA | 99114 |
| TENNESSEE DEPARTMENT OF REVENUE | Attn: President or General Counsel | 500 Deaderick St | | Nashville | TN | 37242 |
| U.S. DEPARTMENT OF THE TREASURY | Attn: President or General Counsel | 1500 Pennsylvania Avenue, NW | | Washington | DC | 20220 |
| U.S. DEPARTMENT OF TREASURY | Attn: President or General Counsel | 290 Broadway 3 | | New York | NY | 10007 |
| UTAH STATE TAX COMMISSION | Attn: President or General Counsel | 210 N 1950 W | | Salt Lake City | UT | 84134 |
| VIRGINIA DEPARTMENT OF REVENUE | Attn: President or General Counsel | 1957 Westmoreland St | | Richmond | VA | 23230 |
| VIRGINIA EMPLOYMENT COMMISSION | Attn: President or General Counsel | 703 E Main St | | Richmond | VA | 23219 |

**<u>Exhibit E</u>**

Exhibit E

Utility Service List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|------|-------------|-----------|-----------|------|-------|-------------|
| City of Colwich | Attn: President or General Counsel | PO Box 158 | | Colwich | KS | 67030 |
| City of Portales | Attn: President or General Counsel | 100 West 1st St | | Portales | NM | 88130 |
| City of York | Attn: President or General Counsel | PO Box 507 | | York | NE | 68467 |
| DAWSON PUBLIC POWER | Attn: President or General Counsel | 75191 Rd 433 | PO Box 777 | LEXINGTON | NE | 68850-0777 |
| Encore Energy | Attn: President or General Counsel | 11807 Q Street Suite 1 | | Omaha | NE | 68137 |
| PERENNIAL POWER | Attn: President or General Counsel | PO BOX 219 | 2122 SOUTH LINCOLN AVE | YORK | NE | 68467 |
| Westar Energy | Attn: President or General Counsel | PO Box 758500 | | Topeka | KS | 66675-8500 |

**<u>Exhibit F</u>**

Exhibit F
OCP Service List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|------|-------------|-----------|-----------|------|-------|-------------|
| Brown Smith Wallace, LLC | Attn: President or General Counsel | 1050 N Lindbergh Blvd | | St. Louis | MO | 63132 |
| Bukaty Companies | Attn: President or General Counsel | 11221 Roe Avenue, Suite 200 | | Leawood | KS | 66211 |
| Deloitte | Attn: President or General Counsel | 300 Madison Ave | | New York | NY | 10017 |
| EcoEngineers | Attn: President or General Counsel | 300 E Locust Street | | Des Moines | IA | 50309 |
| Ernst & Young | Attn: President or General Counsel | 5 Times Square | 14th Floor | New York | NY | 10036 |
| Foulston Siefkin LLP | Attn: President or General Counsel | 1551 N Waterfront Pkwy #100 | | Wichita | KS | 67206 |
| Fraser Stryker PC LLO | Attn: President or General Counsel | 500 Energy Plaza | 409 South 17th Street | Omaha | NE | 68102 |
| Houston Biofuel Consultants | Attn: President or General Counsel | 5707 Ridge Vista Drive | | Kingwood | TX | 77345 |
| John Stewart and Associates | Attn: President or General Counsel | Brian Burke and Brent Baker - Principal | 16336 Cherry Orchard Dr. | Wildwood | MO | 63040 |
| Life Cycle Associates | Attn: President or General Counsel | 884 Portola Road, Suite A11 | | Portola Valley | CA | 94028 |
| McCandlish Holton, PC | Attn: President or General Counsel | P.O. Box 796 | | Richmond | VA | 23218-0796 |
| Olsson & Associates | Attn: President or General Counsel | 7250 N. 16th Street, Suite 210 | | Phoenix | AZ | 85020 |
| Pinnacle Engineering | Attn: President or General Counsel | 11541 95th Ave N | | Minneapolis | MN | 55369 |
| Polsinelli, LLP | Attn: President or General Counsel | 600 3rd Avenue | 42nd Floor | New York | NY | 10016 |
| PriceWaterhouseCoopers | Attn: President or General Counsel | 300 Madison Avenue | | New York | NY | 10017-6204 |
| RJ O'Brien | Attn: President or General Counsel | 222 S Riverside Plaza #1200 | | Chicago | IL | 60606 |
| Tax Credits, Inc. d/b/a/ CFO Services | Attn: President or General Counsel | 6255 Sunset Blvd.  Suite 2200 | | Los Angeles | CA | 90028 |
| Transportation Consultants Co. | Attn: President or General Counsel | 7422 Fairlinks Court | | Sarasota | FL | 34243 |
| Trihydro | Attn: President or General Counsel | 1252 Commerce Drive | | Laramie | WY | 82070 |
| Weaver | Attn: President or General Counsel | 1601 S MoPac Expy d250 | | Austin | TX | 78746 |

In re Abengoa Bioenergy US Holding, LLC, *et al.*
Case No. 16-41161-659

Page 1 of 1