# J.D. STREETT & COMPANY, INC

144 WELDON PKWY
MARYLAND HEIGHTS, MO 63043
(314) 432-6600

## STATEMENT

**BILLING ADDRESS**
Abengoa Bioenergy of Illinois
Attn: AB Accounts Payabl
16150 Main circle Dr, Ste
Chesterfield, MO 63017

**DATE** 06/14/16
**ACCOUNT #** 0061
**BALANCE** $65,933.05
Page 1 of 1

| DATE | INVOICE # | DESCRIPTION | TRANSACTION TYPE | AMOUNT |
|---|---|---|---|---|
| 12/31/15 | 227034 | | INVOICE | $4,740.71 |
| 01/04/16 | 227051 | | INVOICE | $8,223.00 |
| 01/31/16 | 229031 | | INVOICE | $2,418.00 |
| 02/01/16 | 228926 | | INVOICE | $8,223.00 |
| 02/29/16 | 230620 | | INVOICE | $5,276.34 |
| 03/01/16 | 230558 | | INVOICE | $8,223.00 |
| 03/31/16 | 232591 | | INVOICE | $4,160.00 |
| 04/01/16 | 232503 | | INVOICE | $8,223.00 |
| 05/02/16 | 234224 | | INVOICE | $8,223.00 |
| 06/01/16 | 236127 | | INVOICE | $8,223.00 |

Please Return bottom portion with payment.

**STATEMENT TOTAL** $65,933.05
**FISCAL PERIOD ENDING DATE** 06/30/16
**ACCOUNT #** 0061
**BILLING NAME** Abengoa Bioenergy of Illinois

### PLEASE REMIT WITH THIS PART

| Current | 5 Days | 10 Days | 15 Days | Balance |
|---|---|---|---|---|
| $65,933.05 | $0.00 | $0.00 | $0.00 | $65,933.05 |

**J.D. STREETT & COMPANY,**
144 WELDON PKWY
MARYLAND HEIGHTS, MO 63043
(314) 432-6600

EXHIBIT B

**J.D. STREETT & COMPANY, INC**
144 WELDON PKWY
MARYLAND HEIGHTS, MO 63043
(314) 432-6600

| INVOICE DATE | CUSTOMER P.O. NO. | ACCOUNT NO. | INVOICE NO. |
|---|---|---|---|
| 12/31/15 | | 0061 | 227034 |

BILLING ADDRESS:
Abengoa Bioenergy of Illinois
Attn: AB Accounts Payabl
16150 Main circle Dr, Ste
Chesterfield, MO 63017

SHIPPED TO:
Same
P O # 4500569146    ID: 00

| DATE | DESCRIPTION | GROSS GALLONS | NET GALLONS | BASIS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | TRUCKS UNLOADED - DECEMBER | 120 | 120.00 | 120.00 | 26.0000000 | $ 3,120.00 |
| | Subtotals: | | | | | $ 3,120.00 |
| | OVER CONTRACT - DECEMBER | 3,726 | 3,725.76 | 3,725.76 | 0.4350000 | $ 1,620.71 |
| | Subtotals: | | | | | $ 1,620.71 |

*Invoice payment amount of $4740.71 will be due on 06/28/2016.*

**Abengoa Bioenergy of Illinois**

ACCOUNT # 0061    INVOICE NUMBER: 227034    INVOICE TOTAL  $4,740.71

REPRINT

Page 1 of 1

**J.D. STREETT & COMPANY, INC**
144 WELDON PKWY
MARYLAND HEIGHTS, MO 63043
(314) 432-6600

| INVOICE DATE | CUSTOMER P.O. NO. | ACCOUNT NO. | INVOICE NO. |
|---|---|---|---|
| 01/04/16 | | 0061 | 227051 |

BILLING ADDRESS:
Abengoa Bioenergy of Illinois
Attn: AB Accounts Payabl
16150 Main circle Dr, Ste
Chesterfield, MO 63017

SHIPPED TO:
Same
P O # 4500569146

ID: 00

| DATE | DESCRIPTION | GROSS GALLONS | NET GALLONS | BASIS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | TANK RENTAL - LEMAY - JANUARY | 1 | 1.00 | 1.00 | 8223.0000000 | $ 8,223.00 |
| | Subtotals: | | | | | $ 8,223.00 |

*Invoice payment amount of $8223.00 will be due on 07/02/2016.*

**Abengoa Bioenergy of Illinois**

ACCOUNT # 0061          INVOICE NUMBER: 227051          INVOICE TOTAL   $8,223.00

REPRINT

Page 1 of 1

**J.D. STREETT & COMPANY, INC**
144 WELDON PKWY
MARYLAND HEIGHTS, MO 63043
(314) 432-6600

| INVOICE DATE | CUSTOMER P.O. NO. | ACCOUNT NO. | INVOICE NO. |
|---|---|---|---|
| 01/31/16 | | 0061 | 229031 |

BILLING ADDRESS:
Abengoa Bioenergy of Illinois
Attn: AB Accounts Payabl
16150 Main circle Dr, Ste
Chesterfield, MO 63017

SHIPPED TO:
Same
P O # 4500569146
ID: 00

| DATE | DESCRIPTION | GROSS GALLONS | NET GALLONS | BASIS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | TRUCKS UNLOADED - JANUARY | 93 | 93.00 | 93.00 | 26.0000000 | $ 2,418.00 |
| | Subtotals: | | | | | $ 2,418.00 |

*Invoice payment amount of $2418.00 will be due on 07/29/2016.*

**Abengoa Bioenergy of Illinois**

ACCOUNT # 0061        INVOICE NUMBER: 229031        INVOICE TOTAL  $2,418.00

REPRINT

Page 1 of 1

**J.D. STREETT & COMPANY, INC**
144 WELDON PKWY
MARYLAND HEIGHTS, MO 63043
(314) 432-6600

| INVOICE DATE | CUSTOMER P.O. NO. | ACCOUNT NO. | INVOICE NO. |
|---|---|---|---|
| 02/01/16 | | 0061 | 228926 |

BILLING ADDRESS:
Abengoa Bioenergy of Illinois
Attn: AB Accounts Payabl
16150 Main circle Dr, Ste
Chesterfield, MO 63017

SHIPPED TO:
Same
P O # 4500569146

ID: 00

| DATE | DESCRIPTION | GROSS GALLONS | NET GALLONS | BASIS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | TANK RENTAL - LEMAY - FEBRUARY | 1 | 1.00 | 1.00 | 8223.0000000 | $ 8,223.00 |
| | | | Subtotals: | | | $ 8,223.00 |

*Invoice payment amount of $8223.00 will be due on 07/30/2016.*

**Abengoa Bioenergy of Illinois**

ACCOUNT # 0061        INVOICE NUMBER: 228926        INVOICE TOTAL  $8,223.00

REPRINT

Page 1 of 1

**J.D. STREETT & COMPANY, INC**
144 WELDON PKWY
MARYLAND HEIGHTS, MO 63043
(314) 432-6600

| INVOICE DATE | CUSTOMER P.O. NO. | ACCOUNT NO. | INVOICE NO. |
|---|---|---|---|
| 02/29/16 | | 0061 | 230620 |

BILLING ADDRESS:
Abengoa Bioenergy of Illinois
Attn: AB Accounts Payabl
16150 Main circle Dr, Ste
Chesterfield, MO 63017

SHIPPED TO:
Same
P O # 4500569146

ID: 00

| DATE | DESCRIPTION | GROSS GALLONS | NET GALLONS | BASIS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | TRUCKS UNLOADED - LEMAY - FEBRUARY | 148 | 148.00 | 148.00 | 26.0000000 | $ 3,848.00 |
| | Subtotals: | | | | | $ 3,848.00 |
| | OVER CONTRACT | 3,284 | 3,283.55 | 3,283.55 | 0.4350000 | $ 1,428.34 |
| | Subtotals: | | | | | $ 1,428.34 |

*Invoice payment amount of $5276.34 will be due on 08/27/2016.*

**Abengoa Bioenergy of Illinois**

ACCOUNT # 0061     INVOICE NUMBER: 230620     INVOICE TOTAL  $5,276.34

REPRINT

Page 1 of 1

**J.D. STREETT & COMPANY, INC**
144 WELDON PKWY
MARYLAND HEIGHTS, MO 63043
(314) 432-6600

| INVOICE DATE | CUSTOMER P.O. NO. | ACCOUNT NO. | INVOICE NO. |
|---|---|---|---|
| 03/01/16 | | 0061 | 230558 |

BILLING ADDRESS:
Abengoa Bioenergy of Illinois
Attn: AB Accounts Payabl
16150 Main circle Dr, Ste
Chesterfield, MO 63017

SHIPPED TO:
Same
P O # 4500569146
ID: 00

| DATE | DESCRIPTION | GROSS GALLONS | NET GALLONS | BASIS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | TANK RENTAL - LEMAY - MARCH | 1 | 1.00 | 1.00 | 8223.0000000 | $ 8,223.00 |
| | | | Subtotals: | | | $ 8,223.00 |

*Invoice payment amount of $8223.00 will be due on 08/28/2016.*

**Abengoa Bioenergy of Illinois**

ACCOUNT # 0061       INVOICE NUMBER: 230558       INVOICE TOTAL  $8,223.00

REPRINT

Page 1 of 1

**J.D. STREETT & COMPANY, INC**
144 WELDON PKWY
MARYLAND HEIGHTS, MO 63043
(314) 432-6600

| INVOICE DATE | CUSTOMER P.O. NO. | ACCOUNT NO. | INVOICE NO. |
|---|---|---|---|
| 03/31/16 | | 0061 | 232591 |

**BILLING ADDRESS:**
Abengoa Bioenergy of Illinois
Attn: AB Accounts Payabl
16150 Main circle Dr, Ste
Chesterfield, MO 63017

**SHIPPED TO:**
Same
P O # 4500569146

ID: 00

| DATE | DESCRIPTION | GROSS GALLONS | NET GALLONS | BASIS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | TRUCKS UNLOADED - LEMAY - MARCH | 160 | 160.00 | 160.00 | 26.0000000 | $ 4,160.00 |
| | Subtotals: | | | | | $ 4,160.00 |

*Invoice payment amount of $4160.00 will be due on 09/27/2016.*

**Abengoa Bioenergy of Illinois**

ACCOUNT # 0061   INVOICE NUMBER: 232591   INVOICE TOTAL $4,160.00

REPRINT

Page 1 of 1

**J.D. STREETT & COMPANY, INC**
144 WELDON PKWY
MARYLAND HEIGHTS, MO 63043
(314) 432-6600

| INVOICE DATE | CUSTOMER P.O. NO. | ACCOUNT NO. | INVOICE NO. |
|---|---|---|---|
| 04/01/16 | | 0061 | 232503 |

BILLING ADDRESS:
Abengoa Bioenergy of Illinois
Attn: AB Accounts Payabl
16150 Main circle Dr, Ste
Chesterfield, MO 63017

SHIPPED TO:
Same
P O # 4500569146

ID: 00

| DATE | DESCRIPTION | GROSS GALLONS | NET GALLONS | BASIS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | TANK RENTAL - LEMAY - APRIL | 1 | 1.00 | 1.00 | 8223.0000000 | $ 8,223.00 |
| | Subtotals: | | | | | $ 8,223.00 |

*Invoice payment amount of $8223.00 will be due on 09/28/2016.*

**Abengoa Bioenergy of Illinois**

ACCOUNT # 0061   INVOICE NUMBER: 232503   INVOICE TOTAL  $8,223.00

REPRINT

Page 1 of 1

**J.D. STREETT & COMPANY, INC**
144 WELDON PKWY
MARYLAND HEIGHTS, MO 63043
(314) 432-6600

| INVOICE DATE | CUSTOMER P.O. NO. | ACCOUNT NO. | INVOICE NO. |
|---|---|---|---|
| 05/02/16 | | 0061 | 234224 |

BILLING ADDRESS:
Abengoa Bioenergy of Illinois
Attn: AB Accounts Payabl
16150 Main circle Dr, Ste
Chesterfield, MO 63017

SHIPPED TO:
Same
P O # 4500569146

ID: 00

| DATE | DESCRIPTION | GROSS GALLONS | NET GALLONS | BASIS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | TANK RENTAL - LEMAY - MAY | 1 | 1.00 | 1.00 | 8223.0000000 | $ 8,223.00 |
| | | | Subtotals: | | | $ 8,223.00 |

*Invoice payment amount of $8223.00 will be due on 10/29/2016.*

**Abengoa Bioenergy of Illinois**

ACCOUNT # 0061          INVOICE NUMBER: 234224          INVOICE TOTAL   $8,223.00

REPRINT

Page 1 of 1

**J.D. STREETT & COMPANY, INC**
144 WELDON PKWY
MARYLAND HEIGHTS, MO 63043
(314) 432-6600

| INVOICE DATE | CUSTOMER P.O. NO. | ACCOUNT NO. | INVOICE NO. |
|---|---|---|---|
| 06/01/16 | | 0061 | 236127 |

**BILLING ADDRESS:**
Abengoa Bioenergy of Illinois
Attn: AB Accounts Payabl
16150 Main circle Dr, Ste
Chesterfield, MO 63017

**SHIPPED TO:**
Same
P O # 4500569146

ID: 00

| DATE | DESCRIPTION | GROSS GALLONS | NET GALLONS | BASIS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | TANK RENTAL - LEMAY - JUNE | 1 | 1.00 | 1.00 | 8223.0000000 | $ 8,223.00 |
| | | | Subtotals: | | | $ 8,223.00 |

*Invoice payment amount of $8223.00 will be due on 11/28/2016.*

**Abengoa Bioenergy of Illinois**

ACCOUNT # 0061

INVOICE NUMBER: 236127

INVOICE TOTAL $8,223.00

REPRINT

Page 1 of 1