**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|  |  |
|---|---|
| In re:<br><br>ABENGOA BIOENERGY US HOLDING, LLC, *et al.*,<br><br><div align="center">Debtors.</div> | **Chapter 11**<br><br>**Case No. 16-41161-659**<br><br>**(Jointly Administered)** |

<u>**MEMORANDUM TO THE COURT**</u>

The Amended Schedule E/F for Abengoa Bioenergy Company, LLC (16-41165) includes the following amendments:

- Claim of Abengoa Bioenergy Operations, LLC is Contingent, Unliquidated, and Disputed.

- Insertion of footnote stating that the above-referenced claim may be equity.

Dated:  May 23, 2017
        St. Louis, Missouri

Respectfully submitted,

**ARMSTRONG TEASDALE LLP**

*/s/ Richard W. Engel, Jr.*
Richard W. Engel, Jr.   #34641MO
Susan K. Ehlers #49855MO
Erin M. Edelman, #67374MO
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  (314) 621-5070
Facsimile:  (314) 621-5065
rengel@armstrongteasdale.com
sehlers@armstrongteasdale.com
eedelman@armstrongteasdale.com

*Local Counsel to the Debtors and Debtors in
Possession*

-and-

**DLA PIPER LLP (US)**
Richard A. Chesley   #6240877IL
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
(312) 368-4000
(312) 236-7516 (facsimile)
richard.chesley@dlapiper.com

R. Craig Martin, Esq. #005032DE
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801
(302) 468-5700
(302) 394-2341 (facsimile)
craig.martin@dlapiper.com

*Counsel to the Debtors and Debtors in Possession*

| Fill in this information to identify the case: |
|---|

Debtor    Abengoa Bioenergy Company, LLC

United States Bankruptcy Court for the: Eastern     District of Missouri
                                          (State)

Case number   16-41165 (KAS)
(If known)

☒ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>ARIZONA DEPARTMENT OF REVENUE<br>1600 W MONROE ST<br>PHOENIX, AZ 85007 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ _____ Undetermined | $ _____ Undetermined |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Tax Claim | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |
| **2.2** **Priority creditor's name and mailing address**<br>COLORADO DEPARTMENT OF LABOR & EMPLOYMENT<br>633 17TH ST.<br>DENVER, CO 80202-3660 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ _____ Undetermined | $ _____ Undetermined |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Tax Claim | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |
| **2.3** **Priority creditor's name and mailing address**<br>COLORADO DEPARTMENT OF REVENUE<br>ATTN: EXECUTIVE DIRECTOR<br>1375 SHERMAN ST.<br>DENVER, CO 80261 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ _____ Undetermined | $ _____ Undetermined |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Tax Claim | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.4** | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined

DISTRICT OF COLUMBIA - OFFICE OF TAX AND REVENUE
1101 4TH STREET, SW
SUITE 270 WEST
WASHINGTON, DC 20024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.5** | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined

DISTRICT OF COLUMBIA DEPARTMENT OF LABOR
200 CONSTITUTION AVE. NW
WASHINGTON, DC 20210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.6** | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined

GALENA PARK INDEPENDENT SCHOOL DISTRICT TAX OFFICE
14705 WOODFOREST BLVD
HOUSTON, TX 77015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.7** | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined

HARRIS COUNTY TREASURER
ATTN: ORLANDO SANCHEZ
1001 PRESTON, SUITE 652
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor      Abengoa Bioenergy Company, LLC
            _____
            Name                                                    Case number (if known)   16-41165 (KAS)

**Part 1.**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.8 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |
|---|---|---|---|

ILLINOIS DEPARTMENT OF REVENUE
45 EISENHOWER DR STE 220
PARAMUS, NJ 07652

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.9 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |
|---|---|---|---|

ILLINOIS DIRECTOR OF EMPLOYMENT
SECURITY
ATTN: JEFF MAYS
33 S STATE ST., 9TH FLOOR
CHICAGO, IL 60603

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.10 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |
|---|---|---|---|

INDIANA DEPARTMENT OF REVENUE
100 N SENATE AVE RM N248
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.11 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |
|---|---|---|---|

INDIANA DEPT. OF WORKFORCE
DEVELOPMENT
INDIANA GOVERNMENT CENTER SOUTH
10 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 1. Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.12**

| Priority creditor's name and mailing address | | $Undetermined | $Undetermined |
|---|---|---|---|

INTERNAL REVENUE SERVICE
1222 SPRUCE STREET
ST LOUIS, MO 63103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**2.13**

| Priority creditor's name and mailing address | | $Undetermined | $Undetermined |
|---|---|---|---|

KANSAS DEPARTMENT OF LABOR
1309 SW TOPEKA BLVD
TOPEKA, KS 66612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**2.14**

| Priority creditor's name and mailing address | | $Undetermined | $Undetermined |
|---|---|---|---|

KANSAS DEPARTMENT OF REVENUE
915 SW HARRISON STREET
TOPEKA, KS 66625-8000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**2.15**

| Priority creditor's name and mailing address | | $Undetermined | $Undetermined |
|---|---|---|---|

MARYLAND COMPTROLLER
8181 PROFESSIONAL PL # 101
LANDOVER, MD 20785

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 1. Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

| 2.16 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |
|---|---|---|---|---|

MARYLAND UNEMPLOYMENT INSURANCE FUND
LEGAL SERVICES SECTION
ATTN: MARK SORRENTINO
1100 N EUTAW ST, ROOM 401
BALTIMORE, MD 21201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.17 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |
|---|---|---|---|---|

MASSACHUSETTS DEPARTMENT OF REVENUE
100 CAMBRIDGE ST STE 500
BOSTON, MA 02114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.18 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |
|---|---|---|---|---|

MISSOURI DEPARTMENT OF REVENUE
301 WEST HIGH STREET
JEFFERSON CITY, MO 65105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.19 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |
|---|---|---|---|---|

MISSOURI DIVISION OF EMPLOYMENT
SECURITY
P.O. BOX 59
JEFFERSON CITY, MO 65104-0059

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known)   16-41165 (KAS) |
|---|---|---|
| | Name | |

## Part 1.   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.20 | Priority creditor's name and mailing address | | $Undetermined | $Undetermined |
|---|---|---|---|---|

NEBRASKA DEPARTMENT OF LABOR
550 S 16TH ST.
LINCOLN, NE 68508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.21 | Priority creditor's name and mailing address | | $Undetermined | $Undetermined |
|---|---|---|---|---|

NEBRASKA DEPARTMENT OF REVENUE
PO BOX 98912
LINCOLN, NE 68509-8912

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.22 | Priority creditor's name and mailing address | | $Undetermined | $Undetermined |
|---|---|---|---|---|

NEW JERSEY DIVISION OF TAXATION
BANKRUPTCY SECTION
P.O. BOX 245
TRENTON, NJ 08695-0245

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.23 | Priority creditor's name and mailing address | | $Undetermined | $Undetermined |
|---|---|---|---|---|

NEW MEXICO DEPARTMENT OF WORKFORCE SOLUTIONS
401 BROADWAY BLVD NE
ALBUQUERQUE, NM 87102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 6 of 57 |
|---|---|---|

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.24   Priority creditor's name and mailing address**                                    $Undetermined            $Undetermined

NEW MEXICO TAXATION & REVENUE DEPARTMENT
1100 SOUTH ST. FRANCIS DRIVE
SANTA FE, NM 87504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.25   Priority creditor's name and mailing address**                                    $Undetermined            $Undetermined

OREGON DEPARTMENT OF REVENUE
955 CENTER ST NE
SALEM, OR 97301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.26   Priority creditor's name and mailing address**                                    $Undetermined            $Undetermined

ROOSEVELT COUNTY TREASURER
109 W. 1ST STREET, SUITE 101A
PORTALES, NM 88130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.27   Priority creditor's name and mailing address**                                    $Undetermined            $Undetermined

SEDGWICK COUNTY TREASURER
315 CEDAR ST STE 210
JULESBURG, CO 80737

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.28**

| Priority creditor's name and mailing address | | $Undetermined | $Undetermined |
|---|---|---|---|

ST. LOUIS CITY (CITY TAX)
1200 MARKET ST
#410
ST. LOUIS, MO 63103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.29**

| Priority creditor's name and mailing address | | $Undetermined | $Undetermined |
|---|---|---|---|

STATE OF ILLINOIS DEPARTMENT OF
EMPLOYMENT SECURITY
2444 W LAWRENCE AVE
CHICAGO, IL 60625

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.30**

| Priority creditor's name and mailing address | | $Undetermined | $Undetermined |
|---|---|---|---|

UTAH STATE TAX COMMISSION
210 N 1950 W
SALT LAKE CITY, UT 84134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.31**

| Priority creditor's name and mailing address | | $Undetermined | $Undetermined |
|---|---|---|---|

VIRGINIA DEPARTMENT OF REVENUE
1957 WESTMORELAND ST
RICHMOND, VA 23230

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor    Abengoa Bioenergy Company, LLC         Case number *(if known)*   16-41165 (KAS)
         Name

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.32 | **Priority creditor's name and mailing address** | $Undetermined | $Undetermined |
|---|---|---|---|

VIRGINIA EMPLOYMENT COMMISSION
703 E MAIN ST
RICHMOND, VA 23219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.33 | **Priority creditor's name and mailing address** | $Undetermined | $Undetermined |
|---|---|---|---|

WASHINGTON EMPLOYMENT SECURITY
DEPARTMENT
212 MAPLE PARK AVE SE
OLYMPIA, WA 98501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.34 | **Priority creditor's name and mailing address** | $Undetermined | $Undetermined |
|---|---|---|---|

YORK COUNTY TREASURER
120 ALEXANDER HAMILTON BLVD.
YORKTOWN, VA 23690

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Debtor  Abengoa Bioenergy Company, LLC
_____
Name

Case number (if known)  16-41165 (KAS)

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**

Nonpriority creditor's name and mailing address
21ST CENTURY CLEANING SERVICE
5904 ROCKWOOD
WICHITA, KS 67208-4323

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred  Undetermined

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,458.00

**3.2**

Nonpriority creditor's name and mailing address
ABENGOA BIOENERGIA SA
C/ ENERGÍA SOLAR Nº1, PALMAS ALTAS. 41014 SEVILLA
SPAIN

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

Date or dates debt was incurred  Undetermined

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 62,275,112.08

**3.3**

Nonpriority creditor's name and mailing address
ABENGOA BIOENERGY OF NEBRASKA, LLC (ABNE) (ANTIGUA
NORDIC BIOFUELS OF RAVENNA)
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

Date or dates debt was incurred  Undetermined

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 58,143,015.46

**3.4**

Nonpriority creditor's name and mailing address
ABENGOA BIOENERGY OPERATIONS , LLC
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Intercompany Payable *

Date or dates debt was incurred  Undetermined

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,605,000.00

**3.5**

Nonpriority creditor's name and mailing address
ABENGOA BIOENERGY TRADING US, LLC
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

Date or dates debt was incurred  Undetermined

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 61,340,638.32

**3.6**

Nonpriority creditor's name and mailing address
AFC DOCTORS EXPRESS
1616 N GENTRY ST.
WICHITA, KS 67208

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred  Undetermined

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,505.00

\* The Debtors believe this claim is equity.

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.7 | Nonpriority creditor's name and mailing address | | $116,695,400.00 |
|---|---|---|---|

AGENSYND, S.L.
ATTN: GENERAL COUNSEL
VELAZQUEZ 78
4 DERECHA
MADRID, 28001 SPAIN

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - Emergency credit facility dated December 24, 2015 in the principal amount of €106 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | | $7,319.30 |
|---|---|---|---|

AGRI PRODUCTS
P. O. BOX 542
YORK, NE 68467

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | | $1,850.65 |
|---|---|---|---|

AIR RESOURCE SPECIALISTS, INC.
1901 SHARP POINT DR. SUITE E
FORT COLLINS, CO 80525

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | | $447.20 |
|---|---|---|---|

ALKOTA OF KANSAS LLC
401 N WEST STREET
WICHITA, KS 67203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | | $13,434.58 |
|---|---|---|---|

ANTHEM BLUE CROSS BLUE SHIELD
1351 WILLIAM HOWARD TAFT RD
CINCINNATI, OH 45206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12**  **Nonpriority creditor's name and mailing address**                                   $Undetermined

ARGO SURETY
225 W. WASTHINGTON STREET
24TH FLOOR
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond Number SUR0032294 in the Amount of
$1,200,000.00 for the Benefit of U.S. Department of Treasury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.13**  **Nonpriority creditor's name and mailing address**                                   $4,402.23

ASSURANT
811 MAIN ST., 7TH FLOOR
KANSAS CITY, MO 64105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.14**  **Nonpriority creditor's name and mailing address**                                   $392.58

ASSURANT
811 MAIN ST., 7TH FLOOR
KANSAS CITY, MO 64105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.15**  **Nonpriority creditor's name and mailing address**                                   $189.46

ASSURANT
811 MAIN ST., 7TH FLOOR
KANSAS CITY, MO 64105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.16**  **Nonpriority creditor's name and mailing address**                                   $191.65

ASSURANT
811 MAIN ST., 7TH FLOOR
KANSAS CITY, MO 64105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Abengoa Bioenergy Company, LLC                  Case number *(if known)* __16-41165 (KAS)__
Name

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.17 | **Nonpriority creditor's name and mailing address** | | $376.03 |
|---|---|---|---|

ASSURANT
811 MAIN ST., 7TH FLOOR
KANSAS CITY, MO 64105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.18 | **Nonpriority creditor's name and mailing address** | | $6,153.94 |
|---|---|---|---|

ASSURANT
811 MAIN ST., 7TH FLOOR
KANSAS CITY, MO 64105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.19 | **Nonpriority creditor's name and mailing address** | | $3,249.20 |
|---|---|---|---|

ATRADIUS COLLECTIONS
1200 ARLINGTON HEIGHTS RD, SUITE 41
ITASCA, IL 60143

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.20 | **Nonpriority creditor's name and mailing address** | | $128,385.37 |
|---|---|---|---|

ATRADIUS TRADE CREDIT INSURANCE INC
13432 COLLECTION CENTER DR.
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.21 | **Nonpriority creditor's name and mailing address** | | $8,421.37 |
|---|---|---|---|

AURORA COOP ELEVATOR CO.
P.O. BOX 209
AURORA, NE 68818

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.22 | **Nonpriority creditor's name and mailing address** | $972.93 |
|---|---|---|

AURORA COOP ELEVATOR CO.
P.O. BOX 209
AURORA, NE 68818

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.23 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

AURORA COOPERATIVE ELEVATOR COMPANY
C/O CROSBY GUENZEL, LLP
134 S. 13TH STREET,
SUITE 400
LINCOLN, NE 68508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. D09CI160000014

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.24 | **Nonpriority creditor's name and mailing address** | $4,073.00 |
|---|---|---|

AUTOMATION SERVICES
13871 PARKS STEED DR.
EARTH CITY, MO 63045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.25 | **Nonpriority creditor's name and mailing address** | $22,078.53 |
|---|---|---|

AYARS & AYARS, INCORPORATED
2436 N. 48TH ST.
LINCOLN, NE 68504

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.26 | **Nonpriority creditor's name and mailing address** | $3,176.50 |
|---|---|---|

B&C ELECTRICAL SERVICES, LLC
3639 HWY 39
GENOA, NE 68640

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** | **Nonpriority creditor's name and mailing address** | $Undetermined

BAKERCORP
C/O FREDMAN & FREDMAN P.C.
212 NORTH KINGSHIGHWAY
SUITE 1021
ST. LOUIS, MO 63108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. 4:16-cv-00136-CDP

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.28** | **Nonpriority creditor's name and mailing address** | $12,358,291.66

BANCO DE BRASIL SA, NEW YORK BRANCH
550 5TH AVENUE 7TH FLOOR
NEW YORK, NY 10036-5001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.29** | **Nonpriority creditor's name and mailing address** | $30,889,107.14

BANCO POPULAR
209 MUÑOZ RIVERA AVENUE PO BOX 362708
SAN JUAN, PR 00936-2708

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.30** | **Nonpriority creditor's name and mailing address** | $137,612,500.00

BANCO POPULAR ESPANOL., S.A.
ATTN: GENERAL COUNSEL
C/ VELAZQUEZ, 34
MADRID, 28001 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - Revolving credit agreement dated September 23, 2015 in the principal drawn amount of €125 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.31** | **Nonpriority creditor's name and mailing address** | $287,909.58

BANCO SANTANDER
EDIFICIO PEDREÑA – PLANTA S1
AV. GRAN VÍA DE HORTALEZA 3
MANUEL FERNÁNDEZ GARCÍA
GLOBAL TRANSACTION BANKING - BANCA MAYORISTA ESPAÑA
MADRID, 28033 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** PPB Bank Fees

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Abengoa Bioenergy Company, LLC
_____
          Name

Case number *(if known)* __16-41165 (KAS)__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32** | **Nonpriority creditor's name and mailing address** | | $313,878.64

BANCO SANTANDER
EDIFICIO PEDREÑA - PLANTA S1
AV. GRAN VÍA DE HORTALEZA 3
MANUEL FERNÁNDEZ GARCÍA
GLOBAL TRANSACTION BANKING - BANCA MAYORISTA ESPAÑA
MADRID, 28033 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** PPB Bank Fees

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | | $144,492.50

BASF ENZYMES LLC
3550 JOHN HOPKINS COURT
SAN DIEGO, CA 92121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | | $91,357.52

BEARING HEADQUARTERS CO.
PO BOX 6267
BROADVIEW, IL 60155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | | $Undetermined

BEARING HEADQUARTERS COMPANY
C/O YOXALL, ANTRIM, FOREMAN & FRYMIRE, LLP
101 WEST 4TH STREET
0
LIBERAL, KS 67901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. 2016-SL-000188-ML

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | | $19,000.00

BERT ZIPPRIAN EQUIPMENT SEPARATION
107 GEORGIA PL.
PORTLAND, TX 78374

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.37 | **Nonpriority creditor's name and mailing address** | | $49,345.71 |
|---|---|---|---|

BIOCARBURANTES DE CASTILLA Y LEÓN, SA
CTRA ENCINAS A CANTALAPIEDRA, K4.900, BABILAFUENTE.
SALAMANCA
 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | | $555.97 |
|---|---|---|---|

BION ANALYTICAL STANDARDS, LLC
PO BOX 85252
SIOUX FALLS, SD 57118

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | | $338.86 |
|---|---|---|---|

BLACK HILLS UTILITY HOLDINGS, INC
625 NINTH ST
RAPID CITY, SD 57701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | | $13,730.76 |
|---|---|---|---|

BLISS INDUSTRIES LLC
P.O. BOX 910
PONCA CITY, OK 74602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | | $953,924.21 |
|---|---|---|---|

BNSF RAILWAY COMPANY
PO BOX 847574
DALLAS, TX 75284-7574

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Abengoa Bioenergy Company, LLC
_____
Name

Case number *(if known)*  16-41165 (KAS)
_____

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.42**  **Nonpriority creditor's name and mailing address**                                                   $4,363.60

BRENNTAG GREAT LAKES, LLC
5220 EAGLE WAY
CHICAGO, IL 60678-1522

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.43**  **Nonpriority creditor's name and mailing address**                                                   $4,952.32

CALIFORNIA FIRST NATIONAL BANK
18201 VON KARMAN AVENUE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.44**  **Nonpriority creditor's name and mailing address**                                                   $6,432.56

CAPITAL MACHINERY SYSTEMS INC
PO BOX 330
PENDLETON, IN 46064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.45**  **Nonpriority creditor's name and mailing address**                                                   $451,261.63

CARGILL TRADE AND STRUCTURED FINANC
9350 EXCELSIOR BLVD
HOPKINS, MN 55343

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.46**  **Nonpriority creditor's name and mailing address**                                                   $3,004.43

CATERPILLAR FINANCIAL SERVICES CORP
PO BOX 100647
PASADENA, CA 91189-0647

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.47 | **Nonpriority creditor's name and mailing address** | | $11,115.00 |
|---|---|---|---|

CB&I ENVIRONMENT & INFRASTRUCTURE,
4171 ESSEN LANE
BATON ROUGE, LA 70809

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | | $5,575.41 |
|---|---|---|---|

CENTRAL NEBRASKA REFRIGERATION
1511 LINCOLN AVE
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | | $98,368.65 |
|---|---|---|---|

CENTRAL STATES GROUP
P.O. BOX 30047
OMAHA, NE 68103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

CENTRAL STATES INDUSTRIAL SUPPLY, INC.
C/O GUINAN AND SCOTT
920 SOUTH 107TH AVENUE
SUITE 205
OMAHA, NE 68114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. CI 16 687

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

CENTRAL VALLEY AG COOPERATIVE
C/O CROSBY GUENZEL, LLP
134 S. 13TH STREET,
SUITE 400
LINCOLN, NE 68508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. D17CI150000228

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

| 3.52 | **Nonpriority creditor's name and mailing address** | $1,434,874.39 |
|---|---|---|

CENTRAL VALLEY AG COOPERATIVE
PO BOX 429
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.53 | **Nonpriority creditor's name and mailing address** | $664.10 |
|---|---|---|

CENTURY LINK
P.O. BOX 29040
PHOENIX, AZ 85038-9040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.54 | **Nonpriority creditor's name and mailing address** | $124,389.93 |
|---|---|---|

CHEMTREAT INC
4461 COX ROAD
GLEN ALLEN, VA 23060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.55 | **Nonpriority creditor's name and mailing address** | $1,923,298.15 |
|---|---|---|

CHS
P.O. BOX 82289
LINCOLN, NE 68501-2289

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.56 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

CHS, INC.
C/O HOUGHTON VANDENACK WILLIAM WHITTED WEAVER
PARSONAGE LLC
6457 FRANCES STREET
SUITE 100
OMAHA, NE 68106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Civil Action No. 8:15-cv-00429

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor    Abengoa Bioenergy Company, LLC
          Name                                                            Case number *(if known)*  16-41165 (KAS)

**Part 2:**  **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.57** | **Nonpriority creditor's name and mailing address** | $1,882.88

CINTAS CORPORATION
9333 EAST 35TH STREET
WICHITA, KS 67226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.58** | **Nonpriority creditor's name and mailing address** | $7,868.64

CINTAS, FIRST AID & SAFETY
PO BOX 631025
CINCINNATI, OH 45263-1025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.59** | **Nonpriority creditor's name and mailing address** | $1,937.00

CIRUS WATER
4430 W 29TH CIRCLE S
WICHITA, KS 67215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.60** | **Nonpriority creditor's name and mailing address** | $4,007,037.02

CITIBANK N.A.
399 PARK AVE
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.61** | **Nonpriority creditor's name and mailing address** | $138.95

CITY OF COLWICH
P.O. BOX 158
COLWICH, KS 67030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|--------|--------------------------------|--------------------------|----------------|
|        | Name                           |                          |                |

---

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.62 | Nonpriority creditor's name and mailing address | | $148.39 |
|------|--------------------------------------------------|--|---------|

CITY OF PORTALES
100 W FIRST
PORTALES, NM 88130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.63 | Nonpriority creditor's name and mailing address | | $16,019.15 |
|------|--------------------------------------------------|--|-----------|

CITY OF YORK
100 E. 4TH STREET
YORK, NE 68467-0507

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.64 | Nonpriority creditor's name and mailing address | | $5,298.07 |
|------|--------------------------------------------------|--|-----------|

CLOVIS EQUIPMENT & SUPPLY
821 EAST 2ND PO BOX 946
CLOVIS, NM 88101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.65 | Nonpriority creditor's name and mailing address | | $50.00 |
|------|--------------------------------------------------|--|--------|

COLORADO DEPARTMENT OF AGRICULTURE
2331 WEST 31ST AVE.
DENVER, CO 80211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.66 | Nonpriority creditor's name and mailing address | | $1,609.50 |
|------|--------------------------------------------------|--|-----------|

COMPLIANCE TESTING AND TECHNOLOGY,
W67 N250 EVERGREEN BLVD, STE 100
CEDARBURG, WI 53012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

| 3.67 | **Nonpriority creditor's name and mailing address** | | $16,528.68 |
|---|---|---|---|

CONNEY SAFETY PRODUCTS, LLC.
PO BOX 44575
MADISON, WI 53744-4575

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.68 | **Nonpriority creditor's name and mailing address** | | $1,400.00 |
|---|---|---|---|

CONSOLIDATED WATER SOLUTIONS INC
10100 J STREET
OMAHA, NE 68127

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | | $44,544.68 |
|---|---|---|---|

CONTROL-TECH,INC
8938 N PRAIRIE POINTE
PEORIA, IL 61615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | | $267.95 |
|---|---|---|---|

CORNERSTONE BANK
PO BOX 69
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | | $2,750.00 |
|---|---|---|---|

COUNTRYSIDE LAWN & TREE CARE INC
1630 E 37TH ST. N
WICHITA, KS 67219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Abengoa Bioenergy Company, LLC
_____
Name

Case number (if known) 16-41165 (KAS)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.72**  **Nonpriority creditor's name and mailing address**    $126,666.92

COUNTY OF SEDGWICK DBA SEDGWICK
PO BOX 2961
WICHITA, KS 67201-2961

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.73**  **Nonpriority creditor's name and mailing address**    $400.00

CULLUM & BROWN OF WICHITA, INC
3717 NORTH RIDGEWOOD STREET
WICHITA, KS 67220

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.74**  **Nonpriority creditor's name and mailing address**    $155.00

CWC OF YORK, INC DBA
207 EAST 4TH STREET
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.75**  **Nonpriority creditor's name and mailing address**    $10,875.00

DATATRONICS, INC.
2624 EAST BROADWAY
ALTON, IL 62002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.76**  **Nonpriority creditor's name and mailing address**    $823.28

DE LAGE LANDEN FINANCIAL SERVICES I
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Abengoa Bioenergy Company, LLC
　　　　　Name

Case number (if known) 16-41165 (KAS)

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address** | $178,015,530.00 |
|---|---|---|

DEUTSCHE BANK AG, LONDON BRANCH, AS FISCAL AGENT
ATTN: GENERAL COUNSEL
WINCHESTER HOUSE
1 GREAT WINCHESTER STREET
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 6.25% Senior Unsecured Convertible Notes due 2019
issued under and indenture dated as of January 17, 2013 in the original principal amou

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.78 | **Nonpriority creditor's name and mailing address** | $450,000,000.00 |
|---|---|---|

DEUTSCHE BANK TRUST COMPANY AMERICAS
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 7.75% Senior Notes due 2020 issued under an
indenture dated as of December 13, 2013 in the principal amount of $450 million plus a

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.79 | **Nonpriority creditor's name and mailing address** | $412,837,500.00 |
|---|---|---|

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 7.0% Senior Notes due 2020 issued under an
indenture dated as of April 21, 2015 in the principal amount of €375 million plus accrue

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.80 | **Nonpriority creditor's name and mailing address** | $550,450,000.00 |
|---|---|---|

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 6.0% Senior Notes due 2021 issued under an
indenture dated as of March 27, 2014 in the principal amount of €500 million plus accru

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.81 | **Nonpriority creditor's name and mailing address** | $550,450,000.00 |
|---|---|---|

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 8.5% Senior Unsecured Notes due 2016 under a
fiscal agency agreement dated as of March 31, 2010 in the principal amount of €500 mi

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor    Abengoa Bioenergy Company, LLC
_____
Name                                        Case number *(if known)* 16-41165 (KAS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.82**

**Nonpriority creditor's name and mailing address**                                                     $650,000,000.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 8.875% Senior Notes due 2017 under an indenture dated as of October 28, 2010 in the principal amount of $650 million plus accrued inter

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.83**

**Nonpriority creditor's name and mailing address**                                                     $605,495,000.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 8.875% Senior Notes due 2018 under an indenture dated as of February 5, 2013 in the principal amount of €550 million plus accrued intere

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.84**

**Nonpriority creditor's name and mailing address**                                                     $291,738,500.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 5.5% Senior Notes due 2019 issued under an indenture dated as of September 30, 2014 in the principal amount of €265 million plus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.85**

**Nonpriority creditor's name and mailing address**                                                     $300,000,000.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 6.5% Senior Notes due 2019 issued under an indenture dated as of September 30, 2014 in the principal amount of $300 million plus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.86**

**Nonpriority creditor's name and mailing address**                                                     $237,200.57

DEWINE MECHANICAL, INC.
1267 EAST 32ND AVE
COLUMBUS, NE 68601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.87 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

DEWINE MECHANICAL, INC.
C/O SHERWOOD, HARPER, DAKAN, UNRUH & PRATT, LC
P.O. BOX 830
0
WICHITA, KS 67201-0830

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. 2015-SL-000780-ML

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.88 | **Nonpriority creditor's name and mailing address** | | $498.49 |
|---|---|---|---|

DOCUMENT & NETWORK TECHNOLOGIES
2275 CASSENS COURT, SUITE 112
FENTON, MO 63026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.89 | **Nonpriority creditor's name and mailing address** | | $2,760.49 |
|---|---|---|---|

DOWCO VALVE COMPANY
700 SPIRAL BLVD
HASTINGS, MN 55033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.90 | **Nonpriority creditor's name and mailing address** | | $30,646.00 |
|---|---|---|---|

DRACOOL- USA
30 EAGLE COURT
CARLISLE, OH 45005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.91 | **Nonpriority creditor's name and mailing address** | | $103,632.50 |
|---|---|---|---|

DXP ENTERPRISES, INC DBA PRECISION
DALLAS, TX 75320-1791

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Abengoa Bioenergy Company, LLC
_____
         Name

Case number *(if known)* __16-41165 (KAS)__

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.92 | **Nonpriority creditor's name and mailing address** | | $32,870,672.00 |
|---|---|---|---|

EL INSTITUTO CREDITO OFFICIAL
ATTN: JAIME CERVERA/CONCHI BERROCAL
DEPARTMENT OF OPERATIONS PASEO DEL PRADO, 4
MADRID, 28014 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - ICO credit agreement dated July 30, 2015 in the principal amount of €30 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.93 | **Nonpriority creditor's name and mailing address** | | $916.18 |
|---|---|---|---|

EMPLOYEE_00108
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.94 | **Nonpriority creditor's name and mailing address** | | $159.09 |
|---|---|---|---|

EMPLOYEE_00124
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.95 | **Nonpriority creditor's name and mailing address** | | $100.00 |
|---|---|---|---|

EMPLOYEE_00286
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.96 | **Nonpriority creditor's name and mailing address** | | $142.01 |
|---|---|---|---|

EMPLOYEE_00396
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Abengoa Bioenergy Company, LLC
_____
Name

Case number (if known)    16-41165 (KAS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

| 3.97 | **Nonpriority creditor's name and mailing address** | $313.67 |
|---|---|---|

ENCORE ENERGY SERV, INC/XCEL ENERGY
11807 Q STREET SUITE 1
OMAHA, NE 68137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.98 | **Nonpriority creditor's name and mailing address** | $1,371,238.92 |
|---|---|---|

ENCORE ENERGY SERVICES, INC.
12120 PORT GRACE BLVD
LA VISTA, NE 68128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.99 | **Nonpriority creditor's name and mailing address** | $82,745,846.00 |
|---|---|---|

EUROPEAN INVESTMENT BANK
ATTN: GENERAL COUNSEL
98-100 BLVD. KONRAD ADENAUER
LUXEMBOURG, L-2950 LUXEMBOURG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - Finance contract dated July 6, 2015 in the principal amount of €125 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.100 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

FARMERS COOPERATIVE
C/O CROSBY GUENZEL, LLP
134 S. 13TH STREET,
SUITE 400
LINCOLN, NE 68508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. D17CI150000229

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.101 | **Nonpriority creditor's name and mailing address** | $1,015,229.69 |
|---|---|---|

FARMERS COOPERATIVE - DORCHESTER
208 WEST DEPOT
DORCHESTER, NE 68343-0263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Abengoa Bioenergy Company, LLC
_____
Name                                                    Case number *(if known)*  16-41165 (KAS)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.102**  **Nonpriority creditor's name and mailing address**                                                          $Undetermined

FARMERS COOPERATIVE ASSOCIATION OF RAVENNA
C/O CROSBY GUENZEL, LLP
134 S. 13TH STREET,
SUITE 400
LINCOLN, NE 68508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. D09CI150000682

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.103**  **Nonpriority creditor's name and mailing address**                                                          $14.57

FASTENAL COMPANY
921 N. GRANT AVE.
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.104**  **Nonpriority creditor's name and mailing address**                                                          $110,715.60

FOLEY EQUIPMENT COMPANY
1550 S WEST STREET
WICHITA, KS 67213

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.105**  **Nonpriority creditor's name and mailing address**                                                          $268.31

FOSS NORTH AMERICA, INC
8091 WALLACE ROAD
EDEN PRAIRIE, MN 55344

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.106**  **Nonpriority creditor's name and mailing address**                                                          $25,227.46

FREMONT INDUSTRIES, INC
4400 VALLEY INDUSTRIAL BLVD N
SHAKOPEE, MN 55379

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.107**   **Nonpriority creditor's name and mailing address**                                                    $167,243.97

GALENA PARK I.S.D. TAX COLLECTOR
PO BOX 113
GALENA PARK, TX 77547

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.108**   **Nonpriority creditor's name and mailing address**                                                    $414,191.48

GATX CORPORATION
222 WEST ADAMS STREET
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.109**   **Nonpriority creditor's name and mailing address**                                                    $735,057.61

GATX RAIL- LOCOMOTIVE RENTAL
222 WEST ADAMS STREET
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.110**   **Nonpriority creditor's name and mailing address**                                                    $771,817.83

GAVILON GR
1331 CAPITOL AVE
OMAHA, NE 68102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.111**   **Nonpriority creditor's name and mailing address**                                                    $7,903.96

GENERAL FIRE & SAFETY EQUIP.
2431 FAIRFIELD SUITE A
LINCOLN, NE 68521

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.112 | **Nonpriority creditor's name and mailing address** | | $5,484.09 |
|---|---|---|---|

GESTIÓN INTEGRAL DE RECURSOS HUMANOS, SA
RONDA TAMARGUILLO Nº 29 SEVILLA
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.113 | **Nonpriority creditor's name and mailing address** | | $3,537.61 |
|---|---|---|---|

HAMPEL OIL DISTRIBUTORS, INC.
PO BOX 875477
KANSAS CITY, MO 64187-5477

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.114 | **Nonpriority creditor's name and mailing address** | | $56,955.10 |
|---|---|---|---|

HARTLAND RENEWABLE FUELS, A
4245 S 143RD STREET, SUITE 1
OMAHA, NE 68137

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.115 | **Nonpriority creditor's name and mailing address** | | $1,677.33 |
|---|---|---|---|

HERITAGE-CRYSTAL CLEAN, LLC
13621 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0136

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.116 | **Nonpriority creditor's name and mailing address** | | $25,384,365.05 |
|---|---|---|---|

HSBC BANK USA, NA
1800 TYSONS BOULEVARD SUITE 50
MCLEAN, VA 22101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.117 | **Nonpriority creditor's name and mailing address** | | $6,179.84 |
|---|---|---|---|

HUTCHESON ENGINEERING PRODUCTS, INC
6405 JOHN J PERSHING DRIVE
OMAHA, NE 68112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.118 | **Nonpriority creditor's name and mailing address** | | $7,476.59 |
|---|---|---|---|

IBT INC.
PO BOX 873065
KANSAS CITY, MO 64187-3065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.119 | **Nonpriority creditor's name and mailing address** | | $23,798.40 |
|---|---|---|---|

ICM, INC.
310 N. FIRST
COLWICH, KS 67030

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.120 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

ICM, INC.
C/O FLEESON, GOOING, COULSON & KITCH, LLC
1900 EPIC CENTER, 301 NORTH MAIN
PO BOX 997
WICHITA, KS 67201-0997

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. 15SL0738

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.121 | **Nonpriority creditor's name and mailing address** | | $50.00 |
|---|---|---|---|

INDIANA STATE CHEMIST
175 SOUTH UNIVERSITY ST
WEST LAFAYETTE, IN 47907-2063

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Abengoa Bioenergy Company, LLC
          _____
          Name

Case number *(if known)*  16-41165 (KAS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.122**

**Nonpriority creditor's name and mailing address**

$2,609.02

INDUSTRIAL PIPE & SUPPLY COMPANY
13406 INDUSTRIAL ROAD
OMAHA, NE 68137

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.123**

**Nonpriority creditor's name and mailing address**

$14,247.07

INTERSTATE CHEMICAL COMPANY INC
P. O. BOX 295
BROOKFIELD, OH 44403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.124**

**Nonpriority creditor's name and mailing address**

$Undetermined

INTERSTATE COMMODITIES, INC.
C/O EVANS AND DIXON, LLC
211 NORTH BROADWAY
SUITE 2500
ST. LOUIS, MO 63102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. 16SL-CC00129

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.125**

**Nonpriority creditor's name and mailing address**

$12,905.00

INTERSTATE INDUSTRIAL VAC SERVICES,
5444 N. 103RD STREET
OMAHA, NE 68134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.126**

**Nonpriority creditor's name and mailing address**

$1,736.60

JACKSON SERVICES, INC.
981 33RD AVENUE PO BOX 706
COLUMBUS, NE 68602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.127** | **Nonpriority creditor's name and mailing address** | $6,722.19

JACOBS CORPORATION
PO BOX 727
HARLAN, IA 51537-0727

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.128** | **Nonpriority creditor's name and mailing address** | $6,970.84

JCI INDUSTRIES, INC.
PO BOX 411114
KANSAS CITY, MO 64141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.129** | **Nonpriority creditor's name and mailing address** | $1,075.35

JJJ & GIB DBA HARTLAND CLEANING SER
5100 N 57TH STREET
LINCOLN, NE 68501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.130** | **Nonpriority creditor's name and mailing address** | $32,887.95

JOSE RUIZ GRANADOS
PLAZA DE LA MAGDALENA, 9 PL. 2
SEVILLA, 41001 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.131** | **Nonpriority creditor's name and mailing address** | $88.50

KAN-SEAL DBA MENARD, INC
1905 HIGHWAY 75
BURLINGTON, KS 66839

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.132**  Nonpriority creditor's name and mailing address                                                    $7,920.00

KANSAS & OKLAHOMA RAILROAD
PO BOX 790343
ST. LOUIS, MO 63179-0343

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.133**  Nonpriority creditor's name and mailing address                                                    $2,290.36

KANSAS DEPARTMENT OF AGRICULTURE
1320 RESEARCH PARK DRIVE
MANHATTAN, KS 66502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.134**  Nonpriority creditor's name and mailing address                                                    $Undetermined

KANSAS DEPARTMENT OF HEALTH & ENVIRONMENT
130 SOUTH MARKET
SUITE 6050
BUREAU OF ENVIRONMENTAL FIELD SERVICES
SOUTH CENTRAL DISTRICT OFFICE
WICHITA, KS 67202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Environmental Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.135**  Nonpriority creditor's name and mailing address                                                    $Undetermined

KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT
OFFICE OF LEGAL SERVICES, CURTIS STATE OFFICE BUILDING
1000 SW JACKSON
TOPEKA, KS 66612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Environmental Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.136**  Nonpriority creditor's name and mailing address                                                    $1,817.09

KANSAS GRAIN COMMODITIES
1320 RESEARCH PARK DRIVE
MANHATTAN, KS 66502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.137 | **Nonpriority creditor's name and mailing address** | | $14,327.90 |
|---|---|---|---|

KNIPP EQUIPMENT, INC DBA KANSAS
PO BOX 595
WICHITA, KS 67201-0595

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.138 | **Nonpriority creditor's name and mailing address** | | $6,656.14 |
|---|---|---|---|

KOLEY JESSEN P.C.
ONE PACIFIC PLACE SUITE 800 1125 SO
OMAHA, NE 68124-1079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.139 | **Nonpriority creditor's name and mailing address** | | $733.00 |
|---|---|---|---|

KOPCHOS SANITATION
905 W 8TH
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.140 | **Nonpriority creditor's name and mailing address** | | $10,032,830.20 |
|---|---|---|---|

LA CAIXA
28660 BOADILLA DEL MONTE, MADRID
 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.141 | **Nonpriority creditor's name and mailing address** | | $925.98 |
|---|---|---|---|

LARUE DISTRIBUTING, INC
PO BOX 45119
OMAHA, NE 68145-6119

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.142 | **Nonpriority creditor's name and mailing address** | | $81,997.86 |
|---|---|---|---|

LLL TRANSPORT INC
216 1/2 N MAIN STREET
BROOKFIELD, MO 64628

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.143 | **Nonpriority creditor's name and mailing address** | | $4,298.92 |
|---|---|---|---|

M J MURPHY OIL CO, INC.
498 KS. HWY 99
MOLINE, KS 67353

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.144 | **Nonpriority creditor's name and mailing address** | | $29,180.95 |
|---|---|---|---|

MATHESON TRI GAS, INC DBA LINWELD
PO BOX 845502
DALLAS, TX 75284-5502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.145 | **Nonpriority creditor's name and mailing address** | | $9,607.85 |
|---|---|---|---|

MEDICAL ENTERPRISES INC
10404 ESSEX COURT SUITE 200
OMAHA, NE 68114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.146 | **Nonpriority creditor's name and mailing address** | | $6,065.62 |
|---|---|---|---|

MH LOGISTICS CORP DBA MH
PO BOX 50
MOSSVILLE, IL 61552

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Abengoa Bioenergy Company, LLC                 Case number *(if known)*   16-41165 (KAS)
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.147 | **Nonpriority creditor's name and mailing address** | $1,032.00 |
|---|---|---|

MICRO MOTION, INC.
PO BOX 70707
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.148 | **Nonpriority creditor's name and mailing address** | $7,941.77 |
|---|---|---|

MID-STATES SUPPLY COMPANY, INC.
P. O. BOX 804482
KANSAS CITY, MO 64108-4482

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.149 | **Nonpriority creditor's name and mailing address** | $81,170.58 |
|---|---|---|

MIDLAND SCIENTIFIC, INC.
1202 SOUTH 11TH STREET
OMAHA, NE 68108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.150 | **Nonpriority creditor's name and mailing address** | $21,458.00 |
|---|---|---|

MIDSTATES BLOWER, INC.
5117 BRIGHTON AVE
KANSAS CITY, MO 64130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.151 | **Nonpriority creditor's name and mailing address** | $42,856.76 |
|---|---|---|

MIDWEST COOLING TOWERS, INC
1156 HWY 19 EAST
CHICKASHA, OK 73018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.152** | **Nonpriority creditor's name and mailing address** | $424.28

MIDWEST ELECTRIC & MACHINE
2939 W PAWNEE
WICHITA, KS 67213

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.153** | **Nonpriority creditor's name and mailing address** | $15,044.20

MILLER & WILLEFORD CONTRACTING, INC
2247 SEWELL STREET
LINCOLN, NE 68502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.154** | **Nonpriority creditor's name and mailing address** | $3.80

MORRIS, LOWRY
2329 CHADSWORTH CT
WICHITA, KS 67205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.155** | **Nonpriority creditor's name and mailing address** | $6,865.01

MRL CRANE SERVICE
4331 JUERGEN RD
GRAND ISLAND, NE 68801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.156** | **Nonpriority creditor's name and mailing address** | $1,400.00

MSDSONLINE, INC.
27185 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Abengoa Bioenergy Company, LLC
_____
Name

Case number *(if known)* 16-41165 (KAS)

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** | $1,689.59 |

MURDOCK ELECTRIC & SUPPLY CO.
PO BOX 2775
WICHITA, KS 67201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.158 | **Nonpriority creditor's name and mailing address** | $78,187,559.43 |

MUREX LLC
5057 KELLER SPRINGS RD, #150
ADISSON, TX 75001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.159 | **Nonpriority creditor's name and mailing address** | $117,548.64 |

NALCO COMPANY
P.O. BOX 70716
CHICAGO, IL 60673-0716

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.160 | **Nonpriority creditor's name and mailing address** | $Undetermined |

NEBRASKA DEPARTMENT OF ENVIRONMENTAL QUALITY
SUITE 400, THE ATRIUM
1200 'N' STREET
P.O. BOX 98922
LINCOLN, NE 68509-8922

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Environmental Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.161 | **Nonpriority creditor's name and mailing address** | $3,779.31 |

NEBRASKA SAFETY COUNCIL
3243 CORNHUSKER HIGHWAY SUITE A10
LINCOLN, NE 68504-1592

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Abengoa Bioenergy Company, LLC                                              Case number *(if known)* 16-41165 (KAS)
_____
Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.162 | **Nonpriority creditor's name and mailing address** | | $1,158.93 |
|---|---|---|---|

NISSAN MOTOR ACCEPTANCE CORPORATION
PO BOX 78133
PHOENIX, AZ 85062-8133

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | | $6,008.48 |
|---|---|---|---|

NORTHWEST ELECTRIC, LLC
1414 EAST 23RD STREET
COLUMBUS, NE 68601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | | $30.00 |
|---|---|---|---|

OFFICE OF THE STATE FIRE MARSHAL
800 S.W. JACKSON, SUITE 104
TOPEKA, KS 66612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | | $2,213.79 |
|---|---|---|---|

OKLAHOMA DEPARTMENT OF AGRICULTURE
2800 NORTH LINCOLN BOULEVARD
OKLAHOMA CITY, OK 73105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | | $15,834.75 |
|---|---|---|---|

OLSSON ASSOCIATES, INC.
PO BOX 84608
LINCOLN, NE 68501-4608

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Abengoa Bioenergy Company, LLC
            _____
            Name

Case number (if known) __16-41165 (KAS)__

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

| 3.167 | **Nonpriority creditor's name and mailing address** | $7,138.00 |
|---|---|---|

OVERHEAD DOOR COMPANY-WICHITA KS
PO BOX 305
WICHITA, KS 67201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.168 | **Nonpriority creditor's name and mailing address** | $8,336.18 |
|---|---|---|

P.J. COBERT ASSOCIATES, INC.
P.O. BOX 460046
ST. LOUIS, MO 63146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.169 | **Nonpriority creditor's name and mailing address** | $2,805.00 |
|---|---|---|

PACE ANALYTICAL SERVICES INC
9608 LOIRET BLVD
LENEXA, KS 66219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.170 | **Nonpriority creditor's name and mailing address** | $218,876.60 |
|---|---|---|

PERENNIAL PUBLIC POWER DISTRICT
PO BOX 219 2122 SOUTH LINCOLN AVE
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.171 | **Nonpriority creditor's name and mailing address** | $801.65 |
|---|---|---|

PERKINELMER LAS, INC
710 BRIDGEPORT AVENUE
SHELTON, CT 06484

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.172** | **Nonpriority creditor's name and mailing address** | $17,630.00

PHIBROCHEM, INC
GLENPOINTE CENTER EAST, 3RD FL.
TEANECK, NJ 07666-6712

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.173** | **Nonpriority creditor's name and mailing address** | $141,600.17

PINNACLE ENGINEERING INC.
P. O. BOX 1691
MINNEAPOLIS, MN 55480-1691

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.174** | **Nonpriority creditor's name and mailing address** | $433.30

PIPING RESOURCES, INC.
4502 F STREET
OMAHA, NE 68117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.175** | **Nonpriority creditor's name and mailing address** | $9,904.00

PLANT MAINTENANCE SERVICES,
532 INDUSTRIAL ROAD
GODDARD, KS 67052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.176** | **Nonpriority creditor's name and mailing address** | $305.30

PLATTE VALLEY COMMUNICATIONS
PO BOX 5556 3820 WEST ARCH AVENUE
GRAND ISLAND, NE 68802-5556

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.177 | Nonpriority creditor's name and mailing address | | $16,007.01 |
|---|---|---|---|

PLIBRICO COMPANY LLC DBA
2815 N 11TH STREET
OMAHA, NE 68110

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.178 | Nonpriority creditor's name and mailing address | | $684.08 |
|---|---|---|---|

PRECISION FITTING AND GAUGE COMPANY
1214 S JOPLIN AVE
TULSA, OK 74112

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.179 | Nonpriority creditor's name and mailing address | | $12,620.65 |
|---|---|---|---|

PREMIUM PLANT SERVICES
1336 E. 31ST STREET
HIBBING, MN 55746

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.180 | Nonpriority creditor's name and mailing address | | $102,958.40 |
|---|---|---|---|

PUMPING SOLUTIONS, INC
2850 WEST 139TH STREET
BLUE ISLAND, IL 60406

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.181 | Nonpriority creditor's name and mailing address | | $48,204.18 |
|---|---|---|---|

QUALITY LIQUID FEEDS, INC
3586 STATE ROAD 23 NORTH
DODGEVILLE, WI 53533

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Abengoa Bioenergy Company, LLC
_____
Name

Case number (if known)  16-41165 (KAS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.182 | **Nonpriority creditor's name and mailing address** | | $475.00 |
|---|---|---|---|

R&S TRACK MAINTENANCE INC
31 CLEAR LAKE
COLUMBUS, NE 68601

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.183 | **Nonpriority creditor's name and mailing address** | | $1,109.93 |
|---|---|---|---|

RAM PRODUCTS
PO BOX 821159
FT.WORTH, TX 76182-1159

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.184 | **Nonpriority creditor's name and mailing address** | | $120,121.64 |
|---|---|---|---|

RED BRICK ELECTRIC, INC.
2280 S STATE RD 14
KINGMAN, KS 67068

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.185 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

RED BRICK ELECTRIC, LLC
2280 S STATE RD 14
KINGMAN, KS 67068

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.186 | **Nonpriority creditor's name and mailing address** | | $906.00 |
|---|---|---|---|

ROEMER MACHINE & WELDING
PO BOX 2509
DAVENPORT, IA 52809-2509

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number (if known) | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.187 | **Nonpriority creditor's name and mailing address** | | $146,561.08 |
|---|---|---|---|

ROOSEVELT COUNTY TREASURER
109 W. 1ST STREET, SUITE 101A
PORTALES, NM 88130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | | $11,390.65 |
|---|---|---|---|

SAI-GLOBAL, INC.
SUITE 425 2 SUMMIT PARK DRIVE
INDEPENDENCE, OH 44131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | | $24,296,720.43 |
|---|---|---|---|

SANTANDER SPAIN
EDIFICIO PEDREÑA – PLANTA S1
AV. GRAN VÍA DE HORTALEZA 3
MANUEL FERNÁNDEZ GARCÍA
GLOBAL TRANSACTION BANKING - BANCA MAYORISTA ESPAÑA
MADRID, 28033 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | | $11,628.58 |
|---|---|---|---|

SAPP BROTHERS
PO BOX 249
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | | $675.00 |
|---|---|---|---|

SARGENT DRILLING ( BROKEN BOW, NE)
P.O. BOX 627          HC 7
BROKEN BOW, NE 68822

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Abengoa Bioenergy Company, LLC
_____                        Case number (if known) __16-41165 (KAS)__
           Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.192 | **Nonpriority creditor's name and mailing address** | | $563.75 |

SCALES SALES AND SERVICE INC
P.O. BOX 641400
OMAHA, NE 68164

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.193 | **Nonpriority creditor's name and mailing address** | | $2,497.72 |

SCHENDEL PEST SERVICES, THE
1035 SE QUINCY ST.
TOPEKA, KS 66612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.194 | **Nonpriority creditor's name and mailing address** | | $10,673.80 |

SDK LABORATORIES
1000 COREY ROAD PO BOX 886
HUTCHINSON, KS 67501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.195 | **Nonpriority creditor's name and mailing address** | | $252,175.48 |

SENECA WASTE SOLUTION LLC
4140 E 14TH ST P O BOX 3360
DES MOINES, IA 50313

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.196 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

SENECA WASTE SOLUTIONS, INC.
C/O MOREFIELD SPEICHER BACHMAN, LC
11814 W. 135TH ST.
0
OVERLAND PARK, KS 66221

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. 16SL-CC00711

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor    Abengoa Bioenergy Company, LLC
_____
Name

Case number (if known) __16-41165 (KAS)__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.197** | **Nonpriority creditor's name and mailing address** | $17,153.15

SERVI-TECH LABORATORIES
PO BOX, 1397
DODGE CITY, KS 67801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.198** | **Nonpriority creditor's name and mailing address** | $13,104.00

SGS NORTH AMERICA INC.
900 GEORGIA AVE., SUITE 1000
DEER PARK, TX 77536

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.199** | **Nonpriority creditor's name and mailing address** | $3,480.00

SIGG TOOL & FABRICATION
27132 W 61ST STREET NORTH
ANDALE, KS 67001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.200** | **Nonpriority creditor's name and mailing address** | $229,255.50

SIMOSA IT SA
C/ ENERGÍA SOLAR Nº1, PALMAS ALTAS. 41014 SEVILLA
 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.201** | **Nonpriority creditor's name and mailing address** | $65,668.94

SIMOSA IT US, LLC
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Abengoa Bioenergy Company, LLC
_____
Name

Case number *(if known)*  16-41165 (KAS)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.202  Nonpriority creditor's name and mailing address**                                           $1,454,267,983.00

SOCIÉTÉ GÉNÉRALE, SUCURSAL EN ESPAÑA, AS AGENT
ATTN: GENERAL COUNSEL
TORRE PICASSO
PLAZA DE PABLO RUIZ PICASSO, 1
MADRID, 28020 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - Syndicated credit facility dated September 30, 2014 in the principal amount of €1,321.0 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.203  Nonpriority creditor's name and mailing address**                                           $1,100,900.00

SPANISH COMISARIO, BONDHOLDERS SL
ATTN: GENERAL COUNSEL
AV. FRANCIA 17, A, 1
VALENCIA, 46023 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - $279 million 5.125% Exchangeable Notes due 2017 in the principal outstanding amount of €1 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.204  Nonpriority creditor's name and mailing address**                                           $2,659.33

STAPLES ADVANTAGE
PO BOX 83689
CHICAGO, IL 60696-3689

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.205  Nonpriority creditor's name and mailing address**                                           $190.56

SUNFLOWER SERVICE CENTER LLC
102 RANCH LAND DR.
INMAN, KS 67546

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.206  Nonpriority creditor's name and mailing address**                                           $641,914.35

THE ANDERSONS INC - RAIL
NW 6172, PO BOX 1450
MINNEAPOLIS, MN 55485-6172

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

**3.207** | **Nonpriority creditor's name and mailing address** | $3,131.28

THE CIT GROUP/EQUIPMENT
CHURCH STREET STATION
NEW YORK, NY 10261-4339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.208** | **Nonpriority creditor's name and mailing address** | $602.72

THE PRINT SOURCE, INC.
P. O. BOX 12748
WICHITA, KS 67277-2748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.209** | **Nonpriority creditor's name and mailing address** | $22,074,592.87

THE ROYAL BANK OF SCOTLAND PLC
101 PARK AVENUE
NEW YORK, NY 10178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.210** | **Nonpriority creditor's name and mailing address** | $58.00

THOMAS SCIENTIFIC INC.
1654 HIGH HILL ROAD
SWEDESBORO, NJ 08085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.211** | **Nonpriority creditor's name and mailing address** | $298.00

THOMSON REUTERS- WEST
620 OPPERMAN DRIVE
EAGAN, MN 55123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.212 | Nonpriority creditor's name and mailing address | | $670.00 |
|---|---|---|---|

TLS CONSTRUCTION, LLC
1403 RD P
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.213 | Nonpriority creditor's name and mailing address | | $3,021.00 |
|---|---|---|---|

TOMES INDUSTRIES
P.O. BOX 278
UTICA, NE 68456

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.214 | Nonpriority creditor's name and mailing address | | $32,422.30 |
|---|---|---|---|

TRANE US INC
3600 PAMMEL CREEK ROAD
LA CROSSE, WI 54601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.215 | Nonpriority creditor's name and mailing address | | $4,802.00 |
|---|---|---|---|

TRIHYDRO CORPORATION
1252 COMMERCE DRIVE
LARAMIE, WY 82070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.216 | Nonpriority creditor's name and mailing address | | $8,595.44 |
|---|---|---|---|

TYSON FRESH MEATS
PO BOX 32350
AMARILLO, TX 79120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.217 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

U.S. ENVIRONMENTAL PROTECTION AGENCY
901 N. 5TH ST.
KANSAS CITY, KS 66101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Environmental Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | | $21,314.07 |
|---|---|---|---|

UNION PACIFIC RAILROAD
DALLAS, TX 75284-3465

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | | $1,533.22 |
|---|---|---|---|

UNITED HEALTHCARE INSURANCE COMPANY
22561 NETWORK PLACE
CHICAGO, IL 60673-1225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | | $882.82 |
|---|---|---|---|

UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132-0577

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | | $3,515.90 |
|---|---|---|---|

UNITED RENTALS
E FIRESTONE BLVD.
DOWNEY, CA 90241-5508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Abengoa Bioenergy Company, LLC | Case number *(if known)* | 16-41165 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.222 | Nonpriority creditor's name and mailing address | | $85.00 |
|---|---|---|---|

UNITED STATES TREASURY
ST. LOUIS, MO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.223 | Nonpriority creditor's name and mailing address | | $95,211.73 |
|---|---|---|---|

UNIVAR USA INC
REDMOND, WA 98052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.224 | Nonpriority creditor's name and mailing address | | $2,209.15 |
|---|---|---|---|

UNIVERSAL LUBRICANTS
2824 N OHIO
WICHITA, KS 67201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.225 | Nonpriority creditor's name and mailing address | | $7,825.00 |
|---|---|---|---|

UTTER PRECISION, INC.
PO BOX 337 201 SECOND ST
UTICA, NE 68456

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.226 | Nonpriority creditor's name and mailing address | | $774.71 |
|---|---|---|---|

VWR INTERNATIONAL INC
1310 GOSHEN PARKWAY
WEST CHESTER, PA 19380

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Abengoa Bioenergy Company, LLC
_____
Name

Case number (if known) _16-41165 (KAS)_

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.227 | Nonpriority creditor's name and mailing address | | $3,731.95 |
|---|---|---|---|

WASTE CONNECTIONS OF KANSAS, INC
2745 N. OHIO
WICHITA, KS 67219

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

Last 4 digits of account number

☐ No
☐ Yes

| 3.228 | Nonpriority creditor's name and mailing address | | $606,331.73 |
|---|---|---|---|

WELLS FARGO BANK N.A
300 TRI-STATE INTERNATIONAL SUITE 4
LINCOLNSHIRE, IL 60069

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

Last 4 digits of account number

☐ No
☐ Yes

| 3.229 | Nonpriority creditor's name and mailing address | | $218,621.94 |
|---|---|---|---|

WESTAR ENERGY
PO BOX 758500
TOPEKA, KS 66675-8500

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

Last 4 digits of account number

☐ No
☐ Yes

| 3.230 | Nonpriority creditor's name and mailing address | | $19,271.69 |
|---|---|---|---|

WESTCO INTERNATIONAL INC.
WESTCO INTERNATIONAL 3012 E. 23RD S
COLUMBUS, NE 68601

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

Last 4 digits of account number

☐ No
☐ Yes

| 3.231 | Nonpriority creditor's name and mailing address | | $Undetermined |
|---|---|---|---|

WESTCO INTERNATIONAL, INC.
C/O BALLEW COVALT HAZEN, PC LLO
1045 LINCOLN MALL, SUITE 200
P.O. BOX 81229
LINCOLN, NE 68501-1229

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim, Case No. C02CI150015225

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

Last 4 digits of account number

☒ No
☐ Yes

Debtor   Abengoa Bioenergy Company, LLC
    Name

Case number *(if known)*  16-41165 (KAS)

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

| 3.232 | **Nonpriority creditor's name and mailing address** | $1,473.92 |

WINDSTREAM COMMUNICATIONS
PO BOX 9001908
LOUISVILLE, KY 40290-1908

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.233 | **Nonpriority creditor's name and mailing address** | $2,908.91 |

WINDSTREAM COMMUNICATIONS
PO BOX 580451
CHARLOTTE, NC 28258-0451

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.234 | **Nonpriority creditor's name and mailing address** | $50,311.91 |

YOKOGAWA CORP OF AMERICA
2 DART ROAD
NEWMAN, GA 30265

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.235 | **Nonpriority creditor's name and mailing address** | $270,447.50 |

YORK COUNTY TREASURER
510 SOUTH LINCOLN AVENUE
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.236 | **Nonpriority creditor's name and mailing address** | $1,236.13 |

YORK PRINTING CO & COPY CENTER
228 E. 5TH STREET
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Abengoa Bioenergy Company, LLC      Case number (if known) 16-41165 (KAS)
     Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $ | 0.00 |
|  |  |  | + undetermined amounts |
| 5b.  **Total claims from Part 2** | 5b. **+** | $ | 6,222,427,134.63 |
|  |  |  | + undetermined amounts |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,222,427,134.63 |
|  |  |  | + undetermined amounts |

**Fill in this information to identify the case and this filing:**

Debtor Name __Abengoa Bioenergy Company, LLC__

United States Bankruptcy Court for the: __Eastern__ District of __Missouri__
(State)

Case number (*If known*): __16-41665 (KAS)__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule __E/F__*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/24/2017__           ✗ _____
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

Sandra Porras Serrano
Printed name

Chief Financial Officer
Position or relationship to debtor