**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>ABENGOA BIOENERGY US HOLDING, LLC, *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 16-41161-659**<br><br>**(Jointly Administered)** |

## MEMORANDUM TO THE COURT

The Amended Schedule E/F for Abengoa Bioenergy US Holding, LLC (16-41161) includes the following amendments:

- Claim of Abengoa Bioenergy of Illinois, LLC is Contingent, Unliquidated, and Disputed.

- Claim of Abengoa Bioenergy of Indiana, LLC is Contingent, Unliquidated, and Disputed.

- Insertion of footnote stating that the above-referenced claims may be equity.

- Addition of claim of Compañía Española de Financiación del Desarrollo, Cofides, S.A ("Cofides") as Contingent, Unliquidated, and in the amount of $45,875,000.00.

The Amended Summary of Assets and Liabilities for Abengoa Bioenergy US Holding, LLC (16-41161) incorporates the above-referenced amendments.

The Amended Schedule H for Abengoa Bioenergy US Holding, LLC (16-41161) includes the claim of Cofides and the Abengoa Bioenergy Operations, LLC guarantee.

Dated: May 26, 2017
      St. Louis, Missouri

Respectfully submitted,

**ARMSTRONG TEASDALE LLP**

*/s/ Richard W. Engel, Jr.*
Richard W. Engel, Jr. #34641MO
Susan K. Ehlers #49855MO
Erin M. Edelman, #67374MO
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 621-5070
Facsimile: (314) 621-5065
rengel@armstrongteasdale.com
sehlers@armstrongteasdale.com
eedelman@armstrongteasdale.com

*Local Counsel to the Debtors and Debtors in Possession*

-and-

**DLA PIPER LLP (US)**
Richard A. Chesley #6240877IL
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
(312) 368-4000
(312) 236-7516 (facsimile)
richard.chesley@dlapiper.com

R. Craig Martin, Esq. #005032DE
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
(302) 468-5700
(302) 394-2341 (facsimile)
craig.martin@dlapiper.com

*Counsel to the Debtors and Debtors in Possession*

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals           12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ _____

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................... $ _____
   + undetermined amounts

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... $ _____
   + undetermined amounts

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............. $ _____

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................... $ _____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................... **+** $ _____
   + undetermined amounts

4. **Total liabilities**................................................................................................................................
   Lines 2 + 3a + 3b
   $ _____
   + undetermined amounts

Official Form 206Sum            Summary of Assets and Liabilities for Non-Individuals            page 1

**Fill in this information to identify the case:**

Debtor: Abengoa Bioenergy US Holding, LLC

United States Bankruptcy Court for the: Eastern District of Missouri (State)

Case number (If known): 16-41161 (KAS)

☒ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>ARIZONA DEPARTMENT OF REVENUE<br>1600 W MONROE ST<br>PHOENIX, AZ 85007 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ Undetermined | $ Undetermined |
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>Tax Claim | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | | |
| **2.2** Priority creditor's name and mailing address<br>CALIFORNIA FRANCHISE TAX BOARD<br>3321 POWER INN RD #250<br>SACRAMENTO, CA 95826 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ Undetermined | $ Undetermined |
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>Tax Claim | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | | |
| **2.3** Priority creditor's name and mailing address<br>COLORADO DEPARTMENT OF LABOR & EMPLOYMENT<br>633 17TH ST.<br>DENVER, CO 80202-3660 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ Undetermined | $ Undetermined |
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>Tax Claim | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | | |

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1 of 12

| Debtor | Abengoa Bioenergy US Holding, LLC | Case number (if known) | 16-41161 (KAS) |
|---|---|---|---|
| | Name | | |

# Part 1. Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

---

**2.4** **Priority creditor's name and mailing address** — $Undetermined — $Undetermined

COLORADO DEPARTMENT OF REVENUE
ATTN: EXECUTIVE DIRECTOR
1375 SHERMAN ST.
DENVER, CO 80261

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.5** **Priority creditor's name and mailing address** — $Undetermined — $Undetermined

DISTRICT OF COLUMBIA - OFFICE OF TAX AND REVENUE
1101 4TH STREET, SW
SUITE 270 WEST
WASHINGTON, DC 20024

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.6** **Priority creditor's name and mailing address** — $Undetermined — $Undetermined

DISTRICT OF COLUMBIA DEPARTMENT OF LABOR
200 CONSTITUTION AVE. NW
WASHINGTON, DC 20210

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.7** **Priority creditor's name and mailing address** — $Undetermined — $Undetermined

FLORIDA DEPARTMENT OF REVENUE
ATTN: MARIA JOHNSON, PROGRAM DIRECTOR
5050 W TENNESSEE ST.
TALLAHASSEE, FL 32399-0100

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Abengoa Bioenergy US Holding, LLC | Case number *(if known)* | 16-41161 (KAS) |
|---|---|---|---|
| | Name | | |

# Part 1. Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim** | **Priority amount**

---

**2.8** **Priority creditor's name and mailing address**  $Undetermined  $Undetermined

ILLINOIS DEPARTMENT OF REVENUE
45 EISENHOWER DR STE 220
PARAMUS, NJ 07652

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.9** **Priority creditor's name and mailing address**  $Undetermined  $Undetermined

ILLINOIS DIRECTOR OF EMPLOYMENT SECURITY
ATTN: JEFF MAYS
33 S STATE ST., 9TH FLOOR
CHICAGO, IL 60603

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.10** **Priority creditor's name and mailing address**  $Undetermined  $Undetermined

INDIANA DEPARTMENT OF REVENUE
100 N SENATE AVE RM N248
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.11** **Priority creditor's name and mailing address**  $Undetermined  $Undetermined

INDIANA DEPT. OF WORKFORCE DEVELOPMENT
INDIANA GOVERNMENT CENTER SOUTH
10 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor  __Abengoa Bioenergy US Holding, LLC__  Case number *(if known)* __16-41161 (KAS)__
           Name

# Part 1.  Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.12** **Priority creditor's name and mailing address**                                $Undetermined        $Undetermined

INTERNAL REVENUE SERVICE
1222 SPRUCE STREET
ST LOUIS, MO 63103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.13** **Priority creditor's name and mailing address**                                $Undetermined        $Undetermined

KANSAS DEPARTMENT OF LABOR
1309 SW TOPEKA BLVD
TOPEKA, KS 66612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.14** **Priority creditor's name and mailing address**                                $Undetermined        $Undetermined

KANSAS DEPARTMENT OF REVENUE
915 SW HARRISON STREET
TOPEKA, KS 66625-8000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.15** **Priority creditor's name and mailing address**                                $Undetermined        $Undetermined

MARYLAND COMPTROLLER
8181 PROFESSIONAL PL # 101
LANDOVER, MD 20785

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Abengoa Bioenergy US Holding, LLC | Case number *(if known)* 16-41161 (KAS) |
|---|---|---|
| | Name | |

## Part 1.  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.16  Priority creditor's name and mailing address**                                                                  $Undetermined            $Undetermined

MARYLAND UNEMPLOYMENT INSURANCE FUND
LEGAL SERVICES SECTION
ATTN: MARK SORRENTINO
1100 N EUTAW ST, ROOM 401
BALTIMORE, MD 21201

As of the petition filing date, the claim is:
*Check all that apply.*
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.17  Priority creditor's name and mailing address**                                                                  $Undetermined            $Undetermined

MASSACHUSETTS DEPARTMENT OF REVENUE
100 CAMBRIDGE ST STE 500
BOSTON, MA 02114

As of the petition filing date, the claim is:
*Check all that apply.*
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.18  Priority creditor's name and mailing address**                                                                  $Undetermined            $Undetermined

MISSOURI DEPARTMENT OF REVENUE
301 WEST HIGH STREET
JEFFERSON CITY, MO 65105

As of the petition filing date, the claim is:
*Check all that apply.*
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.19  Priority creditor's name and mailing address**                                                                  $Undetermined            $Undetermined

MISSOURI DIVISION OF EMPLOYMENT
SECURITY
P.O. BOX 59
JEFFERSON CITY, MO 65104-0059

As of the petition filing date, the claim is:
*Check all that apply.*
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Debtor  Abengoa Bioenergy US Holding, LLC  
Name

Case number *(if known)* 16-41161 (KAS)

## Part 1. Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.20** **Priority creditor's name and mailing address**  $Undetermined  $Undetermined

NEBRASKA DEPARTMENT OF LABOR  
550 S 16TH ST.  
LINCOLN, NE 68508

As of the petition filing date, the claim is:  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**  
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  
☒ No  
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.21** **Priority creditor's name and mailing address**  $Undetermined  $Undetermined

NEBRASKA DEPARTMENT OF REVENUE  
PO BOX 98912  
LINCOLN, NE 68509-8912

As of the petition filing date, the claim is:  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**  
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  
☒ No  
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.22** **Priority creditor's name and mailing address**  $Undetermined  $Undetermined

NEW JERSEY DIVISION OF TAXATION  
BANKRUPTCY SECTION  
P.O. BOX 245  
TRENTON, NJ 08695-0245

As of the petition filing date, the claim is:  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**  
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  
☒ No  
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.23** **Priority creditor's name and mailing address**  $Undetermined  $Undetermined

NEW MEXICO DEPARTMENT OF WORKFORCE SOLUTIONS  
401 BROADWAY BLVD NE  
ALBUQUERQUE, NM 87102

As of the petition filing date, the claim is:  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**  
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  
☒ No  
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Abengoa Bioenergy US Holding, LLC | Case number *(if known)* | 16-41161 (KAS) |
|---|---|---|---|
| | Name | | |

# Part 1. Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.24** **Priority creditor's name and mailing address** — $Undetermined — $Undetermined

NEW MEXICO TAXATION & REVENUE DEPARTMENT
1100 SOUTH ST. FRANCIS DRIVE
SANTA FE, NM 87504

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.25** **Priority creditor's name and mailing address** — $Undetermined — $Undetermined

NEW YORK STATE DEPARTMENT OF TAXATION
ATTN: OFFICE OF COUNSEL
BUILDING 9
W A HARRIMAN CAMPUS
ALBANY, NY 12227

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.26** **Priority creditor's name and mailing address** — $Undetermined — $Undetermined

OREGON DEPARTMENT OF REVENUE
955 CENTER ST NE
SALEM, OR 97301

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.27** **Priority creditor's name and mailing address** — $Undetermined — $Undetermined

ST. LOUIS CITY (CITY TAX)
1200 MARKET ST
#410
ST. LOUIS, MO 63103

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Debtor  Abengoa Bioenergy US Holding, LLC  
_____Name_____  

Case number *(if known)* 16-41161 (KAS)

## Part 1.  Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.28**  **Priority creditor's name and mailing address**         $Undetermined         $Undetermined

STATE OF ILLINOIS DEPARTMENT OF
EMPLOYMENT SECURITY
2444 W LAWRENCE AVE
CHICAGO, IL 60625

As of the petition filing date, the claim is:
*Check all that apply.*
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.29**  **Priority creditor's name and mailing address**         $Undetermined         $Undetermined

UTAH STATE TAX COMMISSION
210 N 1950 W
SALT LAKE CITY, UT 84134

As of the petition filing date, the claim is:
*Check all that apply.*
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.30**  **Priority creditor's name and mailing address**         $Undetermined         $Undetermined

VIRGINIA DEPARTMENT OF REVENUE
1957 WESTMORELAND ST
RICHMOND, VA 23230

As of the petition filing date, the claim is:
*Check all that apply.*
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.31**  **Priority creditor's name and mailing address**         $Undetermined         $Undetermined

VIRGINIA EMPLOYMENT COMMISSION
703 E MAIN ST
RICHMOND, VA 23219

As of the petition filing date, the claim is:
*Check all that apply.*
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Abengoa Bioenergy US Holding, LLC | Case number (if known) | 16-41161 (KAS) |
|---|---|---|---|
| | Name | | |

# Part 1.  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.32 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |
|---|---|---|---|---|
| | WASHINGTON EMPLOYMENT SECURITY DEPARTMENT<br>212 MAPLE PARK AVE SE<br>OLYMPIA, WA 98501 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>Tax Claim | | |
| | **Last 4 digits of account number**<br>**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

Debtor _____    Case number (if known)_____
        Name

| | |
|---|---|
| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.2** Nonpriority creditor's name and mailing address
ABENGOA BIOENERGY CORPORATION, INC.)
)
_____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.3** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.4** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.5** Nonpriority creditor's name and mailing address
~~COMPANIA ESPANOLA DE FINANCIACION DEL DESARROLLO~~
~~COFIDES, S.A.~~
~~ATTN: MR. LUIS DE FUENTES LOSADA AND MR. MIGUEL ANGEL LADERO SANTO~~
~~CALLE DEL PRINCIPE DE VERGARA 132, 12TH FLOOR~~
MADRID, SPAIN

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.6** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$____Undetermined____

*The Debtors believe this claim is equity.

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 10 of ___

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.___** **Nonpriority creditor's name and mailing address**
_____
C/O LATHROP & GAGE LLP
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ __Undetermined__

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.___** **Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.___** **Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.___** **Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.___** **Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

Debtor  Abengoa Bioenergy US Holding, LLC  Case number (*if known*) 16-41161 (KAS)
      Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 <br> + undetermined amounts |
| 5b. Total claims from Part 2 | 5b. + | $ 884,527,493.28 <br> + undetermined amounts |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ 884,527,493.28 <br> + undetermined amounts |

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ Operations, LLC | Street _____ <br> _____ <br> City  State  ZIP Code | _____ de Financiacion del Desarrollo, Cofides, SA | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | _____ | Street _____ <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H                    Schedule H: Codebtors                    page 1 of ___

**Fill in this information to identify the case and this filing:**

Debtor Name __Abengoa Bioenergy US Holding, LLC__

United States Bankruptcy Court for the: __Eastern__   District of __Missouri__
(State)

Case number (If known): __16-44161 (KAS)__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☑ Amended Schedule __E/F__, H and Summary of Assets and Liabilities
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/24/2017__        X _[signature]_
MM / DD / YYYY              Signature of individual signing on behalf of debtor

Sandra Porras Serrano
Printed name

Chief Financial Officer
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors