**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>ABENGOA BIOENERGY US HOLDING, LLC,<br>*et al.*,<br><br>                           Debtors. | **Chapter 11**<br><br>**Case No. 16-41161-659**<br><br>**(Jointly Administered)** |

## <u>MEMORANDUM TO THE COURT</u>

The Amended Schedule E/F for Abengoa Bioenergy Operations, LLC (16-44196) includes the following amendments:

- Claim of Abengoa Bioenergy Meramec Renewable, LLC is Contingent, Unliquidated, and Disputed.

- Insertion of footnote stating that the above-referenced claim may be equity.

- Deletion of the claim of Abengoa Bioenergy Maple, LLC in the amount of $8,721,417.74.

- Reduction of claim of Compañía Española de Financiación del Desarrollo, Cofides, S.A to the amount of $47,364,000.00.

The Amended Schedule A/B for Abengoa Bioenergy Operations, LLC (16-44196) incorporates the above-referenced amendments and also reduces Abengoa Bioenergy Meramec Renewable, LLC's ownership to 79.75 percent.

The Amended Schedule G for Abengoa Bioenergy Operations, LLC (16-44196) removes all executory contracts and unexpired leases.

The Amended Schedule H for Abengoa Bioenergy Operations, LLC (16-44196) replaces Abengoa Bioenergy Meramec Renewable, LLC with Abengoa Bioenergy US Holding, LLC as the codebtor. Amended Schedules E/F apply.

The Summary of Assets and Liabilities changes to accommodate the above listed changes accordingly.

Dated:  May 26, 2017
    St. Louis, Missouri

Respectfully submitted,

**ARMSTRONG TEASDALE LLP**

*/s/ Richard W. Engel, Jr.*
Richard W. Engel, Jr.  #34641MO
Susan K. Ehlers #49855MO
Erin M. Edelman, #67374MO
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  (314) 621-5070
Facsimile:  (314) 621-5065
rengel@armstrongteasdale.com
sehlers@armstrongteasdale.com
eedelman@armstrongteasdale.com

*Local Counsel to the Debtors and Debtors in
Possession*

-and-

**DLA PIPER LLP (US)**
Richard A. Chesley  #6240877IL
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
(312) 368-4000
(312) 236-7516 (facsimile)
richard.chesley@dlapiper.com

R. Craig Martin, Esq. #005032DE
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801
(302) 468-5700
(302) 394-2341 (facsimile)
craig.martin@dlapiper.com

*Counsel to the Debtors and Debtors in Possession*

3

**Fill in this information to identify the case:**

Debtor name __Abengoa Bioenergy Operations, LLC__

United States Bankruptcy Court for the: __Eastern__   District of __Missouri__
                                                              (State)

Case number (If known): __16-44196 (KAS)__

☒ Check if this is an
   amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

---

## Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ........................................................................   $ _____0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ......................................................................   $ __469,768,281.70
                                                                                                              + undetermined amounts

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ........................................................................   $ __469,768,281.70
                                                                                                              + undetermined amounts

---

## Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............   $ _____0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................................   $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .........................   **+** $ __51,210,924.10

4. **Total liabilities** ................................................................................................................................   $ __51,210,924.10
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name ___Abengoa Bioenergy Operations, LLC___

United States Bankruptcy Court for the: ___Eastern___ District of ___Missouri___
(State)

Case number (If known): ___16-44196 (KAS)___

☒ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. See attached rider | | | $_____6,451.49 |
   | 3.2. | | | $_____ |

4. **Other cash equivalents** *(Identify all)*

   | | |
   |---|---|
   | 4.1. None | $_____0.00 |
   | 4.2. | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $_____6,451.49

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | |
   |---|---|
   | 7.1. | $_____ |
   | 7.2. | $_____ |

Debtor ___Abengoa Bioenergy Operations, LLC_____     Case number *(if known)* _16-44196 (KAS)_____
        Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____     $_____

8.2._____     $_____

**9. Total of Part 2.**     $_____0.00
Add lines 7 through 8. Copy the total to line 81.

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:  _____ – _____ = ........➔   $_____
                          face amount        doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........➔   $_____
                          face amount        doubtful or uncollectible accounts

**12. Total of Part 3**     $_____0.00
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. None _____     _____   $_____0.00

14.2. _____     _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. See attached rider _____     _____%     _____   $_____Undetermined

15.2. _____     _____%     _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. None _____     _____   $_____0.00

16.2. _____     _____   $_____

**17. Total of Part 4**     $_____0.00
Add lines 14 through 16. Copy the total to line 83.        + undetermined amounts

---

Debtor  __Abengoa Bioenergy Operations, LLC_____     Case number (*if known*)__16-44196 (KAS)_____
      Name

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ☒ No. Go to Part 6.

  ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

  Add lines 19 through 22. Copy the total to line 84.

                                                               $_____0.00

24. **Is any of the property listed in Part 5 perishable?**

  ☐ No

  ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

  ☐ No

  ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☒ No. Go to Part 7.

  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | | $_____ |

Debtor    Abengoa Bioenergy Operations, LLC    Case number (if known) 16-44196 (KAS)
_____    _____
Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $_____ | _____ | $_____ |
| 42.2 | $_____ | _____ | $_____ |
| 42.3 | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____Abengoa Bioenergy Operations, LLC_____    Case number *(if known)*____16-44196 (KAS)_____
        Name

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $_____0.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | Abengoa Bioenergy Operations, LLC | Case number (if known) | 16-44196 (KAS) |
|---|---|---|---|
| | Name | | |

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**
   - ☒ No. Go to Part 10.
   - ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ _____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   - ☐ No
   - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

---

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
   - ☒ No. Go to Part 11.
   - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites**<br>_____ | $ _____ | _____ | $ _____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | | | |
| 65. **Goodwill**<br>_____ | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   $ _____ 0.00

---

Debtor    Abengoa Bioenergy Operations, LLC                          Case number (if known)    16-44196 (KAS)
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 11:** | **All other assets** |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
| --- | --- |

71. **Notes receivable**

Description (include name of obligor)

| None | _____ − _____ = ➜ | $ _____ 0.00 |
| --- | --- | --- |
|  | Total face amount    doubtful or uncollectible amount |  |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| None |  | Tax year _____ | $ _____ 0.00 |
| --- | --- | --- | --- |
|  |  | Tax year _____ | $ _____ |
|  |  | Tax year _____ | $ _____ |

73. **Interests in insurance policies or annuities**

| See attached rider |  | $    Undetermined |
| --- | --- | --- |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| None |  | $ _____ 0.00 |
| --- | --- | --- |

**Nature of claim**    _____

**Amount requested**   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| None |  | $ _____ 0.00 |
| --- | --- | --- |

**Nature of claim**    _____

**Amount requested**   $ _____

76. **Trusts, equitable or future interests in property**

| None |  | $ _____ 0.00 |
| --- | --- | --- |

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| See attached rider |  | $    469,761,830.21 |
| --- | --- | --- |
|  |  | $ _____ |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $    469,761,830.21 |
| --- |
| + undetermined amounts |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 7

Debtor   Abengoa Bioenergy Operations, LLC                                Case number (if known)   16-44196 (KAS)
_____Name_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 6,451.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 + undetermined amounts | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............ ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 469,761,830.21 + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 469,768,281.70 + undetermined amounts | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................ $ 469,768,281.70
+ undetermined amounts

Debtor Name: Abengoa Bioenergy Operations, LLC                                    Case Number: 16-44196 (KAS)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| WELLS FARGO BANK N.A | Wells Fargo Operating Account | 2320 | $6,451.49 |
| | | **TOTAL** | **$6,451.49** |

Debtor Name: Abengoa Bioenergy Operations, LLC                                    Case Number: 16-44196 (KAS)

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC,
partnership, or joint venture

| Name of entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Abengoa Bioenergy Meramec Renewable, LLC | 79.75 | N/A | Undetermined |
| Abengoa Bioenergy of Maryland, LLC | 100 | N/A | Undetermined |
| Abengoa Bioenergy Engineering & Construction, LLC | 100 | N/A | Undetermined |
| Abengoa Bioenergy Trading US, LLC | 100 | N/A | Undetermined |
| Abengoa Bioenergy Outsourcing, LLC | 100 | N/A | Undetermined |
| Abengoa Bioenergy Company, LLC | 100 | N/A | Undetermined |
| Abengoa Bioenergy of Nebraska, LLC | 100 | N/A | Undetermined |
| Abengoa Bioenergy of Kansas, LLC | 100 | N/A | Undetermined |
| Abengoa Bioenergy Renewable Power US, LLC | 100 | N/A | Undetermined |
| Abengoa Bioenergy of Texas, LLC | 100 | N/A | Undetermined |
|  |  | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name: Abengoa Bioenergy Operations, LLC                                        Case Number: 16-44196 (KAS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| FACTORY MUTUAL INSURANCE COMPANY | Property | 1001449 | Undetermined |
| NEW HAMPSHIRE INSURANCE COMPANY | Workers' Compensation | WC 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 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Commercial Umbrella | BE 24238263 | Undetermined |
| ILLINOIS NATIONAL INSURANCE CO. | General Liability | GL - 190-33-41 | Undetermined |
| ESSEX INSURANCE COMPANY | Rail | RRP1514-3 | Undetermined |
| LIBERTY INSURANCE UNDERWRITERS INC. | Excess Liability Policy Declaration | 10000035915-04 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Auto | CA - 363-2415 | Undetermined |
| IRONSHORE SPECIALTY INSURANCE COMPANY | Environmental Excess | 2308100 | Undetermined |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | Commercial | QT-660-4862N27A-TIL-15 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY | Foreign Liability/International Casualty | D38281215 003 | Undetermined |
| | | **TOTAL** | **$0.00** **+ undetermined amounts** |

Debtor Name:        Abengoa Bioenergy Operations, LLC                    Case Number:        16-44196 (KAS)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| LT part.GC.re.Ac-Nat | $457,193,988.33 |
| | $3,605,000.00* |
| Lt loan to AfCo | $8,924,787.15* |
| **TOTAL** | **$46- ,+*%, ' $.8%** |

* The Debtors believe that some or all of this interest may be equity.

Page 1 of 1

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Abengoa Bioenergy Operations, LLC |
| United States Bankruptcy Court for the: | Eastern    District of Missouri |
| | (State) |
| Case number | 16-44196 (KAS) |
| (If known) | |

☒ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**
Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2**
Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3**
Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Debtor    Abengoa Bioenergy Operations, LLC
        Name

Case number *(if known)*   16-44196 (KAS)

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** 

**Nonpriority creditor's name and mailing address**
ABENGOA BIOENERGY COMPANY LLC
16150 MAIN CIRCLE DRIVE SUITE 300
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**$ 3,605,000.00**

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

**3.2**

**Nonpriority creditor's name and mailing address**
ABENGOA BIOENERGY MERAMEC RENEWABLE, LLC.
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable *

**$ 500.00**

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

**3.3**

**Nonpriority creditor's name and mailing address**
ABENGOA BIOENERGY OF KANSAS, LLC
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**$ 241,424.14**

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

**3.4**

**Nonpriority creditor's name and mailing address**
COMPANIA ESPANOLA DE FINANCIACION DEL DESARROLLO,
COFIDES, S.A.
ATTN: MR. LUIS DE FUENTES LOSADA AND MR. MIGUEL
ANGEL LADERO SANTO
CALLE DEL PRINCIPE DE VERGARA 132, 12TH FLOOR
MADRID, SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Liability

**$ 47,364,000.00**

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

**3.5**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**$ _____**

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

**3.6**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**$ _____**

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

\* The Debtors believe this claim is equity.

Debtor  Abengoa Bioenergy Operations, LLC _____  Case number *(if known)* 16-44196 (KAS) _____
Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ _____ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ _____ 51,210,924.10 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ 51,210,924.10 |

**Fill in this information to identify the case:**

Debtor name ___Abengoa Bioenergy Operations, LLC___

United States Bankruptcy Court for the: ___Eastern___  District of  ___Missouri___
(State)

Case number (If known): ___16-44196 (KAS)___  Chapter ___

☒ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name _Abengoa Bioenergy Operations, LLC_

United States Bankruptcy Court for the: _Eastern_ _____ District of _Missouri_
                                                                  (State)

Case number (If known): ___16-44196 (KAS)___

☒ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |
| 2.1 Abengoa Bioenergy US Holding, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017-4689 | COMPANIA ESPANOLA DE FINANCIACION DEL DESARROLLO, COFIDES, S.A. | ☐ D<br>☒ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name __Abengoa Bioenergy Operations, LLC__

United States Bankruptcy Court for the: __Eastern__ District of __Missouri__
(State)

Case number (*If known*): __16-44196 (KAS)__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule* A/B, E/F , G, H, and Summary of Assets and Liabilities

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/24/2017__          ✗ _____
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

Sandra Porras Serrano
Printed name

Chief Financial Officer
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors