**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>ABENGOA BIOENERGY US HOLDING, LLC,<br>*et al.*,<br><br><br>Debtors. | **Chapter 11**<br><br>**Case No. 16-41161-659**<br><br>**(Jointly Administered)** |

**<u>MEMORANDUM TO THE COURT</u>**

The Amended Schedule E/F for Abengoa Bioenergy of Nebraska, LLC (16-41163) includes the following amendments:

- Claim of Abengoa Bioenergy Biomass of Kansas, LLC is Contingent, Unliquidated, and Disputed.

Dated:  May 26, 2017
        St. Louis, Missouri

Respectfully submitted,

**ARMSTRONG TEASDALE LLP**

*/s/ Richard W. Engel, Jr.*
Richard W. Engel, Jr.   #34641MO
Susan K. Ehlers #49855MO
Erin M. Edelman, #67374MO
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  (314) 621-5070
Facsimile:  (314) 621-5065
rengel@armstrongteasdale.com
sehlers@armstrongteasdale.com
eedelman@armstrongteasdale.com

*Local Counsel to the Debtors and Debtors in
Possession*

-and-

**DLA PIPER LLP (US)**
Richard A. Chesley   #6240877IL
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
(312) 368-4000
(312) 236-7516 (facsimile)
richard.chesley@dlapiper.com

R. Craig Martin, Esq. #005032DE
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801
(302) 468-5700
(302) 394-2341 (facsimile)
craig.martin@dlapiper.com

*Counsel to the Debtors and Debtors in Possession*

2

| Fill in this information to identify the case: |
|---|

Debtor     Abengoa Bioenergy of Nebraska, LLC

United States Bankruptcy Court for the:   Eastern        District of Missouri
                                                                 (State)

Case number   16-41163 (KAS)
(if known)

☒ Check if this is an
    amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
ARIZONA DEPARTMENT OF REVENUE
1600 W MONROE ST
PHOENIX, AZ 85007

**As of the petition filing date, the claim is:**    $ _____ Undetermined    $ _____ Undetermined
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Tax Claim
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.2**   Priority creditor's name and mailing address
BUFFALO COUNTY TREASURER
1512 CENTRAL AVE.
KEARNEY, NE 68847

**As of the petition filing date, the claim is:**    $ _____ Undetermined    $ _____ Undetermined
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Tax Claim
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.3**   Priority creditor's name and mailing address
CITY OF RAVENNA
416 GRAND AVENUE
RAVENNA, NE 68869

**As of the petition filing date, the claim is:**    $ _____ Undetermined    $ _____ Undetermined
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Tax Claim
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number (if known) | 16-41163 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 1. Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.4** **Priority creditor's name and mailing address** — $Undetermined — $Undetermined

COLORADO DEPARTMENT OF LABOR &
EMPLOYMENT
633 17TH ST.
DENVER, CO 80202-3660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.5** **Priority creditor's name and mailing address** — $Undetermined — $Undetermined

COLORADO DEPARTMENT OF REVENUE
ATTN: EXECUTIVE DIRECTOR
1375 SHERMAN ST.
DENVER, CO 80261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.6** **Priority creditor's name and mailing address** — $Undetermined — $Undetermined

DISTRICT OF COLUMBIA - OFFICE OF TAX AND
REVENUE
1101 4TH STREET, SW
SUITE 270 WEST
WASHINGTON, DC 20024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.7** **Priority creditor's name and mailing address** — $Undetermined — $Undetermined

DISTRICT OF COLUMBIA DEPARTMENT OF
LABOR
200 CONSTITUTION AVE. NW
WASHINGTON, DC 20210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number *(if known)* | 16-41163 (KAS) |
|---|---|---|---|
| | Name | | |

---

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

| 2.8 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |
|---|---|---|---|

ILLINOIS DEPARTMENT OF REVENUE
45 EISENHOWER DR STE 220
PARAMUS, NJ 07652

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.9 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |
|---|---|---|---|

ILLINOIS DIRECTOR OF EMPLOYMENT
SECURITY
ATTN: JEFF MAYS
33 S STATE ST., 9TH FLOOR
CHICAGO, IL 60603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.10 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |
|---|---|---|---|

INDIANA DEPARTMENT OF REVENUE
100 N SENATE AVE RM N248
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.11 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |
|---|---|---|---|

INDIANA DEPT. OF WORKFORCE
DEVELOPMENT
INDIANA GOVERNMENT CENTER SOUTH
10 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number (if known) | 16-41163 (KAS) |
|--------|-----------|---------|---------|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.12** | **Priority creditor's name and mailing address** | $Undetermined | $Undetermined

INTERNAL REVENUE SERVICE
1222 SPRUCE STREET
ST LOUIS, MO 63103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.13** | **Priority creditor's name and mailing address** | $Undetermined | $Undetermined

KANSAS DEPARTMENT OF LABOR
1309 SW TOPEKA BLVD
TOPEKA, KS 66612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.14** | **Priority creditor's name and mailing address** | $Undetermined | $Undetermined

KANSAS DEPARTMENT OF REVENUE
915 SW HARRISON STREET
TOPEKA, KS 66625-8000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.15** | **Priority creditor's name and mailing address** | $Undetermined | $Undetermined

MARYLAND COMPTROLLER
8181 PROFESSIONAL PL # 101
LANDOVER, MD 20785

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number (if known) | 16-41163 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.16 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |

MARYLAND UNEMPLOYMENT INSURANCE FUND
LEGAL SERVICES SECTION
ATTN: MARK SORRENTINO
1100 N EUTAW ST, ROOM 401
BALTIMORE, MD 21201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.17 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |

MASSACHUSETTS DEPARTMENT OF REVENUE
100 CAMBRIDGE ST STE 500
BOSTON, MA 02114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.18 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |

MISSOURI DEPARTMENT OF REVENUE
301 WEST HIGH STREET
JEFFERSON CITY, MO 65105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.19 | Priority creditor's name and mailing address | $Undetermined | $Undetermined |

MISSOURI DIVISION OF EMPLOYMENT
SECURITY
P.O. BOX 59
JEFFERSON CITY, MO 65104-0059

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number *(if known)* | 16-41163 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

| 2.20 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |
|---|---|---|---|---|

NEBRASKA DEPARTMENT OF LABOR
550 S 16TH ST.
LINCOLN, NE 68508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.21 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |
|---|---|---|---|---|

NEBRASKA DEPARTMENT OF REVENUE
PO BOX 98912
LINCOLN, NE 68509-8912

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.22 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |
|---|---|---|---|---|

NEW JERSEY DIVISION OF TAXATION
BANKRUPTCY SECTION
P.O. BOX 245
TRENTON, NJ 08695-0245

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.23 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |
|---|---|---|---|---|

NEW MEXICO DEPARTMENT OF WORKFORCE
SOLUTIONS
401 BROADWAY BLVD NE
ALBUQUERQUE, NM 87102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number (if known) | 16-41163 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.24**   Priority creditor's name and mailing address                                    $Undetermined         $Undetermined

NEW MEXICO TAXATION & REVENUE
DEPARTMENT
1100 SOUTH ST. FRANCIS DRIVE
SANTA FE, NM 87504

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.25**   Priority creditor's name and mailing address                                    $Undetermined         $Undetermined

OREGON DEPARTMENT OF REVENUE
955 CENTER ST NE
SALEM, OR 97301

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.26**   Priority creditor's name and mailing address                                    $Undetermined         $Undetermined

ST. LOUIS CITY (CITY TAX)
1200 MARKET ST
#410
ST. LOUIS, MO 63103

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.27**   Priority creditor's name and mailing address                                    $Undetermined         $Undetermined

STATE OF ILLINOIS DEPARTMENT OF
EMPLOYMENT SECURITY
2444 W LAWRENCE AVE
CHICAGO, IL 60625

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor    Abengoa Bioenergy of Nebraska, LLC    Case number (if known) 16-41163 (KAS)
_____
Name

| **Part 1.** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.28**  **Priority creditor's name and mailing address**    $Undetermined    $Undetermined

UTAH STATE TAX COMMISSION
210 N 1950 W
SALT LAKE CITY, UT 84134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.29**  **Priority creditor's name and mailing address**    $Undetermined    $Undetermined

VIRGINIA DEPARTMENT OF REVENUE
1957 WESTMORELAND ST
RICHMOND, VA 23230

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.30**  **Priority creditor's name and mailing address**    $Undetermined    $Undetermined

VIRGINIA EMPLOYMENT COMMISSION
703 E MAIN ST
RICHMOND, VA 23219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.31**  **Priority creditor's name and mailing address**    $Undetermined    $Undetermined

WASHINGTON EMPLOYMENT SECURITY DEPARTMENT
212 MAPLE PARK AVE SE
OLYMPIA, WA 98501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor    Abengoa Bioenergy of Nebraska, LLC
_____
Name

Case number (if known) 16-41163 (KAS)
_____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| ABENGOA BIOENERGIA OUTSOURCING LLC<br>16150 MAIN CIRCLE DRIVE, SUITE 300, CHESTERFIELD<br>CHESTERFIELD, MO 63017 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $              2,432,901.00 |

Basis for the claim: Intercompany Payable

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| ABENGOA BIOENERGY BIOMASS OF KANSAS, LLC (ABBK)<br>16150 MAIN CIRCLE DR, SUITE 300<br>CHESTERFIELD, MO 63017 | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $                  52,627.30 |

Basis for the claim: Intercompany Payable

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| ABENGOA BIOENERGY TRADING US, LLC<br>16150 MAIN CIRCLE DR, SUITE 300<br>CHESTERFIELD, MO 63017 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $                 122,597.61 |

Basis for the claim: Intercompany Payable

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| ABENGOA BIOENERGY US HOLDING, LLC<br>16150 MAIN CIRCLE DR, SUITE 300<br>CHESTERFIELD, MO 63017 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $              1,161,672.38 |

Basis for the claim: Intercompany Payable

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| AGENSYND, S.L.<br>ATTN: GENERAL COUNSEL<br>VELAZQUEZ 78<br>4 DERECHA<br>MADRID, 28001 SPAIN | Check all that apply.<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $             116,695,400.00 |

Basis for the claim: Guarantor - Emergency credit facility dated December 24, 2015 in the principal amount of €106 million plus accrued interest

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| ALFA LAVAL, INC.<br>P. O. BOX 951565<br>CARMEL, IN 46082 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $                  67,500.00 |

Basis for the claim: Trade Payable

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number (if known) | 16-41163 (KAS) |
|--------|-----|-----|-----|
| | Name | | |

### Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** | **Nonpriority creditor's name and mailing address** | $9,993.40

AMERICAN FENCE CO OF LINCOLN, INC.
15225 INDUSTRIAL RD
OMAHA, NE 68144-3249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | $26,800.00

AON RISK SERVICES CENTRAL
75 REMITTANCE DRIVE SUITE 1943
CHICAGO, IL 60675-1943

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | $Undetermined

ARGO SURETY
225 W. WASTHINGTON STREET
24TH FLOOR
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond Number SUR0032287 in the Amount of
$1,200,000.00 for the Benefit of U.S. Department of Treasury

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | $8,535.38

ASSURANT
811 MAIN ST., 7TH FLOOR
KANSAS CITY, MO 64105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | $1,451.34

ASSURANT
811 MAIN ST., 7TH FLOOR
KANSAS CITY, MO 64105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor __Abengoa Bioenergy of Nebraska, LLC_____    Case number *(if known)* __16-41163 (KAS)__
 Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** | **Nonpriority creditor's name and mailing address** | $126,033.37

ATRADIUS TRADE CREDIT INSURANCE INC
13432 COLLECTION CENTER DR.
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.13** | **Nonpriority creditor's name and mailing address** | $899,484.13

AURORA COOP ELEVATOR CO.
P.O. BOX 209
AURORA, NE 68818

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.14** | **Nonpriority creditor's name and mailing address** | $Undetermined

AURORA COOPERATIVE ELEVATOR COMPANY
C/O CROSBY GUENZEL, LLP
134 S. 13TH STREET,
SUITE 400
LINCOLN, NE 68508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. D09CI160000014

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.15** | **Nonpriority creditor's name and mailing address** | $4,117.27

AXIS CAPITAL, INC
PO BOX 911685
DENVER, CO 80291-1685

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.16** | **Nonpriority creditor's name and mailing address** | $137,612,500.00

BANCO POPULAR ESPANOL., S.A.
ATTN: GENERAL COUNSEL
C/ VELAZQUEZ, 34
MADRID, 28001 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - Revolving credit agreement dated September 23, 2015 in the principal drawn amount of €125 million plus accrued interest

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

---

Debtor   Abengoa Bioenergy of Nebraska, LLC
         _____
         Name

Case number *(if known)*   16-41163 (KAS)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.17 | **Nonpriority creditor's name and mailing address** | $171,875.49 |

BEARING HEADQUARTERS CO.
PO BOX 6267
BROADVIEW, IL 60155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.18 | **Nonpriority creditor's name and mailing address** | $16,745.00 |

BEHRENDT FAMILY FARMS INC.
21700 IMPERIAL RD
RAVENNA, NE 68869

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.19 | **Nonpriority creditor's name and mailing address** | $12,800.00 |

BERT ZIPPRIAN EQUIPMENT SEPARATION
107 GEORGIA PL.
PORTLAND, TX 78374

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.20 | **Nonpriority creditor's name and mailing address** | $2,565.54 |

BION ANALYTICAL STANDARDS, LLC
PO BOX 85252
SIOUX FALLS, SD 57118

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.21 | **Nonpriority creditor's name and mailing address** | $1,448,060.53 |

BNSF RAILWAY COMPANY
PO BOX 847574
DALLAS, TX 75284-7574

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

Debtor   Abengoa Bioenergy of Nebraska, LLC
_____
Name

Case number *(if known)*  16-41163 (KAS)
_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.22** | **Nonpriority creditor's name and mailing address** | $861.83

BOSSELMAN ENERGY
P.O. BOX 1567
GRAND ISLAND, NE 68802

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | $535.00

BOY SCOUTS OF AMERICA TROOP 203
718 SICILY AVE
RAVENNA, NE 68869

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | $14,068.16

BRENNTAG GREAT LAKES, LLC
5220 EAGLE WAY
CHICAGO, IL 60678-1522

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | $909,114.34

BUFFALO COUNTY TREASURER
PO BOX 1270
KEARNEY, NE 68848-1270

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | $11,550.04

CALIFORNIA FIRST NATIONAL BANK
18201 VON KARMAN AVENUE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   Abengoa Bioenergy of Nebraska, LLC
         Name                                                                    Case number (if known)   16-41163 (KAS)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address** | | $3,068.23 |
|---|---|---|---|

CAMCORP, INC
9732 PFLUMM ROAD
LENEXA, KS 66215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.28 | **Nonpriority creditor's name and mailing address** | | $5,042,579.91 |
|---|---|---|---|

CARGILL TRADE AND STRUCTURED FINANC
9350 EXCELSIOR BLVD
HOPKINS, MN 55343

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.29 | **Nonpriority creditor's name and mailing address** | | $3,052.52 |
|---|---|---|---|

CENTRAL NEBRASKA WATER CONDITIONING
3112 W OLD POTASH HWY
GRAND ISLAND, NE 68803

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.30 | **Nonpriority creditor's name and mailing address** | | $9,518.54 |
|---|---|---|---|

CENTRAL STATES GROUP
P.O. BOX 30047
OMAHA, NE 68103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.31 | **Nonpriority creditor's name and mailing address** | | $130,323.24 |
|---|---|---|---|

CHEMTREAT INC
4461 COX ROAD
GLEN ALLEN, VA 23060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number (if known) | 16-41163 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32**

**Nonpriority creditor's name and mailing address**                                                    $3,046,163.01

CHS
P.O. BOX 82289
LINCOLN, NE 68501-2289

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.33**

**Nonpriority creditor's name and mailing address**                                                    $Undetermined

CHS, INC.
C/O HOUGHTON VANDENACK WILLIAM WHITTED WEAVER
PARSONAGE LLC
6457 FRANCES STREET
SUITE 100
OMAHA, NE 68106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Civil Action No. 8:15-cv-00429

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.34**

**Nonpriority creditor's name and mailing address**                                                    $9,686.78

CINTAS CORPORATION
9333 EAST 35TH STREET
WICHITA, KS 67226

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.35**

**Nonpriority creditor's name and mailing address**                                                    $1,759.94

CINTAS, FIRST AID & SAFETY
PO BOX 631025
CINCINNATI, OH 45263-1025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.36**

**Nonpriority creditor's name and mailing address**                                                    $139.70

COLORADO DEPARTMENT OF AGRICULTURE
2331 WEST 31ST AVE.
DENVER, CO 80211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___Abengoa Bioenergy of Nebraska, LLC_____     Case number *(if known)* __16-41163 (KAS)__
      Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.37 | **Nonpriority creditor's name and mailing address** | $13,664.00 |
|---|---|---|

COMPUWEIGH CORPORATION
50 MIDDLE QUARTER RD
WOODBURY, CT 06798

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | $27,219.24 |
|---|---|---|

CONNEY SAFETY PRODUCTS, LLC.
PO BOX 44575
MADISON, WI 53744-4575

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | $2,599.04 |
|---|---|---|

CONTINENTAL FIRE SPRINKLER DBA
4518 S 133RD STREET
OMAHA, NE 68137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | $189,848.41 |
|---|---|---|

CONTROL-TECH,INC
8938 N PRAIRIE POINTE
PEORIA, IL 61615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.41 | **Nonpriority creditor's name and mailing address** | $663.50 |
|---|---|---|

COOLING TOWER DEPOT INC
611 CORPORATE CIRCLE SUITE 208
GOLDEN, CO 80401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number *(if known)* | 16-41163 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.42 | **Nonpriority creditor's name and mailing address** | | $3,684.02 |
|---|---|---|---|

COYLE SUPPLY
3721 STATE ROUTE 162
GRANITE CITY, IL 62040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.43 | **Nonpriority creditor's name and mailing address** | | $65,165.26 |
|---|---|---|---|

DAI MANAGEMENT CONSULTANTS INC
SUITE 200 ONE VETERANS WAY
CARNEGIE, PA 15106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.44 | **Nonpriority creditor's name and mailing address** | | $41,832.43 |
|---|---|---|---|

DANISCO US INC
P.O. BOX 7247-8528
PHILADELPHIA, PA 19170-8528

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.45 | **Nonpriority creditor's name and mailing address** | | $760.66 |
|---|---|---|---|

DE LAGE LANDEN FINANCIAL SERVICES I
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.46 | **Nonpriority creditor's name and mailing address** | | $57,738.57 |
|---|---|---|---|

DECKER ELECTRIC
4500 W. HARRY
WICHITA, KS 67209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number (if known) | 16-41163 (KAS) |
|--------|------------------------------------|------------------------|----------------|
|        | Name                               |                        |                |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.47** | Nonpriority creditor's name and mailing address | $178,015,530.00

DEUTSCHE BANK AG, LONDON BRANCH, AS FISCAL AGENT
ATTN: GENERAL COUNSEL
WINCHESTER HOUSE
1 GREAT WINCHESTER STREET
LONDON, EC2N 2DB UNITED KINGDOM

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Guarantor - 6.25% Senior Unsecured Convertible Notes due 2019 issued under and indenture dated as of January 17, 2013 in the original principal amou

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.48** | Nonpriority creditor's name and mailing address | $450,000,000.00

DEUTSCHE BANK TRUST COMPANY AMERICAS
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Guarantor - 7.75% Senior Notes due 2020 issued under an indenture dated as of December 13, 2013 in the principal amount of $450 million plus a

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.49** | Nonpriority creditor's name and mailing address | $412,837,500.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Guarantor - 7.0% Senior Notes due 2020 issued under an indenture dated as of April 21, 2015 in the principal amount of €375 million plus accrue

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.50** | Nonpriority creditor's name and mailing address | $550,450,000.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Guarantor - 6.0% Senior Notes due 2021 issued under an indenture dated as of March 27, 2014 in the principal amount of €500 million plus accru

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.51** | Nonpriority creditor's name and mailing address | $605,495,000.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Guarantor - 8.875% Senior Notes due 2018 under an indenture dated as of February 5, 2013 in the principal amount of €550 million plus accrued intere

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number *(if known)* | 16-41163 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52** | **Nonpriority creditor's name and mailing address** | $291,738,500.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 5.5% Senior Notes due 2019 issued under an indenture dated as of September 30, 2014 in the principal amount of €265 million plus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.53** | **Nonpriority creditor's name and mailing address** | $300,000,000.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 6.5% Senior Notes due 2019 issued under an indenture dated as of September 30, 2014 in the principal amount of $300 million plus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.54** | **Nonpriority creditor's name and mailing address** | $550,450,000.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 8.5% Senior Unsecured Notes due 2016 under a fiscal agency agreement dated as of March 31, 2010 in the principal amount of €500 mi

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.55** | **Nonpriority creditor's name and mailing address** | $650,000,000.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT OR TRUSTEE
ATTN: GENERAL COUNSEL
60 WALL STREET
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 8.875% Senior Notes due 2017 under an indenture dated as of October 28, 2010 in the principal amount of $650 million plus accrued inter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.56** | **Nonpriority creditor's name and mailing address** | $Undetermined

DISTRICT COURT FOR BUFFALO COUNTY, NEBRASKA
1512 CENTRAL AVE
KEARNEY, NE 68847

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Environmental Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Abengoa Bioenergy of Nebraska, LLC
         Name

Case number *(if known)*  16-41163 (KAS)

---

**Part 2:   Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.57 | **Nonpriority creditor's name and mailing address** | $403.15 |
|---|---|---|

DOCUMENT & NETWORK TECHNOLOGIES
2275 CASSENS COURT, SUITE 112
FENTON, MO 63026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | $260,558.65 |
|---|---|---|

DPPD
300 SOUTH WASHINGTON STREET
LEXINGTON, NE 68850-0777

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | $2,639.38 |
|---|---|---|

DUNCAN CO
425 HOOVER STREET NE
MINNEAPOLIS, MN 55413

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | $50,862.19 |
|---|---|---|

DXP ENTERPRISES, INC DBA PRECISION
DALLAS, TX 75320-1791

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | $32,870,672.00 |
|---|---|---|

EL INSTITUTO CREDITO OFICIAL
ATTN: JAIME CERVERA/CONCHI BERROCAL
DEPARTMENT OF OPERATIONS PASEO DEL PRADO, 4
MADRID, 28014 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - ICO credit agreement dated July 30, 2015 in the principal amount of €30 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Abengoa Bioenergy of Nebraska, LLC                          Case number *(if known)*   16-41163 (KAS)
_____
Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.62 | **Nonpriority creditor's name and mailing address** | | $250.14 |
|------|------|------|------|

EMPLOYEE_00239
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**          **Is the claim subject to offset?**
☒ No
**Last 4 digits of account number**          ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | | $71,670.90 |
|------|------|------|------|

EMS USA, INC.
5391 BAY OAKS DRIVE
PASADENA, TX 77505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**          ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | | $345,761.33 |
|------|------|------|------|

ENCORE ENERGY SERVICES, INC.
12120 PORT GRACE BLVD
LA VISTA, NE 68128

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**          ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | | $82,745,846.00 |
|------|------|------|------|

EUROPEAN INVESTMENT BANK
ATTN: GENERAL COUNSEL
98-100 BLVD. KONRAD ADENAUER
LUXEMBOURG, L-2950 LUXEMBOURG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - Finance contract dated July 6, 2015 in the principal amount of €125 million plus accrued interest

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**
☒ No
**Last 4 digits of account number**          ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | | $26,803.17 |
|------|------|------|------|

EVOQUA WATER TECHNOLOGIES LLC
6111 GUNION ROAD
INDIANAPOLIS, IN 46254

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**          ☐ Yes

Debtor    Abengoa Bioenergy of Nebraska, LLC
_____
Name

Case number (if known) _16-41163 (KAS)_

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67** **Nonpriority creditor's name and mailing address**                                                        $42,814.93

FARMERS COOP ASSOC OF RAV NE (FUEL)
PO BOX 170
RAVENNA, NE 68869

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.68** **Nonpriority creditor's name and mailing address**                                                        $325,759.35

FARMERS COOP ASSOC OF RAVENNA NE
35885 RAVENNA ROAD
RAVENNA, NE 68869

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.69** **Nonpriority creditor's name and mailing address**                                                        $Undetermined

FARMERS COOPERATIVE ASSOCIATION OF RAVENNA
C/O CROSBY GUENZEL, LLP
134 S. 13TH STREET,
SUITE 400
LINCOLN, NE 68508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. D09CI150000682

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.70** **Nonpriority creditor's name and mailing address**                                                        $8,000.00

FEED FORWARD, INC.
1834 WEST OAK PARKWAY SUITE 100
MARIETTA, GA 30062

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.71** **Nonpriority creditor's name and mailing address**                                                        $52,131.26

GATX CORPORATION
222 WEST ADAMS STREET
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number (if known) | 16-41163 (KAS) |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.72** | **Nonpriority creditor's name and mailing address** | | $80,403.05

GATX RAIL- LOCOMOTIVE RENTAL
222 WEST ADAMS STREET
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.73** | **Nonpriority creditor's name and mailing address** | | $2,304,676.36

GAVILON GR
1331 CAPITOL AVE
OMAHA, NE 68102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.74** | **Nonpriority creditor's name and mailing address** | | $3,008.01

GDS AUTOMATION INC.
15813 MANDERSON ST.
OMAHA, NE 68116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.75** | **Nonpriority creditor's name and mailing address** | | $12,757.74

GENERAL ELECTRIC CAPITAL CORP.
201 MERRITT 7
NORWALK, CT 06851

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.76** | **Nonpriority creditor's name and mailing address** | | $6,666.67

GESTIÓN INTEGRAL DE RECURSOS HUMANOS, SA
RONDA TAMARGUILLO Nº 29 SEVILLA
 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number (if known) | 16-41163 (KAS) |
|---|---|---|---|
| | Name | | |

### Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.77 | Nonpriority creditor's name and mailing address | | $4,879.20 |
|---|---|---|---|

H204U INC
2500 B STREET
SOUTH SIOUX CITY, NE 68776

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | | $658.32 |
|---|---|---|---|

HALO BRANDED SOLUTIONS INC
1980 INDUSTRIAL DRIVE, PO BOX 657
STERLING, IL 61081-0657

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | | $13,312.61 |
|---|---|---|---|

HARTLAND RENEWABLE FUELS, A
4245 S 143RD STREET, SUITE 1
OMAHA, NE 68137

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | | $994.85 |
|---|---|---|---|

HERITAGE-CRYSTAL CLEAN, LLC
13621 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0136

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | | $8,007.58 |
|---|---|---|---|

HOOKER BROS SAND & GRAVEL
PO BOX 5134
GRAND ISLAND, NE 68801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number *(if known)* | 16-41163 (KAS) |
|--------|------------|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.82 | **Nonpriority creditor's name and mailing address** | | $5,235.51 |
|---|---|---|---|

HUTCHESON ENGINEERING PRODUCTS, INC
6405 JOHN J PERSHING DRIVE
OMAHA, NE 68112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.83 | **Nonpriority creditor's name and mailing address** | | $5,859.61 |
|---|---|---|---|

IBT INC.
PO BOX 873065
KANSAS CITY, MO 64187-3065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.84 | **Nonpriority creditor's name and mailing address** | | $500.00 |
|---|---|---|---|

INDUSTRIAL OUTFITTERS
2276 NORTH WEBB ROAD, SUITE A
GRAND ISLAND, NE 68803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.85 | **Nonpriority creditor's name and mailing address** | | $27,772.22 |
|---|---|---|---|

INDUSTRIAL PIPE & SUPPLY COMPANY
13406 INDUSTRIAL ROAD
OMAHA, NE 68137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.86 | **Nonpriority creditor's name and mailing address** | | $29,165.31 |
|---|---|---|---|

INTERSTATE CHEMICAL COMPANY INC
P. O. BOX 295
BROOKFIELD, OH 44403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number *(if known)* | 16-41163 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.87 | Nonpriority creditor's name and mailing address | | $617,706.03 |
|---|---|---|---|

INTERSTATE COMMODITIES, INC.
7 MADISON STREET
TROY, NY 12180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.88 | Nonpriority creditor's name and mailing address | | $5,315.64 |
|---|---|---|---|

INTERTEK USA, DBA
801 TRAVIS STREET, SUITE 1500
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.89 | Nonpriority creditor's name and mailing address | | $7,498.79 |
|---|---|---|---|

JACOBS CORPORATION
PO BOX 727
HARLAN, IA 51537-0727

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.90 | Nonpriority creditor's name and mailing address | | $2,058.13 |
|---|---|---|---|

JCI INDUSTRIES, INC.
PO BOX 411114
KANSAS CITY, MO 64141

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.91 | Nonpriority creditor's name and mailing address | | $6,659.70 |
|---|---|---|---|

K A STEEL CHEMICALS, INC
1001 W. 31ST STREET
DOWNERS GROVE, IL 60515

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number *(if known)* | 16-41163 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.92**   **Nonpriority creditor's name and mailing address**                                      $14,123.09

KRIZ DAVIS CO.
2400 W. THIRD ST
GRAND ISLAND, NE 68803

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.93**   **Nonpriority creditor's name and mailing address**                                      $11,423.23

KSK TRIDENT ENTERPRISES. DBA
2304 W. LINCOLN HWY
GRAND ISLAND, NE 68803

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.94**   **Nonpriority creditor's name and mailing address**                                      $2,787.02

L & M MACHINE TOOLS, LTD
P.O. BOX 68869
RAVENNA, NE 68869

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.95**   **Nonpriority creditor's name and mailing address**                                      $1,849.95

LARUE DISTRIBUTING, INC
PO BOX 45119
OMAHA, NE 68145-6119

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.96**   **Nonpriority creditor's name and mailing address**                                      $11,831.85

LESAFFRE YEAST CORP
7475 WEST MAIN STREET
MILWAUKEE, WI 53214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number (if known) | 16-41163 (KAS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.97**   **Nonpriority creditor's name and mailing address**                                    $895.60

LEWIS -GOETZ AND COMPANY
1850 N OHIO
WICHITA, KS 67214-1530

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.98**   **Nonpriority creditor's name and mailing address**                                    $7,829.40

M & M CLEANING SERVICE
1104 W 12TH ST
GRAND ISLAND, NE 68801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.99**   **Nonpriority creditor's name and mailing address**                                    $12,366.01

MATHESON TRI GAS, INC DBA LINWELD
PO BOX 845502
DALLAS, TX 75284-5502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.100**   **Nonpriority creditor's name and mailing address**                                    $1,742.00

MID NEBRASKA DISPOSAL INC
3080 W 2ND ST
GRAND ISLAND, NE 68803

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.101**   **Nonpriority creditor's name and mailing address**                                    $937.61

MID-STATES SUPPLY COMPANY, INC.
P. O. BOX 804482
KANSAS CITY, MO 64108-4482

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Abengoa Bioenergy of Nebraska, LLC
        Name

Case number *(if known)*  16-41163 (KAS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.102** | Nonpriority creditor's name and mailing address | $117,510.46

MIDLAND SCIENTIFIC, INC.
1202 SOUTH 11TH STREET
OMAHA, NE 68108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.103** | Nonpriority creditor's name and mailing address | $3,160.02

MIDWEST LABORATORIES, INC
13611 B STREET
OMAHA, NE 68144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.104** | Nonpriority creditor's name and mailing address | $122,802.90

MIST CHEMICAL & SAFETY CO.
5 RIVER OAKS CIRCLE EAST
BUFFALO GROVE, IL 60089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.105** | Nonpriority creditor's name and mailing address | $2,163.11

MOTION INDUSTRIES INC.
1880 SOUTH FLORENCE CT.
WICHITA, KS 67209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.106** | Nonpriority creditor's name and mailing address | $11,669.64

MRL CRANE SERVICE
4331 JUERGEN RD
GRAND ISLAND, NE 68801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Abengoa Bioenergy of Nebraska, LLC
Name

Case number (if known)  16-41163 (KAS)

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.107 | Nonpriority creditor's name and mailing address | $1,400.00 |
| --- | --- | --- |

MSDSONLINE, INC.
27185 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.108 | Nonpriority creditor's name and mailing address | $165,826.08 |
| --- | --- | --- |

NALCO COMPANY
P.O. BOX 70716
CHICAGO, IL 60673-0716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.109 | Nonpriority creditor's name and mailing address | $1,304.69 |
| --- | --- | --- |

NCTC NEBRASKA CENTRAL TELEPHONE CO
22 LABARRE STREET
GIBBON, NE 68840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.110 | Nonpriority creditor's name and mailing address | $13,074.54 |
| --- | --- | --- |

NEBRASKA AIR QUALITY
285 S. 68TH ST. PLACE, STE 322
LINCOLN, NE 68510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.111 | Nonpriority creditor's name and mailing address | $12,907.69 |
| --- | --- | --- |

NEBRASKA MACHINERY COMPANY
11002 SAPP BROS. DRIVE
OMAHA, NE 68138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Abengoa Bioenergy of Nebraska, LLC
          _____
          Name

Case number (if known)   16-41163 (KAS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.112 | Nonpriority creditor's name and mailing address | $4,209.17 |
|---|---|---|

NEBRASKA SAFETY COUNCIL
3243 CORNHUSKER HIGHWAY SUITE A10
LINCOLN, NE 68504-1592

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.113 | Nonpriority creditor's name and mailing address | $719,073.53 |
|---|---|---|

NOVOZYMES NORTH AMERICA, INC
P.O. BOX 576
FRANKLINTON, NC 27525

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.114 | Nonpriority creditor's name and mailing address | $68.41 |
|---|---|---|

NUESYNERGY
SUITE 100 10901 GRANADA LANE
LEAWOOD, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.115 | Nonpriority creditor's name and mailing address | $9,336.54 |
|---|---|---|

OLSSON ASSOCIATES, INC.
PO BOX 84608
LINCOLN, NE 68501-4608

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.116 | Nonpriority creditor's name and mailing address | $12,654.43 |
|---|---|---|

OMAHA VALVE & FITTING
P.O. BOX 329
SHAWNEE MISSION, KS 66201-0329

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Abengoa Bioenergy of Nebraska, LLC
_____
Name

Case number (if known) __16-41163 (KAS)__

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.117 | Nonpriority creditor's name and mailing address | $6,356.00 |
|---|---|---|

PERKINELMER LAS, INC
710 BRIDGEPORT AVENUE
SHELTON, CT 06484

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | $790.95 |
|---|---|---|

PHIBROCHEM, INC
GLENPOINTE CENTER EAST, 3RD FL.
TEANECK, NJ 07666-6712

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | $20,517.70 |
|---|---|---|

PIERTEK INC. DBA WOOD BROTHERS
721 WESTGATE BLVD
LINCOLN, NE 68528

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | $122.50 |
|---|---|---|

PINNACLE ENGINEERING INC.
P. O. BOX 1691
MINNEAPOLIS, MN 55480-1691

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | $18,515.39 |
|---|---|---|

PREMIUM PLANT SERVICES
1336 E. 31ST STREET
HIBBING, MN 55746

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Abengoa Bioenergy of Nebraska, LLC | | Case number *(if known)* | 16-41163 (KAS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.122 | **Nonpriority creditor's name and mailing address** | | $35,758.24 |
|---|---|---|---|

PUMPING SOLUTIONS, INC
2850 WEST 139TH STREET
BLUE ISLAND, IL 60406

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.123 | **Nonpriority creditor's name and mailing address** | | $125,144.60 |
|---|---|---|---|

QUALITY LIQUID FEEDS, INC
3586 STATE ROAD 23 NORTH
DODGEVILLE, WI 53533

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.124 | **Nonpriority creditor's name and mailing address** | | $12,458.08 |
|---|---|---|---|

QUANTUM ANALYTICS (LEASES)
3400 EAST THIRD AVENUE
FOSTER CITY, CA 94405

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.125 | **Nonpriority creditor's name and mailing address** | | $550.00 |
|---|---|---|---|

RAILWORKS TRACK SYSTEMS, INC
1145 SCHNEIDER ST.
FREMONT, NE 68025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.126 | **Nonpriority creditor's name and mailing address** | | $800.40 |
|---|---|---|---|

RAVENNA NEWS
322 GRAND
RAVENNA, NE 68869

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number (if known) | 16-41163 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.127 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

SAPP BROS PETROLEUM, INC.
C/O JEFFREY, HAHN & HEMMERLING, P.C., L.L.O.
5640 SOUTH 84TH STREET
SUITE 100
LINCOLN, NE 68516

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. CI 16 65

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.128 | **Nonpriority creditor's name and mailing address** | | $2,454.35 |
|---|---|---|---|

SCALES SALES AND SERVICE INC
P.O. BOX 641400
OMAHA, NE 68164

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.129 | **Nonpriority creditor's name and mailing address** | | $2,489.00 |
|---|---|---|---|

SCHENDEL PEST SERVICES, THE
1035 SE QUINCY ST.
TOPEKA, KS 66612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.130 | **Nonpriority creditor's name and mailing address** | | $29,259.66 |
|---|---|---|---|

SCHERBARTH, INC.
1615 WEST 1ST
HASTINGS, NE 68901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.131 | **Nonpriority creditor's name and mailing address** | | $1,900.62 |
|---|---|---|---|

SCOULAR GRAIN COMPANY - OMAHA
2027 DODGE STREET
OMAHA, NE 68102-1227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number *(if known)* | 16-41163 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.132 | **Nonpriority creditor's name and mailing address** | | $378.40 |
|---|---|---|---|

SDK LABORATORIES
1000 COREY ROAD PO BOX 886
HUTCHINSON, KS 67501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.133 | **Nonpriority creditor's name and mailing address** | | $24,546.00 |
|---|---|---|---|

SERVI-TECH LABORATORIES
PO BOX, 1397
DODGE CITY, KS 67801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.134 | **Nonpriority creditor's name and mailing address** | | $96,007.12 |
|---|---|---|---|

SIMOSA IT SA
C/ ENERGÍA SOLAR Nº1, PALMAS ALTAS. 41014 SEVILLA
 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.135 | **Nonpriority creditor's name and mailing address** | | $53,604.46 |
|---|---|---|---|

SIMOSA IT US, LLC
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.136 | **Nonpriority creditor's name and mailing address** | | $13,146.39 |
|---|---|---|---|

SIMPLEX GRINNELL LP
DEPT CH 10320
PALATINE, IL 60055-0320

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor   Abengoa Bioenergy of Nebraska, LLC

Name

Case number (if known)   16-41163 (KAS)

---

**Part 2:    Additional Page**

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.137 | **Nonpriority creditor's name and mailing address** | $1,454,267,983.00 |
|---|---|---|

SOCIÉTÉ GÉNÉRALE, SUCURSAL EN ESPAÑA, AS AGENT
ATTN: GENERAL COUNSEL
TORRE PICASSO
PLAZA DE PABLO RUIZ PICASSO, 1
MADRID, 28020 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Guarantor - Syndicated credit facility dated September 30, 2014 in the principal amount of €1,321.0 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Last 4 digits of account number**

---

| 3.138 | **Nonpriority creditor's name and mailing address** | $1,100,900.00 |
|---|---|---|

SPANISH COMISARIO, BONDHOLDERS SL
ATTN: GENERAL COUNSEL
AV. FRANCIA 17, A, 1
VALENCIA, 46023 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Guarantor - $279 million 5.125% Exchangeable Notes due 2017 in the principal outstanding amount of €1 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Last 4 digits of account number**

---

| 3.139 | **Nonpriority creditor's name and mailing address** | $3,418.48 |
|---|---|---|

STAPLES ADVANTAGE
PO BOX 83689
CHICAGO, IL 60696-3689

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[ ] No
[ ] Yes

**Last 4 digits of account number**

---

| 3.140 | **Nonpriority creditor's name and mailing address** | $10.00 |
|---|---|---|

STATE OF IOWA
502 E 9TH ST.
DES MOINES, IA 50319

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Last 4 digits of account number**

---

| 3.141 | **Nonpriority creditor's name and mailing address** | $577.01 |
|---|---|---|

STATE OF IOWA
502 E 9TH ST.
DES MOINES, IA 50319

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[ ] No
[ ] Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number *(if known)* | 16-41163 (KAS) |
|--------|------------------------------------|--------------------------|----------------|
|        | Name                               |                          |                |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.142 | **Nonpriority creditor's name and mailing address** | | $515.00 |
|---|---|---|---|

STATE OF NEBRASKA HHS LABORATORY
P.O. BOX 22790
LINCOLN, NE 68502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.143 | **Nonpriority creditor's name and mailing address** | | $6,500.00 |
|---|---|---|---|

STEFAN UNNASCH DBA LIFE CYCLE ASSOC
985 PORTOLA ROAD
PORTOLA VALLEY, CA 94028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.144 | **Nonpriority creditor's name and mailing address** | | $1,119.26 |
|---|---|---|---|

SUNSET TRANSPORTATION, INC.
11325 CONCORD VILLAGE AVENUE
ST. LOUIS, MO 63123

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.145 | **Nonpriority creditor's name and mailing address** | | $22,891.21 |
|---|---|---|---|

TG TECHNICAL SERVICES
613 SW 3RD STREET
LEE SUMMIT, MO 64063

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.146 | **Nonpriority creditor's name and mailing address** | | $1,451,856.93 |
|---|---|---|---|

THE ANDERSONS, INC.
303 W 19TH ST
KEARNEY, NE 68848

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number *(if known)* | 16-41163 (KAS) |
|--------|------------------------------------|--------------------------|----------------|
|        | Name |  |  |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.147 | **Nonpriority creditor's name and mailing address** | $91.39 |
|---|---|---|

THE PRINT SOURCE, INC.
P. O. BOX 12748
WICHITA, KS 67277-2748

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.148 | **Nonpriority creditor's name and mailing address** | $73,644.74 |
|---|---|---|

TRAMCO, INC.
1020 E. 19TH STREET
WICHITA, KS 67214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.149 | **Nonpriority creditor's name and mailing address** | $4,370.00 |
|---|---|---|

TRIHYDRO CORPORATION
1252 COMMERCE DRIVE
LARAMIE, WY 82070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.150 | **Nonpriority creditor's name and mailing address** | $1,500,071.70 |
|---|---|---|

TRINITY INDUSTRIES LEASING COMPANY
2525 STEMMONS FREEWAY
PHILADELPHIA, PA 19175-0131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.151 | **Nonpriority creditor's name and mailing address** | $7,858.70 |
|---|---|---|

ULTRAFLOTE LLC
3640 WEST 12TH STREET
HOUSTON, TX 77008

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number *(if known)* | 16-41163 (KAS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

---

**3.152** | **Nonpriority creditor's name and mailing address** | $5,340.00

UNION PACIFIC RAILROAD
DALLAS, TX 75284-3465

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.153** | **Nonpriority creditor's name and mailing address** | $90.72

UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132-0577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.154** | **Nonpriority creditor's name and mailing address** | $142.08

UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132-0577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.155** | **Nonpriority creditor's name and mailing address** | $51.77

UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132-0577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.156** | **Nonpriority creditor's name and mailing address** | $85.00

UNITED STATES TREASURY
ST. LOUIS, MO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy of Nebraska, LLC | Case number *(if known)* | 16-41163 (KAS) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong>     <strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

| 3.157 | **Nonpriority creditor's name and mailing address** | | $121,924.26 |
|---|---|---|---|

UNIVAR USA INC
REDMOND, WA 98052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.158 | **Nonpriority creditor's name and mailing address** | | $6,359.49 |
|---|---|---|---|

VAA, LLC
SUITE 200 2300 BERKSHIRE LANE NORTH
PLYMOUTH, MN 55441

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.159 | **Nonpriority creditor's name and mailing address** | | $78,921.36 |
|---|---|---|---|

VARILEASE FINANCE, INC.
6340 SOUTH 3000 EAST, SUITE 400
SALT LAKE CITY, UT 84121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.160 | **Nonpriority creditor's name and mailing address** | | $848.80 |
|---|---|---|---|

WATERSURPLUS
726 BEACON STREET
LOVES PARK, IL 61111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.161 | **Nonpriority creditor's name and mailing address** | | $294.55 |
|---|---|---|---|

WEST PLAINS COMPANY
4800 MAIN STREET, SUITE 274
KANSAS CITY, MO 64112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Abengoa Bioenergy of Nebraska, LLC
          _____
          Name

Case number *(if known)* ___16-41163 (KAS)___

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.162**

**Nonpriority creditor's name and mailing address**

$Undetermined

WESTCO INTERNATIONAL, INC.
C/O BALLEW COVALT HAZEN, PC LLO
1045 LINCOLN MALL, SUITE 200
P.O. BOX 81229
LINCOLN, NE 68501-1229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim, Case No. C02CI150015224

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.163**

**Nonpriority creditor's name and mailing address**

$28,481.84

WESTCO INTERNATIONAL, INC.
6924 E. READING PLACE
TULSA, OK 74115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.164**

**Nonpriority creditor's name and mailing address**

$2,286.59

WESTMOR FLUID SOLUTIONS, LLC
14044 W. FREEWAY DR.
COLUMBUS, MN 55038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.165**

**Nonpriority creditor's name and mailing address**

$6,089.65

WILKE-DONOVAN'S TRUE VALUE
204 GRAND AVENUE
RAVENNA, NE 68869

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.166**

**Nonpriority creditor's name and mailing address**

$9.73

WILLIAMS, ROBERT
P.O. BOX 453
WOOD RIVER, NE 68883

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Abengoa Bioenergy of Nebraska, LLC    Case number *(if known)* 16-41163 (KAS)
            Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 0.00 |
|  |  |  | + undetermined amounts |
| 5b. **Total claims from Part 2** | 5b. **+** | $ | 5,839,793,573.98 |
|  |  |  | + undetermined amounts |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 5,839,793,573.98 |
|  |  |  | + undetermined amounts |

**Fill in this information to identify the case and this filing:**

Debtor Name __Abengoa Bioenergy of Nebraska, LLC__

United States Bankruptcy Court for the: __Eastern__ District of __Missouri__
(State)

Case number (*If known*): __16-41663 (KAS)__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☐ *Schedule H: Codebtors* (Official Form 206H)

- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☑ Amended *Schedule __E/F__*

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/24/2017__          ✗ _____
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

Sandra Porras Serrano
_____
Printed name

Chief Financial Officer
_____
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors