**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

In re:

ABENGOA BIOENERGY US HOLDING, LLC,
*et al.*,

Debtors.

**Chapter 11**

**Case No. 16-41161-659**

**(Jointly Administered)**

## MEMORANDUM TO THE COURT

The Amended Schedule E/F for Abengoa Bioenergy of Illinois, LLC (16-44195) includes the following amendments:

- Claim of Abengoa Bioenergy Maple, LLC is Contingent, Unliquidated, and Disputed and in the amount of $121,681,343.49.

- Claim of Abengoa Bioenergy Meramec Renewable, LLC is Contingent, Unliquidated, and Disputed.

- Insertion of footnote stating that the above-referenced claims may be equity.

- Deletion of the claim of Abengoa Bioenergy Trading US, LLC in the amount of $141,657.60.

- Deletion of the claim of Abengoa Bioenergy Trading US, LLC in the amount of $609,599.14.

- Deletion of the claim of Abengoa Bioenergy US Holding, LLC in the amount of $928,139.16.

The Amended Schedule A/B and the Summary of Assets and Liabilities for Abengoa Bioenergy of Illinois, LLC (16-44195) incorporates the above-referenced amendments.

Dated:  May 26, 2017
      St. Louis, Missouri

Respectfully submitted,

**ARMSTRONG TEASDALE LLP**

*/s/ Richard W. Engel, Jr.*
Richard W. Engel, Jr.   #34641MO
Susan K. Ehlers #49855MO
Erin M. Edelman, #67374MO
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  (314) 621-5070
Facsimile:  (314) 621-5065
rengel@armstrongteasdale.com
sehlers@armstrongteasdale.com
eedelman@armstrongteasdale.com

*Local Counsel to the Debtors and Debtors in Possession*

-and-

**DLA PIPER LLP (US)**
Richard A. Chesley   #6240877IL
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
(312) 368-4000
(312) 236-7516 (facsimile)
richard.chesley@dlapiper.com

R. Craig Martin, Esq. #005032DE
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801
(302) 468-5700
(302) 394-2341 (facsimile)
craig.martin@dlapiper.com

*Counsel to the Debtors and Debtors in Possession*

**Fill in this information to identify the case:**

Debtor name    Abengoa Bioenergy of Illinois, LLC

United States Bankruptcy Court for the: Eastern    District of Missouri
                                                                      (State)

Case number (If known):    16-44195 (KAS)

☒ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a.  **Real property:**
      Copy line 88 from *Schedule A/B* ....................................................................

$     194,389,640.00

   1b.  **Total personal property:**
      Copy line 91A from *Schedule A/B* ................................................................

$     112,867,994.47
+ undetermined amounts

   1c.  **Total of all property:**
      Copy line 92 from *Schedule A/B* ..................................................................

$     307,257,634.47
+ undetermined amounts

---

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...........................

$     0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.  **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...........................

$     0.00
+ undetermined amounts

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...........................

**+** $     130,279,480.19

4.  **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b

$     130,279,480.19
+ undetermined amounts

---

**Fill in this information to identify the case:**

Debtor name  Abengoa Bioenergy of Illinois, LLC

United States Bankruptcy Court for the: Eastern                    District of Missouri
                                                                                          (State)

Case number (If known):     16-44195 (KAS)

☒ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                           $ 2,292.09

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See attached rider | | | $ 975,364.79 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. None | $ 0.00 |
| 4.2. | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $ 977,656.88

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

                                                                                          Current value of
                                                                                          debtor's interest

7. **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | |
|---|---|
| 7.1. See attached rider | $ 37,063.97 |
| 7.2. | $ |

Debtor _____Abengoa Bioenergy of Illinois, LLC_____    Case number *(if known)*__16-44195 (KAS)_____
         Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _See attached rider_____    $_____2,233,733.47

   8.2. _____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                            $_____2,270,797.44

---

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☒ Yes. Fill in the information below.

                                                                              **Current value of debtor's interest**

11. **Accounts receivable**

   11a. 90 days old or less:  ____3,377,054.38____  –  ____82,293.84____  = ......➔   $____3,294,760.54
                              face amount              doubtful or uncollectible accounts

   11b. Over 90 days old:     _____  –  _____  = ......➔   $_____0.00
                              face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $____3,294,760.54

---

### Part 4:   Investments

13. **Does the debtor own any investments?**

   ☒ No. Go to Part 5.
   ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1. _____   _____   $_____

   14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                              % of ownership:

   15.1. _____   _____%   _____   $_____

   15.2. _____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1. _____   _____   $_____

   16.2. _____   _____   $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.                          $_____0.00

---

Debtor ___Abengoa Bioenergy of Illinois, LLC_____     Case number (*if known*)_16-44195 (KAS)_____
 Name

| **Part 5:** | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| See attached rider | MM / DD / YYYY | $_____ | _____ | $ 3,374,145.92 |
| **20. Work in progress** | | | | |
| Work In Process-All | MM / DD / YYYY | $_____ | Net Book Value | $ 1,401,097.90 |
| **21. Finished goods, including goods held for resale** | | | | |
| Finished Products B | MM / DD / YYYY | $_____ | Net Book Value | $ 3,011,422.18 |
| **22. Other inventory or supplies** | | | | |
| None | MM / DD / YYYY | $_____ | _____ | $ 0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 7,786,666.00

**24. Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    Abengoa Bioenergy of Illinois, LLC
_____
          Name

Case number *(if known)*  16-44195 (KAS)
_____

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| None | $_____ | | $_____ 0.00 |
| 40. **Office fixtures** | | | |
| Furniture & Fixtures | $_____ | Net Book Value | $_____ 9,586.33 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See attached rider | $_____ | | $_____ 1,082,136.72 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  None | $_____ | | $_____ 0.00 |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ _____ 1,091,723.05

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

Debtor _____Abengoa Bioenergy of Illinois, LLC_____     Case number *(if known)* ____16-44195 (KAS)_____
      Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Vehicles | $ _____ | Net Book Value | $ _____ 0.00 |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ _____ | _____ | $ _____ 0.00 |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ _____ | _____ | $ _____ 0.00 |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| See attached rider | $ _____ | _____ | $ _____ 22,186,912.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

                                                                $ _____ 22,186,912.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor _____Abengoa Bioenergy of Illinois, LLC_____     Case number *(if known)*   16-44195 (KAS)
          Name

---

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 See attached rider | | $ | | $    194,389,640.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$    194,389,640.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$    0.00

---

Official Form 206A/B                Schedule A/B: Assets — Real and Personal Property                page **6**

| Debtor | Abengoa Bioenergy of Illinois, LLC | Case number (if known) | 16-44195 (KAS) |
|---|---|---|---|
| | Name | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

| None | _____ − _____ = ➡ | $_____ 0.00 |
|---|---|---|
| | Total face amount    doubtful or uncollectible amount | |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| None | Tax year _____ | $_____ 0.00 |
|---|---|---|
| | Tax year _____ | $_____ |
| | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

| See attached rider | $    Undetermined |
|---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| None | $_____ 0.00 |
|---|---|

**Nature of claim** _____

**Amount requested** $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| None | $_____ 0.00 |
|---|---|

**Nature of claim** _____

**Amount requested** $_____

76. **Trusts, equitable or future interests in property**

| None | $_____ 0.00 |
|---|---|

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

| See attached rider | $    75,259,478.56 |
|---|---|
| | $_____ |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | $    75,259,478.56 |
|---|---|
| | + undetermined amounts |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor ___Abengoa Bioenergy of Illinois, LLC_____  Case number (if known)____16-44195 (KAS)_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 977,656.88 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 2,270,797.44 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 3,294,760.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 7,786,666.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,091,723.05 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 22,186,912.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................➔ | | $ 194,389,640.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 75,259,478.56 + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ...................91a. | $ 112,867,994.47 + undetermined amounts | + 91b. $ 194,389,640.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................. | | $ 307,257,634.47 + undetermined amounts |

Debtor Name: Abengoa Bioenergy of Illinois, LLC                                    Case Number: 16-44195 (KAS)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| BANCO SANTANDER | PPB Account | 1945 | $960,657.36 |
| Amarillo National Bank | Project 2 Revenue Account | 6357 | $14,343.53 |
| CALIFORNIA BANK AND TRUST | PPB Account | 6057 | $363.90 |
| | | **TOTAL** | **$975,364.79** |

Debtor Name: Abengoa Bioenergy of Illinois, LLC                                    Case Number:   16-44195 (KAS)

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Derv Asset Commodity | ADM GRAIN | $37,063.97 |
| | **TOTAL** | **$37,063.97** |

Debtor Name: Abengoa Bioenergy of Illinois, LLC                               Case Number:   16-44195 (KAS)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Prepaid Insurance | Various | $66,292.22 |
| Other Prepaid Expenses | Various | $2,167,441.25 |
| | TOTAL | **$2,233,733.47** |

Debtor Name:        Abengoa Bioenergy of Illinois, LLC                                    Case Number:            16-44195 (KAS)

**Assets - Real and Personal Property**

**Part 5, Question 19:** Raw materials

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Raw Material Inventory | | | Net Book Value | $1,384,688.48 |
| Spare Parts Inventory | | | Net Book Value | $1,989,457.44 |
| | | | **TOTAL** | **$3,374,145.92** |

Debtor Name:         Abengoa Bioenergy of Illinois, LLC                          Case Number:          16-44195 (KAS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Software | | | | Net Book Value | $688,536.69 |
| I.T. Equipment | | | | Net Book Value | $393,600.03 |
| | | | | TOTAL | $1,082,136.72 |

Debtor Name:        Abengoa Bioenergy of Illinois, LLC                                    Case Number:        16-44195 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Equipment | | | | Net Book Value | $50,077.34 |
| Plant Process / Components | | | | Net Book Value | $22,136,834.66 |
| | | | | TOTAL | $22,186,912.00 |

Debtor Name:          Abengoa Bioenergy of Illinois, LLC                              Case Number:          16-44195 (KAS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 395 Bissell St, Madison, IL 62060 | Land | $151,604.00 | Net book value | $151,604.00 |
| 395 Bissell St, Madison, IL 62060 | Industrial buildings | $30,133,929.00 | Net book value | $30,133,929.00 |
| 395 Bissell St, Madison, IL 62060 | Buildings | $163,514,665.00 | Net book value | $163,514,665.00 |
| 395 Bissell St, Madison, IL 62060 | Const. in Process | $589,442.00 | Net book value | $589,442.00 |
| | | | **TOTAL** | **$194,389,640.00** |

Debtor Name: Abengoa Bioenergy of Illinois, LLC                                   Case Number: 16-44195 (KAS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| FACTORY MUTUAL INSURANCE COMPANY | Property | 1001449 | Undetermined |
| NEW HAMPSHIRE INSURANCE COMPANY | Workers' Compensation | WC 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 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Commercial Umbrella | BE 24238263 | Undetermined |
| ILLINOIS NATIONAL INSURANCE CO. | General Liability | GL - 190-33-41 | Undetermined |
| ESSEX INSURANCE COMPANY | Rail | RRP1514-3 | Undetermined |
| LIBERTY INSURANCE UNDERWRITERS INC. | Excess Liability Policy Declaration | 10000035915-04 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Auto | CA - 363-2415 | Undetermined |
| IRONSHORE SPECIALTY INSURANCE COMPANY | Environmental Excess | 2308100 | Undetermined |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | Commercial | QT-660-4862N27A-TIL-15 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY | Foreign Liability/International Casualty | D38281215 003 | Undetermined |
| | | **TOTAL** | **$0.00** **+ undetermined amounts** |

Debtor Name:        Abengoa Bioenergy of Illinois, LLC                    Case Number:        16-44195 (KAS)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
| --- | --- |
| A/R-Debtor Group Co. | Àï í Cℓ1 î î £€ |
| A/R-GC Other | $1,043,643.41 |
| A/R- ST Group Co FC | $73,363,159.05 |
| **TOTAL** | **$75,&) - ₹( +, ') *** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Abengoa Bioenergy of Illinois, LLC |
| United States Bankruptcy Court for the: | Eastern District of Missouri |
| | (State) |
| Case number (if known) | 16-44195 (KAS) |

☒ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**
**Priority creditor's name and mailing address**
CITY OF MADISON
615 MADISON AVE
MADISON, IL 62060

As of the petition filing date, the claim is: $ ____ Undetermined    $ ____ Undetermined
Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**2.2**
**Priority creditor's name and mailing address**
FLORIDA DEPARTMENT OF REVENUE
PO BOX 6480
TALLAHASSEE, FL 32314-6480

As of the petition filing date, the claim is: $ ____ Undetermined    $ ____ Undetermined
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**2.3**
**Priority creditor's name and mailing address**
INTERNAL REVENUE SERVICE
1222 SPRUCE STREET
ST LOUIS, MO 63103

As of the petition filing date, the claim is: $ ____ Undetermined    $ ____ Undetermined
Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

Debtor **Abengoa Bioenergy of Illinois, LLC**
Name

Case number (*if known*) **16-44195 (KAS)**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address
4B COMPONENTS, LTD.
625 ERIE AVENUE
MORTON, IL 61550

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 19,116.20

---

**3.2** Nonpriority creditor's name and mailing address
ABENGOA BIOENERGIA OUTSOURCING LLC
16150 MAIN CIRCLE DRIVE, SUITE 300, CHESTERFIELD
CHESTERFIELD, MO 63017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,049,635.29

---

**3.3** Nonpriority creditor's name and mailing address
ABENGOA BIOENERGÍA, S.A.
CALLE ENERGÍA SOLAR
SEVILLA, 41014 SPAIN

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 21,580.03

---

**3.4** Nonpriority creditor's name and mailing address
ABENGOA BIOENERGÍA, SA
C/ ENERGÍA SOLAR Nº1, PALMAS ALTAS. 41014 SEVILLA
SPAIN

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 137,084.28

---

**3.5** Nonpriority creditor's name and mailing address
ABENGOA BIOENERGY COMPANY LLC
16150 MAIN CIRCLE DRIVE SUITE 300
CHESTERFIELD, MO 63017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,564,473.27

---

**3.6** Nonpriority creditor's name and mailing address
ABENGOA BIOENERGY MAPLE, LLC
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Intercompany Payable*

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 121,681,343.49

---

\* The Debtors believe this claim is equity.

Debtor    Abengoa Bioenergy of Illinois, LLC
_____
Name

Case number *(if known)*  16-44195 (KAS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** | **Nonpriority creditor's name and mailing address** | $460,000.00

ABENGOA BIOENERGY MERAMEC RENEWABLE, LLC.
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Intercompany Payable *

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | $1,002,850.93

ABENGOA BIOENERGY OUTSOURCING LLC
16150 MAIN CIRCLE DRIVE SUITE 300
CHESTERFIELD, MO 63017

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | $709.20

ACCURATE SUPERIOR SCALE CO.
5404 JEDMED COURT
ST. LOUIS, MO 63129-2221

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | $169,491.38

ACME CONSTRUCTORS, INC.
7212 WEIL AVENUE
ST. LOUIS, MO 63119

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | $91,734.72

AMERICA'S CENTRAL PORT
1635 W FIRST STREET
GRANITE CITY, IL 62040-1838

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

\* The Debtors believe this claim is equity.

| Debtor | Abengoa Bioenergy of Illinois, LLC | Case number *(if known)* | 16-44195 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| | **Amount of claim** |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.12 | **Nonpriority creditor's name and mailing address** | | $7,087.64 |
|---|---|---|---|

AMERICAN EXPRESS TRAVEL RELATED
200 VESEY STREET
NEW YORK, NY 10285

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | | $37,050.43 |
|---|---|---|---|

ANTHEM BLUE CROSS BLUE SHIELD
1351 WILLIAM HOWARD TAFT RD
CINCINNATI, OH 45206

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | | $8,994.12 |
|---|---|---|---|

ASCHINGER ELECTRIC COMPANY
877 HORAN DRIVE
FENTON, MO 63026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | | $9,105.22 |
|---|---|---|---|

BACT EQUIPMENT, INC.
201 FICK FARM RD
CHESTERFIELD, MO 63005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | | $6,926.25 |
|---|---|---|---|

BADGER DAYLIGHTING CORP.
8930 MOTORSPORTS WAY
BROWNSBURG, IN 46112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   Abengoa Bioenergy of Illinois, LLC
_____
         Name

Case number (if known)   16-44195 (KAS)

---

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.17 | **Nonpriority creditor's name and mailing address** | $30,120.93 |
|---|---|---|

BEARING HEADQUARTERS CO.
PO BOX 6267
BROADVIEW, IL 60155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | $16,465.68 |
|---|---|---|

BLISS INDUSTRIES LLC
P.O. BOX 910
PONCA CITY, OK 74602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | $107,195.50 |
|---|---|---|

BODINE SERVICES OF EVANSVILLE, LLC
3322 TOWER DRIVE
NEWBURGH, IN 47630

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | $52,003.04 |
|---|---|---|

BRENNTAG MID-SOUTH, INC
1405 HWY 136W
HENDERSON, KY 42420

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | $725.00 |
|---|---|---|

C.H. ROBINSON COMPANY, INC.
14701 CHARLSON ROAD, SUITE 1400
EDEN PRAIRIE, MN 55347

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Abengoa Bioenergy of Illinois, LLC | Case number *(if known)* 16-44195 (KAS) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22** Nonpriority creditor's name and mailing address
$462,829.77

CARGILL TRADE AND STRUCTURED FINANC
9350 EXCELSIOR BLVD
HOPKINS, MN 55343

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.23** Nonpriority creditor's name and mailing address
$9,510.00

CB&I ENVIRONMENT & INFRASTRUCTURE,
4171 ESSEN LANE
BATON ROUGE, LA 70809

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.24** Nonpriority creditor's name and mailing address
$174.06

CEE KAY SUPPLY INC
5835 MANCHESTER ROAD
ST. LOUIS, MO 63110

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.25** Nonpriority creditor's name and mailing address
$5,687.00

CHEM-SOLV, INC
10843 BIG BEND ROAD
ST. LOUIS, MO 63122

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.26** Nonpriority creditor's name and mailing address
$13,254.96

CHEMTREAT INC
4461 COX ROAD
GLEN ALLEN, VA 23060

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| Debtor | Abengoa Bioenergy of Illinois, LLC | Case number (if known) | 16-44195 (KAS) |
|---|---|---|---|
| | Name | | |

### Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address** | | $8,169.00 |
|---|---|---|---|

CINTAS, FIRST AID & SAFETY
PO BOX 631025
CINCINNATI, OH 45263-1025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | | $1,527.29 |
|---|---|---|---|

CITY OF GRANITE CITY
2000 EDISON AVENUE
GRANITE CITY, IL 62040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | | $39,190.31 |
|---|---|---|---|

CLEAVER-BROOKS SALES AND SERVICE
1626 HEADLAND DRIVE
FENTON, MO 63026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | | $4,811.54 |
|---|---|---|---|

CLINTON M DALL
9727 AVISTON RD
GERMANTOWN, IL 62245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | | $9,922.04 |
|---|---|---|---|

COGENT, INC LEE-MATTHEWS EQUIPMENT
318 BROADWAY
KANSAS CITY, MO 64105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Abengoa Bioenergy of Illinois, LLC
_____          Case number (if known)  16-44195 (KAS)
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.32 | **Nonpriority creditor's name and mailing address** | $2,400.00 |
|---|---|---|

COLLINS & HERMANN, INC.
1215 DUNN ROAD
ST. LOUIS, MO 63138

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.33 | **Nonpriority creditor's name and mailing address** | $860.00 |
|---|---|---|

COMPUWEIGH CORPORATION
50 MIDDLE QUARTER RD
WOODBURY, CT 06798

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.34 | **Nonpriority creditor's name and mailing address** | $3,712.96 |
|---|---|---|

CONNEY SAFETY PRODUCTS, LLC.
PO BOX 44575
MADISON, WI 53744-4575

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.35 | **Nonpriority creditor's name and mailing address** | $16,166.03 |
|---|---|---|

COYLE SUPPLY
3721 STATE ROUTE 162
GRANITE CITY, IL 62040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.36 | **Nonpriority creditor's name and mailing address** | $215,800.20 |
|---|---|---|

CSX TRANSPORTATION, INC
1659 SOLUTIONS CENTER
CHICAGO, IL 60677-1006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy of Illinois, LLC | Case number (if known) | 16-44195 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.37 | **Nonpriority creditor's name and mailing address** | | $484.50 |
|---|---|---|---|

CULLIGAN WATER OF ST. LOUIS
1555 COMMERCIAL BLVD., (HWY 61/67)
HERCULANEUM, MO 63048

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.38 | **Nonpriority creditor's name and mailing address** | | $272,713.15 |
|---|---|---|---|

DANISCO US INC
P.O. BOX 7247-8528
PHILADELPHIA, PA 19170-8528

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.39 | **Nonpriority creditor's name and mailing address** | | $25,225.10 |
|---|---|---|---|

DATATRONICS, INC.
2624 EAST BROADWAY
ALTON, IL 62002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.40 | **Nonpriority creditor's name and mailing address** | | $25,628.64 |
|---|---|---|---|

DC GROUP INC
1977 WEST RIVER ROAD N
MINNEAPOLIS, MN 55411

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.41 | **Nonpriority creditor's name and mailing address** | | $936.70 |
|---|---|---|---|

DE LAGE LANDEN FINANCIAL SERVICES I
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy of Illinois, LLC | Case number *(if known)* | 16-44195 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42** | **Nonpriority creditor's name and mailing address** | $12,754.64

DEDERT CORPORATION
17740 HOFFMAN WAY
HOMEWOOD, IL 60430

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.43** | **Nonpriority creditor's name and mailing address** | $3,931.27

DELTA GASES, INC.
2470 ADIE ROAD
MARYLAND HEIGHTS, MO 63043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.44** | **Nonpriority creditor's name and mailing address** | $639.80

DISCOVERY FIRST AID & SAFETY
PO BOX 21836
ST. LOUIS, MO 63109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.45** | **Nonpriority creditor's name and mailing address** | $3,640.49

DKD TRUCKING, INC.
4136 CEMETERY ROAD PO BOX 87183
S. ROXANA, IL 62087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.46** | **Nonpriority creditor's name and mailing address** | $61.49

DOCUMENT & NETWORK TECHNOLOGIES
2275 CASSENS COURT, SUITE 112
FENTON, MO 63026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Abengoa Bioenergy of Illinois, LLC       Case number *(if known)*   16-44195 (KAS)
     Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.47 | **Nonpriority creditor's name and mailing address** | | $5,760.50 |
| --- | --- | --- | --- |

DURHAM ENTERPRISES, INC. DBA
1736 WEST PARK CTR DR., SUITE 100
FENTON, MO 63026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | | $10,240.00 |
| --- | --- | --- | --- |

E.T. SECURITY & FIRE
517 WEST OSAGE STREET
PACIFIC, MO 63069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | | $5,850.00 |
| --- | --- | --- | --- |

ECONO SEAL, INC.
IMPERIAL, MO 63052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | | $55,543.00 |
| --- | --- | --- | --- |

ELECTRIC POWER SYSTEMS
21 MILLPARK CT.
MARYLAND HEIGHTS, MO 63043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | | $44,983.50 |
| --- | --- | --- | --- |

EULER HERMES NORTH AMERICA INS. COM
800 RED BROOK BOULEVARD
OWINGS MILLS, MD 21117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Abengoa Bioenergy of Illinois, LLC | Case number *(if known)* | 16-44195 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.52 | **Nonpriority creditor's name and mailing address** | | $663.00 |
|---|---|---|---|

EUROFINS CENTRAL ANALYTICAL
2219 LAKESHORE DRIVE, SUITE 100
NEW ORLEANS, LA 70122

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.53 | **Nonpriority creditor's name and mailing address** | | $26,966.16 |
|---|---|---|---|

EVAPAR INC
9000 N KENTUCKY AVE
EVANSVILLE, IN 47725

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.54 | **Nonpriority creditor's name and mailing address** | | $22,362.45 |
|---|---|---|---|

FASTENAL COMPANY
921 N. GRANT AVE.
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.55 | **Nonpriority creditor's name and mailing address** | | $3,000.00 |
|---|---|---|---|

FEED FORWARD, INC.
1834 WEST OAK PARKWAY SUITE 100
MARIETTA, GA 30062

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.56 | **Nonpriority creditor's name and mailing address** | | $6,132.29 |
|---|---|---|---|

FIRE PROTECTION SYSTEMS LLC
4316 BRIDGETON INDUSTRIAL DRIVE
BRIDGETON, MO 63044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy of Illinois, LLC | Case number *(if known)* | 16-44195 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.57 | Nonpriority creditor's name and mailing address | | $639.90 |
|---|---|---|---|

FIRE SAFETY, INC
420 N WOOD RIVER AVE
WOOD RIVER, IL 62095

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.58 | Nonpriority creditor's name and mailing address | | $2,220.00 |
|---|---|---|---|

GATX RAIL- LOCOMOTIVE RENTAL
222 WEST ADAMS STREET
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.59 | Nonpriority creditor's name and mailing address | | $6,399.99 |
|---|---|---|---|

GENERAL ELECTRIC CAPITAL CORP.
201 MERRITT 7
NORWALK, CT 06851

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.60 | Nonpriority creditor's name and mailing address | | $891.69 |
|---|---|---|---|

GENERAL RUBBER & PLASTICS
EVANSVILLE, IN 47724

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.61 | Nonpriority creditor's name and mailing address | | $81.93 |
|---|---|---|---|

GRANITE CITY IL HOSPITAL CO. LLC
2100 MADISON AVE
GRANITE CITY, IL 62040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Abengoa Bioenergy of Illinois, LLC
_____
         Name

Case number *(if known)*  16-44195 (KAS)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.62**  **Nonpriority creditor's name and mailing address**                                                   $2,005.83

HALO BRANDED SOLUTIONS INC
1980 INDUSTRIAL DRIVE, PO BOX 657
STERLING, IL 61081-0657

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.63**  **Nonpriority creditor's name and mailing address**                                                   $84,784.98

HULCHER SERVICES INC.
PO BOX 203532
DALLAS, TX 75320-3532

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.64**  **Nonpriority creditor's name and mailing address**                                                   $140.00

ILLINOIS DEPARTMENT OF AGRICULTURE
BUREAU OF A.P.I.
SPRINGFIELD, IL 62794-9281

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.65**  **Nonpriority creditor's name and mailing address**                                                   $188,303.29

ILLINOIS-AMERICAN WATER COMPANY
PALATINE, IL 60094-4551

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.66**  **Nonpriority creditor's name and mailing address**                                                   $61,997.60

INNOSPEC FUEL SPECIALTIES
8310 SOUTH VALLEY HIGHWAY, SUITE 35
ENGLEWOOD, CO 80112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy of Illinois, LLC | Case number *(if known)* | 16-44195 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.67 | **Nonpriority creditor's name and mailing address** | | $3,573.40 |
|---|---|---|---|

INPRO SEAL COMPANY INC
4221 81ST AVENUE WEST
ROCK ISLAND, IL 61201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.68 | **Nonpriority creditor's name and mailing address** | | $15,066.99 |
|---|---|---|---|

INTERTEK USA, DBA
801 TRAVIS STREET, SUITE 1500
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.69 | **Nonpriority creditor's name and mailing address** | | $2,570.00 |
|---|---|---|---|

J C EHRLICH CO. INC.
4521 LEAVENWORTH STREET
OMAHA, NE 68106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.70 | **Nonpriority creditor's name and mailing address** | | $44,210.71 |
|---|---|---|---|

J.D. STREETT & COMPANY, INC
144 WELDON PARKWAY
MARYLAND HEIGHTS, MO 63043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.71 | **Nonpriority creditor's name and mailing address** | | $27,560.00 |
|---|---|---|---|

J.H. RUSSELL FORWARDING CO. DBA
2315 N. CAUSEWAY BLVD SUITE 100
METAIRE, LA 70001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Abengoa Bioenergy of Illinois, LLC
_____
       Name

Case number *(if known)*   16-44195 (KAS)

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |

---

**3.72** | **Nonpriority creditor's name and mailing address** | $1,401.49

J.J. KELLER & ASSOCIATES, INC.
PO BOX 548
NEENAH, WI 54957-0548

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.73** | **Nonpriority creditor's name and mailing address** | $9,242.50

J.W. NUTT COMPANY
PO BOX 15790
N. LITTLE ROCK, AR 72231-5790

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.74** | **Nonpriority creditor's name and mailing address** | $10,255.85

JACOBS CORPORATION
PO BOX 727
HARLAN, IA 51537-0727

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.75** | **Nonpriority creditor's name and mailing address** | $30,924.01

JOHN FABICK TRACTOR CO
ONE FABICK DR
FENTON, MO 63026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.76** | **Nonpriority creditor's name and mailing address** | $6,480.91

JOHN ZINK COMPANY LLC
PO BOX 915001
DALLAS, TX 75391-5001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy of Illinois, LLC | Case number *(if known)* | 16-44195 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.77 | Nonpriority creditor's name and mailing address | | $32,500.00 |
|---|---|---|---|

M.D. MAGARY CONSTRUCTION CO.
5550 N. BROADWAY
ST. LOUIS, MO 63147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | | $548.50 |
|---|---|---|---|

MH LOGISTICS CORP DBA MH
PO BOX 50
MOSSVILLE, IL 61552

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | | $8,807.87 |
|---|---|---|---|

MIDLAND SCIENTIFIC, INC.
1202 SOUTH 11TH STREET
OMAHA, NE 68108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | | $7,442.63 |
|---|---|---|---|

MURPHY COMPANY
1233 NORTH PRICE ROAD
ST. LOUIS, MO 63132

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | | $2,800.00 |
|---|---|---|---|

NORFOLK SOUTHERN RAILWAY COMPANY
PO BOX 532797
ATLANTA, GA 30353-2797

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Abengoa Bioenergy of Illinois, LLC
_____
Name

Case number *(if known)*  16-44195 (KAS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.82**

**Nonpriority creditor's name and mailing address**                                                  $831.85

OFFICE DEPOT, INC.
6600 NORTH MILITARY TRAIL
BOCA RATON, FL 33496

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.83**

**Nonpriority creditor's name and mailing address**                                                  $984.24

ONESOURCE WATER, LLC
PO BOX 677867
DALLAS, TX 75267-7867

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.84**

**Nonpriority creditor's name and mailing address**                                                  $3,017.50

PERKINELMER LAS, INC
710 BRIDGEPORT AVENUE
SHELTON, CT 06484

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.85**

**Nonpriority creditor's name and mailing address**                                                  $7,208.51

PINE ENVIRONMENTAL SERVICES, LLC
DALLAS, TX 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.86**

**Nonpriority creditor's name and mailing address**                                                  $9,975.00

PINNACLE ENGINEERING INC.
P. O. BOX 1691
MINNEAPOLIS, MN 55480-1691

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy of Illinois, LLC | Case number *(if known)* | 16-44195 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.87 | **Nonpriority creditor's name and mailing address** | | $4,678.94 |
|---|---|---|---|

PIONEER INDUSTRIAL CORPORATION
400 RUSSELL BLVD
ST. LOUIS, MO 63108-4018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.88 | **Nonpriority creditor's name and mailing address** | | $22,621.50 |
|---|---|---|---|

PLANT MAINTENANCE SERVICES,
532 INDUSTRIAL ROAD
GODDARD, KS 67052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.89 | **Nonpriority creditor's name and mailing address** | | $2,755.00 |
|---|---|---|---|

PORT HARBOR RAILROAD
1635 WEST FIRST STREET, SUITE 152
GRANITE CITY, IL 62040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.90 | **Nonpriority creditor's name and mailing address** | | $1,480.00 |
|---|---|---|---|

PRECISION SCALE & CONTROLS, INC
3501 GRACE AVENUE
ST. LOUIS, MO 63116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.91 | **Nonpriority creditor's name and mailing address** | | $2,250.00 |
|---|---|---|---|

PREDICTIVE TECHNOLOGIES, INC.
3236 WYNDING RIDGE WAY
GREEN BAY, WI 54313

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy of Illinois, LLC | Case number (if known) | 16-44195 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.92 | **Nonpriority creditor's name and mailing address** | | $10,236.94 |
|---|---|---|---|

PUMPTEK LLC
421 BREADEN DR., UNIT 14
MONROE, OH 45050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.93 | **Nonpriority creditor's name and mailing address** | | $67,971.41 |
|---|---|---|---|

QUALITY LIQUID FEEDS, INC
3586 STATE ROAD 23 NORTH
DODGEVILLE, WI 53533

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.94 | **Nonpriority creditor's name and mailing address** | | $1,500.00 |
|---|---|---|---|

RAILWORKS TRACK SERVICES- MO
4301 BRIDGETON INDUSTRIAL DR
BRIDGETON, MO 63044-1204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.95 | **Nonpriority creditor's name and mailing address** | | $439.37 |
|---|---|---|---|

ROSE COFFEE/DBA CLEARBROOK NATURAL
618 S. BOYLE
ST. LOUIS, MO 63110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.96 | **Nonpriority creditor's name and mailing address** | | $17,243.03 |
|---|---|---|---|

RUIZ GRANADOS, JOSE,

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Abengoa Bioenergy of Illinois, LLC | Case number (if known) | 16-44195 (KAS) |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.97 | **Nonpriority creditor's name and mailing address** | | $5,544.88 |
|---|---|---|---|

SCF LEWIS AND CLARK TERMINALS, LLC
2801 ROCK ROAD
GRANITE CITY, IL 62040

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.98 | **Nonpriority creditor's name and mailing address** | | $21,870.00 |
|---|---|---|---|

SECURITAS SECURITY SERVICES
4330 PARK TERRACE DRIVE
WESTLAKE VILLAGE, CA 91361

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.99 | **Nonpriority creditor's name and mailing address** | | $4,028.00 |
|---|---|---|---|

SERVI-TECH LABORATORIES
PO BOX, 1397
DODGE CITY, KS 67801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.100 | **Nonpriority creditor's name and mailing address** | | $2,936.52 |
|---|---|---|---|

SIEVEKING INC.
4636 WALDO INDUSTRIAL DR
HIGH RIDGE, MO 63049

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.101 | **Nonpriority creditor's name and mailing address** | | $87,525.70 |
|---|---|---|---|

SIMOSA IT SA
C/ ENERGÍA SOLAR Nº1, PALMAS ALTAS. 41014 SEVILLA
 SPAIN

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy of Illinois, LLC | Case number *(if known)* | 16-44195 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.102 | **Nonpriority creditor's name and mailing address** | | $58,021.41 |
|---|---|---|---|

SIMOSA IT US, LLC
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.103 | **Nonpriority creditor's name and mailing address** | | $9,549.96 |
|---|---|---|---|

SIMOSA IT US, LLC
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.104 | **Nonpriority creditor's name and mailing address** | | $78.54 |
|---|---|---|---|

SIMOSA IT, S.A.
CAMPUS PALMAS ALTAS
SEVILLA, 41014 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.105 | **Nonpriority creditor's name and mailing address** | | $1,096.24 |
|---|---|---|---|

SNAP-ON INDUSTRIAL, A DIV. OF IDSC
2801 80TH ST PO BOX 1410
KENOSHA, MO 63141-1410

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.106 | **Nonpriority creditor's name and mailing address** | | $6,980.15 |
|---|---|---|---|

ST. LOUIS BOILER SUPPLY CO.
617 HANLEY INDUSTRIAL CT
ST. LOUIS, MO 63144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy of Illinois, LLC | Case number *(if known)* | 16-44195 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.107 | **Nonpriority creditor's name and mailing address** | | $5,571.50 |
|---|---|---|---|

TEKLAB, INC.
5445 HORSESHOELAKE ROAD
COLLINSVILLE, IL 62234

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.108 | **Nonpriority creditor's name and mailing address** | | $212,131.29 |
|---|---|---|---|

THE ANDERSONS INC - RAIL
NW 6172, PO BOX 1450
MINNEAPOLIS, MN 55485-6172

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.109 | **Nonpriority creditor's name and mailing address** | | $842,078.23 |
|---|---|---|---|

THE CIT GROUP/EQUIPMENT
CHURCH STREET STATION
NEW YORK, NY 10261-4339

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.110 | **Nonpriority creditor's name and mailing address** | | $9,284.00 |
|---|---|---|---|

THE MUNIE COMPANY DBA
1000 MILBURN SCHOOL ROAD
CASEYVILLE, IL 62232

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.111 | **Nonpriority creditor's name and mailing address** | | $276.91 |
|---|---|---|---|

THOMAS SCIENTIFIC INC.
1654 HIGH HILL ROAD
SWEDESBORO, NJ 08085

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy of Illinois, LLC | | Case number _(if known)_ | 16-44195 (KAS) |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

| 3.112 | **Nonpriority creditor's name and mailing address** | $2,659.22 |
|---|---|---|

THORNBURGH INSULATION
6280 KNOX INDUSTRIAL DRIVE
ST. LOUIS, MO 63139

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.113 | **Nonpriority creditor's name and mailing address** | $90,527.00 |
|---|---|---|

TRANE US INC
3600 PAMMEL CREEK ROAD
LA CROSSE, WI 54601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.114 | **Nonpriority creditor's name and mailing address** | $273,192.58 |
|---|---|---|

TRINITY INDUSTRIES LEASING COMPANY
2525 STEMMONS FREEWAY
PHILADELPHIA, PA 19175-0131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.115 | **Nonpriority creditor's name and mailing address** | $1,948.00 |
|---|---|---|

UNION PACIFIC RAILROAD
DALLAS, TX 75284-3465

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.116 | **Nonpriority creditor's name and mailing address** | $364.77 |
|---|---|---|

UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132-0577

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy of Illinois, LLC | Case number (if known) | 16-44195 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.117 | **Nonpriority creditor's name and mailing address** | | $12,177.74 |
|---|---|---|---|

WASTE MANAGEMENT OF MISSOURI
7320 HALL STREET
ST. LOUIS, MO 63147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.118 | **Nonpriority creditor's name and mailing address** | | $1,300.00 |
|---|---|---|---|

WESTERN RESERVE WATER SYSTEMS
4133 EAST 49TH STREET
CLEVELAND, OH 44105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.119 | **Nonpriority creditor's name and mailing address** | | $70,217.31 |
|---|---|---|---|

WIESE USA, INC
1435 WOODSON ROAD
ST. LOUIS, MO 63132

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.120 | **Nonpriority creditor's name and mailing address** | | $22,511.81 |
|---|---|---|---|

YOKOGAWA CORP OF AMERICA
2 DART ROAD
NEWMAN, GA 30265

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.121 | **Nonpriority creditor's name and mailing address** | | $37,862.50 |
|---|---|---|---|

ZELLER TECHNOLOGIES, INC.
4250 HOFFMEISTER AVENUE
ST. LOUIS, MO 63125

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Abengoa Bioenergy of Illinois, LLC
_____
          Name

Case number *(if known)* __16-44195 (KAS)__

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.122 | **Nonpriority creditor's name and mailing address** | $478.13 |

ZUMWALT CORPORATION
1617 LAFAYETTE
ST. LOUIS, MO 63104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Abengoa Bioenergy of Illinois, LLC         Case number *(if known)* 16-44195 (KAS)
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 0.00 |
| | | | + undetermined amounts |
| 5b. **Total claims from Part 2** | 5b. **+** | $ | 130,279,480.19 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 130,279,480.19 |
| | | | + undetermined amounts |

**Fill in this information to identify the case and this filing:**

Debtor Name __Abengoa Bioenergy of Illinois, LLC__

United States Bankruptcy Court for the: __Eastern__ District of __Missouri__
(State)

Case number (*If known*): __16-44195 (KAS)__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ Amended *Schedule __A/B__ , E/F and Summary of Assets and Liabilities*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/24/2017__          ✗ _____
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

Sandra Porras Serrano
Printed name

Chief Financial Officer
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors