**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>ABENGOA BIOENERGY US HOLDING, LLC,<br>*et al.*,<br><br><br>Debtors. | **Chapter 11**<br><br>**Case No. 16-41161-659**<br><br>**(Jointly Administered)** |

## <u>MEMORANDUM TO THE COURT</u>

The Amended Schedule E/F for Abengoa Bioenergy of Indiana, LLC (16-44194) includes the following amendments:

- Claim of Abengoa Bioenergy Maple, LLC is Contingent, Unliquidated, and Disputed and in the amount of $112,605,284.76.

- Claim of Abengoa Bioenergy Meramec Renewable, LLC is Contingent, Unliquidated, and Disputed.

- Insertion of footnote stating that the above-referenced claims may be equity.

- Deletion of the claim of Abengoa Bioenergy Trading US, LLC in the amount of $200,000.00.

- Deletion of the claim of Abengoa Bioenergy Trading US, LLC in the amount of $690,428.06.

- Deletion of the claim of Abengoa Bioenergy US Holding, LLC in the amount of $920,572.00.

The Amended Schedule A/B and Summary of Assets and Liabilities for Abengoa Bioenergy of Indiana, LLC (16-44194) incorporates the above-referenced amendments.

Dated:  May 26, 2017
       St. Louis, Missouri

Respectfully submitted,

**ARMSTRONG TEASDALE LLP**

*/s/ Richard W. Engel, Jr.*
Richard W. Engel, Jr.  #34641MO
Susan K. Ehlers #49855MO
Erin M. Edelman, #67374MO
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  (314) 621-5070
Facsimile:  (314) 621-5065
rengel@armstrongteasdale.com
sehlers@armstrongteasdale.com
eedelman@armstrongteasdale.com

*Local Counsel to the Debtors and Debtors in
Possession*

-and-

**DLA PIPER LLP (US)**
Richard A. Chesley   #6240877IL
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
(312) 368-4000
(312) 236-7516 (facsimile)
richard.chesley@dlapiper.com

R. Craig Martin, Esq. #005032DE
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801
(302) 468-5700
(302) 394-2341 (facsimile)
craig.martin@dlapiper.com

*Counsel to the Debtors and Debtors in Possession*

**Fill in this information to identify the case:**

Debtor name __Abengoa Bioenergy of Indiana, LLC__

United States Bankruptcy Court for the: __Eastern__ District of __Missouri__
(State)

Case number (If known): __16-44194 (KAS)__

☒ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...........................................................................................

   $ ___178,557,230.00___

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .........................................................................................

   $ ___77,175,299.73___
   + undetermined amounts

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...........................................................................................

   $ ___255,732,529.73___
   + undetermined amounts

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............

   $ _____0.00___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................

   $ _____0.00___
   + undetermined amounts

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................

   **+** $ ___120,475,237.68___

4. **Total liabilities**.................................................................................................................
   Lines 2 + 3a + 3b

   $ ___120,475,237.68___
   + undetermined amounts

**Fill in this information to identify the case:**

Debtor name __Abengoa Bioenergy of Indiana, LLC__

United States Bankruptcy Court for the: __Eastern_____ District of __Missouri__
(State)

Case number (If known): __16-44194 (KAS)_____

☒ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 2,116.67

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See attached rider | | ___ ___ ___ ___ | $ 462,879.85 |
| 3.2. | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. None | $ 0.00 |
|---|---|
| 4.2. | $ |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 464,996.52

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. See attached rider | $ 1,700,000.00 |
|---|---|
| 7.2. | $ |

Debtor    Abengoa Bioenergy of Indiana, LLC
     Name

Case number *(if known)* 16-44194 (KAS)

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. See attached rider      $    2,643,316.82

8.2.      $ _____

**9. Total of Part 2.**      $    4,343,316.82

Add lines 7 through 8. Copy the total to line 81.

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

    **Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less:    4,570,872.91  –   185,981.33   = ........➜   $   4,384,891.58
                     face amount             doubtful or uncollectible accounts

11b. Over 90 days old:          –            = ........➜   $       0.00
                     face amount             doubtful or uncollectible accounts

**12. Total of Part 3**      $    4,384,891.58

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. _____ | _____ | $ _____ |
| 14.2. _____ | _____ | $ _____ |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:    % of ownership: | | |
| 15.1. _____ ____% | _____ | $ _____ |
| 15.2. _____ ____% | _____ | $ _____ |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1. _____ | _____ | $ _____ |
| 16.2. _____ | _____ | $ _____ |

**17. Total of Part 4**      $       0.00

Add lines 14 through 16. Copy the total to line 83.

---

Debtor     Abengoa Bioenergy of Indiana, LLC _____     Case number (*if known*) 16-44194 (KAS) _____
              Name

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| See attached rider | MM / DD / YYYY | $ | | $ 2,394,236.25 |
| 20. **Work in progress** | | | | |
| See attached rider | MM / DD / YYYY | $ | | $ 5,718,670.89 |
| 21. **Finished goods, including goods held for resale** | | | | |
| Finished Products B | MM / DD / YYYY | $ | Net Book Value | $ 4,332,990.54 |
| 22. **Other inventory or supplies** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 12,445,897.68

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

Debtor __Abengoa Bioenergy of Indiana, LLC_____    Case number (if known)__16-44194 (KAS)_____
      Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| None | $_____ | _____ | $_____ 0.00 |
| **40. Office fixtures** | | | |
| Furniture & Fixtures | $_____ | Net Book Value | $_____ 0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See attached rider | $_____ | _____ | $_____ 1,369,990.14 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $_____ | _____ | $_____ 0.00 |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____ 1,369,990.14

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Debtor | Abengoa Bioenergy of Indiana, LLC | Case number (if known) | 16-44194 (KAS) |
|--------|------------------------------------|------------------------|----------------|
|        | Name |  |  |

---

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐ No. Go to Part 9.
  ☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Transportation Equipment and Vehicles | $_____ | Net Book Value | $_____ 0.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $_____ | _____ | $_____ 0.00 |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 None | $_____ | _____ | $_____ 0.00 |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| See attached rider | $_____ | _____ | $_____ 18,451,424.15 |

51. **Total of Part 8.**
  Add lines 47 through 50. Copy the total to line 87.

  $_____ 18,451,424.15

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

  ☐ No
  ☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

  ☒ No
  ☐ Yes

---

Debtor _____Abengoa Bioenergy of Indiana, LLC_____
Name

Case number *(if known)* ___16-44194 (KAS)___

---

### Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See attached rider | | $_____ | | $_____178,557,230.00 |
| 55.2_____ | | $_____ | | $_____ |
| 55.3_____ | | $_____ | | $_____ |
| 55.4_____ | | $_____ | | $_____ |
| 55.5_____ | | $_____ | | $_____ |
| 55.6_____ | | $_____ | | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____178,557,230.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☒ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

### Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | | | $_____ |
| **65. Goodwill**<br>_____ | $_____ | | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____0.00

---

Debtor ___Abengoa Bioenergy of Indiana, LLC_____   Case number (if known) ___16-44194 (KAS)_____
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☒ Yes. Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
    Description (include name of obligor)

    _____None_____   _____ − _____ = ➡ $_____0.00
                                     Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____None_____   Tax year _____   $_____0.00
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

    _____See attached rider_____   $_____Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____None_____   $_____0.00
    **Nature of claim**   _____
    **Amount requested**   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____None_____   $_____0.00
    **Nature of claim**   _____
    **Amount requested**   $_____

76. **Trusts, equitable or future interests in property**

    _____None_____   $_____0.00

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

    _____See attached rider_____   $_____35,714,782.84
    _____   $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.   $_____35,714,782.84
                                                            + undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

Debtor    Abengoa Bioenergy of Indiana, LLC                Case number *(if known)*    16-44194 (KAS)
Name

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 464,996.52 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 4,343,316.82 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 4,384,891.58 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 12,445,897.68 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,369,990.14 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 18,451,424.15 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................➔ | | $ 178,557,230.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 35,714,782.84 + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 77,175,299.73 + undetermined amounts | 91b. $ 178,557,230.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................... | | $ 255,732,529.73 + undetermined amounts |

Debtor Name: Abengoa Bioenergy of Indiana, LLC                                    Case Number: 16-44194 (KAS)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| BANCO SANTANDER | PPB Account | 4149 | $204,497.85 |
| BANCO SANTANDER | PPB Account | 1961 | $258,324.35 |
| CALIFORNIA BANK AND TRUST | PPB Account | 6065 | $57.65 |
| | | **TOTAL** | **$462,879.85** |

Debtor Name: Abengoa Bioenergy of Indiana, LLC                              Case Number:   16-44194 (KAS)

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| LT Formed Deposits | Various | $1,000,000.00 |
| ST Deposits | Various | $700,000.00 |
| | **TOTAL** | **$1,700,000.00** |

Debtor Name: Abengoa Bioenergy of Indiana, LLC                    Case Number:   16-44194 (KAS)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---:|
| Prepaid Insurance | Various | $86,101.63 |
| Other Prepaid Expenses | Various | $2,557,215.19 |
| | **TOTAL** | **$2,643,316.82** |

Debtor Name:        Abengoa Bioenergy of Indiana, LLC                          Case Number:        16-44194 (KAS)

**Assets - Real and Personal Property**

**Part 5, Question 19:** Raw materials

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Raw Material Inventory | | | Net Book Value | $663,736.00 |
| Spare Parts Inventory | | | Net Book Value | $1,730,500.25 |
| | | | **TOTAL** | **$2,394,236.25** |

Debtor Name:        Abengoa Bioenergy of Indiana, LLC                    Case Number:         16-44194 (KAS)

**Assets - Real and Personal Property**

**Part 5, Question 20:** Work in progress

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Work in Progress | | | Net Book Value | $4,245,444.42 |
| Work In Process-All | | | Net Book Value | $1,473,226.47 |
| | | | **TOTAL** | **$5,718,670.89** |

Debtor Name:        Abengoa Bioenergy of Indiana, LLC                    Case Number:        16-44194 (KAS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Software | | | | Net Book Value | $843,126.93 |
| I.T. Equipment | | | | Net Book Value | $526,863.21 |
| | | | | TOTAL | $1,369,990.14 |

Debtor Name:        Abengoa Bioenergy of Indiana, LLC                                Case Number:            16-44194 (KAS)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Equipment | | | | Net Book Value | $555,201.52 |
| Plant Process / Components | | | | Net Book Value | $17,896,222.63 |
| | | | | TOTAL | $18,451,424.15 |

Debtor Name:        Abengoa Bioenergy of Indiana, LLC                    Case Number:        16-44194 (KAS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 8999 W Franklin Rd, Mt Vernon, IN 47620 | Land | $4,437,081.00 | Net book value | $4,437,081.00 |
| 8999 W Franklin Rd, Mt Vernon, IN 47620 | Industrial buildings | $37,501,276.00 | Net book value | $37,501,276.00 |
| 8999 W Franklin Rd, Mt Vernon, IN 47620 | Buildings | $136,549,188.00 | Net book value | $136,549,188.00 |
| 8999 W Franklin Rd, Mt Vernon, IN 47620 | Const. in Process | $69,685.00 | Net book value | $69,685.00 |
| | | | **TOTAL** | **$178,557,230.00** |

Debtor Name: Abengoa Bioenergy of Indiana, LLC                                          Case Number: 16-44194 (KAS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| FACTORY MUTUAL INSURANCE COMPANY | Property | 1001449 | Undetermined |
| NEW HAMPSHIRE INSURANCE COMPANY | Workers' Compensation | WC 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 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Commercial Umbrella | BE 24238263 | Undetermined |
| ILLINOIS NATIONAL INSURANCE CO. | General Liability | GL - 190-33-41 | Undetermined |
| ESSEX INSURANCE COMPANY | Rail | RRP1514-3 | Undetermined |
| LIBERTY INSURANCE UNDERWRITERS INC. | Excess Liability Policy Declaration | 10000035915-04 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Auto | CA - 363-2415 | Undetermined |
| IRONSHORE SPECIALTY INSURANCE COMPANY | Environmental Excess | 2308100 | Undetermined |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | Commercial | QT-660-4862N27A-TIL-15 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY | Foreign Liability/International Casualty | D38281215 003 | Undetermined |
| | | **TOTAL** | **$0.00** **+ undetermined amounts** |

Debtor Name:        Abengoa Bioenergy of Indiana, LLC                              Case Number:        16-44194 (KAS)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| Long term loans - TIF asset | $3,168,481.00 |
| A/R-Debtor Group Co. | $795,271.87 |
| A/R-GC Other | $1,036,076.25 |
| A/R- ST Group Co FC | $30,714,953.72 |
| **TOTAL** | **$35,714,782.84** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Abengoa Bioenergy of Indiana, LLC |
| United States Bankruptcy Court for the: | Eastern   District of Missouri |
| | (State) |
| Case number (if known) | 16-44194 (KAS) |

☒ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>INTERNAL REVENUE SERVICE<br>1222 SPRUCE STREET<br>ST LOUIS, MO 63103 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ _____ Undetermined | $ _____ Undetermined |
| **Date or dates debt was incurred**<br><u>Undetermined</u> | **Basis for the claim:**<br>Tax Claim | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |
| **2.2** **Priority creditor's name and mailing address**<br>KENTUCKY DIVISION OF REGULATORY<br>103 REGULATORY SERVICES BLDG<br>LEXINGTON, KY 40546-0275 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ _____ Undetermined | $ _____ Undetermined |
| **Date or dates debt was incurred**<br><u>Undetermined</u> | **Basis for the claim:**<br>Tax Claim | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |
| **2.3** **Priority creditor's name and mailing address**<br>POSEY COUNTY TREASURER<br>126 E. THIRD STREET ROOM 220<br>MT. VERNON, IN 47620 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ _____ Undetermined | $ _____ Undetermined |
| **Date or dates debt was incurred**<br><u>Undetermined</u> | **Basis for the claim:**<br>Tax Claim | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |

Debtor    Abengoa Bioenergy of Indiana, LLC
_____
Name

Case number *(if known)*   16-44194 (KAS)
_____

| Part 1. | Additional Page | | |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

| 2.4 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |
|---|---|---|---|---|

STATE OF TENNESSEE - DEPT OF REV
11TH FLOOR ANDREW JACKSON BLDG
NASHVILLE, TN 37219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Debtor    Abengoa Bioenergy of Indiana, LLC
          _____
          Name

Case number *(if known)* 16-44194 (KAS)
                         _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address
4B COMPONENTS, LTD.
625 ERIE AVENUE
MORTON, IL 61550

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,455.00

**3.2**

Nonpriority creditor's name and mailing address
ABENGOA BIOENERGIA OUTSOURCING LLC
16150 MAIN CIRCLE DRIVE, SUITE 300, CHESTERFIELD
CHESTERFIELD, MO 63017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 150,804.29

**3.3**

Nonpriority creditor's name and mailing address
ABENGOA BIOENERGÍA, SA
C/ ENERGÍA SOLAR Nº1, PALMAS ALTAS. 41014 SEVILLA
SPAIN

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 137,186.49

**3.4**

Nonpriority creditor's name and mailing address
ABENGOA BIOENERGY COMPANY LLC
16150 MAIN CIRCLE DRIVE SUITE 300
CHESTERFIELD, MO 63017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,642,575.61

**3.5**

Nonpriority creditor's name and mailing address
ABENGOA BIOENERGY MAPLE, LLC
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Intercompany Payable *

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 112,605,284.76

**3.6**

Nonpriority creditor's name and mailing address
ABENGOA BIOENERGY MERAMEC RENEWABLE, LLC.
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Intercompany Payable *

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 902,000.00

\* The Debtors believe this claim is equity.

| Debtor | Abengoa Bioenergy of Indiana, LLC | Case number (if known) | 16-44194 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address** | $54,000.00 |
|---|---|---|

ABENGOA BIOENERGY OF KANSAS, LLC
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | $245,526.37 |
|---|---|---|

ABENGOA BIOENERGY OUTSOURCING LLC
16150 MAIN CIRCLE DRIVE SUITE 300
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | $697.41 |
|---|---|---|

ACTION EQUIPMENT SALES CO., INC
5801 S. HARDING ST.
INDIANAPOLIS, IN 46217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | $19,804.23 |
|---|---|---|

AIRGAS SPECIALTY PRODUCTS, INC
R.R. 2 BOX 104A
CARROLLTON, IL 62016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | $13,199.70 |
|---|---|---|

ALPHA MECHANICAL SERVICE, INC.
7200 DISTRIBUTION DRIVE
LOUISVILLE, KY 40258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Abengoa Bioenergy of Indiana, LLC | Case number *(if known)* | 16-44194 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.12 | Nonpriority creditor's name and mailing address | | $11,210.00 |
|---|---|---|---|

ALX ENTERPRISES LLC
1120 5TH AVE N
LEWISBURG, TN 37091

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | | $24,675.00 |
|---|---|---|---|

ARCHAEASOLUTIONS, INC.
100 LLOYD AVENUE, SUITE D
TYRONE, GA 30290

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | | $1,838.87 |
|---|---|---|---|

ARNOLD COMPANY INC., THE
3 HARMONY LANE
TRENTON, IL 62293

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | | $22,572.68 |
|---|---|---|---|

BEARING HEADQUARTERS CO.
PO BOX 6267
BROADVIEW, IL 60155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | | $393.34 |
|---|---|---|---|

BIG RIVER RUBBER & GASKET CO., INC.
214 WEST 10TH STREET
OWENSBORO, KY 42303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Abengoa Bioenergy of Indiana, LLC | Case number (if known) | 16-44194 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** | **Nonpriority creditor's name and mailing address** | $4,165.93

BLACK EQUIPMENT CO, INC.
1187 BURCH DR
EVANSVILLE, IN 47725

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.18** | **Nonpriority creditor's name and mailing address** | $83,108.00

BODINE SERVICES OF EVANSVILLE, LLC
3322 TOWER DRIVE
NEWBURGH, IN 47630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.19** | **Nonpriority creditor's name and mailing address** | $112,573.78

BRENNTAG MID-SOUTH, INC
1405 HWY 136W
HENDERSON, KY 42420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.20** | **Nonpriority creditor's name and mailing address** | $5,803.22

CALIFORNIA FIRST NATIONAL BANK
18201 VON KARMAN AVENUE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.21** | **Nonpriority creditor's name and mailing address** | $1,891,002.46

CARGILL TRADE AND STRUCTURED FINANC
9350 EXCELSIOR BLVD
HOPKINS, MN 55343

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy of Indiana, LLC | Case number *(if known)* | 16-44194 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.22 | **Nonpriority creditor's name and mailing address** | | $3,650.00 |
|---|---|---|---|

CB&I ENVIRONMENT & INFRASTRUCTURE,
4171 ESSEN LANE
BATON ROUGE, LA 70809

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.23 | **Nonpriority creditor's name and mailing address** | | $15,775.00 |
|---|---|---|---|

CE POWER ENGINEERED SERVICES DBA CE
4040 REV DRIVE
CINCINNATI, OH 45232

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.24 | **Nonpriority creditor's name and mailing address** | | $2,427.30 |
|---|---|---|---|

CED/EVANSVILLE SUPPLY
801 JOHN STREET
EVANSVILLE, IN 47713

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.25 | **Nonpriority creditor's name and mailing address** | | $18,441.50 |
|---|---|---|---|

CERES CONSULTING LLC
3808 COOKSON RD
EAST ST. LOUIS, IL 62201-2126

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.26 | **Nonpriority creditor's name and mailing address** | | $7,572.00 |
|---|---|---|---|

CHEMTREAT INC
4461 COX ROAD
GLEN ALLEN, VA 23060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy of Indiana, LLC | Case number *(if known)* | 16-44194 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address** | | $15,917.78 |
|---|---|---|---|

CINTAS CORPORATION (EVANSVILLE, IN)
7233 ENTERPRISE PARK DRIVE
EVANSVILLE, IN 47715

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | | $5,799.89 |
|---|---|---|---|

CONNEY SAFETY PRODUCTS, LLC.
PO BOX 44575
MADISON, WI 53744-4575

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | | $18,611.90 |
|---|---|---|---|

CONSOLIDATED GRAIN & BARGE CO.
5130 PORT ROAD
JEFFERSONVILLE, IN 47130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | | $2,009.36 |
|---|---|---|---|

CONTROL-TECH,INC
8938 N PRAIRIE POINTE
PEORIA, IL 61615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | | $1,437.14 |
|---|---|---|---|

DE LAGE LANDEN FINANCIAL SERVICES I
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Abengoa Bioenergy of Indiana, LLC            Case number *(if known)*   16-44194 (KAS)
         Name

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.32**   **Nonpriority creditor's name and mailing address**                  $139.23

DOCUMENT & NETWORK TECHNOLOGIES
2275 CASSENS COURT, SUITE 112
FENTON, MO 63026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.33**   **Nonpriority creditor's name and mailing address**                  $1,089.30

EBN CONSTRUCTION & INDUSTRIAL
1701 EAST COLUMBIA STREET
EVANSVILLE, IN 47711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.34**   **Nonpriority creditor's name and mailing address**                 $15,855.17

EQUIPMENT DEPOT KENTUCKY, INC.
922 DIVISION ST.
EVANSVILLE, IN 47711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.35**   **Nonpriority creditor's name and mailing address**                  $854.00

EUROFINS CENTRAL ANALYTICAL
2219 LAKESHORE DRIVE, SUITE 100
NEW ORLEANS, LA 70122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.36**   **Nonpriority creditor's name and mailing address**                  $2,225.00

EVANSVILLE SHEET METAL WORKS INC
1901 W MARYLAND STREET
EVANSVILLE, IN 47712

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor  Abengoa Bioenergy of Indiana, LLC
_____
Name

Case number *(if known)* 16-44194 (KAS)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.37 | **Nonpriority creditor's name and mailing address** | | $615.07 |
|---|---|---|---|

EVANSVILLE WELDING SUPPLY LLC
7330 ENTERPRISE PARK CIRCLE
EVANSVILLE, IN 47715

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.38 | **Nonpriority creditor's name and mailing address** | | $296,009.28 |
|---|---|---|---|

EVANSVILLE WESTERN RAILWAY, INC
ATLANTA, GA 30384-3943

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.39 | **Nonpriority creditor's name and mailing address** | | $840.66 |
|---|---|---|---|

EVAPAR INC
9000 N KENTUCKY AVE
EVANSVILLE, IN 47725

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.40 | **Nonpriority creditor's name and mailing address** | | $6,420.00 |
|---|---|---|---|

EVOQUA WATER TECHNOLOGIES LLC
6111 GUNION ROAD
INDIANAPOLIS, IN 46254

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.41 | **Nonpriority creditor's name and mailing address** | | $1,693.18 |
|---|---|---|---|

FASTENAL COMPANY
921 N. GRANT AVE.
YORK, NE 68467

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy of Indiana, LLC | Case number *(if known)* | 16-44194 (KAS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42**

**Nonpriority creditor's name and mailing address**

FLOTTWEG SEPERATION TECHNOLOGY,INC
PO BOX  706301
CINCINNATI, OH 45270-6301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$21,250.05

---

**3.43**

**Nonpriority creditor's name and mailing address**

GATX CORPORATION
222 WEST ADAMS STREET
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$682.58

---

**3.44**

**Nonpriority creditor's name and mailing address**

GATX RAIL- LOCOMOTIVE RENTAL
222 WEST ADAMS STREET
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$150,984.79

---

**3.45**

**Nonpriority creditor's name and mailing address**

GAVILON GR
1331 CAPITOL AVE
OMAHA, NE 68102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$850.00

---

**3.46**

**Nonpriority creditor's name and mailing address**

GENERAL RUBBER & PLASTICS
EVANSVILLE, IN 47724

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,944.05

---

| Debtor | Abengoa Bioenergy of Indiana, LLC | Case number *(if known)* | 16-44194 (KAS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.47 | **Nonpriority creditor's name and mailing address** | | $1,483.76 |
|---|---|---|---|

GERMAN TOWNSHIP WATER DISTRICT INC.
2636 W. BOONVILLE NEW HARMONY RD
EVANSVILLE, IN 47720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.48 | **Nonpriority creditor's name and mailing address** | | $13,285.95 |
|---|---|---|---|

HARTLAND RENEWABLE FUELS, A
4245 S 143RD STREET, SUITE 1
OMAHA, NE 68137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.49 | **Nonpriority creditor's name and mailing address** | | $950.00 |
|---|---|---|---|

HASGOE CLEANING SYSTEMS INC
901 KECK AVENUE
EVANSVILLE, IN 47711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.50 | **Nonpriority creditor's name and mailing address** | | $4,976.00 |
|---|---|---|---|

ICM, INC.
310 N. FIRST
COLWICH, KS 67030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.51 | **Nonpriority creditor's name and mailing address** | | $38,295.00 |
|---|---|---|---|

INNOSPEC FUEL SPECIALTIES
8310 SOUTH VALLEY HIGHWAY, SUITE 35
ENGLEWOOD, CO 80112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy of Indiana, LLC | Case number *(if known)* | 16-44194 (KAS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.52 | **Nonpriority creditor's name and mailing address** | | $48,216.75 |
|---|---|---|---|

INTERTEK USA, DBA
801 TRAVIS STREET, SUITE 1500
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.53 | **Nonpriority creditor's name and mailing address** | | $675.20 |
|---|---|---|---|

J.J. KELLER & ASSOCIATES, INC.
PO BOX 548
NEENAH, WI 54957-0548

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.54 | **Nonpriority creditor's name and mailing address** | | $969.52 |
|---|---|---|---|

KING MECHANICAL SPECIALTY
406 THIRD ST  PO BOX 67
NEWBURGH, IN 47630

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.55 | **Nonpriority creditor's name and mailing address** | | $6,991.25 |
|---|---|---|---|

KLEMM TANK LINES
PO BOX 11708
GREEN BAY, WI 54307-1708

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.56 | **Nonpriority creditor's name and mailing address** | | $7,766.80 |
|---|---|---|---|

KM SPECIALTY PUMPS INC
PO BOX 99 8055 STATE RD 62 W
CHANDLER, IN 47610

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Abengoa Bioenergy of Indiana, LLC
_____
Name

Case number *(if known)* __16-44194 (KAS)__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.57 | Nonpriority creditor's name and mailing address | | $30,800.00 |
|---|---|---|---|

LANSING TRADE GROUP, LLC
10975 BENSON DRIVE SUITE 400
OVERLAND, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.58 | Nonpriority creditor's name and mailing address | | $86,703.47 |
|---|---|---|---|

LLL TRANSPORT INC
216 1/2 N MAIN STREET
BROOKFIELD, MO 64628

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.59 | Nonpriority creditor's name and mailing address | | $1,850.00 |
|---|---|---|---|

MARINE INSPECTION SERVICE
4073 ZONETON ROAD
SHEPHERDSVILLE, KY 40165

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.60 | Nonpriority creditor's name and mailing address | | $5,160.00 |
|---|---|---|---|

MEDIC ON-SITE SERVICES, LLC
EVANSVILLE, IN 47716

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.61 | Nonpriority creditor's name and mailing address | | $2,916.31 |
|---|---|---|---|

MICHAEL MARKET INC.
2601 S LODGE AVE
EVANSVILLE, IN 47714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy of Indiana, LLC | Case number (if known) | 16-44194 (KAS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.62 | **Nonpriority creditor's name and mailing address** | | $15,308.00 |
|---|---|---|---|

MICROBAC LABORATORIES, INC.
3323 GILMORE IND. BLVD
LOUISVILLE, KY 40213

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | | $21,219.14 |
|---|---|---|---|

MID-AMERICA LOCOMOTIVE & CAR REPAIR
1601 W ALLENS LANE
EVANSVILLE, IN 47710

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | | $321.36 |
|---|---|---|---|

MID-STATES SUPPLY COMPANY, INC.
P. O. BOX 804482
KANSAS CITY, MO 64108-4482

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | | $10,652.29 |
|---|---|---|---|

MIDLAND SCIENTIFIC, INC.
1202 SOUTH 11TH STREET
OMAHA, NE 68108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | | $290.00 |
|---|---|---|---|

MILLENNIUM CONTRACTORS, INC.
5559 NATIONAL TURNPIKE
LOUISVILLE, KY 40214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Abengoa Bioenergy of Indiana, LLC | Case number (if known) | 16-44194 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.67 | **Nonpriority creditor's name and mailing address** | | $9,166.38 |
|---|---|---|---|

MORLEY & ASSOCIATES INC
4800 ROSEBUD LANE
NEWBURGH, IN 47630

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.68 | **Nonpriority creditor's name and mailing address** | | $2,042.00 |
|---|---|---|---|

OFFICE DEPOT, INC.
6600 NORTH MILITARY TRAIL
BOCA RATON, FL 33496

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | | $24.00 |
|---|---|---|---|

OHIO VALLEY GRAIN INSPECTION
1820 N ST JOSEPH AVE
EVANSVILLE, IN 47720

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | | $48,717.48 |
|---|---|---|---|

OHIO VALLEY INSULATION COMPANY, INC
4241 HOGUE ROAD
EVANSVILLE, IN 47712

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | | $17,732.05 |
|---|---|---|---|

PERKINELMER LAS, INC
710 BRIDGEPORT AVENUE
SHELTON, CT 06484

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Abengoa Bioenergy of Indiana, LLC
          _____
          Name

Case number (if known) 16-44194 (KAS)

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.72 | **Nonpriority creditor's name and mailing address** | | $20,469.86 |
|---|---|---|---|

PINNACLE ENGINEERING INC.
P. O. BOX 1691
MINNEAPOLIS, MN 55480-1691

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.73 | **Nonpriority creditor's name and mailing address** | | $2,068.33 |
|---|---|---|---|

POSEY COUNTY LLC
PO BOX 565
MOUNT VERNON, IN 47620

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.74 | **Nonpriority creditor's name and mailing address** | | $355.57 |
|---|---|---|---|

PROQUIP
850 E HIGHLAND ROAD
MACEDONIA, OH 44056-2190

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.75 | **Nonpriority creditor's name and mailing address** | | $35,755.40 |
|---|---|---|---|

PUMPING SOLUTIONS, INC
2850 WEST 139TH STREET
BLUE ISLAND, IL 60406

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.76 | **Nonpriority creditor's name and mailing address** | | $24,122.02 |
|---|---|---|---|

QUALITY LIQUID FEEDS, INC
3586 STATE ROAD 23 NORTH
DODGEVILLE, WI 53533

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy of Indiana, LLC | | Case number (if known) | 16-44194 (KAS) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address** | | $687.63 |
|---|---|---|---|

RABEN TIRE CO INC
2100 N NEW YORK AVE
EVANSVILLE, IN 47711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.78 | **Nonpriority creditor's name and mailing address** | | $317.52 |
|---|---|---|---|

RAILWORKS SIGNALS & COMMUNICATIONS,
9250 BAYMEADOWS ROADS, SUITE 200
JACKSONVILLE, FL 32256

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.79 | **Nonpriority creditor's name and mailing address** | | $8,523.30 |
|---|---|---|---|

RAILWORKS TRACK SERVICES- MO
4301 BRIDGETON INDUSTRIAL DR
BRIDGETON, MO 63044-1204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.80 | **Nonpriority creditor's name and mailing address** | | $892.50 |
|---|---|---|---|

RIVER BEND BROKERAGE
MANDEVILLE, LA 70470

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.81 | **Nonpriority creditor's name and mailing address** | | $16,460.98 |
|---|---|---|---|

RUIZ GRANADOS, JOSE,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy of Indiana, LLC | Case number *(if known)* | 16-44194 (KAS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.82 | **Nonpriority creditor's name and mailing address** | | $1,506.00 |
|---|---|---|---|

SCAFFOLD KING RENTALS, INC
302 S. JEFFERSON ST.
ROCKVILLE, IN 47872

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.83 | **Nonpriority creditor's name and mailing address** | | $39,432.96 |
|---|---|---|---|

SEAY TRANSPORT LLC
6700 CENTENNIAL BLVD
NASHVILLE, TN 37209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.84 | **Nonpriority creditor's name and mailing address** | | $11,997.44 |
|---|---|---|---|

SECURITAS SECURITY SERVICES
4330 PARK TERRACE DRIVE
WESTLAKE VILLAGE, CA 91361

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.85 | **Nonpriority creditor's name and mailing address** | | $1,166.90 |
|---|---|---|---|

SERVI-TECH LABORATORIES
PO BOX, 1397
DODGE CITY, KS 67801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.86 | **Nonpriority creditor's name and mailing address** | | $118,311.06 |
|---|---|---|---|

SIMOSA IT SA
C/ ENERGÍA SOLAR Nº1, PALMAS ALTAS. 41014 SEVILLA
 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor __Abengoa Bioenergy of Indiana, LLC_____      Case number *(if known)* _16-44194 (KAS)_
       Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.87 | **Nonpriority creditor's name and mailing address** | | $67,693.73 |
|---|---|---|---|

SIMOSA IT US, LLC
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.88 | **Nonpriority creditor's name and mailing address** | | $11,878.95 |
|---|---|---|---|

SIMOSA IT US, LLC
16150 MAIN CIRCLE DR, SUITE 300
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.89 | **Nonpriority creditor's name and mailing address** | | $35,756.39 |
|---|---|---|---|

SIMOSA IT, S.A.
CAMPUS PALMAS ALTAS
SEVILLA, 41014 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.90 | **Nonpriority creditor's name and mailing address** | | $66,483.52 |
|---|---|---|---|

SOUTHERN INDIANA GAS & ELECTRIC CO
ONE VECTREN SQUARE
EVANSVILLE, IN 47708

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.91 | **Nonpriority creditor's name and mailing address** | | $1,358.00 |
|---|---|---|---|

SOUTHERN INDIANA SCALE CO INC DBA
4901 N ST JOSEPH AVE
EVANSVILLE, IN 47719-0258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Abengoa Bioenergy of Indiana, LLC | Case number *(if known)* | 16-44194 (KAS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.92 | **Nonpriority creditor's name and mailing address** | | $10,034.72 |
|---|---|---|---|

ST. LOUIS BOILER SUPPLY CO.
617 HANLEY INDUSTRIAL CT
ST. LOUIS, MO 63144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.93 | **Nonpriority creditor's name and mailing address** | | $658.00 |
|---|---|---|---|

ST. MARY'S OCCUPATIONAL MEDICINE
2330 LYNCH ROAD
EVANSVILLE, IN 47711

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.94 | **Nonpriority creditor's name and mailing address** | | $28,364.89 |
|---|---|---|---|

SYNENERGY PARTNERS LLC
PO BOX 545
MT. VERNON, IN 47620

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.95 | **Nonpriority creditor's name and mailing address** | | $97,270.22 |
|---|---|---|---|

THE ANDERSONS INC - RAIL
NW 6172, PO BOX 1450
MINNEAPOLIS, MN 55485-6172

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.96 | **Nonpriority creditor's name and mailing address** | | $853,027.73 |
|---|---|---|---|

THE CIT GROUP/EQUIPMENT
CHURCH STREET STATION
NEW YORK, NY 10261-4339

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor     Abengoa Bioenergy of Indiana, LLC
Name

Case number (if known)  16-44194 (KAS)

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.97 | Nonpriority creditor's name and mailing address | | $23,650.00 |
|---|---|---|---|

THOMAS SCIENTIFIC INC.
1654 HIGH HILL ROAD
SWEDESBORO, NJ 08085

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | | $13,497.00 |
|---|---|---|---|

TODD THOMAS FARM LLC
3328 KUEBLER RD
EVANSVILLE, IN 47720

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | | $15,106.18 |
|---|---|---|---|

TRI-STATE BEARING CO.
2108 N FARES AVE PO BOX 4737
EVANSVILLE, IN 47724-0737

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | | $20,572.88 |
|---|---|---|---|

TRI-STATE FIRE PROTECTION, INC.
10577 OAK GROVE ROAD
NEWBURGH, IN 47630

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | | $396.21 |
|---|---|---|---|

TRI-STATE LIGHTING & SUPPLY CO, INC
PO BOX 327
EVANSVILLE, IN 47702

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Abengoa Bioenergy of Indiana, LLC
_____
Name

Case number (if known) _16-44194 (KAS)___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.102** | **Nonpriority creditor's name and mailing address** | **$36.50**

UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132-0577

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.103** | **Nonpriority creditor's name and mailing address** | **$4,922.00**

VANDCO ASSOCIATES, LLC DBA
10105 HEDDEN ROAD
EVANSVILLE, IN 47725

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.104** | **Nonpriority creditor's name and mailing address** | **$100.50**

VWR INTERNATIONAL INC
1310 GOSHEN PARKWAY
WEST CHESTER, PA 19380

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.105** | **Nonpriority creditor's name and mailing address** | **$4,000.00**

WEAVER AND TIDWELL, L.L.P.
2821 WEST 7TH STREET
FORT WORTH, TX 76107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.106** | **Nonpriority creditor's name and mailing address** | **$10,783.41**

WESTMOR FLUID SOLUTIONS, LLC
14044 W. FREEWAY DR.
COLUMBUS, MN 55038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy of Indiana, LLC | | Case number *(if known)* | 16-44194 (KAS) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.107 | **Nonpriority creditor's name and mailing address** | | $3,122.01 |
|---|---|---|---|

WHAYNE SUPPLY COMPANY
1400 CECIL AVE
LOUISVILLE, KY 40211-1646

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.108 | **Nonpriority creditor's name and mailing address** | | $13,197.00 |
|---|---|---|---|

WIESE USA, INC
1435 WOODSON ROAD
ST. LOUIS, MO 63132

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.109 | **Nonpriority creditor's name and mailing address** | | $3,600.00 |
|---|---|---|---|

WILCOX ENVIRONMENTAL ENGINEERING,
5757 WEST 74TH STREET
INDIANAPOLIS, IN 46278

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.110 | **Nonpriority creditor's name and mailing address** | | $2,176.29 |
|---|---|---|---|

XYLEM WATER SOLUTIONS U.S.A., INC.
7615 WEST NEW YORK STREET
INDIANAPOLIS, IN 46214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Abengoa Bioenergy of Indiana, LLC | Case number *(if known)* 16-44194 (KAS) |
|---|---|---|
| | Name | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | | **Total of claim amounts** |
|---|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $ | 0.00 |
| | | | + undetermined amounts |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $ | 120,475,237.68 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 120,475,237.68 |
| | | | + undetermined amounts |

**Fill in this information to identify the case and this filing:**

Debtor Name  Abengoa Bioenergy of Indiana, LLC

United States Bankruptcy Court for the:  Eastern                    District of  Missouri
                                                                                  (State)

Case number (If known):  16-44194 (KAS)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule  A/B* , E/F and Summary of Assets and Liabilities

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/24/2017            ✗ _____
             MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                   Sandra Porras Serrano
                                   Printed name

                                   Chief Financial Officer
                                   Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**