# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: | **Chapter 11** |
| ABENGOA BIOENERGY US HOLDING LLC, *et al.*, | **Case No. 16-41161-659** |
| Debtors. | **(Jointly Administered)** |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON AUGUST 16, 2017

Time of Hearing:     10:00 a.m. (prevailing Central Time)

Location of Hearing: United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton Federal Building, Courtroom 7 North, 111 South Tenth Street, St. Louis, MO 63102

**I.     Adjourned Matters**

   None.

**II.    Matters Going Forward**

   1.   **"Claims Objection Procedures Motion"** – Motion of GUC Liquidating Trustee for Entry of an Order Establishing Procedures for Claims Objections [Docket No. 1464]

   **Status: The Hearing on this matter is going forward.**

   **Objection Deadline:** August 9, 2017

   **Related Documents:** None to date.

   **Objections Received:** None.

   2.   **"First Omnibus Objection to Proofs of Claim Nos. 964, 965 and 966"** – Notice of GUC Liquidating Trustee's First Omnibus Objection to Proofs of Claim Nos. 964, 965 and 966 (No Liability Claims) [Docket No. 1465]

   **Status: The Hearing on this matter is going forward.**

   **Objection Deadline:** August 9, 2017

1

**Related Documents:**

Motion of GUC Liquidating Trustee for Entry of an Order Establishing Procedures for Claims Objections [Docket No. 1464]

Supplement to GUC Liquidating Trustee's First Omnibus Objection to Proofs of Claim Nos. 964, 965 and 966 (No Liability Claims) [Docket No. 1485]

Reply in Support of GUC Liquidating Trustee's First Omnibus Objection to Proofs of Claim Nos. 964, 965 and 966 (No Liability Claims) [Docket No. 1523]

**Objections Received:**

Abengoa Bioenergy Biomass of Kansas, LLC's Initial Response to GUC Liquidating Trustee's First Omnibus Objection to Proofs of Claim Nos. 964, 965, and 966 (No Liability Claims) and Request For Extension of Time to Further Respond [Docket No. 1522]

3. **"Thompson Coburn LLP Final Fee Application"**– Final Application for Allowance of Fees and Expenses Filed by Thompson Coburn LLP, Counsel for the Official Committee of Unsecured Creditors [Docket No. 1469]

**Status: The Hearing on this matter is going forward.**

**Objection Deadline:** August 9, 2017

**Related Documents:** None to date.

**Objections Received:** None.

4. **"FTI Consulting Final Fee Application"**– Third Interim and Final Application for Allowance of Fees and Expenses Filed by FTI Consulting Inc., Financial Advisor for the Official Committee of Unsecured Creditors [Docket No. 1470]

**Status: The Hearing on this matter is going forward.**

**Objection Deadline:** August 9, 2017

**Related Documents:** None to date.

**Objections Received:** None.

5. **"Hogan Lovells LLP Final Fee Application"**– Fourth Interim and Final Application for Allowance of Fees and Expenses Filed by Hogan Lovells US LLP, Counsel for the Official Committee of Unsecured Creditors [Docket No. 1471]

**Status: The Hearing on this matter is going forward.**

2

**Objection Deadline**: August 9, 2017

**Related Documents**: None to date.

**Objections Received**: None.

6. **"Armstrong Teasdale LLP Final Fee Application"**– Third Interim and Final Application for the Maple Debtors and Fourth Interim and Final Application for the Original Debtors for Allowance of Fees and Expenses Filed by Armstrong Teasdale LLP, Bankruptcy and Restructuring Co-counsel to the Debtors [Docket No. 1474]

   **Status: The Hearing on this matter is going forward.**

   **Objection Deadline**: August 9, 2017

   **Related Documents**: None to date.

   **Objections Received**: None.

7. **"DLA Piper LLP (US) Final Fee Application"**– Combined Fourth Interim and Final Application for Allowance of Fees and Expenses Filed by DLA Piper LLP (US), Attorneys for the Debtors and Debtors in Possession for Interim Compensation Period of February 1, 2017 Through July 6, 2017 and Final Compensation Period of February 24, 2016 Through July 6, 2017 [Docket No. 1502]

   **Status: The Hearing on this matter is contingent upon the Court's ruling on the Motion to Expedite.**

   **Objection Deadline**: August 9, 2017

   **Related Documents**: None to date.

   **Objections Received**: None.

8. **"Motion to Expedite"** – Motion for the Debtors and Debtors in Possession for Entry of an Order Setting an Expedited Hearing on the Combined Fourth Interim and Final Application for Allowance of Fees and Expenses Filed by DLA Piper LLP (US), Attorneys for the Debtors and Debtors in Possession for Interim Compensation Period of February 1, 2017 Through July 6, 2017 and Final Compensation Period of February 24, 2016 Through July 6, 2017 [Docket No. 1503]

   **Status: The Hearing on this matter is going forward.**

   **Objection Deadline**: August 16, 2017

   **Related Documents**: None to date.

**Objections Received**: None to date.

9. **"MRA Guarantee Claims Distribution Motion"** – Motion of GUC Liquidating Trustee for Approval of the MRA Guarantee Claims Distribution [Docket No. 1506]

**Status: The Hearing on this matter is going forward.**

**Objection Deadline**: August 9, 2017

**Related Documents**: None to date.

**Objections Received**: None filed.

Informal email comment and objection received from Banco Popular.

*[remainder of this page intentionally left blank]*

Dated: August 14, 2017
St. Louis, Missouri

Respectfully submitted,


**THOMPSON COBURN LLP**
*/s/ Mark V. Bossi*
Mark V. Bossi, Esq. (KS #13719)
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6000
Facsimile: (314) 552-7000
mbossi@thompsoncoburn.com

- and-

**HOGAN LOVELLS US LLP**

Christopher R. Donoho, III (admitted *pro hac vice*)
Ronald J. Silverman (admitted *pro hac vice*)
M. Shane Johnson (admitted *pro hac vice*)
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100
chris.donoho@hoganlovells.com
ronald.silverman@hoganlovells.com
shane.johnson@hoganlovells.com

*Counsel to the GUC Liquidating Trustee*