UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ABENGOA BIOENERGY US HOLDING, LLC, *et al.*, | ) ) | Case No. 16-41161-659 |
| | ) | Jointly Administered |
| Debtors. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now, Cherie Macdonald, and hereby moves to withdraw as counsel for NXT Capital, LLC ("NXT") as she is no longer with Greensfelder, Hemker & Gale, P.C., NXT is represented herein pro hac vice by Randall L. Klein, Roger A. Lewis, Jacob H. Marshall, and Steven A. Levy of Goldberg Kohn Ltd. and by Bonnie L. Clair of Summers Compton Wells LLC, and NXT has no pending matters or hearing dates in this main proceeding.

Respectfully submitted,

By /s/ Cherie Macdonald
Cherie Macdonald, EDMO #39476MO
520 S. 42nd Street, P.O. Box 908
Mt. Vernon, IL  62864
Email:  Cherie.macdonald@peoplesnationalbank.com
Telephone:  (314) 405-2002

## CERTIFICATE OF SERVICE

I hereby certify that on October 9th, 2018, I caused a copy of the foregoing to be served by electronic mail upon all parties receiving notice through the Court's CM/ECF noticing system, which includes all committees and the US Trustee, and upon NXT via email at Jacob.Marshall@goldbergkohn.com.

/s/ Cherie Macdonald
Cherie Macdonald