UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>ABENGOA BIOENERGY US HOLDING LLC, *et al.*,<br><br>Debtors. | Case No. 16-41161-659<br><br>Jointly Administered<br><br>Re: Dkt. No. 2107 |

### ORDER GRANTING THE GUC LIQUIDATING TRUSTEE'S AMENDED MOTION FOR AN ORDER TO MAKE AN INTERIM DISTRIBUTION TO HOLDERS OF ABI/ABIL CLAIMS AND FOR RELATED RELIEF

Upon the *GUC Liquidating Trustee's Amended Motion For An Order To Make An Interim Distribution to Holders of ABI/ABIL General Unsecured Claims And For Related Relief* (the "Motion")[1] of the GUC Liquidating Trustee for entry of an order, pursuant to sections 105(a) and 1142 of the Bankruptcy Code, Bankruptcy Rule 3021, and Article V.D. of the Plan to authorize the GUC Liquidating Trustee to make a distribution to the creditors of Abengoa Bioenergy of Indiana, LLC ("ABI") and Abengoa Bioenergy or Illinois, LLC ("ABIL, and together with ABI, ABI/ABIL"), all as more fully set forth in the Motion and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion was adequate and proper under the circumstances of these Chapter 11 Cases and that no further or other notice need be given; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, and creditors and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED to the extent set forth herein.

---

[1] Capitalized terms not defined in this Order shall have the meanings given to them in the Motion.

2. The GUC Liquidating Trustee and the Disbursing Agent, as applicable, is hereby authorized to make an Interim Distribution in the total amount of $13,031,602.66:

a. to Allowed Class 2 ABI/ABIL Claims to the extent and as such Allowed Class 2 ABI/ABIL Claims are set forth on Exhibit A hereto, which lists respective Allowed Class 2 ABI/ABIL Claims and their respective amounts;

b. to be disbursed to claim holders as of the March 2, 2017 Record Date, provided that to the extent there have been transfers of claims under Bankruptcy Rule 3001 that are reflected in the claims registry maintained by Prime Clerk and no unresolved objections to such transfers remain pending, then the GUC Litigation Trustee/Disbursing Agent is hereby authorized (but not required) to make Distributions to transferees in respect of such transferred claims in accordance with the Claims Register as of October 1, 2020;

c. upon the occurrence of the next Distribution Date following the entry of this Order, including to Allowed Claims upon receipt of appropriate taxpayer identification and other applicable information if the GUC Liquidating Trustee/Disbursing Agent has not yet received such information, and for the avoidance of doubt, such distributions may be made, although shall not be required to be made, in the sole and absolute discretion of the GUC Liquidating Trustee/Disbursing Agent, prior to the next Distribution Date that follows December 31, 2020).

3. The GUC Liquidating Trustee and the Disbursing Agent, as applicable, is hereby authorized to make an Interim Distribution to Allowed Administrative and Allowed Priority Claims and to utilize and apply the provisions of this Order (including but limited to the provisions of Paragraphs 2, 6 and 7) in respect of making such distributions.

4. The GUC Liquidating Trustee is hereby authorized to establish and fund an ABI/ABIL Class 2 Disputed Claims Reserve, in the amount of $7,078,916.47, to the extent and as such ABI/ABIL Class 2 Disputed Claims are set forth on Exhibit A hereto, which lists respective ABI/ABIL

Class 2 Disputed Claims and their respective amounts The ABI/ABIL [Class 2] Disputed Claims Reserve shall be held in an account under the control of the GUC Liquidating Trustee. If any Holder of a Claim subject to the ABI/ABIL Class 2 Disputed Claim Reserve is hereafter Allowed, then it shall be paid in accordance with the Plan , unless otherwise ordered by the Court.

5. The GUC Liquidating Trustee is hereby authorized to establish and fund an additional reserve of $2,000,000.00 in respect of potential tax claims.

6. In order to receive Distributions under the Plan, all Holders of Claims must identify themselves and provide tax information to the Disbursing Agent to the extent the Disbursing Agent deems necessary and appropriate. The Disbursing Agent may refuse to make a Distribution to any Holder of an Allowed Claim that fails to provide such information within the time period specified by the Disbursing Agent and such Distribution shall be deemed an unclaimed Distribution under Section 8.6 of the GUC Liquidating Trust Agreement and Article V.F of the Plan. Any Holders who fail to provide a completed Form W9, "*Request for Taxpayer Identification Number and Certification*" by **December 30, 2020** to:

**Abengoa Bioenergy Claims Processing Center**
**c/o Prime Clerk LLC**
**850 Third Avenue, Suite 412**
**Brooklyn, New York 11232**
**Email: abengoaTIN@primeclerk.com**

may have their claims deemed to be unclaimed Distributions under Section 8.6 of the GUC Liquidating Trust Agreement and Article V.F. of the Plan, and thus would not receive any distribution in respect of such claims.

7. Articles V.F. and V. H. of the Plan and Section 8.6 of the GUC Liquidating Trust shall apply to any undeliverable and unclaimed distributions attempted to be disbursed in in connection with the Interim Distribution and to future distributions on ABI/ABIL Disputed Claims if and when such claims become Allowed claims.

8. The GUC Liquidating Trustee is hereby authorized to take any further action necessary to effect the Interim Distribution.

9. All rights and powers of the GUC Liquidating Trustee and the Disbursing Agent under the Confirmation Order, the Plan, and the GUC Liquidating Trust remain and are preserved.

10. Should the Disbursing Agent discover any errors in the Claims it is authorized to pay under this Order, then it may adjust any Distribution as it deems necessary and appropriate.

11. The Court shall retain jurisdiction to enforce this Order.

No later than two (2) business days after entry of this Order, counsel for the GUC Liquidating Trustee shall serve a copy of this Order on the Notice Parties and shall file a certificate of service no later than 24 hours after service.

*/s/ Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief U.S. Bankruptcy Judge

DATED: December 23, 2020
St. Louis, Missouri
jjh

Order Prepared by:
Mark V. Bossi
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
mbossi@thompsoncoburn.com

**EXHIBIT A**

Case 16-41161    Doc 2117    Filed 12/23/20    Entered 12/23/20 14:40:09    Main Document
Pg 5 of 12

Case 16-41161  Doc 2117  Filed 12/23/20  Entered 12/23/20 14:40:09  Main Document
Pg 6 of 12

Abengoa Bioenergy of Indiana - Case No. 16-44194
Abengoa Bioenergy of Illinois - Case No. 16-44195
Allowed Administrative Claims
Initial Distribution

| ABI / ABIL Creditor Name | Claim No. | Debtor | Date Filed | Administrative Claim Amount | Claim Status |
|---|---|---|---|---|---|
| The CIT Group Equipment Financing, Inc. | ABI 53-1 | Abengoa Bioenergy of Indiana LLC | 12/14/2016 | -- | Paid |
| CRG Financial LLC as transferee of Equipment Depot of Kentucky, Inc. | ABUS 250-1 | Abengoa Bioenergy of Indiana LLC | 10/17/2016 | -- | Paid |
| Trinity Industries Leasing Company | ABIL 46-1 | Abengoa Bioenergy of Illinois LLC | 10/28/2016 | -- | Paid |
| The CIT Group Equipment Financing, Inc. | ABIL 48-1 | Abengoa Bioenergy of Illinois LLC | 12/14/2016 | -- | Paid |
| Securitas Security Services USA, Inc. | 56-1 | Abengoa Bioenergy of Illinois LLC | 2/27/2017 | $11,621.25 | Allowed |
| | | | | **$11,621.25** | |

| ABI / ABIL Creditor Name | Claim No. | Debtor | Date Filed | Priority Claim Amount | Claim Status |
|---|---|---|---|---|---|
| Indiana Department of Revenue | ABI 1-1 | Abengoa Bioenergy of Indiana LLC | 8/31/2016 | -- | Paid |
| PhibroChem, Inc | ABI 13-1 | Abengoa Bioenergy of Indiana LLC | 9/30/2016 | -- | Paid |
| Argo Partners as transferee of Flottweg Separation Technology | ABI 18-1 | Abengoa Bioenergy of Indiana LLC | 9/30/2016 | -- | Paid |
| Midland Scientific, Inc. | ABI 25-1 | Abengoa Bioenergy of Indiana LLC | 9/30/2016 | -- | Paid |
| The CIT Group Equipment Financing, Inc. | ABI 53-1 | Abengoa Bioenergy of Indiana LLC | 12/14/2016 | -- | Paid |
| ALX Enterprises LLC | ABI 57-1 | Abengoa Bioenergy of Indiana LLC | 2/27/2017 | -- | Paid |
| B.E. Capital Management Fund LP/ Brenntag Mid-South | ABI 60-1 | Abengoa Bioenergy of Indiana LLC | 4/10/2017 | -- | Paid |
| Union Security Insurance | ABI 64-1 | Abengoa Bioenergy of Indiana LLC | 8/14/2017 | -- | Paid |
| MILLENNIUM CONTRACTORS, INC. | ABUS 159-1 | Abengoa Bioenergy of Indiana LLC | 9/30/2016 | 290.00 | |
| CRG Financial LLC as transferee of Equipment Depot of Kentucky, Inc. | ABUS 250-1 | Abengoa Bioenergy of Indiana LLC | 10/17/2016 | -- | Paid |
| Argo Partners as transferee of Flottweg Separation Technology | ABIL 19-1 | Abengoa Bioenergy of Illinois LLC | 9/30/2016 | -- | Paid |
| 4B Components Ltd. | ABIL 23-1 | Abengoa Bioenergy of Illinois LLC | 9/30/2016 | -- | Paid |
| Trinity Industries Leasing Company | ABIL 46-1 | Abengoa Bioenergy of Illinois LLC | 10/28/2016 | -- | Paid |
| The CIT Group Equipment Financing, Inc. | ABIL 48-1 | Abengoa Bioenergy of Illinois LLC | 12/14/2016 | -- | Paid |
| B.E. Capital Management Fund LP/ Brenntag Mid-South | ABIL 58-1 | Abengoa Bioenergy of Illinois LLC | 4/10/2017 | -- | Paid |
| Midland Scientific, Inc. | ABIL 28-1 | Abengoa Bioenergy of Illinois LLC | 9/30/2016 | -- | Paid |
| | | | | **$290.00** | |

Abengoa Bioenergy of Indiana - Case No. 16-44194
Abengoa Bioenergy of Illinois - Case No. 16-44195

Case 16-41161    Doc 2117    Filed 12/23/20    Entered 12/23/20 14:40:09    Main Document
Pg 8 of 12

Allowed Class 2 Claims - Indiana

Initial Distribution

| ABI / ABIL Creditor Name | Claim No. | Debtor | Date Filed | ABI / ABIL Class 2 Claim Amount | Claim Status |
|---|---|---|---|---|---|
| 4B Components Ltd. | 24-1 | Abengoa Bioenergy of Indiana, LLC | 9/30/2016 | $2,455.00 | Class 2 (Allowed) |
| ACTION EQUIPMENT SALES CO., INC | 500327 | Abengoa Bioenergy of Indiana, LLC | n/a | $697.41 | Class 2 (Allowed) |
| Airgas Specialty Products, Inc | 500328 | Abengoa Bioenergy of Indiana, LLC | n/a | $19,804.23 | Class 2 (Allowed) |
| Alfa Laval, Inc. | 21-1 | Abengoa Bioenergy of Indiana, LLC | 9/30/2016 | $17,829.12 | Class 2 (Allowed) |
| ALPHA MECHANICAL SERVICE, INC. | 500329 | Abengoa Bioenergy of Indiana, LLC | n/a | $13,199.70 | Class 2 (Allowed) |
| ALX Enterprises LLC | 57-1 | Abengoa Bioenergy of Indiana, LLC | 2/27/2017 | $32,020.00 | Class 2 (Allowed) |
| Argo Partners as transferee of Flottweg Separation Technology | 18-1 | Abengoa Bioenergy of Indiana, LLC | 9/30/2016 | $49,431.51 | Class 2 (Allowed) |
| Argo Partners as Transferee of Morley and Associates Inc | ABUS 206-1 | | 9/30/2016 | $12,061.38 | Class 2 (Allowed) |
| Argo Partners as Transferee of Seay Transport, LLC | 29-1 | Abengoa Bioenergy of Indiana, LLC | 10/14/2016 | $72,985.28 | Class 2 (Allowed) |
| Argo Partners as Transferee of TODD THOMAS FARM LLC | 500333 | Abengoa Bioenergy of Indiana, LLC | n/a | $13,497.00 | Class 2 (Allowed) |
| ASM Capital V, L.P as Transferee of KM Specialty Pumps Inc | 500392 | Abengoa Bioenergy of Indiana, LLC | n/a | $7,766.80 | Class 2 (Allowed) |
| B.E. Capital Management Fund LP as Transferee of Brenntag Mid-South | 60-1 | Abengoa Bioenergy of Indiana, LLC | 4/10/2017 | $49,475.23 | Class 2 (Allowed) |
| Bearing Headquarters Co. | 20-1 | Abengoa Bioenergy of Indiana, LLC | 9/30/2016 | $5,977.86 | Class 2 (Allowed) |
| Big River Rubber & Gasket Co., Inc. | 500347 | Abengoa Bioenergy of Indiana, LLC | n/a | $393.34 | Class 2 (Allowed) |
| BLACK EQUIPMENT CO, INC. | ABUS 184-1 | | 9/30/2016 | $3,945.29 | Class 2 (Allowed) |
| Bodine Services of Evansville LLC | 58-1 | Abengoa Bioenergy of Indiana, LLC | 2/27/2017 | $96,087.25 | Class 2 (Allowed) |
| Cargill, Incorporated | 33-1 | Abengoa Bioenergy of Indiana, LLC | 10/14/2016 | $1,938,784.95 | Class 2 (Allowed) |
| CB&I Environment & Infrastructure, | 500361 | Abengoa Bioenergy of Indiana, LLC | n/a | $3,650.00 | Class 2 (Allowed) |
| CERAMIC TECHNOLOGY, INC | 45-1 | Abengoa Bioenergy of Indiana, LLC | 10/28/2016 | $17,195.00 | Class 2 (Allowed) |
| ChemTreat INC | 500280 | Abengoa Bioenergy of Indiana, LLC | n/a | $7,572.00 | Class 2 (Allowed) |
| Cintas Corporation (Evansville, IN) | 500505 | Abengoa Bioenergy of Indiana, LLC | n/a | $15,917.78 | Class 2 (Allowed) |
| Conney Safety Products, LLC. | 500506 | Abengoa Bioenergy of Indiana, LLC | n/a | $5,799.89 | Class 2 (Allowed) |
| CONTROL-TECH,INC | 500508 | Abengoa Bioenergy of Indiana, LLC | n/a | $2,009.36 | Class 2 (Allowed) |
| CRG Financial LLC as transferee of Equipment Depot of Kentucky, Inc | 52-1 | Abengoa Bioenergy of Indiana, LLC | 12/2/2016 | $49,403.07 | Class 2 (Allowed) |
| CRG Financial LLC As Transferee of Medic On-Site Services, LLC | 61-1 | Abengoa Bioenergy of Indiana, LLC | 4/28/2017 | $5,160.00 | Class 2 (Allowed) |
| CRG Financial LLC as Transferee of Tri-State Fire Protection, Inc | 500338 | Abengoa Bioenergy of Indiana, LLC | n/a | $20,572.88 | Class 2 (Allowed) |
| DE LAGE LANDEN FINANCIAL SERVICES I | 500509 | Abengoa Bioenergy of Indiana, LLC | n/a | $1,437.14 | Class 2 (Allowed) |
| Document & Network Technologies | 500510 | Abengoa Bioenergy of Indiana, LLC | n/a | $139.23 | Class 2 (Allowed) |
| E. I. du Pont de Nemours and Company | 8-1 | Abengoa Bioenergy of Indiana, LLC | 9/15/2016 | $283,130.04 | Class 2 (Allowed) |
| Eurofins Analytical Laboratories | 4-1 | Abengoa Bioenergy of Indiana, LLC | 9/2/2016 | $1,842.00 | Class 2 (Allowed) |
| EBN Construction and Industrial Supplies | 5-1 | Abengoa Bioenergy of Indiana, LLC | 9/15/2016 | $1,399.90 | Class 2 (Allowed) |
| Evansville Sheet Metal Works Inc | 500514 | Abengoa Bioenergy of Indiana, LLC | n/a | $2,225.00 | Class 2 (Allowed) |
| EVANSVILLE WELDING SUPPLY LLC | 14-1 | Abengoa Bioenergy of Indiana, LLC | 9/30/2016 | $2,775.84 | Class 2 (Allowed) |
| EVANSVILLE WELDING SUPPLY LLC | 15-1 | Abengoa Bioenergy of Indiana, LLC | 9/30/2016 | $218.16 | Class 2 (Allowed) |
| Evansville Western Railway, Inc. | 6-1 | Abengoa Bioenergy of Indiana, LLC | 9/15/2016 | $510,743.54 | Class 2 (Allowed) |
| EVAPAR, Inc | 17-1 | Abengoa Bioenergy of Indiana, LLC | 9/30/2016 | $8,723.50 | Class 2 (Allowed) |
| Evoqua Water Technologies LLC | 500518 | Abengoa Bioenergy of Indiana, LLC | n/a | $6,420.00 | Class 2 (Allowed) |
| Fastenal Company | 500519 | Abengoa Bioenergy of Indiana, LLC | n/a | $1,693.18 | Class 2 (Allowed) |
| GAVILON GRAIN | 500523 | Abengoa Bioenergy of Indiana, LLC | n/a | $850.00 | Class 2 (Allowed) |
| German Township Water District Inc. | ABUS 197-1 | | 9/30/2016 | $1,648.81 | Class 2 (Allowed) |
| Hain Capital Investors, LLC as Transferee of Archaea Solutions, Inc | 500344 | Abengoa Bioenergy of Indiana, LLC | n/a | $24,675.00 | Class 2 (Allowed) |
| Hain Capital Investors, LLC as Transferee of CE Power Engineered Services | 500362 | Abengoa Bioenergy of Indiana, LLC | n/a | $15,775.00 | Class 2 (Allowed) |
| HARTLAND RENEWABLE FUELS, A | 500350 | Abengoa Bioenergy of Indiana, LLC | n/a | $13,285.95 | Class 2 (Allowed) |
| Hasgoe Cleaning Systems Inc | 500351 | Abengoa Bioenergy of Indiana, LLC | n/a | $950.00 | Class 2 (Allowed) |
| ICM, Inc. | ABC 17-1 | | 6/2/2016 | $4,976.00 | Class 2 (Allowed) |
| INTERTEK USA, DBA | 500354 | Abengoa Bioenergy of Indiana, LLC | n/a | $48,216.75 | Class 2 (Allowed) |
| J. W. Nutt Company | 11-3 | Abengoa Bioenergy of Indiana, LLC | 9/21/2016 | $9,180.00 | Class 2 (Allowed) |
| JEF Enterprises d/b/a Tri-State Trophies | ABUS 13-1 | | 4/27/2016 | $2,067.89 | Class 2 (Allowed) |
| King Mechanical Specialty | 500356 | Abengoa Bioenergy of Indiana, LLC | n/a | $969.52 | Class 2 (Allowed) |
| Klemm Tank Lines | ABUS 198-1 | | 9/30/2016 | $17,481.25 | Class 2 (Allowed) |
| Koch Glitsch LP | 7-1 | Abengoa Bioenergy of Indiana, LLC | 9/15/2016 | $24,112.35 | Class 2 (Allowed) |
| Liquidity Solutions, Inc. as Transferee of SSC Mid States Supply, Inc | 10-1 | Abengoa Bioenergy of Indiana, LLC | 9/15/2016 | $3,042.69 | Class 2 (Allowed) |

Abengoa Bioenergy of Indiana - Case No. 16-44194
Abengoa Bioenergy of Illinois - Case No. 16-44195

Case 16-41161    Doc 2117    Filed 12/23/20    Entered 12/23/20 14:40:09    Main Document
Pg 9 of 12

Allowed Class 2 Claims - Indiana
Initial Distribution

| ABI / ABIL Creditor Name | Claim No. | Debtor | Date Filed | ABI / ABIL Class 2 Claim Amount | Claim Status |
|---|---|---|---|---|---|
| LLL Transport Inc | 500394 | Abengoa Bioenergy of Indiana, LLC | n/a | $86,703.47 | Class 2 (Allowed) |
| MARINE INSPECTION SERVICE | 500395 | Abengoa Bioenergy of Indiana, LLC | n/a | $1,850.00 | Class 2 (Allowed) |
| Michael Market Inc. | 500397 | Abengoa Bioenergy of Indiana, LLC | n/a | $2,916.31 | Class 2 (Allowed) |
| MICROBAC LABORATORIES, INC. | 500398 | Abengoa Bioenergy of Indiana, LLC | n/a | $15,308.00 | Class 2 (Allowed) |
| Midland Scientific, Inc. | 25-1 | Abengoa Bioenergy of Indiana, LLC | 9/30/2016 | $11,260.17 | Class 2 (Allowed) |
| MILLENNIUM CONTRACTORS, INC. | ABUS 159-1 | Abengoa Bioenergy of Indiana, LLC | 9/30/2016 | $1,165.00 | Class 2 (Allenned) |
| OFFICE DEPOT, INC. | 500275 | Abengoa Bioenergy of Indiana, LLC | n/a | $2,042.00 | Class 2 (Allowed) |
| Ohio Valley Grain Inspection | 500276 | Abengoa Bioenergy of Indiana, LLC | n/a | $24.00 | Class 2 (Allowed) |
| Ohio Valley Insulation Company, Inc | 500277 | Abengoa Bioenergy of Indiana, LLC | n/a | $48,717.48 | Class 2 (Allowed) |
| PERKINELMER LAS, INC | 500278 | Abengoa Bioenergy of Indiana, LLC | n/a | $17,732.05 | Class 2 (Allenned) |
| Pinnacle Engineering Inc. | 500279 | Abengoa Bioenergy of Indiana, LLC | n/a | $20,469.86 | Class 2 (Allowed) |
| POSEY COUNTY LLC | 500270 | Abengoa Bioenergy of Indiana, LLC | n/a | $2,068.33 | Class 2 (Allowed) |
| PROQUIP | 500271 | Abengoa Bioenergy of Indiana, LLC | n/a | $355.57 | Class 2 (ALOQUIP) |
| Pumping Solutions, Inc | ABUS 227-1 | | 10/14/2016 | $58,031.92 | Class 2 (Allowed) |
| Quality Liquid Feeds, Inc | 28-1 | Abengoa Bioenergy of Indiana, LLC | 10/14/2016 | $90,876.24 | Class 2 (Allowed) |
| Raben Tire Co., LLC | ABUS 4-1 | | 3/31/2016 | $2,908.00 | Class 2 (Allowed) |
| RAILWORKS SIGNALS & COMMUNICATIONS, | 500281 | Abengoa Bioenergy of Indiana, LLC | n/a | $317.52 | Class 2 (Allenned) |
| Railworks Track Services- MO | 500282 | Abengoa Bioenergy of Indiana, LLC | n/a | $8,523.30 | Class 2 (Allowed) |
| River Bend Brokerage | 500283 | Abengoa Bioenergy of Indiana, LLC | n/a | $892.50 | Class 2 (Allowed) |
| RUIZ GRANADOS, JOSE | 500284 | Abengoa Bioenergy of Indiana, LLC | n/a | $16,460.98 | Class 2 (Allowed) |
| SCAFFOLD KING RENTALS, INC | ABUS 193-1 | | 9/30/2016 | $7,423.66 | Class 2 (Allowed) |
| Securitas Security Services | 2-1 | Abengoa Bioenergy of Indiana, LLC | 8/31/2016 | $38,542.57 | Class 2 (Allenned) |
| Servi-Tech Laboratories | 500288 | Abengoa Bioenergy of Indiana, LLC | n/a | $1,166.90 | Class 2 (Allowed) |
| Sonar Asset Management Group, Inc. as Transferee of CED/Evansville Supply | 16-1 | Abengoa Bioenergy of Indiana, LLC | 9/30/2016 | $2,427.30 | Class 2 (Allowed) |
| Sonar Credit Partners III, LLC as Transferee of Wiese USA, Inc | 500299 | Abengoa Bioenergy of Indiana, LLC | n/a | $13,197.00 | Class 2 (Allowed) |
| Sonar Partners as ARNCO SOLUTIONS INC | ABUS 235-1 | | 10/14/2016 | $1,838.87 | Class 2 (Allowed) |
| Southern Indiana Gas & Electric Co | 500291 | Abengoa Bioenergy of Indiana, LLC | n/a | $66,483.52 | Class 2 (Allowed) |
| SOUTHERN INDIANA SCALE CO INC | 500292 | Abengoa Bioenergy of Indiana, LLC | n/a | $1,358.00 | Class 2 (Alllowed) |
| St. Louis Boiler Supply Co. | 500293 | Abengoa Bioenergy of Indiana, LLC | n/a | $10,034.72 | Class 2 (Loowed) |
| St. Mary's Occupational Medicine | 500294 | Abengoa Bioenergy of Indiana, LLC | n/a | $658.00 | Class 2 (Allowed) |
| SynEnergy Partners LLC | ABUS 74-1 | | 7/22/2016 | $18,129.42 | Class 2 (Anlowed) |
| The Cit Group Equipment Financing, Inc. | 19-1 | Abengoa Bioenergy of Indiana, LLC | 9/30/2016 | $756,935.06 | Class 2 (Allowed) |
| The Cit Group Equipment Financing, Inc. | 54-1 | Abengoa Bioenergy of Indiana, LLC | 12/14/2016 | $2,193,064.94 | Class 2 (Allowed) |
| THOMAS SCIENTIFIC INC. | 500332 | Abengoa Bioenergy of Indiana, LLC | n/a | $23,650.00 | Class 2 (Allowed) |
| TRC Master Fund LLC as Transferee of Ceres Consulting LLC | 500364 | Abengoa Bioenergy of Indiana, LLC | n/a | $18,441.50 | Class 2 (Alowed) |
| TRC Master Fund LLC as Transferee of Innospec Fuel Specialties | 500353 | Abengoa Bioenergy of Indiana, LLC | n/a | $38,295.00 | Class 2 (Allowed) |
| TRC Master Fund LLC as Transferee of Mid-America Locomotive & Car Repair Inc | 59-1 | Abengoa Bioenergy of Indiana, LLC | 3/15/2017 | $13,418.86 | Class 2 (Allowed) |
| Tri-State Bearing Co. | ABUS 169-1 | | 9/30/2016 | $24,756.92 | Class 2 (Allowed) |
| Tri-State Lighting and Supply Co, Inc. | ABUS 144-1 | | 9/15/2016 | $960.66 | Class 2 (Astowed) |
| United Parcel Service | 500340 | Abengoa Bioenergy of Indiana, LLC | n/a | $36.50 | Class 2 (Allowed) |
| VANDCO ASSOCIATES, LLC DBA | 500341 | Abengoa Bioenergy of Indiana, LLC | n/a | $4,922.00 | Class 2 (Allowed) |
| VWR International Inc | 500342 | Abengoa Bioenergy of Indiana, LLC | n/a | $100.50 | Class 2 (Allowed) |
| Weaver and Tidwell, L.L.P. | 500296 | Abengoa Bioenergy of Indiana, LLC | n/a | $4,000.00 | Class 2 (Allowed) |
| Westmor Fluid Solutions, LLC | 500297 | Abengoa Bioenergy of Indiana, LLC | n/a | $10,783.41 | Class 2 (Allowed) |
| Whayne Supply Company | 500298 | Abengoa Bioenergy of Indiana, LLC | n/a | $3,122.01 | Class 2 (Allowed) |
| Wilcox Environmental Engineering, | 500300 | Abengoa Bioenergy of Indiana, LLC | n/a | $3,600.00 | Class 2 (Allowed) |
| Xylem Water Solutions U.S.A., Inc. | 500301 | Abengoa Bioenergy of Indiana, LLC | n/a | $2,176.29 | Class 2 (Allowed) |

Case 16-41161    Doc 2117    Filed 12/23/20    Entered 12/23/20 14:40:09    Main Document
Pg 10 of 12

Abengoa Bioenergy of Indiana    - Case No. 16-44194
Abengoa Bioenergy of Illinois    - Case No. 16-44195

Allowed Class 2 Claims - Illinois

Initial Distribution

| ABI / ABIL Creditor Name | Claim No. | Debtor | Date Filed | ABI / ABIL Class 2 Claim Amount | Claim Status |
|---|---|---|---|---|---|
| Illinois Department of Agriculture | 500429 | Abengoa Bioenergy of Illinois, LLC | n/a | $140.00 | Class 2 (Allowed) |
| Illinois Department of Revenue Bankruptcy Section | 54-1 | Abengoa Bioenergy of Illinois, LLC | 2/9/2017 | $2,973.25 | Class 2 (Allowed) |
| Inpro Seal Company Inc | 500432 | Abengoa Bioenergy of Illinois, LLC | n/a | $3,573.40 | Class 2 (Allowed) |
| INTERTEK USA, DBA | 500433 | Abengoa Bioenergy of Illinois, LLC | n/a | $15,066.99 | Class 2 (Allowed) |
| J C Ehrlich Co. Inc. | 500434 | Abengoa Bioenergy of Illinois, LLC | n/a | $2,570.00 | Class 2 (Allowed) |
| J. W. Nutt Company | 14-4 | Abengoa Bioenergy of Illinois, LLC | 12/19/2017 | $5,400.00 | Class 2 (Allowed) |
| J.H. Russell Forwarding Co. dba | 500436 | Abengoa Bioenergy of Illinois, LLC | n/a | $27,560.00 | Class 2 (Allowed) |
| JJ Keller & Associates Inc. | ABUS 125-1 | | 9/9/2016 | $2,076.69 | Class 2 (Allowed) |
| John Zink Company LLC | 500441 | Abengoa Bioenergy of Illinois, LLC | n/a | $6,480.91 | Class 2 (Allowed) |
| Liquidity Solutions, Inc. as Transferee of SSC Mid States Supply, Inc. | 10-1 | Abengoa Bioenergy of Illinois, LLC | 9/15/2016 | $28,697.86 | Class 2 (Allowed) |
| M.D. MAGARY CONSTRUCTION CO. | 500442 | Abengoa Bioenergy of Illinois, LLC | n/a | $32,500.00 | Class 2 (Allowed) |
| MH Equipment | ABUS 265-1 | | 2/27/2017 | $548.50 | Class 2 (Allowed) |
| MIDLAND SCIENTIFIC, INC. | 28-1 | Abengoa Bioenergy of Illinois, LLC | 9/30/2016 | $11,166.34 | Class 2 (Allowed) |
| Murphy Company | 500445 | Abengoa Bioenergy of Illinois, LLC | n/a | $7,442.63 | Class 2 (Allowed) |
| Norfolk Southern Railway Company | 500446 | Abengoa Bioenergy of Illinois, LLC | n/a | $2,800.00 | Class 2 (Allowed) |
| OFFICE DEPOT, INC. | 3-1 | Abengoa Bioenergy of Illinois, LLC | 8/31/2016 | $3,501.56 | Class 2 (Allowed) |
| ONESOURCE WATER, LLC | 500448 | Abengoa Bioenergy of Illinois, LLC | n/a | $984.24 | Class 2 (Allowed) |
| PERKINELMER LAS, INC | 500449 | Abengoa Bioenergy of Illinois, LLC | n/a | $3,017.50 | Class 2 (Allowed) |
| PINE ENVIRONMENTAL SERVICES, LLC | 500450 | Abengoa Bioenergy of Illinois, LLC | n/a | $7,208.51 | Class 2 (Allowed) |
| Pinnacle Engineering Inc. | 500451 | Abengoa Bioenergy of Illinois, LLC | n/a | $9,975.00 | Class 2 (Allowed) |
| Pioneer Industrial Corporation | 500452 | Abengoa Bioenergy of Illinois, LLC | n/a | $4,678.94 | Class 2 (Allowed) |
| Plant Maintenance Services, | 500453 | Abengoa Bioenergy of Illinois, LLC | n/a | $22,621.50 | Class 2 (Allowed) |
| Port Harbor Railroad, Inc. | ABUS 113-1 | | 8/31/2016 | $19,125.00 | Class 2 (Allowed) |
| PRECISION SCALE and CONTROLS, INC | ABUS 202-1 | | 9/30/2016 | $1,870.00 | Class 2 (Allowed) |
| Pumping Solutions, Inc | ABUS 227-1 | | 10/14/2016 | $40,469.00 | Class 2 (Allowed) |
| Pumptek LLC | 500457 | Abengoa Bioenergy of Illinois, LLC | n/a | $10,236.94 | Class 2 (Allowed) |
| QUALITY LIQUID FEEDS, INC. | 29-1 | Abengoa Bioenergy of Illinois, LLC | 9/30/2016 | $61,817.14 | Class 2 (Allowed) |
| Railworks Track Services- MO | 500459 | Abengoa Bioenergy of Illinois, LLC | n/a | $1,500.00 | Class 2 (Allowed) |
| Rose Coffee/dba Clearbrook Natural | 500460 | Abengoa Bioenergy of Illinois, LLC | n/a | $439.37 | Class 2 (Allowed) |
| RUIZ GRANADOS, JOSE | 500461 | Abengoa Bioenergy of Illinois, LLC | n/a | $17,243.03 | Class 2 (Allowed) |
| SCF LEWIS AND CLARK TERMINALS, LLC | 500462 | Abengoa Bioenergy of Illinois, LLC | n/a | $5,544.88 | Class 2 (Allowed) |
| Securitas Security Services USA, Inc. | 4-1 | Abengoa Bioenergy of Illinois, LLC | 8/31/2016 | $44,560.75 | Class 2 (Allowed) |
| Bradford Capital Management, LLC as Transferee of SEMS, Inc. | 57-1 | Abengoa Bioenergy of Illinois, LLC | 3/22/2017 | $48,335.60 | Class 2 (Allowed) |
| Servi-Tech Laboratories | 500464 | Abengoa Bioenergy of Illinois, LLC | n/a | $4,028.00 | Class 2 (Allowed) |
| Sieveking Inc. | ABUS 127-1 | | 9/14/2016 | $2,043.76 | Class 2 (Allowed) |
| Sonar Credit Partners III, LLC as Transferee of BACT Equipment, Inc. | 53-1 | Abengoa Bioenergy of Illinois, LLC | 1/27/2017 | $9,105.22 | Class 2 (Allowed) |
| Sonar Credit Partners III, LLC as Transferee of Durham Enterprises, Inc. DBA | 500380 | Abengoa Bioenergy of Illinois, LLC | n/a | $5,760.50 | Class 2 (Allowed) |
| Sonar Credit Partners III, LLC as Transferee of Feed Forward, Inc. | 500388 | Abengoa Bioenergy of Illinois, LLC | n/a | $3,000.00 | Class 2 (Allowed) |
| Sonar Credit Partners III, LLC as Transferee of Wiese USA, Inc | 500482 | Abengoa Bioenergy of Illinois, LLC | n/a | $70,217.31 | Class 2 (Allowed) |
| St. Louis Boiler Supply Co. | 500469 | Abengoa Bioenergy of Illinois, LLC | n/a | $6,980.15 | Class 2 (Allowed) |
| Teklab, Inc. | ABUS 73-1 | | 7/18/2016 | $8,875.50 | Class 2 (Allowed) |
| The CIT Group Equipment Financing, Inc. | 20-1 | Abengoa Bioenergy of Illinois, LLC | 9/30/2016 | $720,699.48 | Class 2 (Allowed) |
| The CIT Group Equipment Financing, Inc. | 49-1 | Abengoa Bioenergy of Illinois, LLC | 12/14/2016 | $2,229,300.52 | Class 2 (Allowed) |
| The Munie Company dba | 500473 | Abengoa Bioenergy of Illinois, LLC | n/a | $9,284.00 | Class 2 (Allowed) |
| THOMAS SCIENTIFIC INC. | 500474 | Abengoa Bioenergy of Illinois, LLC | n/a | $276.91 | Class 2 (Allowed) |
| Thornburgh Insulation | 18-1 | Abengoa Bioenergy of Illinois, LLC | 9/30/2016 | $2,659.22 | Class 2 (Allowed) |
| Trane US, Inc. | 50-1 | Abengoa Bioenergy of Illinois, LLC | 12/28/2016 | $97,289.30 | Class 2 (Allowed) |
| TRC Master Fund LLC as Transferee of Cleaver Brooks Sales and Service, Inc. | ABUS 83-1 | | 4/10/2017 | $31,941.76 | Class 2 (Allowed) |
| TRC Master Fund LLC as Transferee of Innospec Fuel Specialties | 500431 | Abengoa Bioenergy of Illinois, LLC | n/a | $61,997.60 | Class 2 (Allowed) |
| TRINITY INDUSTRIES LEASING COMPANY | 26-1 | Abengoa Bioenergy of Illinois, LLC | 9/30/2016 | $209,091.81 | Class 2 (Allowed) |
| UNION PACIFIC RAILROAD | 500478 | Abengoa Bioenergy of Illinois, LLC | n/a | $1,948.00 | Class 2 (Allowed) |
| United Parcel Service | 500479 | Abengoa Bioenergy of Illinois, LLC | n/a | $364.77 | Class 2 (Allowed) |
| Waste Management | ABUS 156-1 | | 9/26/2016 | $14,072.89 | Class 2 (Allowed) |
| Fair Harbor Capital, LLC as Transferee of Western Reserve Water Systems | ABUS 188-1 | | 9/30/2016 | $19,565.00 | Class 2 (Allowed) |
| Yokogawa Corp of America | 500483 | Abengoa Bioenergy of Illinois, LLC | n/a | $22,511.81 | Class 2 (Allowed) |
| Zeller Technologies, Inc. | 500484 | Abengoa Bioenergy of Illinois, LLC | n/a | $37,862.50 | Class 2 (Allowed) |
| Zumwalt Corporation | ABUS 145-1 | | 9/15/2016 | $3,192.12 | Class 2 (Allowed) |

Abengoa Bioenergy of Indiana - Case No. 16-44194
Abengoa Bioenergy of Illinois - Case No. 16-44195

Case 16-41161 Doc 2117   Filed 12/23/20   Entered 12/23/20 14:40:09   Main Document
Pg 11 of 12

Allowed Class 2 Claims - Illinois

Initial Distribution

| ABI / ABIL Creditor Name | Claim No. | Debtor | Date Filed | ABI / ABIL Class 2 Claim Amount | Claim Status |
|---|---|---|---|---|---|
| 4B Components Ltd. | 23-1 | Abengoa Bioenergy of Illinois, LLC | 9/30/2016 | $19,116.20 | Class 2 (Allowed) |
| ACCURATE SUPERIOR SCALE CO. | 500411 | Abengoa Bioenergy of Illinois, LLC | n/a | $709.20 | Class 2 (Allowed) |
| ACME Constructors, Inc. | 500412 | Abengoa Bioenergy of Illinois, LLC | n/a | $169,491.38 | Class 2 (Allowed) |
| Alfa Laval, Inc. | 22-1 | Abengoa Bioenergy of Illinois, LLC | 9/30/2016 | $2,662.84 | Class 2 (Allowed) |
| American Express Travel Related Services Company | ABUS 152-1 | | 9/22/2016 | $8,312.96 | Class 2 (Allowed) |
| Anthem Blue Cross Blue Shield | 500415 | Abengoa Bioenergy of Illinois, LLC | n/a | $37,050.43 | Class 2 (Allowed) |
| Argo Partners as transferee of Badger Daylighting Corp | ABUS 42-1 | | 6/2/2016 | $6,926.25 | Class 2 (Allowed) |
| Argo Partners as transferee of Flottweg Separation Technology | 19-1 | Abengoa Bioenergy of Illinois, LLC | 9/30/2016 | $23,732.21 | Class 2 (Allowed) |
| ASM Capital, L.P as Transferee of John Fabick Tractor Co | 17-1 | Abengoa Bioenergy of Illinois, LLC | 9/30/2016 | $51,294.33 | Class 2 (Allowed) |
| B.E. Capital Management Fund LP as Transferee for Electric Power Systems Int'l | 21-1 | Abengoa Bioenergy of Illinois, LLC | 9/30/2016 | $55,543.00 | Class 2 (Allowed) |
| B.E. Capital Management Fund LP As Transferee for Taylor Excavating | 16-1 | Abengoa Bioenergy of Illinois, LLC | 9/27/2016 | $51,362.40 | Class 2 (Allowed) |
| B.E. Capital Management Fund LP for Cogent Inc. dba BRI | 2-1 | Abengoa Bioenergy of Illinois, LLC | 8/29/2016 | $19,664.04 | Class 2 (Allowed) |
| Bates Sales, A Division of Purvis Industries | ABUS 30-1 | | 5/20/2016 | $1,093.48 | Class 2 (Allowed) |
| Bearing Headquarters Co. | 500419 | Abengoa Bioenergy of Illinois, LLC | n/a | $30,120.93 | Class 2 (Allowed) |
| Bodine Services of Decatur, Inc. | 55-1 | Abengoa Bioenergy of Illinois, LLC | 2/27/2017 | $108,909.50 | Class 2 (Allowed) |
| Bodine Services of Evansville LLC | ABUS 115-1 | | 8/31/2016 | $104,107.25 | Class 2 (Allowed) |
| C.H. ROBINSON COMPANY, INC. | 500399 | Abengoa Bioenergy of Illinois, LLC | n/a | $725.00 | Class 2 (Allowed) |
| Cargill, Incorporated | 34-1 | Abengoa Bioenergy of Illinois, LLC | 10/14/2016 | $373,633.86 | Class 2 (Allowed) |
| CB&I Environment & Infrastructure, | 500401 | Abengoa Bioenergy of Illinois, LLC | n/a | $9,510.00 | Class 2 (Allowed) |
| Cee Kay | 11-1 | Abengoa Bioenergy of Illinois, LLC | 9/15/2016 | $685.31 | Class 2 (Allowed) |
| Chem-Solv, Inc | 500403 | Abengoa Bioenergy of Illinois, LLC | n/a | $5,687.00 | Class 2 (Allowed) |
| ChemTreat INC | 500404 | Abengoa Bioenergy of Illinois, LLC | n/a | $13,254.96 | Class 2 (Allowed) |
| Cintas, First Aid & Safety | 500405 | Abengoa Bioenergy of Illinois, LLC | n/a | $8,169.00 | Class 2 (Allowed) |
| CITY OF GRANITE CITY | ABUS 253-1 | | 10/28/2016 | $7,805.67 | Class 2 (Allowed) |
| TRC Master Fund LLC as Transferee of Cleaver Brooks Sales and Service, Inc. | 59-1 | Abengoa Bioenergy of Illinois, LLC | 4/10/2017 | $31,941.75 | Class 2 (Allowed) |
| CLINTON M DALL | 500303 | Abengoa Bioenergy of Illinois, LLC | n/a | $4,811.54 | Class 2 (Allowed) |
| Collins & Hermann, Inc. | 500305 | Abengoa Bioenergy of Illinois, LLC | n/a | $2,400.00 | Class 2 (Allowed) |
| COMPUWEIGH CORPORATION | 500306 | Abengoa Bioenergy of Illinois, LLC | n/a | $860.00 | Class 2 (Allowed) |
| Conney Safety Products, LLC. | 500307 | Abengoa Bioenergy of Illinois, LLC | n/a | $3,712.96 | Class 2 (Allowed) |
| COYLE SUPPLY | 500308 | Abengoa Bioenergy of Illinois, LLC | n/a | $16,166.03 | Class 2 (Allowed) |
| CRG Financial LLC as Transferee of Dedert Corporation | 500322 | Abengoa Bioenergy of Illinois, LLC | n/a | $12,754.64 | Class 2 (Allowed) |
| CSX Transportation, Inc | 500309 | Abengoa Bioenergy of Illinois, LLC | n/a | $215,800.20 | Class 2 (Allowed) |
| Culligan Water of St. Louis | 500317 | Abengoa Bioenergy of Illinois, LLC | n/a | $484.50 | Class 2 (Allowed) |
| DATATRONICS, INC. | 500319 | Abengoa Bioenergy of Illinois, LLC | n/a | $25,225.10 | Class 2 (Allowed) |
| DC GROUP INC | 500320 | Abengoa Bioenergy of Illinois, LLC | n/a | $25,628.64 | Class 2 (Allowed) |
| DE LAGE LANDEN FINANCIAL SERVICES I | 500321 | Abengoa Bioenergy of Illinois, LLC | n/a | $936.70 | Class 2 (Allowed) |
| Delta Gases, Inc. | 500323 | Abengoa Bioenergy of Illinois, LLC | n/a | $3,931.27 | Class 2 (Allowed) |
| DISCOVERY FIRST AID & SAFETY | ABUS 123-1 | Abengoa Bioenergy of Illinois, LLC | n/a | $2,225.30 | Class 2 (Allowed) |
| DKD Trucking, Inc. | ABUS 162-1 | | 9/30/2016 | $11,014.61 | Class 2 (Allowed) |
| Document & Network Technologies | 500379 | Abengoa Bioenergy of Illinois, LLC | n/a | $61.49 | Class 2 (Allowed) |
| DXP Enterprises Inc | 33-1 | Abengoa Bioenergy of Illinois, LLC | 10/14/2016 | $9,615.76 | Class 2 (Allowed) |
| E. I. du Pont de Nemours and Company | 8-1 | Abengoa Bioenergy of Illinois, LLC | 9/15/2016 | $75,905.15 | Class 2 (Allowed) |
| E.T. SECURITY & FIRE | 500381 | Abengoa Bioenergy of Illinois, LLC | n/a | $10,240.00 | Class 2 (Allowed) |
| Econo Seal, Inc. | 500382 | Abengoa Bioenergy of Illinois, LLC | n/a | $5,850.00 | Class 2 (Allowed) |
| Euler Hermes North America Ins. Com | 500384 | Abengoa Bioenergy of Illinois, LLC | n/a | $44,983.50 | Class 2 (Allowed) |
| Eurofins Analytical Laboratories | 6-1 | Abengoa Bioenergy of Illinois, LLC | 9/2/2016 | $5,001.00 | Class 2 (Allowed) |
| EVAPAR, Inc. | ABUS 179-1 | | 9/30/2016 | $38,614.91 | Class 2 (Allowed) |
| Fair Harbor Capital, LLC as Transferee of ASCHINGER ELECTRIC COMPANY | ABUS 177 | | 9/30/2016 | $29,431.88 | Class 2 (Allowed) |
| Fair Harbor Capital, LLC as Transferee of General Rubber & Plastics | ABUS 229-1 | | 10/14/2016 | $23,681.93 | Class 2 (Allowed) |
| Fair Harbor Capital, LLC as Transferee of Jacobs Corporation | 500439 | Abengoa Bioenergy of Illinois, LLC | n/a | $10,255.85 | Class 2 (Allowed) |
| Fair Harbor Capital, LLC as Transferee of PREDICTIVE TECHNOLOGIES, INC. | ABUS 174-1 | | 9/30/2016 | $4,500.00 | Class 2 (Allowed) |
| Fastenal Company | 500387 | Abengoa Bioenergy of Illinois, LLC | n/a | $22,362.45 | Class 2 (Allowed) |
| FIRE PROTECTION SYSTEMS LLC | ABUS 141-1 | | 9/15/2016 | $35,895.35 | Class 2 (Allowed) |
| Fire Safety, Inc | 500390 | Abengoa Bioenergy of Illinois, LLC | n/a | $639.90 | Class 2 (Allowed) |
| FROESEL OIL COMPANY, INC. | 25-1 | Abengoa Bioenergy of Illinois, LLC | 9/30/2016 | $650.00 | Class 2 (Allowed) |
| GENERAL ELECTRIC CAPITAL CORP. | 500424 | Abengoa Bioenergy of Illinois, LLC | n/a | $6,399.99 | Class 2 (Allowed) |
| Granite City IL Hospital Co. LLC | 500426 | Abengoa Bioenergy of Illinois, LLC | n/a | $81.93 | Class 2 (Allowed) |
| Hain Capital Investors, LLC as Transferee of Bliss Industries LLC | 500420 | Abengoa Bioenergy of Illinois, LLC | n/a | $16,465.68 | Class 2 (Allowed) |
| Halo Branded Solutions, Inc. | 52-1 | Abengoa Bioenergy of Illinois, LLC | 1/12/2017 | $900.84 | Class 2 (Allowed) |
| Hulcher Services, Inc. | ABUS 147-1 | | 9/15/2016 | $89,060.82 | Class 2 (Allowed) |
| ICM, Inc. | ABC 16-1 | | 6/2/2016 | $9,533.75 | Class 2 (Allowed) |

| ABI / ABIL Creditor Name | Claim No. | Debtor | Date Filed | Disputed Claim Amount | Administrative Claim Amount | Priority Claim Amount | ABI/ABIL Class 2 Claim Amount | Claim Status |
|---|---|---|---|---|---|---|---|---|
| Lansing Trade Group, LLC | ABI 30-1 | Abengoa Bioenergy of Indiana | 10/14/2016 | 1,434,188.00 | 1,434,188.00 | | | Disputed |
| The Andersons | ABI 47-1 | Abengoa Bioenergy of Indiana | 10/28/2016 | 829,655.11 | 829,655.11 | | | Disputed |
| The Andersons | ABI 46-1 | Abengoa Bioenergy of Indiana | 10/28/2016 | 923,513.69 | | | 923,513.69 | Disputed |
| GATX Rail Locomotive Group, L.L.C. | ABI 62-1 | Abengoa Bioenergy of Indiana | 8/11/2017 | 17,016.00 | 17,016.00 | | | Disputed |
| GATX Corporation | ABI 63-1 | Abengoa Bioenergy of Indiana | 8/11/2017 | 198,248.00 | 198,248.00 | | | Disputed |
| GATX Corporation | 500521 | Abengoa Bioenergy of Indiana | n/a | 682.58 | | | 682.58 | Disputed |
| GATX Corporation | ABI 31-1 | Abengoa Bioenergy of Indiana | 10/14/2016 | 78,310.00 | | | 78,310.00 | Disputed |
| GATX Corporation | ABI 55-1 | Abengoa Bioenergy of Indiana | 12/28/2016 | 315,277.00 | | | 315,277.00 | Disputed |
| GATX Rail Locomotive Group, L.L.C. | ABI 32-1 | Abengoa Bioenergy of Indiana | 10/14/2016 | 73,689.00 | | | 73,689.00 | Disputed |
| GATX Rail Locomotive Group, L.L.C. | ABI 56-1 | Abengoa Bioenergy of Indiana | 12/28/2016 | 90,871.00 | | | 90,871.00 | Disputed |
| GATX Rail- Locomotive Rental | 500522 | Abengoa Bioenergy of Indiana | n/a | 150,984.79 | | | 150,984.79 | Disputed |
| Ameren Illinois | ABIL 1-2 | Abengoa Bioenergy of Illinois | 6/18/2019 | 776,734.60 | 776,734.60 | | | Disputed |
| The Andersons | ABIL 43-1 | Abengoa Bioenergy of Illinois | 10/28/2016 | 840,842.10 | 840,842.10 | | | Disputed |
| The Andersons Inc - Rail | 500471 | Abengoa Bioenergy of Illinois | n/a | - | | | | Disputed |
| The Andersons, Inc. | 44-1 | Abengoa Bioenergy of Illinois | 10/28/2016 | 1,043,730.57 | | | 1,043,730.57 | Disputed |
| GATX Corporation | ABIL 61-1 | Abengoa Bioenergy of Illinois | 8/11/2017 | 2,220.00 | 2,220.00 | | | Disputed |
| GATX Corporation | 51-1 | Abengoa Bioenergy of Illinois | 12/28/2016 | 16,650.00 | | | 16,650.00 | Disputed |
| GATX Rail- Locomotive Rental | 500423 | Abengoa Bioenergy of Illinois | n/a | 2,220.00 | | | 2,220.00 | Disputed |
| Illinois-American Water Company | 27-1 | Abengoa Bioenergy of Illinois | 9/30/2016 | 282,555.94 | | | 282,555.94 | Disputed |
| Snap-on Industrial (superseded by ABUS 1-1) | 500468 | Abengoa Bioenergy of Illinois | n/a | 1,528.09 | | | 1,528.09 | Disputed |
| | | | TOTALS | 7,078,916.47 | 4,098,903.81 | - | 2,980,012.66 | |

7