TRANSMITTAL OF QUARTERLY
POST CONFIRMATION REPORT WITH CERTIFICATION
FOR THE QUARTER ENDED:
DECEMBER 31, 2020

In re:

ABENGOA BIOENERGY US HOLDING LLC, *et al.*,        }   Case No. 16-41161
                                                   }   Chapter 11
                                                   }
                                     Debtors.      }

Debtor, affirms that:

1. The attached Chapter 11 Post Confirmation Report for the quarter ended December 31, 2020, which includes the <u>Receipts</u>, <u>Total Disbursement for Quarter,</u> the <u>Summary of Amounts Distributed under the Plan</u> and the <u>Summary of Status on Consummation of Plan</u> has been reviewed and the report as prepared fairly and accurately reflects the debtor's complete disbursement/distribution activity and status for the period stated.

2. The individual responsible for preparing the attached report was Timothy Daileader whose title is Authorized Signatory for Drivetrain, LLC as Liquidating Trustee for the Abengoa Liquidating Trust. Any question regarding the attached report should be directed to Timothy Daileader at (212) 856-9700.

3. The debtor is in compliance with the provisions of the confirmed Chapter 11 Plan except as listed below:

    <u>N/A</u>

4. The undersigned is authorized to file this report on behalf of the debtor.

**It is certified hereby, under penalty of perjury, that the information provided herein is true and correct to the best of my knowledge and belief.**

Dated:  January 19, 2021

Debtor

By: _____
       Signature

Timothy Daileader
Authorized Signatory for Drivetrain, LLC
as Abengoa Liquidating Trustee

CHAPTER 11 POST CONFIRMATION REPORT
FOR THE QUARTER ENDED:
DECEMBER 31, 2020

Debtor: ABENGOA BIOENERGY US HOLDING LLC, *et al.*   Case No. 16-41161
Jointly Administered

Total Disbursement for Quarter

All disbursements made by the debtor during the current quarter, whether under the plan or not, must be accounted for and reported herein for the purpose of calculation quarterly fees.

Total Disbursements:

Summary of Amounts Distributed Under Plan

|  | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| Receipts | $ 50,255 | $ 11,449,063 |  |
| **A. Fees and Expenses** |  |  |  |
| 1. Trustee Compensation | $ 44,174 | $ 1,153,529 |  |
| 2. Fee for Attorney for Trustee | 76,941 | 6,080,848 |  |
| 3. Fee for Attorney for Debtor | - | - |  |
| 4. Other Professionals | 174,875 | 1,655,462 |  |
| 5. All expenses, including trustee | 16,912 | 1,794,866 |  |
| **B. Distributions** |  |  |  |
| 6. Secured Creditors | - | - |  |
| 7. Priority Creditors | 113,738 | 1,433,988 |  |
| 8. Unsecured Creditors | - | - |  |
| 9. Equity Security Holders | - | - |  |
| 10. Other Payments or Transfers |  |  |  |
|    Ch 11 Admin Payments | - | 7,627,413 |  |
|    MRA Distributions | - | 32,453,669 |  |
|    COFIDES/ABBK Advance | - | 2,000,000 |  |
| Total Plan Payments (Sum of Lines 1-10) | $ 426,640 | $ 54,199,775 |  |

Summary of Status of Consummation of Plan

Plan Payments are Current                                         Yes X
    If no, attach explanatory statement identifying payments not made
    (by creditor, amount and date due), reason for non-payment, and
    an estimated date as to when payments will be brought current.

Quarterly fees due to the United States Trustee are current:      Yes X

Anticipated date of final report/motion for final decree:         N/A

CHAPTER 11 POST CONFIRMATION REPORT
FOR THE QUARTER ENDED:
DECEMBER 31, 2020

Debtor: ABENGOA BIOENERGY US HOLDING LLC, *et al*.   Case No. 16-41161
Jointly Administered

| Bank Account Information | Account #1 | Account #2 |
|---|---|---|
| Name of Bank | Wells Fargo Private Bank | Wells Fargo Private Bank |
| Account Number | x247 | x270 |
| Purpose of Account | Operating - MO | Operating – ABI/ABIL |
| Type of Account | Direct Deposit | Direct Deposit |
| 1. Balance per account statement | $4,431,951.52 | $15,043,513.91 |
| 2. ADD: Deposits not credited | 0 | 0 |
| 3. SUBTRACT: Outstanding Checks | 0 | 0 |
| 4. Other Reconciling Items | 0 | 0 |
| 5. Quarter End Balance | $4,431,951.52 | $15,043,513.91 |
| Agrees with Books (Y/N) | Y | Y |

| Bank Account Information | Account #3 | Account #4 |
|---|---|---|
| Name of Bank | Wells Fargo Private Bank | Wells Fargo Private Bank |
| Account Number | x254 | x262 |
| Purpose of Account | MRA Reserve Account | Disputed Claims - MO |
| Type of Account | Direct Deposit | Direct Deposit |
| 1. Balance per account statement | $0 | $0 |
| 2. ADD: Deposits not credited | 0 | 0 |
| 3. SUBTRACT: Outstanding Checks | 0 | 0 |
| 4. Other Reconciling Items | 0 | 0 |
| 5. Quarter End Balance | $0 | $0 |
| Agrees with Books (Y/N) | Y | Y |

| Bank Account Information | Account #5 | Account #6 |
|---|---|---|
| Name of Bank | Wells Fargo Private Bank | Wells Fargo Private Bank |
| Account Number | x816 | x521 |
| Purpose of Account | Disputed Claims - ABI/ABIL | Ttee Additional Comp |
| Type of Account | Direct Deposit | Direct Deposit |
| 1. Balance per account statement | $7,078,916.47 | $0 |
| 2. ADD: Deposits not credited | 0 | 0 |
| 3. SUBTRACT: Outstanding Checks | 0 | 0 |
| 4. Other Reconciling Items | 0 | 0 |
| 5. Quarter End Balance | $7,078,916.47 | $0 |
| Agrees with Books (Y/N) | Y | Y |

CHAPTER 11 POST CONFIRMATION REPORT
FOR THE QUARTER ENDED:
DECEMBER 31, 2020

Debtor: ABENGOA BIOENERGY US HOLDING LLC, *et al*.    Case No. 16-41161
Jointly Administered

| Investment Account Information | Account #7 | Account #8 |
|---|---|---|
| Name of Bank | Wells Fargo Securities | Wells Fargo Securities |
| Account Number | x302 | x771 |
| Purpose of Account | Investment - MO | Investment – ABI/ABIL |
| Type of Account | Money Market/ UST bills | Money Market/ UST bills |
| 1. Balance per account statement | $95,498,158.80 | $0 |
| 2. ADD: Deposits not credited | 0 | 0 |
| 3. SUBTRACT: Outstanding Checks | 0 | 0 |
| 4. Other Reconciling Items | 0 | 0 |
| 5. Quarter End Balance | $95,498,158.80 | $0 |
| Agrees with Books (Y/N) | Y | Y |