# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: Abengoa Bioenergy US Holding, LLC | § § § § | Case No. 16-41161 |
| | | Lead Case No. 16-41161 |
| Debtor(s) | | ☒ Jointly Administered |

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2021

Petition Date: 02/24/2016

Plan Confirmed Date: 06/08/2017

Plan Effective Date: 07/06/2017

This Post-confirmation Report relates to: ○ Reorganized Debtor

◉ Other Authorized Party or Entity: GUC Liquidating Trust

Name of Authorized Party or Entity

/s/ Mark V. Bossi
Signature of Responsible Party

07/21/2021
Date

Mark V. Bossi
Printed Name of Responsible Party

Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: Abengoa Bioenergy US Holding, LLC    Case No. 16-41161

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $812,126 | $53,589,464 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $812,126 | $53,589,464 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $7,831,842 | $0 | $7,831,842 | $7,831,842 | 100% |
| b. Secured claims | $98,300 | $0 | $98,300 | $98,300 | 100% |
| c. Priority claims | $790,753 | $629,666 | $790,753 | $790,753 | 100% |
| d. General unsecured claims | $34,407,675 | $0 | $34,407,675 | $34,407,675 | 100% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?   Yes ◯   No ◉
   If yes, give date Final Decree was entered: _____
   If no, give date when the application for Final Decree is anticipated: 03/31/2022
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ◯

| Debtor's Name | Abengoa Bioenergy US Holding, LLC | Case No. | 16-41161 |
|---|---|---|---|

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ Timothy Daileader | Timothy Daileader |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Authorized Signatory | 07/21/2021 |
| Title | Date |

UST Form 11-PCR (06/07/2021)    3

CHAPTER 11 POST CONFIRMATION REPORT
FOR THE QUARTER ENDED:
JUNE 30, 2021

**Debtor:** ABENGOA BIOENERGY US HOLDING LLC, *et al.*   Case No. 16-41161
Jointly Administered

| Bank Account Information | Account #1 | Account #2 |
|---|---|---|
| Name of Bank | Wells Fargo Private Bank | Wells Fargo Private Bank |
| Account Number | x247 | x262 |
| Purpose of Account | Operating - MO | Disputed Claims - MO |
| Type of Account | Direct Deposit | Direct Deposit |
| 1. Balance per account statement | $3,485,452.93 | $0.00 |
| 2. ADD: Deposits not credited | 0 | 0 |
| 3. SUBTRACT: Outstanding Checks | 0 | 0 |
| 4. Other Reconciling Items | 0 | 0 |
| 5. Quarter End Balance | $3,485,452.93 | $0.00 |
| Agrees with Books (Y/N) | Y | Y |

| Bank Account Information | Account #3 | Account #4 |
|---|---|---|
| Name of Bank | Wells Fargo Private Bank | Wells Fargo Private Bank |
| Account Number | x254 | x521 |
| Purpose of Account | MRA Reserve Account | Ttee Additional Comp |
| Type of Account | Direct Deposit | Direct Deposit |
| 1. Balance per account statement | $0.00 | $0 |
| 2. ADD: Deposits not credited | 0 | 0 |
| 3. SUBTRACT: Outstanding Checks | 0 | 0 |
| 4. Other Reconciling Items | 0 | 0 |
| 5. Quarter End Balance | $0.00 | $0 |
| Agrees with Books (Y/N) | Y | Y |

| Bank Account Information | Account #5 | |
|---|---|---|
| Name of Bank | Wells Fargo Securities | |
| Account Number | x302 | |
| Purpose of Account | Investment - MO | |
| Type of Account | Money Market/ UST bills | |
| 1. Balance per account statement | $95,512,023.97 | |
| 2. ADD: Deposits not credited | 0 | |
| 3. SUBTRACT: Outstanding Checks | 0 | |
| 4. Other Reconciling Items | 0 | |
| 5. Quarter End Balance | $95,512,023.97 | |
| Agrees with Books (Y/N) | Y | |