UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ABENGOA BIOENERGY US HOLDING, LLC, *et al*. | ) ) | Case No. 16-41161-659 Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**MOTION FOR APPROVAL OF STIPULATION
REGARDING CLAIM OF BANCO POPULAR ESPAÑOL, S.A.**

Drivetrain, LLC, as the Liquidating Trustee (the "GUC Liquidating Trustee"), appointed on behalf of the above-captioned Debtors, by and through its undersigned counsel, hereby moves this Court (this "Motion") for entry of an order, pursuant to sections 105(a) and 502(a) of title 11 of the United States Code (the "Bankruptcy Code"), Federal Rules of Bankruptcy Procedure 3001(a), (c), and (f) and 3003 (the "Bankruptcy Rules"), and Local Rules 9013-1 F and 9062(15) of the United States Bankruptcy Court for the Eastern District of Missouri (the "Local Rules"), approving a stipulation (the "Stipulation") between the GUC Liquidating Trustee, the GUC Liquidating Trust ("GUC Liquidating Trust"), and Banco Popular Español S.A., ("Banco Popular"), currently BANCO DE SANTANDER, S.A. as a result of the merger by absorption carried out on 20 September 2018, and collectively with the GUC Liquidating Trust and the GUC Liquidating Trustee, the "Parties" and each, a "Party"). In support of this Motion, the GUC Liquidating Trustee respectfully represents as follows:

**JURISDICTION**

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.  The predicates for the relief requested herein are 11 U.S.C. §§ 105(a) and 502(a), and Local Rules 9013-1 F and 9062(15).

## BACKGROUND

3.  On February 24, 2016 and June 12, 2016, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court, thereby commencing these chapter 11 cases (these "Cases"). The Cases are being jointly administered for procedural purposes.

4.  On June 8, 2017, the Court entered an order (the "Confirmation Order") [Dkt No. 1443] confirming the *Third Amended Joint Plans of Liquidation of the Debtors and the Official Committee of Unsecured Creditors under Chapter 11 of the Bankruptcy Code* (the "Plan") [Dkt No. 1022 (as corrected)]. The Plan became effective on July 6, 2017 (the "Effective Date") [Dkt. No. 1458].

5.  The Plan and Confirmation Order provide for the creation of the GUC Liquidating Trust and authorize the GUC Liquidating Trustee, as of the Effective Date, to "exercise all power and authority that may be exercised, commence all proceedings that may be commenced and take all actions that may be taken, by any officer, director or shareholder of the Debtors with like effect as if authorized, exercised and taken by unanimous action of such officers, directors and shareholders. . . ." Plan, Article IV.

6.  On the Effective Date, in accordance with the Plan, the GUC Liquidating Trust Agreement [Dkt No. 1439] was put in place to administer assets and liabilities for the benefit of creditors.

7.  Drivetrain, LLC is acting as the duly-appointed GUC Liquidating Trustee. Section 2.2(f) of the GUC Liquidating Trust Agreement specifically authorizes the GUC Liquidating

Trustee to "[r]eview settle, compromise, resolve or object to any or all Claims and Causes of Action against the . . . Debtors (other than MRA Guarantee Claims and DIP Claims all of which are Allowed under the Plan for all purposes, except as provided in the definition of MRA Guarantee Claims)."

8. Banco Popular has filed Claim No. 101-1 in the amount of $34,350,169.16 against Abengoa Bioenergy Company, LLC ("ABC") in Case No. 16-41165 as a general unsecured claim for money loaned to ABC (the "Filed Claim").

9. A liability to Banco Popular is also scheduled by ABC at Prime Clerk Schedule No. 313049 (the "Scheduled Liability").

10. The GUC Liquidating Trustee disputes the allowance of the full amounts of the Filed Claim and the Scheduled Liability.

**RELIEF REQUESTED**

11. By this Motion, the GUC Liquidating Trustee requests the entry of an order pursuant to sections 105(a) and 502(a) of the Bankruptcy Code and Local Rules 9013-1F and 9062(15) approving the Stipulation, a copy of which is attached hereto as **Exhibit A**.

12. Pursuant to the Stipulation, Claim No. 101-1 filed by Banco Popular against ABC in Case No. 16-41165 shall be allowed as a general unsecured claim in the reduced amount of $30,889,107.14, and the Scheduled Liability shall be disallowed and expunged in its entirety.

**BASIS FOR RELIEF REQUESTED**

13. Section 105(a) of the Bankruptcy Code provides that "[t]he court may issue any order . . . that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). Local Rules 9013-F and 9062(15) also permit the Court to grant a consent motion without a hearing if consent has been obtained from all necessary parties.

14. The Plan and Confirmation Order provide for the GUC Liquidating Trustee to "exercise all power and authority that may be exercised, commence all proceedings that may be commenced and take all actions that may be taken, by any officer, director or shareholder of the Debtors with like effect as if authorized, exercised and taken by unanimous action of such officers, directors and shareholders…." Plan, Article IV.

15. Here, good cause exists for approving the Stipulation and granting the relief requested herein. The Stipulation is in the best interests of ABNE's estate, as it will resolve multiple claims currently pending against the GUC Liquidating Trust. Further, the Parties have consented to the terms of the Stipulation, and thus it may be approved without a hearing pursuant to Local Rules 9013-l F and 9062(15).

## NOTICE

16. Notice of this Motion has been provided to all parties on the Rule 9013-3(D) Master Service List. In light of the nature of the relief requested herein, the GUC Liquidating Trustee submits that no other or further notice is necessary.

## CONCLUSION

WHEREFORE, the GUC Liquidating Trustee respectfully requests that the Court enter its order approving the Stipulation; granting the requested relief; and such other and further relief as this Court deems just and proper.

Dated:  December 15, 2021  
         St. Louis, Missouri

Respectfully submitted,

**THOMPSON COBURN LLP**

*/s/ Mark V. Bossi*  
Mark V. Bossi (MO #37008)  
St. Louis, Missouri 63101  
One US Bank Plaza  
Telephone:  (314) 552-6000  
Facsimile:  (314) 552-7000  
mbossi@thompsoncoburn.com

*and*

**HOGAN LOVELLS US LP**  
Erin Brady (admitted *pro hac vice*)  
1999 Avenue of the Stars, Suite 1400  
Los Angeles, CA 90067  
Telephone:  (310) 785-4600  
erin.brady@hoganlovells.com

*Attorneys for the GUC Liquidating Trustee*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 15th day of December, 2021, a true and correct copy of the *Motion For Approval Of Stipulation And Order Regarding Claims Of Banco Popular Español S.A.* was (i) electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, and (ii) was otherwise served on the parties identified on the service list attached hereto as **Exhibit B** (by mail, if an email address is indicated, or otherwise by regular mail).

                                                                 */s/ Mark V. Bossi*

# **EXHIBIT A**

Copy of the Stipulation

Confidential

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| ABENGOA BIOENERGY US HOLDING, ) | Case No. 16-41161-659 |
| LLC, *et al.* ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |

## STIPULATION REGARDING CLAIM OF BANCO POPULAR ESPAÑOL, S.A.

Drivetrain, LLC, the GUC Liquidating Trustee ("GUC Liquidating Trustee") appointed on behalf of the above-captioned Debtors, and the GUC Liquidating Trust ("GUC Liquidating Trust"), on the one hand, and Banco Popular Español S.A., a ("Banco Popular", currently BANCO DE SANTANDER, S.A. as a result of the merger by absorption carried out on 20 September 2018, and together with the GUC Liquidating Trust and the GUC Liquidating Trustee, the "Parties" hereto), on the other, hereby enter into this stipulation and agreement (this "Stipulation").

**WHEREAS**, on February 24, 2016 and June 12, 2016 (together, the "Petition Date"), the Debtors commenced these chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code, which cases are jointly administered for procedural purposes.

**WHEREAS**, on June 8, 2017, the Court entered an order (the "Confirmation Order") [Dkt No. 1443] confirming the *Third Amended Joint Plans of Liquidation of the Debtors and the Official Committee of Unsecured Creditors under Chapter 11 of the Bankruptcy Code* (the "Plan") [Dkt No. 1022 (as corrected)]. The Plan became effective on July 6, 2017 (the "Effective Date") [Dkt. No. 1458].

Confidential

**WHEREAS**, the Plan and Confirmation Order provide for the creation of the GUC Liquidating Trust and authorize the GUC Liquidating Trustee, as of the Effective Date, to "exercise all power and authority that may be exercised, commence all proceedings that may be commenced and take all actions that may be taken, by any officer, director or shareholder of the Debtors with like effect as if authorized, exercised and taken by unanimous action of such officers, directors and shareholders. . . ." Plan, Article IV.

**WHEREAS**, on the Effective Date, in accordance with the Plan, the GUC Liquidating Trust Agreement [Dkt No. 1439] was put in place to administer assets and liabilities for the benefit of creditors.

**WHEREAS**, Drivetrain, LLC is acting as the duly-appointed GUC Liquidating Trustee. Section 2.2(f) of the GUC Liquidating Trust Agreement specifically authorizes the GUC Liquidating Trustee to "[r]eview settle, compromise, resolve or object to any or all Claims and Causes of Action against the . . . Debtors (other than MRA Guarantee Claims and DIP Claims all of which are Allowed under the Plan for all purposes, except as provided in the definition of MRA Guarantee Claims)."

**WHEREAS**, Banco Popular has filed Claim No. 101-1, against Abengoa Bioenergy Company, LLC ("ABC") in the amount of $34,350,169.16 as general unsecured claim for money loaned to ABC (the "Banco Popular Claim").

**WHEREAS,** liabilities to Banco Popular are also scheduled by ABC at schedule no. 313049 (the "Scheduled Banco Popular Claim").

**NOW, THEREFORE**, in exchange for good and valuable mutual consideration, the sufficiency of which is hereby acknowledged, the Parties hereby STIPULATE AND AGREE AS FOLLOWS:

2

Confidential

1. The Banco Popular Claim shall be allowed as general unsecured claim in the amount of $30,889,107.14.

2. The Scheduled Banco Popular Claim is superseded by the claim allowed through this Stipulation and shall therefore receive no additional or further allowance.

3. The Parties acknowledge and agree that the GUC Liquidating Trust and GUC Liquidating Trustee shall have no liability to Banco Popular under the terms of this Agreement beyond the allowed amount of the Banco Popular Claim as provided in paragraph 1 of this Stipulation.

4. The GUC Liquidating Trust shall pay on account of the Banco Popular Claim in the amount allowed pursuant to this Stipulation, such amounts as are due on account of prior distributions made on account of general unsecured claims within 10 business days of the Court's entry of an order approving the terms of this Stipulation.

5. This Stipulation shall not be modified, altered, amended, or vacated except in a writing signed by a duly authorized representative of all Parties.  Oral modification shall not be permitted.

6. Each person who executes this Stipulation represents that he or she is duly authorized to do so on behalf of the respective Parties hereto and that each such party has full knowledge and has consented to this Stipulation.

7. This Stipulation is binding on, and inures to the benefit of, each of the Parties, and any of their successors, assigns, and/or representatives.

8. This Stipulation may be executed in identical counterparts, each of which will be deemed an original, but all of which together will constitute one and the same agreement. Signatures to this Stipulation transmitted by facsimile transmission, by electronic mail in

"portable document format" (".pdf") form, or other electronic means will have the same effect as physical delivery of the paper document bearing an original signature.

9. This Stipulation shall be governed by and construed and enforced in accordance with the laws of the state of New York, without regard to its conflicts of law principles. Each Party irrevocably agrees to submit to the exclusive jurisdiction of the Bankruptcy Court for any action or proceeding to enforce or interpret this Stipulation.

10. Banco Santander, S.A. is a credit institution incorporated and having its center of main interests and operations in Spain and it is therefore subject to the European Union and Spanish insolvency laws and other laws relating to or affecting the rights of credit institutions creditors´ generally, allowing the courts of competent jurisdiction and recovery and resolution authorities thereunder to, upon an insolvency or resolution, reduce, convert or cancel the rights of Banco Santander, S.A.´s creditors.

Dated: 9th December 2021

/s/ _____
Alvaro Merry del Val

and

/s/ _____
Guillermo Salto

**BANCO POPULAR ESPAÑOL, S.A.**
currently BANCO DE SANTANDER, S.A. as a result of the merger by absorption carried out on 20 September 2018

/s/ _____
**THOMPSON COBURN LLP**
Mark V. Bossi (MO #37008)
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6000
Facsimile: (314) 552-7000
mbossi@thompsoncoburn.com

and

**HOGAN LOVELLS US LLP**
Erin Brady (admitted *pro hac vice*)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone: (310) 785-4600
erin.brady@hoganlovells.com

*Attorneys for the GUC Liquidating Trustee*

5

\\NY - 049254/000001 - 10388712 v3

## **EXHIBIT B**

Service List

In re Abengoa Bioenergy US Holding, LLC, *et al.*
Core/2002 Service List
Case No. 16-41161-659

**EXHIBIT B**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| President of 1000-1100 Wilson Owner, LLC, Top 50 Creditor | 1000-1100 Wilson Owner, LLC | Atn: Timothy Helmig, President & COO | Monday Properties | 1000 Wilson Blvd., Ste. 700 | Arlington | VA | 22209 | | 703-284-0200 | | |
| Debtors | Abengoa Bioenergy US Holding, LLC | Attn: General Counsel | 16150 Main Circle Drive | #300 | Chesterfield | MO | 63017 | | | | |
| Maple Top 20 Creditor | Acme Constructors, Inc. | Attn: DJ Simmons | 7212 Weil Avenue | | St. Louis | MO | 63119 | | 314-647-1923 | 314-647-1924 | |
| Counsel to Official Committee of Unsecured Creditors of Abengoa Bioenergy Biomass of Kansas LLC | Affinity Law Group, LLC | Attn: J. Talbot Sant, Jr. | 1610 Des Peres Road | Suite 100 | St. Louis | MO | 63131 | | 314-872-333 | 314-872-3365 | tsant@affinitylawgrp.com |
| Top 50 Creditor | Agensynd, SL | Attn: General Counsel | Velazquez 78 | 4 Derecha | Madrid | | 28001 | Spain | | | |
| Debtors' Restructuring Advisors | Alvarez & Marsal | | | | | | | | | | |
| Counsel to American Express Travel Related Services Company, Inc. | American Express Travel Related Services Company, Inc. | c/o Becket & Lee LLP | PO Box 3001 | | Malvern | PA | 19355-0701 | | | | |
| Maple Top 20 Creditor | America's Central Port | Attn: Dennis Wilmsmeyer | 1635 W First Street | | Granite City | IL | 62040-1838 | | 618-877-8444 | 618-452-3402 | |
| Counsel to Debtors and Abengoa Bioenergy Biommass of Kansas, LLC | Armstrong Teasdale, LLP | Attn: Richard W. Engel, Jr., Erin M. Edelman | 7700 Forsyth Blvd. | Suite 1800 | St. Louis | MO | 63105 | | 312-342-4116; 314-621-5070 | 314-621-5065; 314-612-2318 | rengel@armstrongteasdale.com eedelman@armstrongteasdale.com |
| Top 50 Creditor | Aurora Coop Elevator Co. | c/o Kutak Rock LLP | Attn: Lisa M. Peters, Esq. | 1650 Farnam | Omaha | NE | 68102 | | 402-346-6000 | | lisa.peters@kutakrock.com |
| Top 50 Creditor | Aurora Coop Elevator Co. | Attn: Kara J. Ronnau, Esq. | 2225 Q Street | | Aurora | NE | 68818 | | | | kronnau&auroracoop.com |
| Top 50 Creditor | BakerCorp | Attn: General Counsel | 605 Industrial Ave. | | Borger | TX | 79007 | | 806-273-3747 | 806-273-3766 | |
| Unsecured Creditor Committee Member | BakerCorp | c/o Kristi Ashman | 3020 Old Ranch Parkway | Suite 220 | Seal Beach | CA | 90740 | | | | |
| Danisco US, Inc., Interested Party | Ballard Spahr, LLP | Attn: Tobey M. Daluz, Esq., Leslie C. Heilman, Esq. | 919 N. Market St | 11th Fl. | Wilmington | DE | 19801 | | 302-252-4465 | 302-252-4466 | daluzt@ballardspahr.com heilmanl@ballardspahr.com |
| Counsel to Westco International, Inc. | Ballew Covalt Hazen, PC, LLO | Attn: Victor E. Covalt III | 1045 Lincoln Mall, Suite 200 | PO Box 81229 | Lincoln | NE | 68501-1229 | | 402-436-3030 | 402-436-3031 | vcovalt@ballewcovalt.com |
| Top 50 Creditor | Banco de Brasil | Attn: Jose M. Yepez, Structured Finance & Syndications | Banco de Brasil, New York Branch | 8325 S. Park Circle, Suite 140 | Orlando | FL | 32819 | | 646-845-3740 | 646-845-3902 | jmyepez@bb.com.br |
| Top 50 Creditor | Banco Popular | Attn: Elena Garcia Fraile | Fernandez y Gonzalez 4 | | Sevilla | | 41001 | Spain | +34 95 459 4700; +34 91-490-7464 | | +34 95 422 8746 elengarcia@bancopopular.es |
| Top 50 Creditor | Banco Popular Espanol, SA | Attn: General Counsel | C/ Velazquez, 34 | | Madrid | | 28001 | Spain | | | |
| Top 50 Creditor | Banco Santander | Attn: Manuel Jose Fernandez Garcia | PO Box 362589 | | San Juan | PR | 00936-2589 | | 787-250-2582 | 787-250-2334 | manjfernandez@gruposantander.com |
| Top 50 Creditor | Bankia - ABC Line | Attn: Teresa Leon | C/ Gabriel García Marquez 1 | | Las Rozas | | 28232 | Spain | +34-91-634-6952 | +34 91 791 16 00 | amaliablanco@bankia.com bankiacomunicacion@bankia.com |
| Counsel to Southern Indiana Gas and Electric Company, d/b/a Vectren Energy Delivery of Indiana, Inc. | Barnes & Thornburg, LLP | Attn: David M. Powlen, Kevin G. Collins | 1000 N. West Street | Ste. 1500 | Wilmington | DE | 19801 | | 302-300-3434 | 302-300-3456 | david.powlen@btlaw.com kevin.collins@btlaw.com |
| Contact for Bearing Headquarters Co., Top 50 Creditor | Bearing Headquarters Co. | Attn: Jan Wilburn | 3689 E. Broadway | | Alton | IL | 62002 | | | | |
| Top 50 Creditor | Bearing Headquarters Co. | Attn: Paul Cvikota, Vice President - Finance, and CFO | dba Bearing Headquarters Co. PO Box 6267 | | Broadview | IL | 60155 | | 708-681-4400x311 | 708-681-4462 | pcvikota@headco.com |
| Top 50 Creditor | BNSF Railway Company | Attn: Keeley Bliss | Manager Ethanol Facility Planning | PO Box 847574 | Dallas | TX | 75284-7574 | | 817-867-6713 | | suzanne.wellen@bnsf.com |
| Maple Top 20 Creditor | Bodine Services Of Evansville, LLC | Attn: President or General Counsel | 3322 Tower Drive | | Newburgh | IN | 47630 | | 812-423-5106 | | |
| Maple Top 20 Creditor | Brenntag Mid-South, Inc. | Attn: Markus Klahn | 1405 Hwy 136W | | Henderson | KY | 42420 | | 270-827-4509 | 270-827-3990 | mid-south.henderson@brenntag.com |

In re Abengoa Bioenergy US Holding, LLC, *et al.*
Core/2002 Service List
Case No. 16-41161-659

**EXHIBIT B**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to DeWine Mechanical, Inc. | Bryan Cave, LLP | Attn: Cullen Kuhn, Esq. | One Metropolitan Square | 211 North Broadway, Suite 3600 | St. Louis | MO | 63102-2750 | | 314-259-2869 | 314-552-8869 | ckkuhn@bryancave.com |
| Counsel to DeWine Mechanical, Inc. | Bryan Cave, LLP | Attn: James P. Maloney | 1200 Main Street | Suite 3800 | Kansas City | MO | 64105 | | 816-374-3200 | 816-374-3300 | james.maloney@bryancave.com |
| Counsel to The Kimberley Fund, LP and Sandton Capital Partners, LP | Bryan Cave, LLP | Attn: Laura Uberti Hughes, Esq. | One Metropolitan Square | 211 North Broadway, Suite 3600 | St. Louis | MO | 63102-2750 | | 314-259-2801 | 314-552-8801 | laura.hughes@bryancave.com |
| Top 50 Creditor | Buffalo County Treasurer | Attn: General Counsel | PO Box 1270 | | Kearney | NE | 68848-1270 | | 308-236-1250 | 308-233-3085 | treasurer@buffalocounty.ne.gov |
| Office of the Buffalo County Treasurer, Top 50 Creditor | Buffalo County Treasurer's Office | Attn: County Treasurer | 1512 Central Avenue | | Kearney | NE | 68848-1270 | | 308-236-1250 | 308-233-3085 | |
| Counsel to First NBC Bank | Capes, Sokol, Goodman & Sarachan, PC | Attn: John S. Meyer, Jr., Esq., Gary R. Sarachan, Esq., Brian J. Sabin, Esq. | 7701 Forsyth Boulevard | Twelfth Floor | Clayton | MO | 63105 | | 314-721-7701 | 314-505-5443 | meyer@capessokol.com sarachan@capessokol.com sabin@capessokol.com |
| Unsecured Creditor Committee Member | Cargill | c/o Jeff Thompson | 9350 Excelsior Blvd. | MS142B | Hopkins | MN | 55345 | | | | |
| Top 50 Creditor | Cargill Americas, Inc. | Attn: David Robertson | 2525 Ponce de Leon Blvd. | | Coral Gables | FL | 33134 | | 305-648-9220 | 305-648-9220 | David_Robertson@cargill.com |
| Top 50 Creditor/ Maple Top 20 Creditor | Cargill Trade and Structured Finance | Attn: David Robertson David Maclennan | 9350 Excelsior Blvd. | MS 142 | Hopkins | MN | 55343 | | | | David_Robertson@cargill.com |
| Senior Vice President of Grain for Central Valley Ag Cooperative, Top 50 Creditor | Central Valley Ag Cooperative | Attn: Allan Zumpfe, SVP | 2803 N. Nebraksa Ave. | | York | NE | 68467 | | | | |
| Top 50 Creditor | Central Valley Ag Cooperative | Attn: General Counsel | 2803 N. Nebraska Ave. | PO Box 429 | York | NE | 68848 | | 402-362-0253 | 402-362-8410 | info@cvacoop.com |
| Counsel to GATX, Top 50 Creditor | Chapman and Culter, LLP | Attn: Stephen R. Tetro, II | 111 West Monroe Street | | Chicago | IL | 60603 | | 312-845-3859 | 312-516-1849 | stetro@chapman.com |
| Counsel to Silicon Valley Bank | Choate Hall & Stewart, LLP | Attn: Kevin J. Simard & Jonathan Marshall | Two International Place | | Boston | MA | 02110 | | 617-248-4086 | 617-502-4086 | ksimard@choate.com jmarshall@choate.com |
| Top 50 Creditor | CHS | Attn: General Counsel | PO Box 82289 | | Lincoln | NE | 68501-2289 | | | | |
| Counsel to CHS, Top 50 Creditor, Unsecured Creditor Committee Member | CHS | Attn: Mark Jundt | Senior Legal Counsel | 5500 Centex Drive, MS 625 | Inver Grove Heights | MN | 55077 | | 651-355-3751 | 651-355-4554 | mark.jundt@chsinc.com |
| Top 50 Creditor | Citibank | Attn: General Counsel | 2800 Post Oak Blvd. | Suite 400 | Houston | TX | 77056 | | 713-752-5200 | 646-291-1938 | |
| Treasury & Trade Solutions for Citibank, Top 50 Creditor | Citibank - Treasury & Trade Solutions | Attn: Enrico Silva | 388 Greenwich St. | 10th Floor | New York | NY | 10013 | | | | |
| Top 50 Creditor | Citibank – Treasury & Trade Solutions | Attn: Daniel J. Guyder, Josh Neifeld | Allen & Overy LLP | 1221 Avenue of the Americas | New York | NY | 10020 | | 212-610-6300 | | josh.neifeld@allenovery.com |
| Top 50 Creditor | Citibank – Treasury & Trade Solutions | Attn: Enrico Silva | 388 Greenwich St. | 10th Floor | New York | NY | 10013 | | 800-285-3000 | | enrico.silva@citi.com |
| Top 50 Creditor | Citibank, N.A. | Attn: John Thomas Monaghan | 390 Greenwich St. | | New York | NY | 10013 | | 212-816-8312 | | john.monaghan@citi.com |
| Top 50 Creditor | Comerica Bank | Attn: Ernest Zarb | 39200 Six Mile Road | | Livonia | MI | 48152 | | 313.222.9741 | 313.222.5706 | emzarb@comerica.com |
| Counsel to Adams Grain Co., Creditor | Croker Huck Kasher DeWitt Anderson & Gonderinger, LLC | Attn: David J. Skalka, Esq., Richard A. DeWitt, Esq. | 2120 South 72nd Street | Suite 1200 | Omaha | NE | 68124 | | 402-391-6777 | 402-390-9221 | dskalka@crokerlaw.com rdewitt@crokerlaw.com |
| Maple Top 20 Creditor | CSX Transportation, Inc. | Attn: Cynthia M. Sanborn, CEO & EVP | 1659 Solutions Center | | Chicago | IL | 60677-1006 | | 904-359-3200 | 904-359-2459 | |
| Top 50 Creditor/ Maple Top 20 Creditor | Danisco US, Inc. | Attn: Amber Trumbull, Corporate Counsel | E. I. du Pont de Nemours and Company | PO Box 7247-8528 | Philadelphia | PA | 19170-8528 | | 585-256-5278 | | amber.trumbull@dupont.com |
| Counsel to Encore Energy Services, Inc. | Desai Eggmann Mason, LLC | Attn: Robert E. Eggmann, Esq., Thomas H. Riske, Esq. | 7733 Forsyth Boulevard | Suite 800 | St. Louis | MO | 63105 | | 314-881-0800 | 314-881-0820 | reggmann@demlawllc.com |
| Top 50 Creditor | Deutsche Bank AG, London Branch, as Fiscal Agent | Attn: General Counsel | Winchester House | 1 Great Winchester Street | London | | EC2N 2DB | United Kingdom | | +44 20 7547 6149 | |
| Top 50 Creditor | Deutsche Bank Trust Company Americas | Attn: General Counsel | 60 Wall Street | MSNYC 60-2710 | New York | NY | 10005 | | 212-250-2500 | 212-797-0291 | |

In re Abengoa Bioenergy US Holding, LLC, *et al.*
Core/2002 Service List
Case No. 16-41161-659

**EXHIBIT B**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 50 Creditor, Unsecured Creditor Committee Member | Deutsche Trustee Company Limited, as Agent | c/o Ranjit Mather and Leigh Cobb | Winchester House | 1 Great Winchester Street | London | | EC2N 2DB | United Kingdom | | +44 20 7547 6149 | |
| Counsel to Debtors | DLA Piper, LLP (US) | Attn: R. Craig Martin, Esq.; Kaitlin Edelman, Esq. | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-468-5700 | 302-394-2341 | craig.martin@dlapiper.com kaitlin.edelman@dlapiper.com |
| Counsel to Debtors | DLA Piper, LLP (US) | Attn: Richard A. Chesley, Esq. | 203 North LaSalle Street | Suite 1900 | Chicago | IL | 60601 | | 312-368-4000 | 312-236-7516 | richard.chesley@dlapiper.com |
| Top 50 Creditor | El Instituto Credito Official | Attn: Jaime Cervera/Conchi Berrocal | Department of Operations Paseo del Prado, 4 | | Madrid | | 28014 | Spain | +34 91 592 16 00 | +34 91 592 17 00 | |
| Top 50 Creditor | Encore Energy Services, Inc. | Attn: General Counsel | 12120 Port Grace Blvd., | Suite 200 | La Vista | NE | 68128 | | 402-905-4012 | 402-905-4001 | Bret.Feller@encorenergy.com |
| Top 50 Creditor, Unsecured Creditor Committee Member | European Investment Bank | Attn: General Counsel | 98-100 Blvd. Konrad Adenauer | | Luxembourg | | L-2950 | Luxembourg | +352 4379 83326 | +352 4379 62000 | |
| Counsel to Interstate Commodities, Inc., Top 50 Creditor | Evans and Dixon, LLC | Attn: Wally Pankowski | 211 North Broadway, | Suite 2500 | St. Louis | MO | 63102 | | 314-436-6757 | 314-436-2066 | wpankowski@evans-dixon.com |
| Maple Top 20 Creditor | Evansville Western Railway, Inc. | Attn: Robert Buchanan, Vp & Gen Manager | 818 West 2nd St | | Mt. Vernon | IL | 47620 | | 812-838-5810 | | rabuchanan@evwr.com |
| Top 50 Creditor | Farmers Coop Assoc of Ravenna, NE | Attn: Pamela M. Treffer, CEO | 35885 Ravenna Road | | Ravenna | NE | 68869 | | 308-452-3257 | 308-452-3259 | |
| Top 50 Creditor | Farmers Cooperative - Dorchester | Attn: Alisa Mumola | 411 West Putnam Ave., Suite 425 | | Greenwich | CT | 06830 | | 203-862-8211 | 203-485-5910 | tradeclaimsgroup@contrariancapital.com |
| Top 50 Creditor | Farmers Cooperative - Dorchester | Attn: Dale Hayek | 208 West Depot | | Dorchester | NE | 68343-0263 | | 402-946-2211 | | |
| Counsel to Secured Creditor ICM, Inc. | Fleeson, Gooing, Coulson & Kitch, LLC | Attn: Thomas J. Lasater | PO Box 997 | | Wichita | KS | 67201 | | 316-267-7361 | | tlasater@fleeson.com |
| Top 50 Creditor/ Maple Top 20 Creditor | GATX Rail- Locomotive Rental | Attn: Brian L. Glassberg, Esq., Peter J. Falconer, Esq. Sam Buchholz | Associate Counsel | 222 West Adams Street | Chicago | IL | 60606 | | 312-621-6200; 312-621-4589 | 312-621-6648; 312-499-7559 | contactgatx@gatx.com brian.glassberg@gatx.com peter.falconer@gatx.com sam.buchholz@gatx.com |
| Top 50 Creditor | GAVILON GR | Attn: William M. Vernon | 1331 Capitol Ave. | | Omaha | NE | 68102 | | 402-889-4384 | 402-221-0760 | |
| Counsel to Teklab Inc. | Goldenberg Heller & Antognoli, PC | Attn: Teri L. Havron | 2227 South State Route 157 | PO Box 959 | Edwardsville | IL | 62025 | | 618-656-5150 | | |
| Counsel to Sachs Properties, Inc., as agent for Central Park Square Inc. | Goldstein & Pressman, PC | Attn: Steven Goldstein | 10326 Old Olive Street Road | | St. Louis | MO | 63141-5922 | | 314-727-1717 | 313-727-1447 | sg@goldsteinpressman.com |
| Counsel to Volvo Financial Services, a division of VFS US LLC | Gordon & Rees | Attn: Jennifer E. Duty | 101 W. Broadway | Suite 2000 | San Diego | CA | 92101 | | 619-230-7750 | 619-696-7124 | jduty@gordonrees.com |
| Counsel of Record for Euler Hermes North America Insurance Company | Halpern Batali Benzema, LLP | Attn: Alan D. Halpern, Esq., Neal W. Cohen, Esq. | 40 Wall Street | 37th Floor | New York | NY | 10005 | | 212-765-9100 | 212-765-0964 | AHalperin@halperinlaw.net Ncohen@halperinlaw.net |
| Counsel to Adams Grain Company | Hammond and Shinners, PC | Attn: Janine M. Martin | 7730 Carondelet | Suite 200 | St. Louis | MO | 63105 | | 314-727-1015 | 314-727-6804 | jmartin@hammondshinners.com |
| Counsel to Farmers Cooperative - Dorchester; The Andersons, Inc.; Central Valley AG Cooperative; and Gavilon Grain, LLC | Hepler Broom, LLC | Attn: Steven M. Wallace | 130 North Main Street | | Edwardsville | IL | 62025 | | 618-307-1185 | 618-656-1364 | steven.wallace@heplerbroom.com |
| Counsel to the Petitioning Creditor Central Valley Ag Cooperative, and Farmers Cooperative - Dorchester | Hinkle Law Firm, LLC | Attn: Edward J. Nazar | 301 North Main, | Suite 2000 | Wichita | KS | 67202-4820 | | | 316-264-1518 | ebn1@hinklaw.com enazar@hinklaw.com |
| First NBC Bank, Interested Party | Holland & Knight, LLP | Attn: James H. Rollins | 1180 West Peachtree Street | Suite 1800, Regions Bank Building | Atlanta | GA | 30309-3400 | | | | jim.rollins@hklaw.com |
| Top 50 Creditor | HSBC | Attn: General Counsel | PO Box 9 | | Buffalo | NY | 14240 | | 800-975-4722 | 716-730-3030 | |
| Maple Top 20 Creditor | Hulcher Services, Inc. | Attn: General Counsel | Po Box 203532 | | Dallas | TX | 75320-3532 | | 800-659-8032 | | info@hulcher.com |

**In re Abengoa Bioenergy US Holding, LLC,** *et al.*
Core/2002 Service List
Case No. 16-41161-659
**EXHIBIT B**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Yadkin Bank and Green Plains, Inc. | Husch Blackwell, LLP | Attn: Mark T. Benedict | 4801 Main Street | Suite 1000 | Kansas City | MO | 64112-2551 | | 816-283-4672 | 816-421-0596; 816-983-8080 | mark.benedict@huschblackwell.com |
| Counsel to First National Bank of Pennsylvania | Redmond Law Firm | Attn: Christopher J. Redmond | 6731 W. 121st Street | Suite 226 | Overland Park | KS | 66209 | | | | christopher.redmond@christopherredmond.com |
| Maple Top 20 Creditor | Illinois-American Water Company | Attn: Bob Johnson, Senior Manager | 1 Chase Manhattan Plaza | | New York | NY | 10005-1413 | | 217-352-1420 | | |
| Maple Top 20 Creditor | Innospec Fuel Specialties | Attn: J. Mark Mcpherson | 8310 South Valley Highway | Suite 35 | Englewood | CO | 80112 | | 303-792-5554 | 303-792-5668 | |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market St. | | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| Top 50 Creditor | Interstate Commodities, Inc. | Attn: General Counsel | PO Box 607 | | Troy | NY | 12181 | | 518-272-7212 | 518-272-7299 | |
| Counsel to Varilease Finance, Inc. and VFI KR SPE I, LLC | Jaffe, Raitt, Heuer & Weiss, PC | Attn: Jay L. Welford, Esq. | 27777 Franklin Rd. | Ste. 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | jwelford@jaffelaw.com |
| Counsel to Varilease Finance, Inc.; VFI KR SPE I, LLC; and J.D. Street & Company, Inc. | Jenkins & Kling, PC | Attn: Peter D. Kerth, Nancy S. Martin, Stephen L. Kling, Jr. | 150 N. Meramec Ave. | Ste. 400 | St. Louis | MO | 63105 | | 314-721-2525 | 314-721-5525 | pkerth@jenkinskling.com nmartin@jenkinskling.com skling@jenkinskling.com |
| Counsel to BakerCorp, Top 50 Creditor | Katten Muchin Rosenman, LLP | Attn: Tom Kiehnhoff | 1301 McKinney Street | Suite 3000 | Houston | TX | 77010-3033 | | 713-270-3402 | 713-583-2639 | |
| Counsel to NXT Capital, LLC, Creditor | Kutak Rock, LLP | Attn: Jay N. Selanders & Michael E. Brown | Two Pershing Square | 2300 Main Street, Suite 800 | Kansas City | MO | 64108 | | 816-960-0090 | 816-960-0041 | jay.selanders@kutakrock.com mike.brown@kutakrock.com |
| Top 50 Creditor | La Caixa | Attn: Carlos Gonzalez Serrano | Avda. de la Palmera-Edificio La Caixa, S/N | | Sevilla | | 41013 | Spain | 954466150 | 954214791 | carlos.gonzalez.s@caixabank.com |
| Counsel to Silicon Valley Bank, Top 50 Creditor | Lathrop & Gage, LLP | Attn: Michael A. Cither, Esq., Wendi Alder-Pressman, Esq. | Pierre Laclede Center | 7701 Forsyth Blvd., Suite 500 | Clayton | MO | 63105 | | 314-613-2800 | 314-613-2801 | wpressman@lathropgage.com |
| Counsel to Tallgrass Interstate Gas Transmission, LLC | Lewis Rice, LLC | Attn: Larry E. Parres | 600 Washington Ave. | Suite 2500 | St. Louis | MO | 63101 | | 314-444-7600 | 314-612-7660 | lparres@lewisrice.com |
| Counsel to Harris County Taxing Authority | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | Attorney in charge for Taxing Authorities | PO Box 3064 | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@lgbs.com |
| Maple Top 20 Creditor | LLL Transport, Inc. | | 6950 Squibb Road | Suite 520 | Mission | KS | 66202 | | 913-777-5532 | | |
| Counsel to The Kimberley Fund, LP and Sandton Capital Partners, LP | Lowenstein Sandler, LLP | Attn: Barry Z. Bazian, Esq. | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2375 | bbazian@lowenstein.com |
| Counsel to the Proposed Post-Petition DIP Lender | Lowenstein Sandler, LLP | Attn: Richard Bernstein, Esq. | 1251 Avenue of the Americas | 17th Floor | New York | NY | 10020 | | 973-597-2500 | 973-597-2375 | rbernstein@lowenstein.com bbazian@lowenstein.com |
| Council to Creditor Taylor Excavating Co., Inc. | McCarthy Leonard & Kaemmerer, LC | Attn: Joesph C. Blanner | 825 Maryville Centre Drive | Suite 300 | Town and Country | MO | 63017 | | 314-392-5200 | 314-392-5221 | jblanner@mlklaw.com |
| Counsel to the Petitioning Creditors, Farmers Cooperative Association, The Andersons, Inc., Gavilon Grain, LLC & Central Valley Ag Cooperative. | McGrath North Mullin & Kratz, PC, LLO | Attn: Robert Diederich, James Niemeier & James G. Powers | 3700 First National Tower | 1601 Dodge Street | Omaha | NE | 68102-1637 | | 402-341-3070 | 402-341-0216 | rdiederich@mcgrathnorth.com jniemeier@mnmk.com jpowers@mcgrathnorth.com |
| Counsel to Seneca Waste Solutions, Inc. | Morefield Speicher Bachman, LC | Attn: Andrew L. Speicher | 11814 W. 135th St. | | Overland Park | KS | 66221 | | 913-839-2808 | 913-839-2807 | a.speicher@msblawkc.com |
| Counsel to Yadkin Bank, Creditor | Morris Laing Evans Brock & Kennedy, Chartered | Attn: William B. Sorensen, Jr. | 300 N. Mead, | Suite 200 | Wichita | KS | 67202-3084 | | 316-262-2671 | 316-262-5991 | |
| Top 50 Creditor | Nalco Company | Attn: Phillip Eastin, Business Development Manager, Erich Hohl, District Manager | PO Box 70716 | | Chicago | IL | 60673-0716 | | 630-305-1000; 636-448-7356; 402-430-4617 | 630-305-2900 | peastin@nalco.com ehohl@nalco.com |
| Top 50 Creditor | Novozymes North America, Inc. | Attn: Jeff Faller, Business Operations Director - Biofuels | 77 Perry Chapel Church Road | PO Box 576 | Franklinton | NC | 27525 | | 919-494-3000; 816-858-3220 | 919-494-3450 | chsh@novozymes.com |

In re Abengoa Bioenergy US Holding, LLC, *et al.*
Core/2002 Service List
Case No. 16-41161-659

**EXHIBIT B**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| United States Trustee Eastern District of Missouri | Office of the United States Trustee | Attn: Leonora S. Long & Paul A. Randolph | 111 S. 10th St. | Ste. 6353 | St. Louis | MO | 63102 | | 314-539-2976 | 314-539-2990 | leonora.long@usdoj.gov |
| Counsel to Galena Park Independent School District | Perdue Brandon Fielder Collins & Mott, LLP | Attn: Owen M. Sonik | 1235 North Loop West | Suite 600 | Houston | TX | 77008 | | 713-862-1860 | 713-862-1429 | osonik@pbfcm.com |
| Claims Agent | Prime Clerk, LLC | Attn: David Malo | 830 3rd Ave. | 9th Floor | New York | NY | 10022 | | 212-257-5838 | 646-328-2851 | abengoainfo@primeclerk.com serviceqa@primeclerk.com |
| Maple Top 20 Creditor | Quality Liquid Feeds, Inc. | Attn: Cory Berg, President & Ceo | 3586 State Road 23 North | | Dodgeville | WI | 53533 | | 608-935-2345 | 608-935-5232 | |
| Counsel to ACME Constructors, Inc., Creditor | Reinert Weishaar & Associates, PC | c/o Aaron G. Weishaar | 812 N. Collins | Laclede's Landing | St. Louis | MO | 63102 | | 314-621-5743 | 314-621-8071 | aweishaar@rwalawfirm.com |
| Counsel to HSBC, Top 50 Creditor | Robert Rosenberg, Senior Vice President | Attn: Associate General Counsel | 452 Fifth Ave | Tower 7 | New York | NY | 10018 | | 212-525-6641 | | |
| Top 50 Creditor | Royal Bank of Scotland | Attn: William Egler | 101 Park Avenue | Floor 10 | New York | NY | 10178 | | | | |
| Top 50 Creditor | Santander Spain | Attn: Manuel Jose Fernandez Garcia | Edif. Pedreña – Planta S1 | Av. Gran Vía de Hortaleza 3 | Madrid | | 28033 | Spain | +34 91-289-1397 | | manjfernandez@gruposantander.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Christopher Cox | Secretary of the Treasury | 100 F Street, NE | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Chicago Office | Attn: David A. Glockner, Bankruptcy Dept. | 175 W. Jackson Boulevard | Suite 900 | Chicago | IL | 60604 | | 312-353-7390 | | chicago@sec.gov secbankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Andrew S. Calamari, Bankruptcy Dept. | Brookfield Place | 200 Vesey Street, Ste. 400 | New York | NY | 10281-1022 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov NYROBankruptcy@SEC.GOV |
| Counsel to Cogent, Inc., d/b/a BRI | Shuttleworth Law Firm, LLC | Attn: Keith J. Shuttleworth | 9260 Glenwood | | Overland Park | KS | 66212 | | 913-322-7575 | 913-322-7576 | keith@shuttlelaw.com |
| Top 50 Creditor | Silicon Valley Bank | Attn: General Counsel | 380 Interlocken Crescent | Ste. 600 | Broomfield | CO | 80021 | | | 408-654-4636 | clientservice@svb.com |
| Unsecured Creditor Committee Member | Société Générale as Agent to the 2014 €1.4 Billion Syndicated Loan | c/o Sue Waterhouse | 245 Park Avenue | | New York | NY | 10167 | | | | |
| Top 50 Creditor | Société Générale, Sucursal en España, as Agent | Attn: General Counsel | Torre Picasso | Plaza de Pablo Ruiz Picasso, 1 | Madrid | | 28020 | Spain | | +34 915 893 805 | |
| Maple Top 20 Creditor | Southern Indiana Gas & Electric Co. | Attn: Niel C. Ellerbrook, Ceo | One Vectren Square | | Evansville | IN | 47708 | | 812-491-4000 | | |
| Top 50 Creditor | Spanish Comisario Bondholders SL | Attn: General Counsel | Av. Francia 17, A, 1 | | Valencia | | 46023 | Spain | +34 960 045 591 | +34 960 961 879 | comisario@bondholders.com |
| Counsel to Deutsche Trustee Company Limited and Deutsche Bank AG | Spencer Fane, LLP | Attn: Eric C. Peterson | 1 North Brentwood Blvd. | Suite 1000 | St. Louis | MO | 63105 | | | | epeterson@spencerfane.com |
| Counsel to Deutsche Trustee Company Limited and Deutsche Bank AG | Spencer Fane, LLP | Attn: Lisa A. Epps | 1000 Walnut Street | Suite 1400 | Kansas City | MO | 64106-2140 | | | | lepps@spencerfane.com |
| Counsel to Southern Indiana Gas and Electric Company, d/b/a Vectren Energy Delivery of Indiana, Inc. | Stone Leyton & Gershman, PC | Attn: Howard S. Smotkin | 7733 Forsyth Boulevard | Suite 500 | St. Louis | MO | 63105 | | 314-721-7011 | 314-721-8660 | hsmotkin@stoneleyton.com |
| Counsel to Trinity Industries Leasing Company ("Trinity") | Summers Compton Wells LLC | Attn: Brian J. LaFlamme, David A. Sosne | 8909 Ladue Road | | St. Louis | MO | 63124 | | 314-991-4999 | 314-991-2413 | dasattymo@summerscomptonwells.com blaflamme@summerscomptonwells.com |
| Authorized Agent for Synchrony Bank | Synchrony Bank | c/o Recovery Management Systems Corporation | 25 SE 2nd Avenue | Suite 1120 | Miami | FL | 33131-1605 | | 305-379-7674 | 305-374-8113 | claims@recoverycorp.com |
| Tallgrass Energy, Interested Party | Tallgrass Energy | Attn: Mustafa P. Ostrander | 370 Van Gordon Street | | Lakewood | CO | 80228 | | | | Mustafa.ostrander@tallgrassenergylp.com |
| Top 50 Creditor | The Andersons, Inc. | Attn: General Counsel | 303 W. 19th St. | | Kearney | NE | 68848 | | 308-236-8438 | 308-236-1898 | emailthepresident@andersonsinc.com |
| Senior Vice President for The Andersons, Inc., Top 50 Creditor | The Andersons, Inc. | Attn: Naran Burchinow, SVP | 480 Dussell Drive | | Maumee | OH | 43537 | | | | |
| Top 50 Creditor/ Maple Top 20 Creditor | The Andersons, Inc. - Rail | Attn: Matt Keck, Senior Sales Representative Rasesh Shat | NW 6172 | PO Box 1450 | Minneapolis | MN | 55485-6172 | | 419-891-6693 | | rasesh_shah@andersonsinc.com john_kraus@andersonsinc.com |

In re Abengoa Bioenergy US Holding, LLC, *et al.*
Core/2002 Service List
Case No. 16-41161-659
**EXHIBIT B**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Maple Top 20 Creditor | The Cit Group/Equipment | Attn: Ellen R. Alemany | Church Street Station | | New York | NY | 10261-4339 | | 212-771-0505 | | |
| Top 50 Creditor | The Receivables Exchange | Attn: Mark N. Perrin, Corporate Counsel | 100 Park Avenue | 30th Floor | New York | NY | 10017 | | 212-612-3394; 917-287-3258 | 212-715-0580 | |
| Counsel to Perennial Public Power District | The Sadler Law Firm | c/o Bradley D. McCormack | 2345 Grand Boulevard, | Suite 2150 | Kansas City | MO | 64108 | | 816-561-1818 | 816-561-0818 | bmccormack@saderlawfirm.com |
| Counsel to the Official Committee of Unsecured Creditors | Thompson Coburn, LLP | Attn: Mark V. Bossi, David A. Warfield | One US Bank Plaza | | St. Louis | MO | 63101 | | 314-552-6000 | | mbossi@thompsoncoburn.com dwarfield@thompsoncoburn.com |
| TN Dept of Revenue | TN Dept of Revenue | c/oTN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | Nashville | TN | 37202-0207 | | 615-741-1935 | 615-741-3334 | marvin.clements@ag.tn.gov |
| Maple Top 20 Creditor | Trane US, Inc. | Attn: General Counsel | 3600 Pammel Creek Road | | La Crosse | WI | 54601 | | 608-787-2000 | 608-787-2204 | |
| Top 50 Creditor/ Maple Top 20 Creditor | Trinity Industries Leasing Company | Attn: James P. Sobie Timothy R. Wallace | VP, Sales | 2525 Stemmons Freeway | Dallas | TX | 75207 | | 312-980-1811 | 214-589-8189 | customer.service@trin.net Trinity.LogisticsGroup@trin.net jim.sobie@trin.net |
| Counsel to the United States | U.S. Department of Justice | Attn: Benjamin Mizer, Deborah R. Gilg, Ruth A. Harvey, Danielle A. Pham, Margaret M. Newell | Civil Division, Commercial Litigation Branch | PO Box 875, Ben Franklin Station | Washington | DC | 20044-0875 | | 202-514-7451 | 202-514-9163 | danielle.pham@usdoj.gov |
| Counsel to United States Federal Communications Commission | United States Attorney | Attn: Richard G. Callahan | Joshua M. Jones | 111 South 10th Street, 20th Floor | St. Louis | MO | 63102 | | 314-539-2310 | 314-539-2287 | Joshua.m.jones@usdoj.gov |
| United States Attorney's Office for the Eastern District of Missouri | United States Attorney's Office for the Eastern District of Missouri | Attn: Richard Callahan, US Attorney | Thomas Eagleton U.S. Courthouse | 111 S. 10th St, 20th Floor | St. Louis | MO | 63102 | | 314-539-2200 | 314-539-2309 | |
| United States Department of Labor | United States Department of Labor | Attn: Thomas E. Perez, Secretary of Labor | 200 Constitution Avenue, NW | | Washington | DC | 20210 | | 202-693-6000 | | webmaster@dol.gov |
| Maple Top 20 Creditor | Wiese USA, Inc. | Attn: General Counsel | 1435 Woodson Road | | St. Louis | MO | 63132 | | 314-997-4444 | 314-810-0222 | |
| Unsecured Creditor Committee Member | Yadkin Bank | c/o Terry Earley | 3600 Glenwood Avenue | | Raleigh | NC | 27612 | | | | |
| Top 50 Creditor | York County Treasurer | York County Treasurer's Office | 510 N. Lincoln Avenue | | York | NE | 68467 | | 402-362-4929 | 402-362-1908 | treasurer@yorkcountyne.com |